IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JANAM TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. C.A. No. _____<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff Symbol Technologies, Inc., by its undersigned attorneys, states that Motorola, Inc. is its parent corporation, and that Motorola, Inc. owns 100% of its stock.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Arlene L. Chow
Mitchell S. Feller
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
(212) 918-3000

Dated  June 9, 2008
868098 / 33146

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, Delaware  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Symbol Technologies, Inc.*