IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 08-340-UNA |
| v. ) ) | |
| JANAM TECHNOLOGIES LLC, a Delaware limited liability company, ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

**PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

For the reasons set forth in the accompanying Memorandum in Support of Plaintiff Symbol Technologies, Inc.'s Motion for Preliminary Injunction and its supporting papers and evidence, the file in this case and other matters deemed appropriate by the Court, Plaintiff Symbol Technologies, Inc. ("Symbol") hereby moves pursuant to Rule 65 of the Federal Rules of Civil Procedure and 35 U.S.C. 283 for an order of preliminary injunction against Defendant Janam Technologies LLC ("Janam").[1]  A proposed form of order is attached hereto.

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Arlene L. Chow
Mitchell S. Feller
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
(212) 918-3000

Dated  June 18, 2008
870200 / 33146

POTTER ANDERSON & CORROON LLP

By: <u>/s/ David E. Moore</u>
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, Delaware  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Symbol Technologies, Inc.*

---

[1] As of the time of filing, no attorney has entered an appearance on behalf of defendant.  Plaintiff will confer with counsel for defendant upon their entry into the case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on June 18, 2008, the attached document was Federal Expressed to the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE  19904

I further certify that on June 19, 2008, the attached document will be Hand-Delivered to the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE  19904

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

870211 / 33146