IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JANAM TECHNOLOGIES LLC, <br> a Delaware limited liability company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-340-UNA <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## ORDER

Whereas having considered Plaintiff Symbol Technologies, Inc.'s Motion for a Preliminary Injunction, its Memorandum in Support and accompanying papers, the file in this case and other information the Court deems appropriate, and all of Defendant's papers and evidence filed in opposition thereto, and just cause having been shown, the Court finds that the four considerations of likelihood of success on the merits, irreparable harm, balance of hardships and public interest each weighs in favor of Symbol. Just cause thus having been shown,

IT IS HEREBY ORDERED that Defendant Janam Technologies LLC ("Janam"), and its officers, agents, servants, employees, attorneys, successors, assigns, and those persons in active concert or participation with them who receive notice of the Order by personal service or otherwise, are hereby enjoined, until further Order of this Court, from infringing U.S. Patent No. 6,714,969 (the "'969 Patent"), U.S. Patent No. 5,835,366 (the "'366 Patent") and U.S. Patent No. 5,334,821 (the "'821 Patent") (collectively, the "patents-in-suit") by importing, making, using, offering for sale, or selling in the United States, or by intending that others import, make, use, offer for sale, or sell in the United States, Windows OS based handheld integrated terminals that are covered by the patents-in-suit, including, but not limited to, Janam's XM-60 handheld

terminal and/or products that, when used in accordance with their instructions, practice the methods covered by the patents-in-suit.

    IT IS SO ORDERED, this, _____ day of _____, 2008.

_____
                                              U.S.D.J