**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SYMBOL TECHNOLOGIES, INC., a Delaware corporation,

Plaintiff,

v.

JANAM TECHNOLOGIES LLC, a Delaware limited liability company,

Defendant.

C.A. No. 1:08cv340

# DECLARATION OF KEN CLEMENTS

I, Ken Clements, declare as follows:

1. I have been retained by Hogan and Hartson on behalf of plaintiff Symbol Technologies, Inc. ("Symbol") in this matter as an expert in the analysis of the design and operation of electrical circuits and the general design and operation of handheld mobile computers with wireless network capabilities. A copy of my CV is attached as Exhibit A.

2. I submit this Declaration in support of Symbol's Motion for a Preliminary Injunction against Infringement by Janam Technologies LLC ("Janam").

3. I have been actively developing technology in the computer and electronics industry for the last 37 years and hold eight US patents. During this time I have designed electronic circuits and written firmware and software for a wide variety of microprocessor-based devices, including some of the first commercially available processor chips of the mid-1970s. My work in this technology includes designing power supply circuitry to permit power to be provided to computer devices from battery sources. In the mid-1990s, I wrote the firmware that

operated a wireless LAN PC card device and also assisted in the debugging of the hardware. This device predated and supplied some of the base technology for the subsequent IEEE 802.11 (WiFi) standard.  I have been an active participant in the wireless standard development at the Institute of Electrical and Electronics Engineers ("IEEE") and am identified as a contributor to the base standard as well as the more recent 802.11g standard.  My experience in wireless data communication has also included substantial experience with hand held and other mobile devices. Over the past several years, I have served as an expert witness in several patents cases, including cases involving the design and operation of portable data terminals and wireless network technology.

4.     I have been informed that Symbol has accused the Janam XM-60 mobile computer of infringing three U.S. patents: No. 5,835,366 ("the '366 Patent"), entitled "Secondary Battery Boost Circuit"; No. 5,334,821 ("the '821 Patent"), entitled "Portable Point of Sale Terminal"; and No. 6,714,969 ("the '969 Patent"), entitled "Mobile Terminal With Integrated Host Application Software" (collectively the "Symbol Patents").  Copies of the Symbol Patents are attached as Exhibits B, C, and D, respectively.

5.     I have studied the Symbol Patents, their file histories, as well as the relevant aspects of the operation and design of a sample XM-60 and components used therein.  The specification sheet and user manual for the XM-60 are attached as Exhibits E and F, respectively.

6.     It has been explained to me that for a product to literally infringe a patent claim, it must meet all the limitations of that claim.  Based on my analysis, the XM-60 literally infringes claims in all three of the Symbol Patents.

7.     It has also been explained to me that even if a product does not literally infringe a claim, it can infringe the claim under the doctrine of equivalents if one of ordinary skill in the art

would understand the difference between the device and the patented invention to be insubstantial. One test for insubstantial differences is whether the accused device performs substantially the same function in substantially the same way to achieve substantially the same result. To the extent that the XM-60 does not literally infringe claims in all three of the Symbol Patents, it does so under the doctrine of equivalents.

8.      Each of the patents is discussed in more detail below.

**Patent No. 5,835,366**

9.      The '366 Patent (Exhibit B) is directed to a "battery boost system" that supplies backup electrical power for a battery-powered computer for use, e.g., when the primary battery is drained or removed.

10.     A battery-powered computer typically requires a supplied voltage of about 3.3 to 5 volts. Battery "cells" commonly supply about 1.1 to 1.5 volts each. To achieve the required 3-5 volts, multiple battery cells are typically connected in series, so that their voltages add together. Typically, the primary battery supply uses three or more cells (often combined in a single package) to provide a higher voltage than required by the computer system. Power circuitry that connects the primary battery to the computer lowers the voltage to the value required by the computer.

11.     In order to protect the memory containing the data and operating state of a battery powered computer, a backup battery system can be used to supply power to the computer when the primary battery is drained or removed. According to the invention set forth in the '366 Patent, a boost circuit is advantageously used to increase the power output of the secondary battery, which I understand from the patent to mean the voltage output of the secondary battery is increased. ('366 Pat. Col. 7, lines 35-57, Col. 9, lines 6-15, Col. 10, lines 55-57). This allows

sufficient backup battery voltage to be provided with fewer battery cells. As a result, the amount of physical space required in the computer for the backup battery cells is reduced such that the device can be made smaller. Smaller, lighter and less expensive batteries can also be used, decreasing the cost and weight of the device.

12.     For example, a typical rechargeable "button battery" cell, such as used in the Janam XM-60, supplies about 1.2 V. In order to supply sufficient voltage to a computer system requiring, e.g., 3-5 volts, directly from the backup batteries, three or more battery cells would be required. However, with the use of a boost circuit as per the '366 Patent, two battery cells connected in series and providing only about 2.4 volts (depending on charge), can be boosted to provide the 3-5 volts required by the computer.

13.     I have examined a sample Janam XM-60 device provided to me. As explained herein, the Janam device meets all of the limitations set forth in claims 1, 2, 3, 6, 7, 8, 9, 13, and 18 of the '366 Patent and, therefore, infringes these claims. The claim chart attached as Exhibit G maps the technical features of the XM-60 to the limitations in these claims.

14.      The Janam XM-60 device is battery operated portable hand-held computer. It has a primary battery pack rated at about 3.7V and which provides a raw voltage to the computer circuitry of about 3.5 – 4 V, depending on the battery's charge. Separate circuitry within the computer adjusts this raw voltage to a voltage appropriate for different components, such as the memory, digital logic, and radio systems. .

15.     The specification sheet indicates that the XM-60 has a rechargeable backup battery. (Exhibit E). An examination of the device shows that the backup battery system is composed of two rechargeable NiMH button cells:



The cells used in the XM-60 are GP20BNH cells, each of which provides an output voltage of about 1.2V. (See GP Battery Button Cell specification sheet, attached as Exhibit H). Thus, operating together, these two cells can supply approximately 2.4V, less than the voltage required by the XM-60.

16.    An examination of the XM-60 circuitry shows that the device uses a Torex XC6367B step-up voltage regulator chip. The data sheet for the Torex chip used by Janam is attached as Exhibit I.

17.    My examination and testing shows that the Torex chip is coupled to associated circuitry and connected to the backup battery cells on the XM-60 device so that the chip and its associated circuitry boosts the approximately 2 to 3 volts that these cells provide (depending on their charge) to approximately 3.5V of raw battery power which is provided to the XM-60 (and which would otherwise be provided by the primary battery).

18.    A photograph of a portion of the XM-60 circuit board with the Torex chip and associated circuitry (along with one of the backup battery cells) is shown below:



The circuit arrangement used in the XM-60 is very similar to the sample application circuit set forth for this chip in the Torex data sheet (p. 419):



19.    My analysis further confirms that the boost circuit is not activated unless the system detects that the voltage from the primary battery has dropped below about 3.4 V.  The Janam device uses what I understand to be a Seiko S808 voltage detector to monitor the primary

battery voltage and detect when it drops below this threshold. A photograph of a portion of the XM-60 circuit board with the Seiko S808 chip identified is shown below:

Seiko S808 V detector

A datasheet from the S808 voltage detector series is attached as Exhibit J.

20. More specifically, my analysis shows that the enable signal for the Torex step-up voltage regulator chip is activated when circuitry in the XM-60 detects that the voltage of the primary battery system is lower than a threshold value of about 3.4V. When the enable signal is activated, the Torex chip is turned on and the boost circuit then provides battery power from the cells comprising the backup battery at the boosted voltage (of about 3.5V) to the computer circuitry. When the enable signal to the chip is not activated, the chip is off and the boost circuit does not provide power from the backup batteries.

21. For these reasons, and as set forth in the claim chart of Exhibit G, the Janam XM-60 literally infringes claims 1, 2, 3, 6, 7, 8, 9, 13, and 18 of the ‘366 Patent. To the extent that there is no literal infringement, the XM-60 infringes these claims under the doctrine of equivalents because any differences between the XM-60 and the limitations recited in the claims are insubstantial.

22.     The '366 Patent was filed on June 24, 1997.  I understand that under U.S. patent law, the '366 Patent is presumed valid.  I am not aware of any device that uses a battery boost circuit for a backup power supply as recited in the claims of this patent and which predates the '366 Patent's filing date.


**Patent No. 5,334,821**

23.     The '821 Patent (Exhibit C), is directed to a portable point of sale terminal with two radio transceivers for transmitting and receiving data wirelessly.  The two transceivers are preferably configured so that they can operate simultaneously without interfering with each other.  This invention is an important feature in handheld mobile computers because it provides for the exchange of data by way of two distinct wireless networks, such as via WiFi local area networks and Bluetooth personal area networks.

24.     I have examined a sample Janam XM-60 device provided to me.  As explained below, the Janam device meets all of the limitations set forth in claims 1, 3, 4, and 9 of the '821 Patent and, therefore, infringes these claims. The claim chart attached as Exhibit K maps the technical features of the XM-60 to the limitations in these claims.


25.     The '821 Patent claims recite a portable "point of sale" terminal.  The Janam XM-60 can be used as a point of sale terminal.  Literature on Janam's web site indicates that Janam's devices are for use in "retail" applications, among others.  (http://www.janam.com/about-janam.php, Exhibit L).  The Janam device also has a bar code reader and Janam provides accessories, such as a magnetic strip reader, for the XM-60, to provide "on-the-go card reading capability", features common in point-of-sale terminals.  (Exhibit M).

26. As is apparent from an inspection of the XM-60, the device has a hand-carryable housing with a keyboard and display and an internal battery. The display is a touch screen and will sense the manual selection of information by a user when he or she presses on the screen, e.g., with a stylus or his or her finger.

27. As detailed in the XM-60 product specifications (Exhibit E) and confirmed by my examination of the sample product, the XM-60 is a portable hand-held battery powered computer terminal that has two separate radio transceivers (i.e., radios). A first transceiver, is used to transmit and receive data using the 802.11b (WiFi) wireless network protocol operating at 2.4GHz. A second transceiver is used to transmit and receive data using the Bluetooth wireless network protocol.

28. The 802.11b protocol is commonly used to connect a wireless device to an Internet server in a wireless local area network (WLAN) to allow for wireless web browsing and other applications. Bluetooth is a low-power protocol and is commonly used in the context of a wireless personal area network (WPAN) used to provide data transfers between two devices that are located very close to each other. The XM-60 specification sheet also indicates that its 802.11b radio is for use in WLAN applications and its Bluetooth radio for WPAN applications:

**XM60 Series** Specifications

| | |
|---|---|
| WPAN | Bluetooth v1.2 |
| WLAN | IEEE 802.11b radio, 2.4GHz |

.

29. Both 802.11 and Bluetooth wireless protocols use a transmission format known as "spread spectrum" and are designed so that they can operate simultaneously without interfering with each other.

30. I have operated the XM-60 in accordance with the instructions in the user manual. I was able to connect to a wireless local area network using the 802.11 radio and browse the Internet. In doing this, the XM-60's 802.11 radio transmitted data to and received data from a host computer. I was also able to connect the XM-60 to another device over its Bluetooth interface. The XM-60 manual teaches to use Bluetooth to synchronize the XM-60 with a personal computer. (Exhibit F, pp. 8-4 to 8-5). In such a case, the personal computer would serve as a remote input-output device for the XM-60. I was also able to successfully operate the 802.11b and Bluetooth radios at the same time.

31. Excerpts from the XM-60 manual for Bluetooth and 802.11 network connections are shown below:

**Bluetooth ActiveSync**

**To setup your PC to accept Bluetooth ActiveSync:**

1. Go to **MS Windows icon > settings > control panel.**
2. Select **Bluetooth devices > COM ports.**
3. Add a **COM port** if needed**.**

. . .

**Wireless local area network access**

**To add or edit a WLAN:**

1. Tap the **MS Windows icon** in the command bar **> settings > network and dial-up connections** icon.

. . .

(Exhibit F, pp. 8-4 to 8-5; pp. 7-1 to 7-2)

32. For these reasons, and as set forth in the claim chart of Exhibit K, the Janam XM-60 literally infringes claims 1, 3, 4, and 9 of the ‘821 Patent. To the extent that there is no literal infringement, the XM-60 infringes these claims under the doctrine of equivalents because any differences between the XM-60 and the limitations recited in the claims are insubstantial.

33. The ‘821 Patent was filed on July 16, 1992. This is very early in the development of wireless hand-held computers and it was unusual at that time for portable computers to have even a single radio transceiver, much less two radio transceivers as recited in the ‘821 Patent claims, which can preferably operate using spread-spectrum transmission schemes and which can operate simultaneously without interfering with each other. I understand that under U.S. patent law, the ‘821 Patent is presumed valid. From my experience, I do not know of any portable point of sale terminal which includes two radio transceivers as claimed in this patent and which predates the ‘821 Patent’s filing date.

**Patent No. 6,714,969**

34. The invention described in the ‘969 Patent (Exhibit D) is directed to a wireless user-held network terminal that, among other features, has software for wirelessly receiving scripts from a network (such as HTML web pages from the Internet) and then parsing these scripts in order to present a user with various different user interfaces without the user having to install new software on the terminal.

35. I have examined a sample Janam XM-60 device provided to me. As explained herein, based on my analysis, the Janam device meets all of the limitations set forth in claims 1, 2, 3, 4, 7 and 15 of the ‘969 Patent and, therefore, infringes these claims. The claim chart attached as Exhibit N maps the technical features of the XM-60 to the limitations in these claims.

36. The ‘969 Patent indicates that one example of a script is a markup language such as HTML. HTML is a computer scripting language commonly used for Internet-based applications. An HTML script combines data with embedded commands. The commands indicate, among other things, how the data should be displayed on the screen and how to present areas on the screen into which a user can input data.

37. When an HTML script is received by an appropriate web-browser, the web-browser software will parse the HTML script to extract the embedded commands and display the data and input-fields accordingly.

38. By using parsing software, such as claimed in the ‘969 Patent, the Internet web browser generates a user interface for remote software applications without the need for such software to be installed on the handheld computer. In this way, the time and expense of continually updating software stored on handheld mobile computers can be avoided.

39. My examination of the XM-60 confirms that, as listed in its specification (Exhibit E), the XM-60 is a wireless user-held terminal that can access, display, and enter data on a computer network.

40. As discussed above, with respect to the ‘821 Patent, the XM-60 has an 802.11b radio transceiver that allows wireless communication between it a computer network. Software in the XM-60 is used to control communication between the Janam device and a connected computer network using 802.11b. (The XM-60 can also connect to a network by using its Bluetooth radio to connect to a computer which itself is connected to a network.)

41. The XM-60 runs Microsoft Windows CE operating system and has the Window’s Explorer Internet browser installed. Internet Explorer includes software that parses HTML

scripts received from the network. Different scripts provide different interfaces depending on the web site being accessed.

42. I have connected to the Internet using the sample XM-60 and confirmed that it allows web-browsing. I have also confirmed that the software in the XM-60 will parse HTML scripts provided over the wireless network and present different user interfaces in accordance with the script received.

43. In addition to browsing the Internet, the XM-60 also includes personal digital assistant applications, such as a notepad and a calendar.

44. The XM-60 also includes a bar code reader, which the specification sheet identifies as a 1D/2D HHP Adaptus 752 x 480 pixel CMOS area imager that can scan and decode 1D and 2D bar code symbols. The XM-60 includes scan-demo software and I have operated this software to confirm that the sample XM-60 I examined can scan and decode bar code symbols.

45. The XM-60 specifications indicate that its bar code reader can read a large number of different bar codes:

| DATA CAPTURE | |
|---|---|
| Imager | 1D/2D HHP Adaptus® Imaging Technology; 752 x 480 pixel CMOS area imager |
| 1D Symbologies | China Post, Codabar, Codablock F, Code 11, Code 16K, Code 32 Pharmaceutical (PARAF), Code 39, Code 49, Code 93 and 93i, Code 128, EAN-8, EAN-13, Interleaved 2 of 5, ISBT 128, Matrix 2 of 5, Korea Post, MSI, Plessey Code, PosiCode, Reduced Space Symbology (RSS-144, RSS Limited, RSS Expanded), Straight 2 of 5 IATA (two-bar start/stop), Straight 2 of 5 Industrial (three-bar start/stop), Telepen, Trioptic Code, UPC-A, UPC-A with Extended Coupon Code, UPC-E, UPC-E1 |
| 2D Symbologies | PDF417 (EAN-UCC Composite, MicroPDF417, PDF417, TCIF Linked Code 39, TLC39), 4-CB (4-State Customer Barcode), Australian Post, Aztec Code, Aztec Mesas, British Post, Canadian Post, Data Matrix, ID-tag (UPU 4-State), Japanese Post, KIX (Netherlands) Post, MaxiCode, OCR, Planet Code, Postnet, QR Code |

It has been explained to me that at least the two-dimensional symbologies, such as PDF417, would be considered high-density bar codes.

46. For these reasons, and as set forth in the claim chart of Exhibit N, the Janam XM-60 literally infringes claims 1, 2, 3, 4, 7 and 15 of the ‘969 Patent. To the extent that there is no

literal infringement, the XM-60 infringes these claims under the doctrine of equivalents because any differences between the XM-60 and the limitations recited in the claims are insubstantial.

47. The ‘969 Patent is a divisional of an earlier filed application, which itself is a continuation of earlier filed applications. It is my understanding that in view of the relationship of the ‘969 Patent to these prior applications, the ‘969 Patent is entitled to a filing date of August 2, 1996. I also understand that under U.S. patent law, the ‘969 Patent is presumed valid. Although portable terminals with radios in them existed prior to August 2, 1996, the use of the Internet on personal wired computers was still relatively new and I am unaware any hand-held terminals which predate August 2, 1996 and which provided wireless Internet browsing. More generally, I am unaware of any wireless hand-held terminal that existed prior to August 2, 1996 and which included parsing software that parsed scripts received over a wireless network to present different user interfaces as recited in the ‘969 Patent claims.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing statements made by me are true and correct based on personal knowledge and information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on June 17 , 2008 at Los Gatos, California.

Ken Clements

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on June 18, 2008, the attached document was Federal Expressed to the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE 19904

I further certify that on June 19, 2008, the attached document will be Hand-Delivered to the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE 19904

By: */s/ David E. Moore*

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

# EXHIBIT A

**Ken Clements**
18395 Main Blvd. Los Gatos, CA 95033
(408) 353-5027 Ken@Innovation-On-Demand.com

## PROFESSIONAL EMPLOYMENT

| | |
|---|---|
| November, 2002 to Present | **EXPERT WITNESS** and consulting services in the patent cases Proxim v. 3Com et al. (D.Del., No. 01-155-SLR) and Symbol v. Proxim (D.DE. No. 01-801-SLR) (on behalf of Symbol Technologies); Metrologic v. Symbol (D.N.J., No. 03-2912) (on behalf of Symbol); Negotiated Data Solutions v. Dell (N.D.Calif., No. 03-5755) (on behalf of Dell) (pending);<br><br>Litigation consultation on behalf of SanDisk (2007). |
| May, 1993 to May 2009 | **INNOVATION ON DEMAND, INC.**<br>This was my consulting company. I helped other companies develop new products. Primary focus: Wireless Networks<br>During this time I wrote firmware for wireless LAN adapters, developed novel algorithms for roaming, new designs for high speed frequency hopping, data modulation techniques, and wireless routing for WAN. Also during this period, I participated in the development of the IEEE 802.11 wireless LAN standard.<br><br>IOD was also involved in the development of new technology to support the field of Molecular Nanotechnology. |
| July, 1989 to May, 1993 | **FOUNDER, PRESIDENT AND CHIEF TECHNICAL OFFICER OF MASS MEMORY TECHNOLOGY INC.** (NOW VERTICAL CIRCUITS INC.)<br>Invented the stacked wafer solid state disk and new silicon micromachining technology. |
| June, 1988 to July, 1989 | **DIRECTOR AND PRINCIPAL ENGINEER OF NETCOR INC.**<br>Assisted management with the purchase and revival of a company in the ethernet equipment business. Designed and manufactured ethernet hubs, transceivers, and repeaters. |
| April, 1984 to June, 1988 | **FOUNDER, PRESIDENT AND CHIEF TECHNICAL OFFICER OF LASER DYNAMICS INC.**<br>Invented the flying laser magnetooptic read/write head. |
| August, 1983 to March, 1984 | **PRESIDENT OF TRICOMP POLYTECHNICAL INC.**<br>Invented and directed the development of new video game technology in conjunction with AMI and Atari. |
| June 1980, to August, 1983 | **FOUNDER, PRESIDENT AND CEO OF PACIFIC POLYTECHNICAL INC.**<br>Developed coin-op video games and game development systems. |
| January 1977, to June 1980 | **V.P. ENGINEERING, CASINO GAMING SYSTEMS, INC.**<br>Developed security and local area network systems for casinos. |
| May 1976, to January, 1977 | **LEAD DESIGNER, MOUNTAIN COMPUTER INC.**<br>Developed peripherals for personal computers. |

| | |
|---|---|
| June, 1973 to May, 1976 | **CONSULTANT**<br>Various designs and products for companies including: VHF antenna, digital navigation compass, system software, computer language systems, optical character recognition, fire detection and reporting systems, digital simulators and audio spectrum recognition. |

## COMPUTER LANGUAGES

C++, Java, C, HTML, Pascal, FORTH, Lisp, FORTRAN, many forms of Assembler

## EDUCATION

| | |
|---|---|
| 1977 to Present | Continuing education classes in VLSI design, Semiconductor Physics, Thin Film technology, Data Modulation, Nanotechnology, Medical Device Design etc. |
| September, 1973 to May 1976 | Bachelor of Arts Degree from the University of California at Santa Cruz in Information Science and Biology. Primary focus was information processing in neurosystems, and molecular information storage. |
| January 1973 to June 1973 | Honors Research Program through the University of Chicago at the Argonne National Laboratory. Developed image processing software and algorithms for the automatic computer analysis of optic nerve fibers. |
| September 1970 to January 1973 | Completed undergraduate program in mathematics at Immaculate Heart College in Hollywood California |

## PATENTS

| | | |
|---|---|---|
| 7,367,186 | 2008 | Wireless Technique for Microactivation |
| 6,588,208 | 2003 | Wireless Technique for Microactivation |
| 5,987,062 | 1999 | Roaming Technique for Wireless Local Area Network |
| 4,954,875 | 1990 | Semiconductor Wafer Array with Electrically Conductive Compliant Material |
| 4,897,708 | 1990 | Semiconductor Wafer Array |
| 4,707,814 | 1987 | Extended Cavity Laser Recording Method and Apparatus |
| 4,658,146 | 1987 | Extended Cavity Laser Readout Apparatus |
| 4,357,605 | 1982 | Carrier Current Wireless Local Area Network |

| | |
|---|---|
| **ORGANIZATIONS** | Member IEEE, IEEE 802.11 Wireless LAN Standards Working Group |
| **INTERESTS** | Molecular Nanotechnology, Aikido (Shodan 1989) |

# EXHIBIT B

US005835366A

# United States Patent [19]

Pleso et al.

[11] Patent Number: 5,835,366

[45] Date of Patent: Nov. 10, 1998

[54] **SECONDARY BATTERY BOOST CIRCUIT**

[75] Inventors: **Mark F. Pleso**, Sharon, Pa.; **Lee E. Leppo**, Tallmadge, Ohio

[73] Assignee: **Telxon Corporation**, Akron, Ohio

[21] Appl. No.: **881,773**

[22] Filed: **Jun. 24, 1997**

[51] **Int. Cl.**[6] ........ **H02M 3/18**

[52] **U.S. Cl.** ........ **363/59**; 323/222; 307/66

[58] **Field of Search** ........ 323/21, 222; 363/59; 307/64, 66

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,816,768 | 6/1974 | Stein | 307/64 |
| 4,209,710 | 6/1980 | Quarton | 307/66 |
| 4,214,827 | 7/1980 | Tominaga et al. . | |
| 4,355,619 | 10/1982 | Wilkinson . | |
| 4,488,057 | 12/1984 | Clarke | 307/66 |
| 4,719,550 | 1/1988 | Powell et al. | 363/37 |
| 4,847,545 | 7/1989 | Reid . | |
| 5,399,956 | 3/1995 | DeLuca et al. | 363/59 |
| 5,515,024 | 5/1996 | Ghia et al. . | |
| 5,517,153 | 5/1996 | Yin et al. | 327/546 |
| 5,526,253 | 6/1996 | Duley . | |
| 5,528,087 | 6/1996 | Sibata et al. . | |
| 5,560,023 | 9/1996 | Crump et al. . | |

*Primary Examiner*—Stuart N. Hecker
*Attorney, Agent, or Firm*—Renner, Otto, Boisselle & Sklar P.L.L.

[57] **ABSTRACT**

A secondary battery boost system which includes a primary power supply for a computing device, and a secondary power supply for the computing device. The boost system also includes a boost circuit operative to increase the power output of the secondary power supply applied to the computing device. Upon the output of the primary power supply falling below a level suitable for properly powering the computing device, the boost circuit feeds the computing device power from the secondary power supply. The boost circuit also boosts the power output of the secondary power supply so that the secondary power supply can be smaller and more light weight.

**24 Claims, 3 Drawing Sheets**





10
20
42
24
52
26
50
54
40
16
16
70
72
60
62
64
(+)
(-)
(s)
66
68
34
32
66
Fig. 1a
Fig. 1b
Fig. 1c



20
DISPLAY
120
MEMORY
24
USER INPUT DEVICE
110
DISPLAY DRIVER
BAR CODE READER
26
220
LOW VOLTAGE DETECTOR
PROCESSOR
100
50
138
TX
RX
132
130
210
190
68
MAIN BATTERY
200
5V POWER
3V POWER
60
62
192
70
SECONDARY BATTERY
180
BOOST CIRCUIT
170

Fig. 2

START
300
PRIMARY BATTERY SUPPLYING POWER TO COMPUTING DEVICE
310
HAS OUTPUT OF PRIMARY BATTERY FALLEN BELOW PREDETERMINED LEVEL1?
320
NO
YES
INFORM PROCESSOR
322
CONTINUE NORMAL OPERATIONS
326
INITIATE APM PROTOCOL
324
HAS OUTPUT OF PRIMARY BATTERY FALLEN BELOW PREDETERMINED LEVEL2?
330
YES
SWITCH TO SECONDARY POWER SUPPLY
340
NO
COMPLETE APM PROTOCOL AND SHUTDOWN COMPUTING DEVICE
350
END

Fig. 3

# SECONDARY BATTERY BOOST CIRCUIT

## TECHNICAL FIELD

The present invention relates in general to a battery boost circuit, and in particular to a secondary battery boost circuit for a portable computing device.

## BACKGROUND OF THE INVENTION

In recent years, the use of wireless mobile terminals has become increasingly popular to help automate and expedite processes in retail, manufacturing, warehousing and other industries. For instance, in a retail environment the wireless mobile terminal may take the form of a wireless bar code reading device for use in tracking inventory and checking prices. In the warehousing industry, the same device may be used to keep accurate accounts of incoming and outgoing shipments. In the healthcare, transportation and other industries, the mobile terminal may take the form of a wireless pen based computer to aid in on-site document control procedures. The mobile terminals may operate independently by storing all information until later downloaded or may include a radio which allows it to communicate in real time to a host computer connected to a LAN, for example.

In order to allow for wireless operations, a power supply such as a battery pack is included in each mobile terminal. Typically, each battery pack will be made of rechargeable type batteries, such as Nickel-Cadmium (Ni-Cd) or Nickel-Metal-Hydride (NMH), which can supply several hours of uninterrupted operating time to a user before requiring recharging. However, due to the large amount of processing power needed to run most of today's standard wireless equipment, it is not uncommon for power to run out before a user has sufficient time to finish his/her current task. Therefore, in order to avoid loss of information in connection with currently active or unsaved files several safeguards exist.

One known safeguard against losing valuable information prior to a forced shutdown of a mobile terminal is to implement the Advanced Power Management (APM) shutdown protocol. The APM shutdown protocol is specially designed to operate in conjunction with a device running a Windows® based operating system. Upon a processor in the mobile terminal detecting that the main battery is running low, the APM shutdown protocol implements a series of steps which ensures for a save power down routine wherein no data is lost.

In order to accommodate reliable implementation of an APM shutdown protocol or other similar low power shutdown routine, there needs to be enough power remaining in the mobile terminal's power supply to ensure the full routine can be implemented. Unfortunately, with the power level of the main power supply already running low, there will oftentimes not be a sufficient amount of power to reliably run the full safe guard mechanisms in place. Thus, several manufactures of mobile terminals include a back up battery to handle the final power down stages if necessary.

As the reduced size and weight of a mobile terminal play significant factors in providing for an ergonomically marketable device, these factors are critical to the overall success of such products. Unfortunately, the back-up batteries needed to supply sufficient power to accommodate operating safeguard routines such as those described above require the use of valuable space inside the mobile terminal and add to the overall weight of the device.

Thus, there is a strong need for a method and/or apparatus for minimizing the size and weight of the secondary battery

while still providing sufficient back-up power to accommodate any necessary routine(s).

## SUMMARY OF THE INVENTION

The present invention provides for a boost circuit which engages a secondary "bridge" or back-up power supply upon an output of a primary power supply falling below suitable level. The boost circuit is coupled to a secondary power supplies, and feeds the output of the secondary power supply to a computing device. A monitoring circuit (e.g., wired OR connection) monitors the output level of both the primary and secondary power supplies. Upon the output of the primary power supply falling below a level suitable for properly powering the computing device, the monitoring circuit feeds the computing device power from the secondary power supply via the boost circuit. The boost circuit boosts the power output of the secondary power supply so that the secondary power supply can be smaller and more light weight than a typical power supply providing a power level comparable to that output via the boost circuit.

The computing device according to a preferred aspect of the present invention is a wireless, portable computing device. Such wireless, portable computing devices are desired to be relatively small in size and light in weight in order to facilitate their portable nature. The boost circuit provides for sustaining proper operation of the computing device and also facilitating the portability of the computing device by affording for the use of a less expensive, small and lightweight secondary power supply. As a result, the present invention provides for sustaining the proper operation of the device and facilitating the portable nature of a wireless, portable computing device.

In accordance with one aspect of the present invention, a secondary battery boost system is provided, including: a primary battery, the primary battery operative as a primary portable power supply for a computing device; a secondary battery, the secondary battery operative as a backup portable power supply for the computing device; and a boost circuit operative to increase the power output of the secondary battery applied to the computing device.

According to another aspect of the present invention, a method for facilitating power shutdown protocol of a computing device is provided, including the steps of: using a first cell as a primary portable power supply for the computing device; using a secondary cell as a backup portable power supply for the computing device; and using a boost circuit to increase the power of the secondary cell applied to the computing device; wherein the secondary cell supplies power to the computing device upon a voltage of the first cell dropping below a predetermined value.

In accordance with still another aspect of the present invention, a portable computing device is provided, including: a housing; a first battery supported by the housing, the first battery operative to supply power via a power supply to the portable computing device; a battery boost circuit disposed within the housing; a secondary battery coupled to the battery boost circuit, the secondary battery operative to supply power via the power supply to the portable computing device upon a voltage of the first battery falling below a predetermined value; wherein the battery boost circuit increases a power output of the secondary battery and provides the portable computing device with power from the secondary battery upon the voltage of the first battery falling below the predetermined value.

Another aspect of the present invention affords for a method of providing power to a computing device, including

the steps of: providing power to the computing device via a primary power source; determining when an output power associated with the primary power source is below a threshold power level; and providing power to the computing device via a secondary power source when the output power associated with the primary power source is determined to be below the threshold power level, the secondary power source providing power through a power boost circuit.

To the accomplishment of the foregoing and related ends, the invention, then, comprises the features hereinafter fully described and particularly pointed out in the claims. The following description and the annexed drawings set forth in detail certain illustrative embodiments of the invention. These embodiments are indicative, however, of but a few of the various ways in which the principles of the invention may be employed. Other objects, advantages and novel features of the invention will become apparent from the following detailed description of the invention when considered in conjunction with the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1***a* is a perspective view of the front side of a portable computing device in accordance with the present invention;

FIG. **1***b* is a perspective view of the back side of the portable computing device of FIG. **1***a* in accordance with the present invention;

FIG. **1***c* is a bottom view of the portable computing device of FIG. **1***a* in accordance with the present invention;

FIG. **2** is a block diagram of a portable computing device in accordance with the present invention; and

FIG. **3** is a flowchart illustration a process for engaging a secondary power supply according to one aspect of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described with reference to the drawings, wherein like reference numerals are used to refer to like elements throughout. In the following description, numerous specific details are set forth such as electronic components, devices, etc. in order to provide a thorough understanding of the present invention. However, it will be apparent to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well known circuits and structures are not described in detail in order not to obscure the present invention unnecessarily.

Referring initially to FIGS. **1***a* and **1***b* there is shown pictorial representations of front and back views, respectively, of a portable electronic device in accordance with the present invention and is generally designated **10**. The present invention relates to a programmable mobile terminal (e.g., a portable teletransaction computing device (PTC)) in which a boost circuit (FIG. **2**) is used to boost the power output of a secondary power source of the mobile terminal **10**, and to contribute to sustaining the operation of the mobile terminal **10** by providing a suitable amount of power to the mobile terminal **10** to sustain operations described herein.

In the exemplary embodiments described hereinafter, the mobile terminal **10** is a hand held inventory control device used to communicate data such as inventory or the like within a cellular, narrow band or other radio communication system including multiple mobile terminals and base stations. However, it is recognized that the present invention contemplates other types of programmable mobile terminals or devices and portable computers and is not intended to be limited necessarily to hand held inventory control devices or devices which must wirelessly communicate information. The portable device **10** could also be any other device that is portable in nature and having electronic circuitry therein in accordance with the present invention. For example, the portable device **10** could be a laptop computer or notebook computer, a PDA, or even a cellular telephone or pager, which employs batteries or a charged cell.

According to one aspect of the invention as shown in FIGS. **1***a* and **1***b*, the portable device is a mobile terminal **10** used in a wireless communication network for tracking inventory, storing data, etc. The user may input and/or process data via a keypad, bar code scanner, etc. independent of the mobile terminal **10** being connected to a LAN, for example. When the mobile terminal **10** does not include a radio to provide for real time communications of data to a LAN, the data is stored in memory (FIG. **2**) within the mobile terminal **10**. In such circumstances, when the mobile terminal **10** is eventually connected to a LAN, the data can be transmitted to a host computer (not shown).

In this particular embodiment, the mobile terminal **10** includes a housing **16**, a display **20** for displaying information to a user, a set of user interface keys **24** for allowing the user to input information and/or operational commands and a bar code scanner **26**. The described components **20**, **24** and **26** are located in the housing **16** which is an elongated enclosure of a size and including such contours as to conveniently fit into the open palm of the user. The housing **16** is preferably made of metal, high strength plastic, or the like. The housing **16** may be comprised of a number of shell portions such as for example front and rear shells **30** and **32** as well as a battery pack lid **34**. The user interface keys **24** may include a full alpha-numeric keypad, function keys, enter keys, etc.

The display **20** may be a liquid crystal display (LCD) or the like. In the preferred embodiment, the display **20** is a fine pitch liquid crystal display operated as a standard CGA display with a resolution of 640×200 pixels. As is conventional, the display **20** functions to display data or other information relating to ordinary operation of the mobile terminal **10** in a cellular communication system. For example, the display **20** may display inventory information, pricing detail, etc. which is to be transmitted to or is received from a system backbone. Additionally, the display **20** may display a variety of functions that are executable by the mobile terminal **10**. The display **20** is capable of displaying both alphanumeric and graphical characters.

The mobile terminal **10** also includes a window through which a bar code reader **26** is able to read a bar code label presented to the mobile terminal **10**. Also included in the mobile terminal **10** is an ON/OFF power switch **40** for turning the device on and off. Furthermore, the mobile terminal **10** includes status lights **42** for indicating to the user such things as operation of a memory hard drive, low battery power, low power consumption, etc. The mobile terminal **10** also includes an antenna **50** which allows the mobile terminal **10** to transmit and receive data via an RF link to a network backbone such as a LAN (not shown). In the exemplary embodiment, the antenna **50** is an omnidirectional antenna but other types of antennas may equally be used. A speaker **52** is integral to the housing **16** and provides an audial output for the user. Additionally, the mobile terminal **10** includes a PCMCIA card slot **54** for receiving a PCMCIA card. As mentioned above, the mobile terminal **10**

is user programmable and thus a user can input commercially available or user created software to tailor the mobile terminal **10** to execute desired functions.

The mobile terminal **10** further includes three electrical contacts **60**, **62** and **64** exposed at the back side of the housing **16**. Contacts **60** and **62** are employed to provide power from an external source (i.e., a cradle (not shown)) to the mobile terminal **10** and status contact **64** is used to provide a status signal to the external power source so that the status (i.e., docked, undocked, on or off) of the mobile terminal **10** can be determined. Furthermore, the status signal provided via status contact **64** may be used to determine the type of battery being used by the mobile terminal **10** so that the battery can be charged according to its particular charge characteristics. Referring now to FIG. **1**C, the mobile terminal **10** also includes a set of four electrical contacts **66** located at the bottom of the housing **16**. The four electrical contacts **66** are used for communications between the electronic circuitry within the mobile terminal **10** and a LAN system backbone (not shown). Preferably, all the contacts **60**, **62** and **64** and **66** are made of a highly conductive metal that is resistant to corrosion such as for example Nickel Plated Beryllium Copper.

Turning back to FIGS. **1***a* and **1***b*, a battery pack **66** is located on the back side of the mobile terminal **10**. The battery pack **66** is dimensioned to receive and hold a rechargeable battery (or batteries) **68** which provides a total nominal voltage of about 7.2 volts. This voltage corresponds to the preferred supply voltage of the mobile terminal **10**. The battery **68** serves as the primary portable power supply for the mobile terminal **10**. The battery pack **66** is adapted to be easily removable and installable. Accordingly, the user can carry a spare battery pack preloaded with primary battery **68** to replace a battery pack with dead batteries. The battery pack **68** is designed to prevent being inserted in the mobile terminal **10** in the wrong direction so as to avoid possible damage to the mobile terminal **10**.

Also located on the back side of the mobile terminal **10** is a secondary battery pack **70**. The secondary battery pack **70** is dimensioned to receive and hold a secondary battery **72** (i.e., secondary portable power supply) which outputs a total nominal voltage of approximately 3.6 volts. As will be discussed in greater detail below, the secondary battery **72** serves to provide power to the mobile terminal **10** upon the output of the primary battery **68** (i.e., primary portable power supply) falling below a predetermined level. As a result, the secondary battery **72** affords for sustaining the operations of the mobile terminal **10** for a period of time sufficient to shut down properly and avoid the loss of valuable data.

FIG. **2** is a block diagram representing the basic structure of the mobile terminal **10** in accordance with an exemplary embodiment of the present invention. The mobile terminal **10** includes a processor **100** which can be programmed to control and to operate the various components within the mobile terminal **10** in order to carry out the various functions described herein. The processor **100** can be any of a plurality of processors, such as the 486DX/33, 486DX2/66, 486DX4/50-100, 486DX4/33-100, 486DX4/33-83, p24T, Pentium 50/75, Pentium 60/90, and Pentium 66/100, and other similar and compatible processors. The processor **100** functions to perform various operations described herein as well as for carrying out other operations related to the mobile terminal **10**. The manner in which the processor **100** can be programmed to carry out the functions relating to the present invention will be readily apparent to those having ordinary skill in the art based on the description provided herein.

The processor **100** is coupled to a user input device **24** which allows an operator to input data to be communicated to a Local Area Network (LAN) such as inventory data, patient information, etc. This information may be sent to a host computer (not shown) which serves as a central data location, for example, or to a cash register connected to a system backbone, etc. The input device **24** can include such items as a keypad, touch sensitive display, etc. The mobile terminal **10** also may include a bar code reader **26** coupled to the processor **100** for providing another form of data input. The bar code reader **26** and the aforementioned input device **24** may be coupled to the processor **100** via a user input interface circuitry (not shown). The user input interface circuitry could perform any conventional conditioning of the output signals from the bar code reader **26** and input device **24** as may be appropriate so that they may be received by the processor **100**.

The display **20** is also connected to and controlled by the processor **100** via a display driver circuit **110**. The display **20** serves as a means for displaying information stored within the mobile terminal **10** and/or received over a system backbone, for example. As mentioned above, the display **20** can be a flat panel liquid crystal display with alphanumeric capabilities, for example, or any type of display suitable for the present invention as will be appreciated.

A memory **120** is included in the mobile terminal **10** for storing information such as program code executed by the processor **100** for carrying out the functions described herein. The actual code for performing such functions could be easily programmed by a person having ordinary skill in the art for computer programming in any of a number of conventional programming languages based on the disclosure herein. Consequently, further detail as to the particular code has been omitted for sake of brevity. The memory **120** also serves as a storage medium for storing information input by the user and/or received from or transmitted by a transceiver such as RF section **130**. The memory **120** may include both volatile and non-volatile memory, and may include a hard drive or other high density storage medium. For example, the memory **120** may include a Random Access Memory (RAM) and a Read Only Memory (ROM). The RAM would provide program instruction storage and working memory for the processor **100**. The ROM could contain software instructions known as the Basic Input/Output System (BIOS) for performing interface operations with input/output (I/O) devices.

The RF section **130** is also connected to the processor **100**. The RF section **130** includes an RF receiver **132** which receives RF transmissions from a base station (not shown), for example, via the antenna **50** and demodulates the signal to obtain digital information modulated therein.

The RF section **130** also includes an RF transmitter **138**. In the event the mobile terminal **10** is to transmit information in response to an operator input at the input device **24**, for example, the processor **100** forms within the memory **120** an information packet (not shown) including data together with a source address (i.e.,the address of the particular mobile terminal **10** sending the information) and a destination address (e.g., a host computer (not shown)). The information packet is then delivered to the RF transmitter **138** which transmits an RF signal with the information packet modulated thereon via the antenna **50** to the destination device. An example of a suitable RF section **130** for use in the mobile terminal **10** is the Model 025 Direct Sequence Spread Spectrum Radio Module, which is commercially available from Aironet Wireless Communications, Inc. of Akron, Ohio.

The mobile terminal **10** further includes a unit power supply **170** which provides power to the mobile terminal **10**. The unit power supply **170** is coupled to contacts **60** and **62** and also to the primary portable power supply (i.e., main battery) **68**. The unit power supply **170** is also tied via a boost circuit **180** to the secondary portable power supply (i.e., secondary battery) **70**. Thus, when the mobile terminal **10** is in a mobile state, the unit power supply **170** provides power to the mobile terminal **10** via either the primary battery **68** or the secondary battery **70**. When the mobile terminal **10** is docked in a cradle (not shown), for example, the unit power supply **170** can receive power externally via contacts **60** and **62** in order to operate the mobile terminal **10** as well as charge the primary battery **68** and/or the secondary battery **70**. It is to be appreciated that the scope of the present invention is intended to include any suitable battery types or charge storing cells for use in the mobile terminal **10** according to the present invention.

As mentioned above, the main battery **68** provides primary power to the mobile terminal **10**. The unit power supply **170** includes both a 5 volt power supply circuit **190** and 3 volt power supply circuit **192**. The main battery **68** is tied to both the 5 volt power supply circuit **190** and 3 volt power supply circuit **192** via diode **200**. The purpose of diode **200** is to ensure power from the main battery **68** flows in only a desired direction. The diode **200** has a 0.2 volt drop associated therewith. Thus the voltage input to the diode **200** by the primary battery **68** will be output at 0.2 volts less than what was input. The 5 volt power supply circuitry **190** converts power it receives to a steady 5 volt DC power for system components which operate at this level and the 3 volt power supply circuitry **192** similarly converts power it receives to a steady 3 volt DC power level for system components which operate at the 3 volt level.

Also tied to the 5 volt and 3 volt power supply circuits **190, 192** through boost circuit **180** is the secondary battery **70**. The secondary battery **70** of the present invention is made up of three Ni-Cd type batteries which output a total nominal voltage of approximately 3.6 volts. In the preferred embodiment, the boost circuit **180** is a MAZ1771 boost circuit manufactured by Maxim. However, it will be appreciated that any suitable boost circuit or means for boosting the power output of the secondary battery **70** may be employed to carry out the present invention.

According to one specific aspect of the present invention, the boost circuit **180** operates by winding current through a conductive coil (not shown). The coil is very rapidly connected and disconnected from ground. The act of disconnecting the coil from ground produces an electro-magnetic field current (EMF) at a desired voltage level which is greater than the nominal voltage output by the secondary battery **70** itself. In the present invention, the higher desired voltage level (e.g., approximately 5.2 volts) can be produced for approximately 90 seconds. It typically only takes 15 seconds to complete an APM shutdown as discussed in greater detail below.

The mobile terminal **10** has four power management states: a normal operating state, a standby state, a suspend state, and an off state. One switch **40** is used to change between the off state, the normal operating state, and the suspend state.

The normal operating state of the mobile terminal **10** of the present invention is virtually identical to the normal operating state of any typical desktop or laptop computer. Users may use applications and basically treat the computer as any other. One difference is the presence of a power management driver, which runs in the background (in the BIOS and the operating system), transparent to the user. The portion of the power management driver in the operating system (OS) is the Advanced Power Management (APM) advanced programming interface written by Intel and Microsoft, which is now present in most operating systems written to operate on Intel's 80X86 family of processors. The portion of the power management driver in BIOS (APM BIOS) communicates with an APM OS driver. The APM OS driver and APM BIOS routines together control the transition of the mobile terminal **10** to and from the other three states.

The second state, the standby state, uses less power than the normal operating state, yet leaves any applications executing as they would otherwise execute. In general, power is conserved in the standby state by placing devices in their respective low-power modes.

The third state is the suspend state. In the suspend state, mobile terminal **10** consumes an extremely small amount of power. The suspended mobile terminal **10** consumes very little power from the main battery **68**. The only power consumed is small amount of power to maintain the circuitry that monitors the switch **40**. This small use of power is accomplished by saving the state of the mobile terminal to the fixed disk storage device (the hard drive of the memory **120**) before the power supply is turned "off". To enter the suspend state, the processor **100** interrupts any executing code and transfers control to its power management driver. The power management driver ascertains the state of the mobile terminal **10** and writes the state of the mobile terminal **10** to the fixed disk storage device **120**. The state of the CPU registers, the CPU cache, the system memory, and the other devices' registers are all written to the fixed disk **120**. The entire state of the mobile terminal **10** is saved in such a way that it can be restored without the code applications being adversely affected by the interruption. The processor **100** then writes data to the non-volatile CMOS memory indicating that the system was suspended. Lastly, the processor **100** causes the unit power supply **170** to stop supplying full power. The entire state of the mobile terminal **10** is safely saved to the fixed disk storage device, system power is now "off," and the mobile terminal **10** is now only receiving a small amount of regulated power from the unit power supply **170** to power the circuitry that monitors the switch **40**.

The fourth and final state is the off state. In this state, the unit power supply **170** ceases providing regulated power to the mobile terminal **10**, but the state of the mobile terminal **10** has not been saved to the fixed disk **120**. The off state is virtually identical to typical desktop computers being turned off in the usual manner.

Switching from state to state is handled by the power management driver and is typically based on closure events of a single switch, a flag, and two timers; an inactivity standby timer and an inactivity suspend timer. The mobile terminal **10** has a single power switch **40**. This switch **40** can be used to turn on the mobile terminal **10**, suspend the state of the mobile terminal **10**, restore the state of the mobile terminal **10**, and turn off the mobile terminal **10**.

The mobile terminal **10** uses advanced power management (APM) to facilitate the state transitions and system maintenance associated with the state transitions. As mentioned above, APM is an industry standard advanced programming interface that was developed to provide a way for operating systems and system BIOS in desk top and notebook computer systems to cooperatively manage power.

APM provides an excellent tool that facilitates suspending and resuming the system because it involves the operating system in the suspend process and allows the operating system to prepare the system before the suspend process occurs.

The present invention employs the boost circuit **180** to boost the voltage of the secondary battery **70** for a period of time sufficient to complete the APM protocol so that the loss of data is minimized. In other words, the present invention uses the secondary battery **70** as a backup to the primary battery **68** so that operations (e.g., APM protocol) of the mobile terminal **10** can be sustained for a period of time sufficient for saving valuable data that might otherwise be lost in the event of rapid degradation of the power supply from the primary battery **68**.

The main battery **68** and secondary battery **70** are wired "OR" ed together at the wired OR connection **210**. The wired or connection **210** provides for a unique switching technique between the main battery **68** and secondary battery **70** which eliminates the need to provide for intricate switching circuity as is currently known and done in the art. Furthermore, the wired OR connection **210** provides an added benefit of automatically switching to the secondary battery **70** in the event the main battery **68** is accidently or purposefully removed from the mobile terminal **10**. Wired OR connections are known in the art and therefore detailed discussions thereto is omitted in order not to cloud an understanding of the present invention. It is to be understood that any suitable wired OR connection may be employed to carry out the present invention. Furthermore, it will be appreciated that any suitable circuit and/or device for switching between the primary battery **68** and secondary battery **70** as power supplies for the mobile terminal **10** may be used to carry out the present invention.

As was mentioned above, the main battery **68** outputs a higher voltage level of approximately 7.2 volts, and will typically be the primary supplier of power to the 5 v and 3 v power supply circuits **190, 192**. However, upon the power output level of the main battery **68** dropping below a predetermined level, the 5 v and 3 v power supply circuits **190**, **192** will automatically be fed from the secondary battery **70** via the boost circuit **180** and the wired OR connection **210**.

A low voltage detection circuit **220** is also tied to the primary battery **68**. The low voltage detection circuit **220** serves to detect when the primary battery **68** drops below 5.4 volts and then initiates an APM shutdown routine by sending a signal to the processor **100**. Even after the low voltage detection circuit **220** begins the shutdown routine, the main battery will continue to provide power unless and until the voltage of the main battery **68** drops below the voltage level output from the secondary battery **70** via the boost circuit **180**. The present invention provides that the voltage level triggering the shutdown routine by the low voltage detector **220** is to be greater than the voltage level asserted from the boost circuit **180** in order to ensure the secondary battery **70** is not prematurely drained prior to the APM shutdown protocol being initiated.

Turning now to FIG. **3**, the details of the process carried out by the present invention in which the secondary battery output is boosted and is employed to sustain the operations of the mobile terminal **10** upon the output of the primary battery **68** falling below a predetermined level is described.

Beginning in step **300**, the processor **100** starts power-on and general initializations as part of the overall initializations of the processor **100**. Such initializations are conventionally known and are not further discussed for sake of brevity. In step **310**, the main battery **68** is supplying power to the mobile terminal **10** in a conventional manner. In step **320**, the voltage detector **220** is monitoring the output of the primary battery **68** to determine if its output has fallen below a predetermined level (i.e., LEVEL 1). In the preferred embodiment, the voltage detector **220** monitors for the output voltage of the primary battery **68** falling below 5.4 volts. If yes, the output voltage has fallen below 5.4 volts, the voltage detector **220** sends a signal to the processor **100** in step **322**. The processor **100** in step **324** in response to the signal initiates the APM protocol. In step **330**, the wired OR connection is continuously monitoring the output power of both the primary battery **68** and the secondary battery **70** (via the boost circuit **180**). The wired OR connection **170** provides for using the output of the primary battery **68** first and in the event the output of the primary battery falls below a predetermined level (i.e., LEVEL 2) (e.g., 5.2 volts; a voltage level below that output by the boost circuit **180**), the wired OR connection **210** will switch to the output of the secondary battery **70**. If in step **330**, it is determined that the output power of the primary battery **68** has not fallen below predetermined LEVEL 1, the mobile terminal **10** will continue normal operations in step **326**.

Thus, in step **330**, the wired OR connection **210** monitors the voltage output of the primary battery **68**—the output is typically above 5.2 volts. If the voltage output of the primary battery **68** is equal to or above the predetermined threshold (LEVEL 2) (e.g., 5.2 volts), the wired OR connection **210** will continue using the primary battery **68** as a power source for the unit power supply **170**. If in step **336**, the output power of the primary battery **68** falls below the predetermined threshold LEVEL 2, the wired OR connection **210** in step **340** will switch to the secondary battery **70** as the source for the unit power supply **170**. As mentioned above, the boost circuit **180** boosts the output of the secondary battery to a point that is equal to or above the predetermined threshold LEVEL 2. The secondary battery outputs a total nominal voltage of 3.6 volts which is boosted to 5.2 volts or above by the boost circuit **180**. The boost circuit **180** is able to maintain boosting the output of the secondary battery for a period of time (e.g., 90 seconds) sufficient for the APM protocol to be completed. Typically, the APM protocol under Windows® takes approximately 15 seconds to complete. Thus, in step **350**, the processor **100** will complete the APM protocol and shut down the mobile terminal **10** in a suitable manner so that valuable data is not lost.

Although the present invention was described in connection with a mobile terminal **10**, it will be appreciated that the present invention may be applied to almost any type of computing device (e.g., laptop computer, cellular telephone, portable computing devices used in the medical arena, etc.) that employs a primary battery and a secondary backup battery.

The employment of a boost circuit to boost the voltage of a secondary battery affords for employing a lighter weight and smaller secondary battery. Manufacturers of batteries oftentimes produce batteries with power outputs proportional to the size and weight of the battery. Thus, larger, heavier batteries sold in the marketplace generally provide a higher power output as compared to smaller, lighter batteries. Although, smaller, lighter batteries with relatively high power output are available, they tend to be significantly more expensive than batteries of comparable size and weight having less power output. By employing the boost circuit to boost the output of the secondary battery to a desired level, a less expensive secondary battery of smaller size and lighter

weight can be used. As a result, the reduction in size and weight of the secondary battery directly relates to a smaller and lighter computing device (e.g., mobile terminal **10**), and furthermore allows for the use of a less expensive secondary battery.

The description herein with reference to the figures will be understood to describe the present invention in sufficient detail to enable one skilled in the art to utilize the present invention in a variety of applications and devices. The present invention includes all such equivalents and modifications, and is limited only by the scope of the following claims.

What is claimed is:

**1**. A secondary battery boost system, comprising:

a primary battery, the primary battery operative as a primary portable power supply for a computing device;

a secondary battery, the secondary battery operative as a backup portable power supply for the computing device; and

a boost circuit operative to increase the power output of the secondary battery applied to the computing device.

**2**. The secondary battery boost system of claim **1**, wherein the boost circuit is adapted to provide power to the computing device from the secondary battery when a voltage of the primary battery falls below a predetermined threshold.

**3**. The secondary battery boost system of claim **2**, further including a low voltage detection circuit for monitoring the voltage level of the primary battery.

**4**. The secondary battery boost system of claim **3**, wherein the secondary battery supplies power to the computing device in order to sustain an advanced power management protocol when the power output of the primary battery falls below a predetermined threshold.

**5**. The secondary battery boost system of claim **4**, wherein the boost circuit increases the power output of the secondary battery for a time period sufficient to complete the advanced power management protocol.

**6**. The secondary battery boost system of claim **1**, wherein the computing device is a wireless mobile terminal.

**7**. A method for facilitating power shutdown protocol of a computing device, comprising the steps of:

using a first cell as a primary portable power supply for the computing device;

using a secondary cell as a backup portable power supply for the computing device; and

using a boost circuit to increase the power of the secondary cell applied to the computing device;

wherein the secondary cell supplies power to the computing device upon a voltage of the first cell dropping below a predetermined value.

**8**. The method for facilitating power shutdown protocol of a computing device of claim **7**, wherein the step of the boost circuit increasing the voltage of the secondary cell applied to the computing device includes the step of the boost circuit providing power to the computing device from the secondary cell when a voltage of the primary cell falls below a predetermined threshold.

**9**. The method for facilitating power shutdown protocol of a computing device of claim **8**, further including the step of using a low voltage detection circuit to monitor the voltage level of the primary cell.

**10**. The method for facilitating power shutdown protocol of a computing device of claim **7**, further including the step of coupling the primary cell and the secondary cell to the boost circuit via a wired OR connection.

**11**. The method for facilitating power shutdown protocol of a computing device of claim **7**, further including the step of using the secondary cell to supply power to the computing device in order to sustain an advanced power management protocol.

**12**. The method for facilitating power shutdown protocol of a computing device of claim **7**, further including the step of using the boost circuit to increase the voltage output of the secondary cell for a time period sufficient to complete the advanced power management protocol.

**13**. A portable computing device, comprising:

a housing;

a first battery supported by the housing, the first battery operative to supply power via a power supply to the portable computing device;

a battery boost circuit disposed within the housing;

a secondary battery coupled to the battery boost circuit, the secondary battery operative to supply power via the power supply to the portable computing device upon a voltage of the first battery falling below a predetermined value;

wherein the battery boost circuit increases a power output of the secondary battery and provides the portable computing device with power from the secondary battery upon the voltage of the first battery falling below the predetermined value.

**14**. The portable computing device of claim **13**, wherein the boost circuit is adapted to provide power to the portable computing device from the secondary battery when a power output of the primary battery falls below a predetermined threshold.

**15**. The portable computing device of claim **14**, further including a low voltage detection circuit for monitoring the voltage level of the primary battery.

**16**. The portable computing device of claim **14**, wherein the secondary battery supplies power to the computing device in order to sustain an advanced power management protocol when the power output of the primary battery falls below the predetermined threshold.

**17**. The portable computing device of claim **13**, wherein the first battery and the secondary battery are coupled together via a wired OR connection.

**18**. The portable computing device of claim **13**, wherein the portable computing device is a wireless mobile terminal.

**19**. The portable computing device of claim **13**, wherein the portable computing device is a laptop computer.

**20**. A method of providing power to a computing device, comprising the steps of:

providing power to the computing device via a primary power source;

determining when an output power associated with the primary power source is below a threshold power level;

sensing the primary power source to determine if the output power associated with the primary power source falls below a predetermined power level;

providing power to the computing device via a secondary power source when the output power associated with the primary power source is determined to be below the threshold power level, the secondary power source providing power through a power boost circuit; and

triggering an advanced power management shutdown protocol upon determining that the output power is below the predetermined power level.

**21**. The method of claim **20**, wherein the primary power source and the secondary power source are coupled together via a wired OR connection.

**22**. The method of claim **21**, wherein the predetermined power level is greater then the threshold power level.

**23**. The method of claim **22**, wherein the step of triggering an advanced power management shutdown protocol upon determining that the output power is below the predetermined power level, includes the step of using a low voltage detection circuit to monitor the voltage level of the primary power source.

**24**. The method of claim **23**, wherein the computing device is a portable computing device capable of wireless communication.

* * * * *

# EXHIBIT C

US005334821A

# United States Patent [19]

Campo et al.

[11] Patent Number: 5,334,821

[45] Date of Patent: Aug. 2, 1994

[54] PORTABLE POINT OF SALE TERMFINAL

[75] Inventors: **James A. Campo**, Brunswick; **Fred J. Anderson**, Wooster; **Donald M. Embree**, Uniontown; **Charles J. Hofstetter**, Aurora; **Donald I. Sloan**, Stow, all of Ohio

[73] Assignee: **Telxon Corporation**, Akron, Ohio

[21] Appl. No.: **915,470**

[22] Filed: **Jul. 16, 1992**

[51] **Int. Cl.**[5] .............................................. **G06K 5/00**

[52] **U.S. Cl.** .................................. **235/380;** 235/375; 235/381

[58] **Field of Search** ........................ 235/375, 381, 380

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,947,028 8/1990 Gorog ................................ 235/381
5,189,287 2/1993 Parienti .............................. 235/375

*Primary Examiner*—Harold Ritts

*Attorney, Agent, or Firm*—Pretty, Schroeder, Brueggemann & Clark

[57] **ABSTRACT**

A point of sale terminal is disclosed that provides all of the usual point of sale terminal functions, but that is entirely field portable. Data pertinent to each purchase can be input to the terminal via a keyboard assembly, a touch-screen display or a signature-capture screen assembly, or via an antenna and radio link from an associated bar code scanner. Data may be communicated at any time to a remote host computer, also via a separate antenna and radio link. The communication links with the host computer and the bar code scanner operate independently and simultaneously, using mutually compatible modulation schemes such as a spread spectrum scheme for the host computer link and a narrowband or spread spectrum scheme for the bar code scanner link. The terminal thereby functions as a portable repeater or node in a data communications network.

**10 Claims, 3 Drawing Sheets**





FIG. 1
11
15
19
39
17
41
43
29
25
21
13
FIG. 2
39
19
7
6
25
29
23
21
15
13
11
17
7
6



FIG.3
11
39
13
35
49
37
36
33

FIG.6
11
17
71
51,69
21
13
15
29
25
33
45
47
44
65
75a
75b
75
27
31

FIG.7
17
71
11
13
21
15
19
33
69
23
45
47
44
65
41

FIG.8
40
FREQ.



FIG. 4
FIG. 5
5
5
67b
67a
63
17
61
61
57c
57b
57a
57
59
55
53
17
61

## PORTABLE POINT OF SALE TERMFINAL

### BACKGROUND OF THE INVENTION

This invention relates generally to point of sale terminals and, more particularly, to point of sale terminals adapted for portable use.

Point of sale terminals are commonly used in retail stores to record information relating to sales transactions. In its most basic form, the terminal includes a keyboard for the manual entry of data and a printer for printing a paper tape receipt for delivery to the customer. Many point of sale terminals are now associated with bar code scanners for reading the bar codes printed on the items being purchased. Most commonly, the bar code scanners take the form of fixed laser scanners built into a counter top at the point of sale. Other bar code scanners include portable wands and handheld scanners having scanning lasers or charge-coupled device detectors for scanning the bar codes.

Conventional point of sale terminals also commonly include magnetic readers for reading the data recorded on the customers' credit cards. The customers' credit is then verified by electronically accessing an appropriate database over a telephone line.

Although the point of sale terminals described generally above have proven to be extremely effective in facilitating sales transactions, they have not proven to be entirely satisfactory in all applications. Because the terminals are essentially immobile, they are not adapted for use in situations where merchandise is sold at remote locations, away from a retail store environment, or at movable locations within such a retail store environment. It should therefore be appreciated that there is a need for a point of sale terminal that provides the usual point of sale terminal functions, but that is portable. The present invention fulfills this need.

### SUMMARY OF THE INVENTION

This invention is embodied in a point of sale terminal that provides the usual point of sale functions, but that is sized and configured to allow it to be moved conveniently to any desired location, from which it can communicate over the air with a remote host computer. The terminal includes a hand-carryable housing having a front face, and a keyboard and a display are mounted on that front face. A power source is located within the housing, and first and second electromagnetic transceivers also are located within the housing, for transmitting and receiving data over the air to and from the host computer and a remote input/output device, respectively. The first transceiver can transmit and receive data modulated on a first carrier, in a spread spectrum format, while the second transceiver can transmit and receive data modulated on a second carrier, in a narrow band format located in a null of the power spectrum of the modulated first carrier. In this fashion, the two transceivers can transmit and receive data simultaneously without interference.

In another feature of the invention, the point of sale terminal includes a plurality of keyboards, each sized to be removably received individually in a recess formed in the housing's front face. Each keyboard can be selectively installed or removed from the recess only if the power source, which includes one or more removable batteries, is removed from the housing.

In another feature of the invention, a printer is located within the housing, for printing information on a strip of paper and discharging the printed paper from the housing, and a signature-capture screen is mounted on the front face of the housing, immediately adjacent to the paper path, for use in sensing the manual entry of information, such as signature. Conveniently, the printer discharges the paper directly across the top of the signature-capture screen, whereby the point of sale customer may sign his name on the paper while the screen automatically generates data representing that signature.

Other features and advantages should become apparent from the following description of the preferred embodiment, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of a portable point of sale terminal in accordance with a preferred embodiment of the invention.

FIG. **2** is a plan view of the front face of the point of sale terminal of FIG. **1**.

FIG. **3** is a rear elevational view of the point of sale terminal of FIG. **1**.

FIG. **4** is a plan view of the keyboard assembly portion of the point of sale terminal of FIG. **1**.

FIG. **5** is a sectional view of the keyboard assembly, taken substantially in the direction of the arrows **5—5** in FIG. **4**.

FIG. **6** is a sectional view of the point of sale terminal, taken substantially in the direction of the arrows **6—6** in FIG. **2**.

FIG. **7** is a sectional view of the point of sale terminal, taken substantially in the direction of the arrows **7—7** in FIG. **2**.

FIG. **8** is a plot of the power spectral densities of two rf data links used by the point of sale terminal of FIG. **1**.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference now to the drawings, and particularly to FIGS. **1** and **2**, there is shown a point of sale terminal **11** that performs the normal functions associated with a retail sales transaction, yet is entirely field portable. The terminal includes a plastic housing **13** having a generally flat front face **15** on which is located a keyboard assembly **17**, a multi-line liquid-crystal display (LCD) with touch panel **19**, a transverse slot **21** and magnetic card reader **23** for receiving and reading data from a plastic credit card, and a screen assembly **25** adapted to digitally capture a purchaser's signature or any other information manually entered onto the screen by a stylus or writing pen (not shown). The LCD **19** can be selectively used to provide a display of selected information that prompts the operator to select from various options. A printer **27** located within the housing prints on a strip of paper **29** received from a paper roll **31** (FIG. **6**) and discharges the printed paper across the signature-capture screen assembly **25** on the housing's front face **15**.

The point of sale terminal **11** has a size generally comparable to that of a standard notebook. It thereby can be conveniently carried by the operator to any selected site where a sales transaction might occur, either within a retail store environment or at a remote location. Via radio data links, the terminal functions as

a portable repeater or node in a data communications network.

Several input/output connectors are located in an upper side wall **33** of the housing **13**, adjacent to the upper edge of the front face **15**. One such connector **35** is adapted to receive a multi-wire cable connected to a remote bar code scanner or wand (not shown), for use in scanning bar codes printed on the products being sold, in a conventional fashion. Another connector **36** is adapted to receive a multi-wire cable connected to a host computer (not shown) with which the point of sale terminal **11** operates. Yet another connector **37** may be used to receive a multi-wire cable connected to a peripheral device (not shown) such as an external printer, an external display, a modem, or a laser slot scanner.

An antenna **39** projects upwardly from the upper side wall **33**, for use in transmitting data to and from the remote host computer. The antenna and an associated radio module **41** located within the housing **13** provide a convenient alternative for the connector **36** and its associated cable. In some applications, this connector can be eliminated altogether.

An additional antenna is located on a printed circuit board (not shown) carried within the housing **13**, for use in transmitting data to and from the remote bar code scanner. This provides a convenient alternative for the connector **35** and its associated cable.

The point of sale terminal **11** preferably is configured such that it can communicate with the remote bar code scanner and the host computer independently and simultaneously. This is accomplished by configuring the radio module **41** to use separate, compatible modulation schemes for the two data links. Preferably, communication occurs between the terminal and the host computer via a spread spectrum modulation scheme, while communication occurs between the terminal and the bar code scanner via a narrowband modulation scheme in which the carrier frequency **40** is selected to be aligned with a null in the frequency spectrum of the spread spectrum signal for the other data link. This is depicted in FIG. **8**. The power level of the spread spectrum link can be as much as two orders of magnitude greater than that of the narrowband link, without excessive interference.

In an alternative to the two modulation schemes represented in FIG. **8**, both data links can modulate the data in a spread spectrum format. In this case, interference between the two modulation signals is avoided by using different carrier frequencies and different pseudorandom code sequences in effecting the modulation. In yet another alternative, both data links can use narrowband modulation, over different frequency channels.

With reference again to FIG. **1**, the front face **15** of the terminal **11** further includes three membrane switches **42**, for use in switching the terminal on and off, controlling the contrast of the LCD **19**, and controlling a backlight for the LCD. The front face also includes LED indicators **43**, for indicating terminal conditions such as charge, external power, low battery, and status.

The various electrical components of the terminal **11**, including the LCD **19**, the printer **27**, the signature-capture screen assembly **25**, and the radio module **41**, are powered by a battery pack **44** located in a recess **45** accessible via a pivotable door **47** on the underside of housing **13**. The battery pack preferably includes batteries that are rechargeable, and the terminal further includes a conventional charging circuit (not shown) and a charger jack **49** located in the housing's upper side wall **33**.

It is recognized that many users will have special point of sale applications calling for different keyboard functions, layouts and key sizes. Rather than seek to accommodate all of those users with just a single keyboard assembly, the point of sale terminal **11** of the invention utilizes a plurality of keyboard assemblies, each having its own function, layout and key size. One such keyboard assembly **17** is depicted in the drawings.

As shown in FIGS. **4–7**, the keyboard assembly **17** is received in a shallow recess **51** formed in the flat front face **15** of the housing **13**. The keyboard assembly includes a planar support base **53** for providing rigidity, a membrane switch assembly **55** secured by an adhesive to the support base, an elastomeric keypad **57** overlying the switch assembly, and a plastic bezel **59** overlying the keypad. Actually, the keypad depicted in the drawings includes three side-by-side sections, including a left section ***57a*** with 20 function keys, a middle section ***57b*** with a set of standard numeric keys, and a right section ***57c*** with 20 function keys, similar to the first section ***57a***. This modularity enables portions of the keypad to be changed at a lower cost than a single, large keypad.

The bezel **59** snaps into the support base **53**, as best shown in FIG. **5**. The entire assembly **17** is then held together as a unit using four screws **61**, thereby providing the requisite rigidity to withstand shock impacts commonly experienced by portable equipment.

The bezel **59** includes horizontal and vertical crossbars that define a plurality of apertures aligned with the individual keys of the keypad **57**. Manually depressing any selected key brings together two spaced-apart contacts in the membrane switch assembly, to close a predetermined circuit. A ribbon connector **63** connects the membrane switch assembly with associated electronic circuitry carried on a printed circuit board **65** located within the housing **13**.

The keyboard assembly **17** is installed in the front face **15** of the housing **13** by inserting two tabs ***67a*** and ***67b*** projecting outwardly from the bezel **59** into mating apertures formed in the housing. The assembly then rests on a ledge **69** that defines the keyboard recess **51**, and it is secured in place by three screws **71**, which are accessible via the battery recess **45**. The screws engage threaded bores formed in the underside of the support base **53**. Unthreading the screws enables the keyboard assembly to be pivoted upwardly out the recess, for removal from the terminal **11**.

This mode of securing the keyboard assembly **17** to the housing **13** ensures that the screws **71** for securing the keyboard assembly are accessible only if the batteries are first removed from the battery recess **45**. This prevents removal of the keyboard assembly while the terminal **11** is powered, whereby inadvertent electrical hazards due to exposed electrical components are minimized.

The provision for readily interchangeable keyboard assemblies **17** allows the terminal **11** to use keyboard technologies other than elastomeric keyboards without requiring an expensive redesign of the terminal. Such other technologies include resistive touch panels, membrane matrices, full-travel QWERTY, capacitive panels, and electromagnetic panels.

To guard against the radiation of unwanted electromagnetic interference (EMI), the housing **13** and the underside of the keyboard assembly's support base **53** are plated with a metallic shield. The top side of the

membrane switch **55** and mounting bosses on the underside of the bezel **59** also are plated with a metallic shield. The plated shield on the membrane switch also provides a low impedance path for ESD discharges. Radiating keyboard logic signals thereby are completely surrounded by shielding, protected from ESD, while significantly reducing EMI emissions.

As previously mentioned, and with reference again to FIG. **1**, the printer **27** discharges a paper tape **29** along a path directly over the signature-capture screen assembly **25**. The paper is held flat against the screen assembly by portions of the housing's front face that overlie the paper's two side edges. This configuration allows the purchaser to sign his or her name directly onto the paper strip while the screen simultaneously senses the writing of that signature and generates corresponding digital data. The screen assembly is a conventional device that generates a series of 10-bit words representing the writing of information on it.

Positioning the paper strip **29** on top of the signature-capture screen assembly **25** provides two important benefits. First, the purchaser can be provided a written receipt for the purchase, and second, the interposition of the paper between the pen and the screen spreads out the pressure provided by the pen and thereby minimizes potential damage to the screen.

With reference now to FIG. **6**, there are shown two slots and for receiving printed circuit boards **75***a* and **75***b* that carry non-volatile flash ROM or RAM memory circuits. A spring-biased eject lever **75** secures the boards in place when they are installed. The memories carried on these boards can be used to store data associated with the successive purchases, thus constituting an electronic journal that is the functional equivalent of the successive paper tape receipts. After a given period of time, e.g., one work shift, the memory boards can be removed and the stored data transferred to a host computer for further processing. This is an alternative or backup for the more real-time transmission of such data via the radio module **41** and antenna **39** or via the connector **36** and associated cable.

It should be appreciated from the foregoing description that the present invention provides an improved point of sale terminal that provides all of the usual point of sale terminal functions, but that is entirely field portable. Data pertinent to each purchase can be input to the terminal via a keyboard assembly, a touch-screen display, or a signature-capture screen assembly, or via an antenna and radio link from an associated bar code scanner. Data may be communicated at any time to a remote host computer, also via the antenna and radio link. The communication links with the host computer and the bar code scanner operate independently and simultaneously, using mutually compatible modulation schemes such as a spread spectrum scheme for the host computer link and a narrowband or spread spectrum scheme for the bar code scanner link.

Although the invention has been described in detail with reference only to the preferred embodiment, those of ordinary skill in art will appreciate that various modifications can be made without departing from the invention. Accordingly, the invention is defined with reference only to the following claims.

We claim:

**1**. A portable point of sale terminal comprising:

a hand-carryable housing having a front face;

a keyboard and a display mounted on the front face of the housing;

a power source located within the housing;

a first electromagnetic transceiver located within the housing for transmitting and receiving data over the air to and from a host computer; and

a second electromagnetic transceiver located within the housing, for transmitting and receiving data over the air to and from a remote input-output device.

**2**. A portable point of sale terminal as defined in claim **1**, wherein:

the first electromagnetic transceiver transmits and receives data modulated on a first carrier, in a spread spectrum format; and

the second electromagnetic transceiver transmits and receives data modulated on a second carrier, in a narrowband format located at the frequency of a null of the power spectrum of the modulated first carrier.

**3**. A portable point of sale terminal as defined in claim **1**, wherein the first and second electromagnetic transceivers operate simultaneously, each transmitting and receiving data over electromagnetic frequencies that do not interfere with the other.

**4**. A portable point of sale terminal as defined in claim **3**, wherein one or both of the first and second electromagnetic transceivers transmit and receive data in a spread spectrum format.

**5**. A portable point of sale terminal as defined in claim **1**, wherein:

the housing includes a recess in its front face; and

the point of sale terminal further includes a plurality of keyboards, each keyboard being sized to be removably received individually in the recess of the housing.

**6**. A portable point of sale terminal as defined in claim **5**, wherein:

the power source includes one or more removable batteries; and

each of the plurality of keyboards can be mounted in the recess of the housing, and removed from the recess of the housing, only if the one or more batteries are removed from the housing.

**7**. A portable point of sale terminal as defined in claim **1**, and further including:

a printer located within the housing, for printing information on a strip of paper and discharging the paper from the housing; and

a screen mounted on the front face of the housing, for sensing the manual writing of information thereon and generating corresponding data.

**8**. A portable point of sale terminal as defined in claim **7**, wherein the printer is located adjacent to the screen and is arranged such that the discharged paper overlays the screen.

**9**. A portable point of sale terminal as defined in claim **1**, wherein the display is adapted to sense the manual selection of information by an operator of the terminal.

**10**. A portable point of sale terminal as defined in claim **1**, and further including:

means defining a slot in the front face of the housing, the slot being sized to receive one edge of a credit card; and

magnetic reader means located within the housing for reading data recorded in a magnet strip of a credit card being slid along the slot.

* * * * *

# EXHIBIT D

US006714969B1

(12) **United States Patent**
**Klein et al.**

(10) **Patent No.: US 6,714,969 B1**
(45) **Date of Patent: Mar. 30, 2004**

(54) **MOBILE TERMINAL WITH INTEGRATED HOST APPLICATION SOFTWARE**

(75) Inventors: **John Klein**, Morgan Hill, CA (US); **Allan Herrod**, Farmingville, NY (US)

(73) Assignee: **Symbol Technologies, Inc.**, Holtsville, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/570,961**

(22) Filed: **May 15, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/520,929, filed on Mar. 8, 2000, now Pat. No. 6,507,864, which is a continuation of application No. 08/916,605, filed on Aug. 22, 1997, now abandoned, which is a continuation of application No. 08/691,263, filed on Aug. 2, 1996, now abandoned.

(60) Provisional application No. 60/006,872, filed on Nov. 17, 1995.

(51) **Int. Cl.**[7] .......................... **G06F 15/16**; G06F 13/12

(52) **U.S. Cl.** .......................... **709/219**; 709/201; 710/73

(58) **Field of Search** ................................ 709/201, 219; 710/73, 5, 10; 345/168; 348/76

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,664,231 | A | | 9/1997 | Postman et al. | 395/893 |
| 5,717,737 | A | | 2/1998 | Doviak et al. | 379/58 |
| 5,821,512 | A | | 10/1998 | O'Hagan et al. | 235/383 |
| 5,905,248 | A | * | 5/1999 | Russell et al. | 235/462.15 |
| 5,978,773 | A | | 11/1999 | Hudetz et al. | 705/23 |
| 5,987,611 | A | | 11/1999 | Freund | 713/201 |
| 6,003,007 | A | * | 12/1999 | DiRienzo | 705/4 |
| 6,012,102 | A | | 1/2000 | Shachar | 710/5 |
| 6,041,374 | A | | 3/2000 | Postman et al. | 710/73 |
| 6,049,796 | A | * | 4/2000 | Siitonen et al. | 707/3 |
| 6,094,689 | A | | 7/2000 | Embry et al. | 710/5 |
| 6,119,935 | A | | 9/2000 | Jelen et al. | 235/383 |
| 6,129,276 | A | | 10/2000 | Jelen et al. | 235/383 |
| 6,134,406 | A | | 10/2000 | Moe et al. | 399/165 |
| 6,144,848 | A | | 11/2000 | Walsh et al. | 455/419 |
| 6,304,898 | B1 | * | 10/2001 | Shiigi | 709/206 |
| 6,308,205 | B1 | * | 10/2001 | Carcerano et al. | 709/221 |
| 6,321,992 | B1 | * | 11/2001 | Knowles et al. | 235/462.01 |
| 6,336,137 | B1 | * | 1/2002 | Lee et al. | 709/219 |
| 6,356,905 | B1 | * | 3/2002 | Gershman et al. | 707/10 |
| 6,430,624 | B1 | * | 8/2002 | Jamtgaard et al. | 709/246 |
| 6,453,361 | B1 | * | 9/2002 | Morris | 709/250 |
| 6,466,783 | B2 | * | 10/2002 | Dahm et al. | 455/414 |
| 6,535,913 | B2 | * | 3/2003 | Mittal et al. | 709/219 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0744856 | 11/1996 |

* cited by examiner

*Primary Examiner*—Krisna Lim
(74) *Attorney, Agent, or Firm*—Amin & Turocy, LLP

(57) **ABSTRACT**

A method of integrating host application software with data collection devices (e.g., bar code scanners) located on remote, wireless terminals. A data collection object executes on the host computer, using a predetermined interface between the host application software and the data collection object. That interface, and the communications between the host application software and the data collection object, are configured so that to the host application software the data collection device appears to be local hardware on the host computer. The data collection object creates and executes threads of execution for controlling operation of the data collection device, with the threads communicating with the remote terminals via a host computer transport layer, the wireless link, and a remote computer transport layer at the remote terminals. A data collection device driver on the remote terminal receives communications from the data collection object, and returns information to the data collection object, over the remote computer transport layer, wireless link, and host computer transport layer.

**35 Claims, 14 Drawing Sheets**





Fig.1

Fig.3

Fig.2

Fig.4

Fig.5

Fig.6

Fig.7

Fig.8



25
26
20
23
27
27
27
24
21
22c
22b
22a

Fig.9

Analog
Info
Digital data
and control
22
CCD Imager
or
Laser scanner
Analog
Front
end
DSP
Sub-
system
Interface Bus
to PCD
connector
34
32
33

Fig.10



Analog info
Digital data and control
Shared bus
50
51
45
Microphone and Speaker
VB Analog Proc'g
1st DSP Sub-system
Bus Int'fc
to PCD connector
42
43
41
RF Front end
RF Codec
1st DSP Sub-system (opt)
44
22
CCD imager
53
52
Video pre-process

Fig.11

22b
29
30
A'
21a
A
21

Fig.12



109
Antenna
Radio
110
Protocal Stack
111
MUA
112
101b
Display Driver
114
Local Storage
113
Client
108
102
Antenna
103
Radio
104
Protocal Stack
105
Quality Engine
107
MUA
100
Database Storage
106
Local and Wide Area Network
Server
109
Antenna
Radio
110
Protocal Stack
111
MUA
112
Sound Driver
115
Display Driver
114
Local Storage
113
101a
Client

Fig.13



Auto-Configure
120
Get User Login & Password
121
Establish a connection to server
122
Server not Ready
Exit
124
User or password unknown
Yes
Query User status
123
User on
Get User Message Headers
125
Display Headers
126
Wait for User Selection
127
Determine Selection Type
128
View a Message?
129
Yes
No
Get selected message from server
130
Determine message type
131
Text/Image
Display Text/Image
132
Yes
Play Sound
133
Create one
134
Record user message
135
Packages data for transport
136
Send data packages to server
137

Fig.14



Establish an open end connection
140
Listen to the connection
141
Any queries ?
142
No
Yes
Interpret it for the internal Modules (e.g. DB. MUA)
143
Is the request valid ?
144
Yes
No
Log User & Request Send an Err. Msg back to client
151
Determine request type
145
Request = HEADER ?
146
Yes
No
Get Header Information
150
Retrieve User Message
147
Package data for transport
148
Send data packages to client
149

Fig.15



160
Enable Server
164
168
Timer
Enable SYMLIB (API)
166
170
Spectrum 24 Access Point
172
21
STEP Installed
174
Host Application
174
Host Application
174
Host Application
Fig.16
162
214
REGISTRATION
YES
HOME AP
YES
SEND
226
200
NO
NO
DECAPSULATE
CREATE ENTRY
216
202
SOURCE MAC
YES
ENCAPSULATE
218
204
NO
DESTINATION MAC
YES
ENCAPSULATE
220
206
NO
BROADCAST
YES
FORWARD
222
208
NO
DESTINATION MAC
YES
FORWARD
224
210
NO
212
FORWARD
Fig.17



Barcode Information
301
300
Browser
Barcode Aquisition Engine
304
Parsing Engine
305
Interface
Interface Control
303
307
302
306
Printing Engine
Printed Data
309
308
Communication Engine
Communications I/O
User Interaction
310

Fig.18



402
401
Container
Control
IClassFactory
403
403
Standard Compound
Document Interfaces
Additional Control
Interfaces
404
404
Single Interface
Multiple Interfaces

Fig.19



401
414a
Main Control Thread
415
414b
416
414c
Transaction Thread A
413a
414d
Transaction Thread B
413b
414e
413c
Transaction Thread C
414f
413d
Transaction Thread D
419a
419b
419c
419d
Transaction Complete Dispatch
Transaction Start Dispatch
OLE CONTAINER
402
423
422
Transport Layer
420
421
Wireless Link
410
424
REMOTE CLIENT
Transport Layer
426
425
427
428
Data Arrival Handler
Command Complete Handler
411
429
431
Barcode Device Driver
430
432
412
Scanning Hardware

Fig.20



1310
1300
1310
1300
1320
1330
1340

Fig.21

1350
Start
1360
Read barcode on product
1370
Enter reason for return on keyboard
1380
Barcode details & reasons added to database
1390
Done ?
NO
YES
1400
Press "done" key on keyboard
1410
Database entries encoded for PDF printing
1420
PDF barcode label printed out

Fig.22



564
544
520
540
530
562'
562"
514
542
537
538
554
558
548
550
516
518
556
552
563
565
532
546
522
561
528
534
562
510
512
536
560
HOST COMPUTER
CPU
Memory
560'
560"
510
526
560
524
562

Fig.23

Fig.24



Fig.25



Fig.26

# MOBILE TERMINAL WITH INTEGRATED HOST APPLICATION SOFTWARE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of appln Ser. No. 09/520,929 filed Mar. 8, 2000, now U.S. Pat. No. 6,507,864 issued on Jan. 14, 2003, which is a continuation of U.S. application Ser. No. 08/916,605, filed Aug. 22, 1997 now abandoned (hereby incorporated by reference), which is a continuation of U.S. patent application Ser. No. 08/691,263, filed on Aug. 2, 1996, now abandoned, which was copending with U.S. Provisional Application No. 60/006,872 filed on Nov. 17, 1995. U.S. patent application No. 09/359,019, filed Jul. 22, 1999 is also a divisional of U.S. patent application Ser. No. 08/916,605.

## BACKGROUND OF THE INVENTION

The invention relates to integrating host application software with data collection devices (e.g., bar code scanners) located on remote, wireless terminals.

Various readers and optical scanning systems have been developed for reading printed indicia such as bar code symbols appearing on a label or the surface of an article and providing information concerning the article such as the price or nature of the article. The bar code symbol itself is a coded pattern of indicia comprised of, for example, a series of bars of various widths spaced apart from one another to form spaces of various widths, the bars and spaces having different light reflecting characteristics. The readers electro-optically transform the graphic indicia into electrical signals which are decoded into alpha-numeric characters that are intended to be descriptive of the article or a characteristic thereof. Such characters typically are represented in digital form, and utilized as an input to a data processing system for applications in point of sale processing, inventory control and the like.

Known scanning systems comprise a light source for generating a light beam incident on a bar code symbol and a light receiver for receiving the reflected light and decoding and information contained in the bar code symbol accordingly. The readers may comprise a flying spot scanning system wherein the light beam is scanned rapidly across a bar code symbol to be read or a fixed field of view reading system wherein the bar code symbol to be read is illuminated as a whole and a CCD (Charge Coupled Device) array is provided for detecting the light reflected from the bar code symbol.

Known hand-held optical readers are often in the shape of a gun having a handle portion and a barrel portion. The reading window through which the light beam passes is generally located at the end face of the barrel portion, and the reader is aimed at the indicia to be read by the operator holding the handle portion. A trigger is situated in the region of the junction between the handle portion and the barrel portion for operation by the user to actuate the optical reader.

In addition there are known portable hand-held computers for collecting data and down-loading the data to a central or peripheral device. The down-loaded data may be raw data or data that has been processed within the hand-held computer. Data collection can be carried out by entering information to the hand-held computer via a keypad, or by incorporating in the computer an optical reader for example for reading bar code symbols, or incorporating a reader for reading a magnetic card strip. For example when information about various products is required during inventorying, those

products may bear bar code symbols or magnetic strips, or have associated magnetic strip cards which are read by the hand-held computer. The data collected can be transferred from the hand-held computer to a central or peripheral device by known means such as radio frequency radio links, wired connections, infra-red communications or other known transmission arrangements.

Often, more than one data capture system is required for a given application. The manufacture of a customized system for a specific application is expensive and difficult to modify if it is subsequently desired to incorporate further data capture options than those originally provided in the customized device.

Further limitations are imposed because of the limited storage capability of hand-held computers (often known as personal digital assistants) as a result of which simple-store-and-forward, multi-user electronic message systems are generally impractical.

It has been previously proposed to implement a bar code scanner resident on a control machine running a COMPONENT OBJECT MODEL (COM) object. It is desired to increase the scope of such applications to be compatible with a wide range of models and in particular to introduce a bar code scanner remote from the machine and controlled through a wireless interface.

## SUMMARY OF THE INVENTION

In general, the invention features a new method of integrating host application software with data collection devices (e.g., bar code scanners) located on remote, wireless terminals. A data collection object executes on the host computer, using a predetermined interface between the host application software and the data collection object. That interface, and the communications between the host application software and the data collection object, are configured so that to the host application software the data collection device appears to be local hardware on the host computer. The data collection object creates and executes threads of execution for controlling operation of the data collection device, with the threads communicating with the remote terminals via a host computer transport layer, the wireless link, and a remote computer transport layer at the remote terminals. A data collection device driver on the remote terminal receives communications from the data collection object, and returns information to the data collection object, over the remote computer transport layer, wireless link, and host computer transport layer.

In preferred implementations of the invention, one or more of the following features may be included:

The data collection object may be implemented as a COM.

Communications between the remote terminal and the host computer may be over an Internet or Intranet network.

The data collection device may be a bar code scanner, and the data collection object may be a bar code scanning object.

There may be provided a portable computer device comprising a main body and at least one data collection/communications module connectable to the main body, the main body including an interface for connection with the module, a processor for processing information received from the module and a communication link for exchanging information with a host. Because of the modular arrangement the device may be easily adapted to different applications without the requirement to manufacture costly customized systems or to modify such systems which would prove expensive and complex.

The main body may include a visual display, for example an LCD display. The main body may also comprise a keypad. The modules may comprise an image capture module, a laser scanner module and/or a multi-media module. The modules preferably include digital signal processing sub-systems which may be of a single design and programmable as appropriate. The modules may comprise pre-processors for pre-processing information prior to transfer to the main body to reduce the burden on the processor in the main body. The module may be movably mounted on or relative to the main body, and in particular to the display on the main body—for example it may be hinged pivotally or rotatably mounted.

The device may be configured for connection with the Internet.

According to the invention there is provided a communication system for a bar code scanner comprising a control host, a scanning control object working therein and a remote client associated with the bar code scanner wherein the scanning control object communicates with the remote client to control the bar code scanner and the scanning control object is implemented as an OLE control. Accordingly there is provided a system capable of seamless communication between the scanning control and the remote client.

The host and the scanning object control may communicate and integrate via interfaces. The scanning control object may create separate threads of execution for controlling communication with the remote client. The separate threads of execution may include send, receive and synchronize bar code scanner transaction commands.

The scanning control object may be arranged to communicate with the remote client over an Internet or Intranet link and/or by wireless communication.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing objects and advantages of the present invention may be more readily understood by one skilled in the art with reference being had to the following detailed description of several preferred embodiments thereof, taken in conjunction with the accompanying drawings wherein like elements are designated by identical reference numerals throughout several views, and in which:

FIG. **1** is a perspective view of an optical reader according to the present invention from above and the rear;

FIG. **2** is a perspective view of the optical reader of FIG. **1** from above and the front;

FIG. **3** is a perspective view of the optical reader from the front and tilted upwardly;

FIG. **4** is a view of the optical reader from the front;

FIG. **5** is a view of the optical reader from below;

FIG. **6** is a view of the optical reader from above showing hidden detail;

FIG. **7** is a side view of the optical reader showing hidden detail;

FIG. **8** is a sectional view of the optical reader along the line A—A shown in FIG. **7**;

FIG. **9** shows a portable computer device according to another aspect of the invention;

FIG. **10** is a block diagram of an image capture module for the device of FIG. **9**;

FIG. **11** is a block diagram of a multi-media module for the device of FIG. **9**;

FIG. **12** is a perspective view of a variation of the device of FIG. **9**;

FIG. **13** is a block diagram showing the components of a distributed mail delivery service according to another aspect of the invention;

FIG. **14** is a flow chart showing operation of a client portion of the service of FIG. **13**;

FIG. **15** is a flow chart showing operation of a server portion of the service of FIG. **13**;

FIG. **16** illustrates a block diagram of a conventional wireless communication system with a terminal emulation program installed on the mobile units;

FIG. **17** illustrates a flow chart illustrating an access point's action upon receiving a packet from a mobile unit according to the prior art;

FIG. **18** is a block diagram of a general purpose interface reader application according to another aspect of the invention;

FIG. **19** shows the interface between a scanning control and a control container according to a further aspect of the invention;

FIG. **20** shows multiple threads of execution maintained by the control of FIG. **18**;

FIG. **21** shows schematically the packaging of the products for shipment according to an embodiment of the present invention;

FIG. **22** is a flow diagram illustrating the operation of the software within the scanner;

FIG. **23** is a sectional view of a hand-held scanner together with a host computer;

FIG. **24** is a perspective view of the arrangement of FIG. **23** in use;

FIG. **25** shows a printer/scanner assembly suitable for use with the present invention; and

FIG. **26** shows a further printer/scanner assembly.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Throughout the description of the optical reader the terms "front", "rear", "upper", "above", "lower" and "below" are used consistently. Referring, for example, to FIGS. **1** to **4** the optical reader has a rear end **4** and a generally planar front end **5**, an upper face **2***a* and opposed to that a lower face **2***b*.

Referring to FIGS. **1** to **4** in more detail the optical reader includes a generally bar-shaped elongate housing indicated generally by the reference numeral **1**, having two generally opposed long broad upper and lower faces **2***a*, **2***b* (see also FIG. **7**), two generally opposed long, shallow side faces **3**, a rear end **4** and a front end **5** (see also FIG. **6**).

As can be seen from FIGS. **5** and **6**, the upper and lower faces **2***a*, **2***b* of the reader comprise side edges having substantially straight front portions tapering inwardly towards the front edge which is of convex shape having a large radius of curvature. The rear portions of the side edges curve inwardly and meet so that the rear end **4** of the housing is generally elliptical in shape when viewed from above. The rear end is interrupted by a recessed connector **6** which is described in more detail below. The housing is configured to be held by a user with the rear end mounted in the palm of the user and it will be seen, therefore, that the curved end of the housing when viewed from above will facilitate holding by the user.

Referring to FIG. **7** the side faces **3** of the housing comprise substantially parallel downwardly curved long edges and a substantially straight front edge. A bulbous convex rear portion **7** extends from the rear end of the upper

face to approximately the centre of the lower edge. A concave groove **8** is provided in the frontward part of the bulbous portion **7** extending around both sides of the bulbous portion **7** to approximately the mid point of the bulbous portion **7** on either side. As a result the reader is yet more suitable to be gripped towards the rearward end by the operator, the bulbous portion **7** fitting into the palm of the operator and the concave groove providing improved grip and fit with the operator's hand.

A reading arrangement is mounted within the housing. The reading arrangement may be any known conventional arrangement, for example a "flying spot" optical scanner or a "field of view" optical reader. Generally the arrangement will include a light generating source such as a laser diode, a beam focusing or directing arrangement and a light receiving device. Where the reading arrangement is an optical scanner a rapidly oscillatable scan component, such as a mirror is provided to scan the light beam across an indicia to be read. Alternatively, the laser diode itself can be oscillated. Where the reader is a field of view optical reader a charge coupled device (CCD) array, or a photodetector arrangement is provided to detect the reflected light beam.

In order to actuate the reading arrangement a scan trigger **9** is provided on the upper surface **2***a* of the housing **1**. In the arrangement shown the trigger **9** comprises a cut-out strip extending transverse to the longitudinal axis of the housing **1** and across the whole of the upper face and part of each of the side faces **3** and is situated approximately half way along the upper face **2***a*. The trigger **9** is activated by depression and is positioned along the housing **1** such that it is easily actuable by the operator when the reader is held in the operator's hand. The trigger mechanism itself may be of any known arrangement; for example the trigger may be spring-loaded and have contacts which form a circuit with contacts within the housing when the trigger is depressed to actuate the reading arrangement. Power may therefore be conserved as the reader will only be activated when the trigger is depressed enabling the operator to leave the reader idle when no indicia are to be read. Once again, as the trigger is positioned with ergonomic considerations in mind, the reader can be simply and quickly operated by the user with minimum discomfort.

A scanning window **10** is positioned on the front face **5** of the reader. Light generated by the reading arrangement passes through the window **10** and is reflected and scattered back through the window **10** by a bar code symbol **11**. Accordingly the reader can be easily and accurately aimed at the bar code symbol **11** to be read (as shown illustratively in FIG. **2**). As a result the bar code symbol **11** can be rapidly located by the user and read by the reader with a minimum amount of time wasted attempting to locate the bar code symbol **11**. Accordingly both operator time and usage time can be reduced which is of particular relevance in battery-powered hand-held readers.

As shown in FIGS. **6**, **7** and **8**, the batteries **12** for the hand-held reader are stored in the bulbous portion **7** towards the rear and aligned with the longitudinal axis of the reader. The batteries **12** are disposed along a curved surface matching the curvature of the bulbous portion. As a result, maximum use is made of the ergonomically design bulbous portion **7** of the reader and minimum space is occupied by the batteries **12**.

A strap **13** can be attached to the reader, for example towards the rear of the bulbous portion **7** for placing around the operator's wrist such that, in the event of the reader being inadvertently released from the grip of the user, it is still held to the user by the strap **13**.

Also provided on the upper face of the reader are a keypad **14** and a display **15**. (The keypad **14** is not shown in FIG. **6** for the purpose of clarity). The keypad **14** may be used to initialize the reading arrangement such that identification information concerning the user is entered into the system. Alternatively, the keypad **14** may be used to enter predetermined codes or information concerning modes of operation of the reader or to carry out cancellation or manipulation operations on information provided by the reader. The display **15** may display information relating to the mode of operation of the reader, or display check information relating to the item carrying the bar code symbol being read together with background information such as the time, date, and confirmation of the operator's identity. Preferably the display **15** is a liquid crystal display (LCD).

The reading arrangement can process information derived from the bar code symbols directly or can send raw data to an external processing device which can then process the information accordingly. In addition, information derived by the reader from bar code symbols can be transferred to a memory device in order that a database of information can be built up. For example where the reader is used at a point of sale, buying patterns can be stored and analyzed. Alternatively, if the reader is being used for inventorying purposes then the inventory information can be stored. The optical reader can transmit information in a variety of manners. In the embodiments shown various different transmitting devices are provided; in practice only one or more of the devices need be provided depending on the particular use to which the reader is to be put. For example the information may be transmitted by an acoustic modem **16**. In that case, information can be stored in a buffer memory within the reader and then down-loaded by the acoustic modem **16** at predetermined intervals. The display **15** could indicate when information was to be down-loaded. Alternatively an interface connector, for example an RS41 connector is designated by reference numeral **6** and provided at the rear of the reader. Suitable cabling can be inserted into the connector **6** to down-load information or alternatively to load data into the reader for example relating to the mode of operation. Once again, the display **15** could provide an indication of the functioning of the connector. The cable could be permanently connected to the reader as the connector **6** is provided at the rear of the reader and hence would not be obscured by the user's hand. Alternatively, the connector **6** could be connected to a cable for loading or down-loading of information when required and, for example, when indicated by display **15**. In addition, a radio **17** or other transmitting device can be provided within the housing **1** to allow real time data communication. An advantage of that arrangement is that the operator may use the reader in a "cordless" or "wireless" configuration allowing increased mobility. Once again the radio **17** could comprise a transmitter and a receiver in order that information can be sent to and from a remote processor. The radio link could be replaced by an infra-red communication link or other wireless link of known type. Because the reader is of ergonomic design, the transfer of information is easily carried out while the reader is actually in use, if required.

As a further option the reader may be configured for connection to a telecommunications network or computer network, for example the "Internet".

One example of where the reader may be of particular use is in relation to the worldwide web. When it is desired to access a web site it is necessary to enter the address of the site, known as the universal resource locator (URL). Often those URL's are long and complex, and are time consuming

to enter and check manually. Furthermore the URL can, despite many checks, still give rise to error. The problem is exacerbated in the case of computer illiterate users. The proposed manner of overcoming this problem is to encode the URL address in a bar code symbol and read the bar code symbol with the reader for automatic access to the corresponding web site, which will be quick and accurate, giving rise to far less margin for error. The reader may be used to interface with a terminal for entry of the URL address or could be used independently.

In order to improve the operator's grip on the reader, one or more finger grips may be provided at locations where, in use, the operator's fingers or other parts of the operator's hand would contact the reader. The finger grip would comprise a molded rubber portion having raised elements to achieve traction on the finger or palm. Such finger grips could be provided, for example, on the bulbous portion **7** (as shown schematically in FIG. **5** by reference numeral **18**) or the concave groove **8** therein, on or in the vicinity of the trigger portion or in areas of the upper surface **2***a* where the operator's thumb might rest.

Accordingly, it will be seen that the hand-held optical reader described herein is ergonomically shaped for maximum user ease and comfort, allowing increased efficiency and user-friendliness. Features such as the trigger **9** and finger grips **18** are positioned for optimum user operability. It will be appreciated that such features may be presented symmetrically in order to allow the terminal to be used by either left or right-handed users, or alternatively the handset may be produced in both left and right-handed versions. The reading window **10** is positioned for improved accuracy and ease of use, and features such as the key pad **14** and display **15** are positioned for ease of access and reference by the user. The device may be either wireless or connected to a central processor by a cord leading from the connector **6** provided at a convenient position on the terminal. The device can be powered by batteries **12** located conveniently along the curve of the bulbous grip portion **7** or could in the alternative be powered by a removable, rechargeable battery pack or via a cord into the above-mentioned interconnector or another connector.

According to another aspect there is shown in FIG. **9** a data collection device comprising an improvement over known arrangements. The device comprises a portable hand-held computer for collecting data and down-loading the raw processed data to a central or peripheral device. The device, designated generally as **20** comprises a main body **21** and interchangeable data collection modules **22***a*, **22***b*, **22***c*.

The main body **21** is provided internally with data processing means (not shown) and also comprises a display screen **23**, for example an LCD display screen capable of displaying video images, a data collection module interface **24**, an optional input information keypad **25** and a communication link **26** which may comprise radio frequency or infra-red transmitting means or an interface for down-loading information to a central or peripheral device via a physical cable. It will be appreciated that the LCD display **23** and input keypad **25** are optional features. Advantageously, however, they allow the user to configure operation of the device as a whole quickly and simply and monitor the operation. The main body is shown schematically in FIG. **9**; in practice it could assume an ergonomic shape such as that shown in FIGS. **1** to **7**, suitable interfaces etc. being positioned as appropriate, for example at respective ends of the module.

It will be appreciated that the device may transfer information to a host via any electronic data transfer scheme—for example the system could also use cellular-based telephone channels.

Alternatively the device could be configured for connection to a telecommunications network or computer network, for example the "Internet".

The data collection modules are interchangeable with one another and may be, for example, CCD (Charge Coupled Device) based image, video and bar code symbol data capture modules, audio transducers for collecting and receiving sound information, laser image scanners or combined multi-media data collection modules.

An image capture module using a CCD could be used for capturing images of objects for storage or use by a processor application carried out by the main body or by a host, such images including for example people, landscapes, homes and vehicles for reference applications. In addition the imager could be used for one dimensional or two dimensional bar code symbols for decoding data capture. A laser optical reader scanning module and decoder would be used generally for bar code data capture and decoding only.

A multi-media module **22** is shown in FIG. **11** and discussed in more detail with reference to that figure below. Such a module could contain a circuitry for image/video capture, audio capture and playback and a cellular telephony sub-system. Such a module would be of particular use in tele-conferencing and live video communications over cellular networks from the portable unit.

The desired data collection module **22***a,b,c* is connected to the main body **21** by the interface **24** on the main body which mates with an interface **27** on the module. Any suitable known interface components can be used but the components should be strong, relatively inflexible, durable and suitable for frequent disconnection and reconnection.

The modules are powered by a power supply within the main body of the portable computing device and may be partially or totally controlled by software drivers within the main body. In order to reduce the burden on the central processing unit of the main body, dedicated signal processing electronics within the modules can be arranged to perform up-front data processing as a result of which a common bus architecture to the main body is shared by all of the modules. As a result their interchangeability is enhanced.

A suitable architecture for an optical media capture module **28** (for example containing a CCD imager or laser scanner) is shown in FIG. **10**. Each module may contain only the media capture electronics without any pre-processing capability or, as discussed above, preferably contains dedicated or programmable analog components **32** and digital signal processing (DSP) components **33** to ease the processing load placed on the central processing unit of the main body **21**. The digital signal processing sub-system **32,33** in the module may be of a single electronic design common to different modules, and which is either programmed in the factory or customized on purchase or programmable by the user to perform the functions in processors if required by the particular media module. This function programmability is expected to be mainly through software, since the module processing electronics are flexible, and these software components may be one-time or dynamically loaded to the module via the main body central processing unit. Accordingly the range of components that require manufacture is decreased, appropriate dedicated parts of the components being selectable for a desired use, or a portion of the mode of operation being borne by software.

In operation, the module **28** collects information via the CCD imager or laser scanner in analog form which is transferred either serially or by conversion into a parallel

format. The analog signal is then processed by the digital signal processing sub-system **32,33** and forwarded to an interface bus **34** from which the information is transferred to the main body of the portable computing device. As mentioned above, the signal processing electronics preferably perform up-front data processing such that a common bus architecture to the portable computing device **21** can be achieved.

Referring now to FIG. **11** the multi-media module **22** includes circuitry for image/video capture, audio capture and playback and a cellular telephony sub-system.

The module is arranged to receive and transmit video information independently of the main body of the portable computing device (although the video information may also be accessed by the main body of the portable computing device in order to monitor or review the information). Accordingly a radio frequency antenna **41** is provided in the module for reception and transmission of radio frequency information. A radio frequency front end processor **42** and codec **43** cooperate to perform digital to radio frequency/radio frequency to digital format conversions. Video information received via radio frequency is decompressed by an optional digital signal processing sub-system **44** for presentation, where appropriate, to the CPU of the main body **21** of the portable computing device. A further digital signal processing sub-system **45** is provided for other purposes (discussed in more detail below) and preferably performs partial video processing, the CPU of the personal computing device completing the process for displaying the results. The second digital signal processing sub-system **44** may also be required for the interface to the radio frequency codec **43** of the cellular sub-system; this depends on the amount of processing required for each function. Video information transferred to the main body **21** of the portable computing device is displayed on the LCD display **23**. The radio frequency receiving, transmitting and processing apparatus **41,42,43,44** discussed above can optionally reside in a separate component such as a PCMCIA or other type plug-in card for example of the type manufactured by Symbol Technologies, Inc. Preferably, however, the circuit forms an integral part of the multi-media module to provide a full wireless multi-media solution for the hand-held computing system. As will be appreciated, the wireless link may conform to any desired cellular standard (for example CDMA, GSM, AMPS) that is preferably selected to allow the widest application of the invention.

The multi-media module **22** further includes a microphone/speaker component **50** which receives and transfers input analog information to an analog to digital converter **51,45** comprising an up-front voice-band converter **51** which transfers information either serially or in parallel to the digital signal processing sub-system **45**. Similarly, information may be transmitted in the other direction, for example digital information from the main body of the portable computer device is converted to an analog audio signal at converter **45,51** and converted to sound by the speaker component **50**. Base-band digital audio data is processed by the digital signal processing sub-system **45** which can be reprogrammed as appropriate to perform appropriate audio codec processing. Voice-band (VB) signals are converted by the converter **45,51** as discussed above.

Video data is captured by a CCD imager **52** compressed by a digital signal processing sub-system **53** and forwarded to the radio frequency codec **43**. Once again the main body of the portable computing device need not be involved in this data transfer unless the user decides to monitor the transfer. In that case, a software controlled process may be initiated whereby the video data is sent to the CPU of the main body **21** of the portable computing device for display before compression as well as to the radio frequency codec **43** for transmission allowing the captured image to be viewed while or before transmitting.

The multi-media module **22** is preferably mounted so as to be rotatable through at least 180° when connected with the main body of the portable computing device. This may be achieved by hinging or pivoting or otherwise arranging a portion of the main body or by similarly arranging a portion of the module. This positioning allows capture of the user's image while the user can simultaneously view the LCD screen display for received video data or images. The rotation of the image capture portion of the module permits capture of images of objects in front of the user while the user is looking at the screen.

The microphone and speaker combination may be arranged to face the user in a preferred, standard configuration of the device as a whole. The microphone may further be configured to swing or swivel away from the main body of the portable computer device and from the user holding the device if the desired audio data to be captured emanates from another direction.

An appropriate arrangement including a pivotable module head **22** and a swingable microphone boom **30** is shown in FIG. **12**. In the embodiment shown an upper portion **21***a* of the main body **21** is hinged to the remainder of the main body and rotatable around an axis A as shown by arrow A'. The multi-media module **22** is connected to the upper portion and the upper portion has been swivelled such that a CCD image capture device **29** faces the user. The pivotable microphone boom **30** also extends from the multi-media module **22**. It will be appreciated that a number of pivoting orientating arrangements can be provided, for example a hinge or pivot could be provided within the structure of the module **22**, and the module could also be arranged to rotate through 180° about an axis transverse to axis A. Similarly, the microphone boom **30** can be pivotally mounted to the module **22** in any known manner.

Accordingly it will be seen that the invention can be used to provide modular programmable multi-media facilities in the hand-held form factor by portable computing devices such as hand-held terminals or "portable digital assistants". The invention can be used for CCD based bar code decoding (in one or two dimensions at least) by industrial and commercial users, for example for point of sale processing or inventorying; portable, cellular video conferences by travelling business users; and digital photography/image capture for insurance assessors, sales professionals among many other applications that will be apparent to those skilled in the art. It will be appreciated that the portable modules discussed above may be used in cordless scanning implementations for example in point of sale applications. Problems arise where such portable devices are not tethered in some manner as it is possible that they will be lost, removed from the store, or otherwise misappropriated.

To overcome this, it is possible to put surveillance tags of a known type into the scanner such that if the scanner is accidently taken by a customer an alarm will sound at the front of the store as it would if any other product carrying such a surveillance tag was carried out of the store.

Alternatively the scanner can have some form of internal alarm which sounds if the scanner is taken more than a predetermined distance from the base. Where the scanner communicates with the base by wireless communications

such as radio communication, the software protocol managing the radio session could control the range finder and alarm.

In order to locate portable scanners that have been misplaced an alarm or "beeper" can be placed in the scanner and triggered by a signal from the base controlled by, for example, a button on the base pressed by the user. Accordingly when the user pressed a button the scanner could be located by following the noise of the sound.

A further use for portable computer devices is the electronic mail box or mail delivery service application. Referring to FIGS. **13** to **15** the invention provides an improved architecture for electronic mail box systems including portable computer devices. The improved system uses a distributed message delivery service architecture, based on cooperating processes. Within a network a particular machine is designated as a server and its address becomes public on the local network. The server is responsible for delivery of mail and reception of mail and also provides other machines on the local network with information regarding user message status, for example whether a message has been received for an identified user, in which case the message can be forwarded to the user. The remaining machines on the network are designated the client and carry out a corresponding process, in particular providing a user interface to the distributed mail delivery service. For example the client portion can present various options to the user for example the options of hearing audio messages or viewing text or still images. The options presented will, of course, be based on the resources available to a particular machine, for example whether it has a sound card and/or graphics capabilities.

Referring specifically to FIG. **13** there is provided a server **100** and a plurality (shown as **2** in the figure) of clients **101***a*,**101***b*. The server **100** includes an antenna **102** for communicating with remote clients **101***a*,**101***b* (for example portable computer devices), a transmission and reception module **103**, a message coder and decoder **104** (protocol stack) and a processing module **105** (query engine) for handling queries from clients **101**, for example regarding a particular user message status, accessing any such messages etc. Information is accessed from a memory **106** which may be a data base storage module. The processor **105** also communicates with a mail user agent (MUA) module **107** allowing user interface with the server **100**. The server **100** is further in communication via the mail user agent **107** with a local and/or wide area network designated generally as **108**.

The service may form part of, or be configured for connection with a telecommunications network or a computer network, for example the "Internet".

Each client **101***a*,**101***b* includes various modules common with the server together with further modules specific to the needs of the client. The client **101** includes an antenna **109** for communication with the server and a transmitting/receiving module **110** communicating with a message coder and decoder **111**. The module **110** will include the hardware necessary for carrying out the transmitting/receiving steps but it will be recognized that at least some of the functions provided by the module will be capable of being provided in software. Indeed, generally, reference to modules need not be to dedicated hardware but extends to programmed or programmable software arranged to emulate hardware performance. The message coder and decoder **111** interacts with the mail user agent **112** providing user interface. In addition the mail user agent **112** communicates with a local data storage device **113** and with optional modules such as a display driver **114** and/or a sound driver **115** (see client **101***a*).

Operation of the distributed mail delivery system may best be understood with reference to FIGS. **14** and **15**. FIG. **14** displays the steps carried out by the user in a typical "client process". On commencement of operation the client auto-configures itself based on the resources (for example sound or graphics) available on the machine [step **120**]. The user logs in and enters a password [**121**] and a connection is established between the client and the server [**122**] at which stage information entered during the log-in and password process is sent to the server for verification [**123**]. If, however, the server is not ready for communication then the procedure is exited [**124**] and must be recommended at step **120** or step **121**. After the user status is queried [**123**], if the user or password is unknown to the server the process returns to step [**121**] and the log-in and password procedure is re-initiated. Otherwise the options available to the user are retrieved [**125**] in steps discussed in more detail with reference to FIG. **15** and displayed as headers to the user [**126**]. The user then enters his selection [**127**] and the selection type is determined [**128**].

The client assesses whether the user wishes to view a message [**129**] and if so retrieves the selected message from the server [**130**] in a series of steps described in more detail below with reference to FIG. **15**. The client then determines the message type, for example audio or visual [**131**] and dependent on the message type either displays the text [**132**] or plays the sound [**133**]. The client then returns to step [**127**] and awaits a further user selection.

If at step [**129**] the user indicates that it is not desired to view a message then a message is created [**134**], recorded [**135**], the data of the message is packaged appropriately for transport [**136**], for example by the protocol stack **111** shown in FIG. **13**, and is sent to the server [**137**] by the transmitter **110** and antenna **109**. The client then returns to step [**127**] and awaits a further user selection.

The client machine includes suitable input means, for example a keypad and display means for example an LCD display for the entry of user selection choices, message information and for the display of messages. In addition a speaker and microphone may be provided for the recordal and playback of audio messages. A portable computer device such as that shown in FIG. **9** may, for example, be used as the client **101**. In that case, auto-configuration of the client is carried out partially in dependence on the type of module **22** inserted into the main body **21** of the portable computer device **20**.

Referring now to FIG. **15** the steps of a typical "server process" are shown. The server operates as a continuous process but, in order to save system resources is mostly in a stand-by mode where it simply listens to the local network. Accordingly in step [**140**], on initiation, an open end connection is established and the server monitors the connection [**141**]. If any queries are received [**142**] the server proceeds to the subsequent steps but otherwise continues to monitor the connection [**141**]. On reception of a query the server "wakes-up", interprets the query to establish which of the internal modules of the server is designated [**143**] (for example data base storage **106** or mail user agent **107**) and if the request is valid [**144**] the request type is determined [**145**]. The request may be a HEADER which is sent to the client to present user message headers (corresponding to steps [**125**] and [**126**] shown in FIG. **14**); accordingly at the request for a header [**146**] appropriate information is

retrieved [**147**], is packaged for transport [**148**] for example at modules **104**,**103** of the server and is sent to the client [**149**]. The server then returns to monitoring mode [**141**] listening to the connection with the remainder of the network.

If at step [**146**] the request is not for HEADER information then the server retrieves any user messages [**147**] that are stored in respect of the identified user (for example on the basis of the log-in or password information entered at the client) and the data is packaged and sent as described above in relation to steps [**148**,**149**]. The system then returns to monitoring mode [**141**].

It will be seen that steps [**142**–**147**] are carried out by the query engine **105** of the server, user message data being retrieved from the memory device **106** of the server.

Where, at step [**144**] the request is not valid then the user and request are logged and an error message is sent back to the client [**151**]. The system then returns to monitoring mode [**141**].

The system described above requires far less data storage on the client terminal/computer and thus is particularly (although not exclusively) suitable for hand-held computers with basic network capabilities. The system thus resolves the problem of mail box locations as well as releasing the hand-held host and the data storage and retrieval responsibility by treating the mail delivery service as two cooperative and independent processors that communicate with each other using basic network protocols.

In effect, unlike conventional mail delivery service systems, the distributed mail delivery service uses the underlying network to actively present enquiries to the server regarding the message status relating to a particular user, rather than using a directory structure and relying on a file system. Because all enquiries are directed to one server, multiple connections for a single user can be identified and refused, the server is the only point of connection to external entities, offering a more secure delivery system and the server offers a view of the mail delivery service to the end user which is independent of the actual matter stored by the server.

In addition clients are relieved of the responsibility of storing or directly retrieving any of the actual data. Messages are delivered via the network on a demand basis, that is when required by the user, and the client portion of the distributed mail delivery service simply translates user requests into a series of commands which are forwarded to the server in the form of queries. If the quieries are validated the server returns the necessary data to a client in response to the queries. By virtue of the separation of tasks the system designer gains the freedom to modify components of the system independently. For example it may be initially decided that the server should store messages using a simple mail box scheme, but if the capacity or speed or efficiency of the system subsequently needs to be enhanced as a result of the increased burden placed on it by an increasing number of users and messages, the server can revert to using a complete database management system. Any such modifications will, however, remain hidden from the client portion and the client portion can effectively remain unaware of the underlying structures of the server indefinitely.

Similarly, the client portion may be modified for example to move from a character-based user interface to a graphical-type interface in which case the server may remain unaware of the modifications as the basic data query and exchange mechanism is unchanged, the server remaining unconcerned about the manner of data presentation at the client portion.

Accordingly a voice mail delivery system is implemented. The client portion may run on a PC compatible platform although it could be ported very simply to other platforms. The server can operate on UNIX or DOS platforms. The client requires less than 256 bytes of local storage.

It will be seen, therefore, that the proposed delivery system offers multiple advantages over current mail box schemes, providing flexible and independent modules which are simpler to maintain and modify and which offers a generic mechanism by which data transfers can be implemented over data networks. As it is a distributed system it does not require the presence of a network file system and simply relies on local storage.

In particular, because a server is provided on each local network for dealing with the clients within a local network and also for communicating with other serves on other local networks the roaming capabilities of the system are enhanced. The distribution of mail processing between the various local networks is in contrast to the centralized hub system in conventional mail delivery systems and allows simplified and accelerated mail processing and transfer in combination with a roaming portable computer.

Further aspects of the present invention will be discussed in conjunction with Symbol Technologies Inc. spread spectrum wireless networks: Spectrum One (operating at a frequency range of 902 to 928 MHz) and Spectrum24 (operating at a frequency range of 2.4 to 2.5 GHz). However, the embodiments discussed are applicable to other wireless communications systems.

Part 1: "Symbol" Terminal Emulator Program (STEP) and pen-based mobile units/terminals.

Symbol (a Trade Mark) terminal emulator program (STEP) is a tool used to format applications for pen-based mobile units such as the mobile unit **21** shown in FIG. **9**.

An example of the Spectrum24 system is shown in FIG. **16**. The STEP resides in the mobile units **21** and works with an enabler development system **160** on a host computer **162** to execute a predefined set of commands set from the host computer **162**. The enable development system **160** includes an enabler server **164**, an enabler application program interface **166** and a timer **168**. The enabler development system **160** receives input from the Spectrum24 access point unit **170**. The host computer **162** is controlled by a terminal **172** to run host applications **174**.

The STEP provides the mobile units **21** with the interface and logic functions necessary to communicate over the radio network, and controls all input, output and display functions at the mobile unit level, including keyboards, displays, scanners and peripherals, and printer support.

The STEP provides commands that allow the administrator to create a selection of data entry fields for the mobile unit operator. For example, these commands would permit the operator to: (a) enter data from a keyboard and scan bar codes; (b) send multiple messages to the host in the same transaction; and (c) control the type of data entered and validate entered data. Further, for display purposes STEP allows the administration to (a) display data at any location on the mobile unit screen; (b) clear the entire mobile unit screen or clear a single line; (c) save and restore the mobile unit screen; and (d) control the backlighting feature to view the screen in the dark.

The STEP acts as a power manager to reduce demands on the batteries in the mobile units **21**, enabling them to operate longer between charges and extending their overall life.

By installing STEP on the mobile units **21**, forms can be created and displayed on the display screen **23** (shown in FIG. **9**). Forms can include messages, prompts and data

entry fields. This permits an operator to recall a stored form for execution on the mobile unit **21**; repeat the execution of stored from for on-line batch processing; and erase all stored forms and determine the date and time of the last form definition.

The STEP enabled mobile units **21** allow the host computer **162** to read data files stored in the unit **21**; sound the mobile unit's **21** alarm; interrupt mobile unit **21** input activity; and log off the mobile unit **21** from the host computer **162**. This allows the operator to use the mobile unit **21** to collect data without being logged on to the host computer **162**; set and save system parameters; download files from the host computer **162** to the memory in the mobile unit **21**; and perform other maintenance tasks.

FIG. **17** illustrates a typical conventional flow chart of the actions taken by the access point **170** when it receives a packet of data from he mobile unit **21** on the wireless network. If the packet is a registration packet, determined at step **200**, then the access point **170** processes the information carried by the packet at step **214**. The type of association is determined by examining the IP address of the mobile unit's **21** home access point and does the control message exchanges accordingly at steps **216** and **226**. If the packet is not a registration packet, as determined by step **200**, then the packet is decapsulated at step **202**.

If the short term address mapping tables (ST-AMT) of the access point **170** has an entry of the packet's source MAC address, determined at step **204**, then the packet has originated from the mobile unit **21** that is away from its home stationary data link (SDL) network and processing passes to step **218**. At step **218** the access point **170** encapsulated the packet within a UDP packet with the IP destination address set to that of the mobile unit's **21** home access point.

If the long term address mapping tables (LT-AMT) of the access point **170** has an entry for the packet's destination MAC address, determined at step **206** then the packet is meant for a mobile unit that is currently outside its home access point group (APG) and processing proceeds to step **220**. At step **220** the access point **170** encapsulates the packet within an UDP packet with the IP destination address set to the destination mobile unit's local access point.

If the packet's destination MAC address is a broadcast address, determined at step **208**, then the packet if forwarded at step **222** on its wired and wireless interfaces. If the destination MAC address in the packet appears in the access point's mobile host table (MHT), determined at step **210**, then the packet is encapsulated within a wireless link layer packet and forwarded on the wireless interface at step **224**. Otherwise, the packet is forwarded on its wired interface at step **212**.

Part 2: Assigning domains and IP addresses to said pen-based mobile units **21**.

The following embodiments of the present invention deal with assigning domains and IP addresses to the mobile units **21** to operate in a wireless LAN technology, such as the previously discussed Spectrum One and Spectrum24 systems.

According to an embodiment of the present invention the domains and IP addresses are hard coded. The hard coded embodiment involves setting the domain and IP address of the mobile unit **21** in the configuration files associated with the Spectrum24 drivers and protocol stacks.

The hard coded embodiment provides a relatively simple implementation of domain and IP address assignment for Spectrum24 network installations when only a few mobile units **21** are used that always use the same APG on the same network. In addition, a high degree of security is provided since the ability to detect and assign domain and IP addresses are available only in the configuration area, not in the operational area.

The hard coded configuration of each mobile unit **21** ensures that the domain and IP address information are non-volatile. This insures that even cold booting the mobile unit **21** will not require configuration. All the access points **170** in the target APG can be configured to use the hard coded domain. The server can be set up to reserve permanently (without any timeout) the hard coded IP addresses for use by each hard coded mobile unit **21**.

Another embodiment of the present invention involves the application-selection of domains and IP addresses. This embodiment is suitable for situations where a system administrator manually configures the mobile units **21** before their use by operators by setting the domain and IP address. In particular, when mobile units **21** are the only nodes on the network or when the system administrator set domains and IP addresses by referring to a master list maintained on a network server the application-selection system is advantageous.

For situations where the operator must identify the selections as he moves between APGs or networks a more sophisticated application is provided to allow the system administrator to establish logical names for domains and IP addresses so that operators can pick the appropriate settings by choosing a meaningful name such as truck, warehouse, depot, etc.

The application-selection method allows for the dynamic adjustment of domain and IP addresses under application control across APGs and networks.

A further embodiment of the present invention involves the access points-assignment of domains and server-assignment of IP addresses. This method is suitable when the manual assignment of domains and IP addresses is impractical due to many mobile units **21** or due to the complexity of the network.

AP-assignment of domains requires configuring access points **170** to allow for an automatic configuration. Using the access point **170** access control list (ACL) features, security can be enhanced by giving the access points **170** a list of the MAC-layer addresses of all the mobile units **21** allowed. This list can be larger than the number of mobile units **21** actually being serviced at any given time, allowing the timesharing of the capacity of the access point **170** among a large set of intermittent use mobile units **21**.

Server-assignment of IP addresses requires the existence of a mechanism within the protocol stack, supported by services and utilities in both the server and the mobile unit **21**, to allow dynamic allocation of IP addresses. BOOTP and DHCP are two common mechanisms for dynamic allocation.

BOOTP works by having a file on the server for each possible mobile unit **21**, selected by the mobile unit's **21** unique MAC-layer address, that provides the IP address to be used for the mobile unit **21**.

DHCP works by having a database on the server that records the IP addresses that are in use (by MAC-layer address) and the IP addresses that are available for dynamic assignment. When a mobile unit **21** requests an IP address, the database is searched for the MAC-layer address. If an IP address is already allocated to this mobile unit **21**, the it is simply returned. If no IP address is allocated to the mobile unit **21**, and one is available for dynamic assignment, it is allocated to the mobile unit **21**, recorded in the database and assigned to the mobile unit's MAC-layer address, and returned to the mobile unit **21**. The DHCP server can set to timeout when a dynamically assigned IP address has not

been used for some time and return it to the available list or to keep IP addresses permanently assigned once allocated to a mobile unit **21**.

The domains and IP addresses can be stored in volatile storage, but would need to be reentered following a reboot. However, the necessary address information can be stored onboard the flash of the mobile unit **21**, or on the Spectrum24 adapter card, or on RAM disks or PCMCIA storage cards.

The AP/server-assignment methods provide the ability to program ACL information via a personal computer attached to the same hardwired router as the access point **170**. Further, the AP/server-assignment methods allow for automatic assignment of complying domain and IP addresses as needed, and allow mobility across APGs and networks.

According to another aspect the invention addresses the problem of the necessity of a specialized program for parsing and interpreting high density data records embedded in bar code labels. In accordance with the invention it is proposed to distribute not only the bar code data on a high density label, but also information describing how to create an interface capable of reading the data from the data record label.

Implementation of the invention will be familiar to the skilled man in the operation of the Internet Web Browser suitable for reading, for example, Hyper-Text-Markup-Language (HTML) files. Those files are used to describe an interface to be built by Web Browser. In the present invention the mobile unit includes a reader or Browser for scanning a high density bar code label that contains a program script such as HTML, VB script or a specialized compressed version of either. The script is parsed and interpreted by Browser which constructs a user interface at run time and presents it to the user. The user interacts with the interface by scanning data labels and interacting with any of the program's controls presented to the user to properly process the data. According to one aspect a new data or interface level may be printed by the user that can be applied to the object being processed. It will be appreciated that, as bar code label densities increase, the capability of storing the actual interface and the data record in a single bar code label will appear.

FIG. **18** shows the system of the invention in more detail. The system includes a Browser 300 to which bar code information **301** is input. An interface **302** is constructed at run time and an interface control **303** is provided. The Browser **300** further includes a bar code acquisition engine **304**, a parsing engine **305**, a printing engine **306** with a printed data interface **307** and a communications engine **308** with a communications input/output interface **309**. The user interacts with the interface via a further interface **310**.

It will be appreciated that the manner in which the information is encoded in the bar code label will be familiar to the skilled man, and that the software and hardware required will also be familiar to the skilled man.

This system is particularly advantageous with respect to transportation and identification of goods. The shipper of the goods can distribute a program script label with the goods that is read by the receiver's Browser. The program script label shipped with the goods contains the information required to allow the Browser to create an interface at run-time to read and process the data for the container of goods shipped.

Logistical systems benefit greatly from a system such as this, because unidentified materials in the field can quickly be identified and processed by any unit containing the Browser.

The administration of the hardware and software contained in these systems is greatly reduced, because the Browser contained in the Mobile Unit (MU) stays static. Only when new Browser features need to be distributed do the MUs need to be updated. All interfaces are distributed on high density barcode labels. This system of application program distribution truly makes the computer system general purpose. An infinite number of different interfaces can be read in and executed by the Browser. No longer are users limited by secondary storage on their MUs for storing application programs.

Using this new system, any computer system equipped with a general purpose interface reader application (Browser) can create an interface "on-the-fly" that is capable of reading processing information on the accompanying data record labels.

Systems deployed in the field no longer need their application programs updated when changes to the program file is required. Only the program script label need be replaced. The number of different data formats that can be processed by a particular computer system is limited only to the number of program script labels available to the user.

Different users of such a system can freely exchange information because the interface information needed to process the data files is distributed on a label along with the data files themselves. Each user no longer needs a copy of the specialized application program that was previously required to read the data label.

According to another aspect of the invention there is provided a bar code scanning OLE (Object Linking and Embedding) COM (Component Object Model) object for communicating commands and bar code data over a wireless link. As discussed in more detail below the object uses OLE automation to be a "plug-in" development OLE control extension. It thus becomes an in-process OLE automation object. The in-process OLE automation object controls a bar code scanning device over a wireless link on a remote client. The remote device enables a bar code reader and collects the bar code information, returning the data over the wireless link to the OLE automation object.

The general principles of OLE architecture will be well known to the skilled man. In the present embodiment, a scanning object is implemented as an OLE control. OLE controls are re-usable software components designed to work in containers that support OLE 2.0. OLE controls are more powerful and more flexible than previous systems such as VBX Custom Controls in particular as, unlike the VBX Custom Controls that they are replacing OLE controls support 32 bit environments and are not limited to Microsoft Visual Basic (Trade Marks).

OLE controls are designed to work in any container that supports OLE 2.0 including not only Visual Basic 4.0 and beyond but also OLE-enabled container applications such as Microsoft Office (Trade Mark). Additionally OLE controls work in third-party OLE-enabled applications in development tools.

OLE architecture enables different software objects to communicate to each other using a binary interface mechanism. This allows software objects to be developed separate from each other and bind very late at run time. The software interface is a contract between the container and the control on how the two software objects will interact and exchange information.

Under the OLE architecture, the scanning object can be placed and activated in any of a variety of containers that support the OLE container interface. FIG. **19** shows the general mechanism between a control **401** and its container

**402**. As can be seen the mechanism includes standard compound document interfaces **403** and additional control interfaces **404**, each comprising multiple interfaces.

In such a system the scanning control appears to become a seamless part of the container's environment. Through the exposed interfaces the two objects communicate and integrate with each other.

In addition, as shown in FIG. **20**, the scanning control **401** communicates over a wireless link **410** with a remote computing client **411** to control the bar code reading device **412**. The scanning control **401** sends commands over the wireless link **410** by creating separate threads of execution **413***a* to **413***d* that send, receive and synchronize bar code reader transactions over the wireless link. As shown in FIG. **20**, the OLE container **402** and control **401** communicate via lines **414***a* to **414***f*. The OLE control includes a main control thread **415** which communicates with the OLE container **401** via lines **414***a*, **414***b* and with a first transaction thread A **413***a* via a line **416**. Each of the transaction threads **413***a* to **413***d* communicate along a respective line **414***c* to **414***f* with the OLE container **402**. Each of the threads also outputs through a respective first line **417***a* to **417***d* to a transaction start dispatch function **418** and receives an input via a respective second line **419***a* to **419***d* from a transaction complete dispatch function **420**. The transaction start dispatch function **418** communicates with a transport layer **421** in the remote client **411** via a line **422** and a transaction complete dispatch function **420** receives input from the transport layer **421** via a line **423**. The remote client **411** includes a corresponding transport layer **424** which outputs via a line **425** to a data arrival handler **426** and receives an input via line **427** from a command complete handler **428**. The data arrival handler **426** outputs via line **429** to a bar code device driver **430** and the command complete handler receives an input **431** from the bar code device driver **430**. The bar code device driver **430** communicates with the scanning hardware such as a bar code reader **412** via a line **432**.

As a result users can develop applications using OLE-enabled development tools like Visual Basic 4.0. The user simply inserts a new scanning object into their project, sets required properties, writes necessary code for event notification and the scanning control seamlessly talks to the remote client bar code scanning device over the wireless link. To the application program it appears as if the scanning device is resident on its local hardware. The invention comprises a significant development over previous architectures comprising implementation of a local bar code scanner resident on a machine running a COM object. In particular the architecture of the invention allows control of the scanner through the wireless interface.

By virtue of the present invention there is in addition the capability of supporting future versions to be distributed via the distributed component object model architecture (DCOM). The interfaces between the control container and the control itself are binary and can be implemented by the operating system as Remote Procedure Calls (RPC's). Accordingly the OLE control can be implemented as an Active-X control to control devices over an Internet or Intranet link. This technology allows Web authors and developers to create a new generation of interactive Web pager and applications, for example Microsoft Internet Explorer 3.0 (Trade Mark). This implementation is of particular benefit in proposed systems whereby users will wish to integrate bar code scanning capabilities into their Intranet/Internet-enabled applications.

The Intranet arises from the application of Internet technology to provide industrial strength mission critical applications to users within an organization on an isolated LAN (Local Area Network) rather than for external connection to the global internet. Single function handheld computing terminals can then be built that connects to the LAN and execute predetermined applications to reduce significantly the cost per client when installing a network system. In an Intranet system, mission critical applications reside on the server, eliminating the cost of application deployment and lowering the cost of terminal configuration. The data collected is transmitted and saved on the server so little or no local data storage is needed on the handheld terminal. It will be seen, therefore, that such a system provides an ideal forum for the OLE scanning control object discussed above.

Referring first to FIG. **21**, there is shown a collection of items **1300** which need to be returned to the vendor for a variety of reasons, for example incorrect shipment (wrong color, size item number) damage in transit, to be returned for credit etc. Each item **1300** carries a bar code symbol **1310**. The individual items **1300** are to be placed in a container or returns box **1340** in which they will be shipped back to the supplier or vendor.

To prepare the package for consignment back to the supplier, the retailer may make use of a bar code scanner having an attached host computer and printer as shown in FIGS. **23** and **24**. Alternatively, he may use one of the alternative work station arrangements shown in FIGS. **25** to **26**. All of these will be described in more detail below, but for the moment it suffices to note that each bar code scanner incorporates a printer **562**, a keyboard **562**', **1116** for entering textural information, and a host computer **560** which incorporates a computer memory for storing details of the indicia that have been scanned, and the information entered via the keyboard. The host computer also incorporates a CPU having appropriate software.

Details of the method used to prepare the package of products for consignment may be seen from the flow chart of FIG. **22**. Starting at step **1350**, the retailer first (at step **1360**) uses the bar code reader to scan and read the bar code **1310** on the product **1300**. He then, at step **1370**, enters on the keyboard **562**', **1116** the reason for the return, or alternatively as required by the supplier a returns number. At step **1380**, the bar code details and the reasons are automatically added to a database maintained within the memory of the host computer **560**. It will of course be appreciated that in an alternative embodiment (not shown) the user could be required to enter the details on the keyboard before, rather than after, scanning the bar code symbol. In either case, once the item **1300** has been scanned it is then placed into the large container **1340**.

The process continues at step **1390**, with steps **1360** to **1380** being repeated if further items are to be shipped. Once the retailer has finished, he presses a "done" key on the keyboard, at step **1400**, to advise the host computer that there are no additional items to be added. At step **1410** the host computer **560** than encodes the database entries for PDF printing, and at step **1420** prints out a PDF bar code label. The PDF label, **1320**, contains a listing of all the items in the container **1340** and the reasons for their return. The label is preferably self-adhesive, and the vendor merely secures it to the outside of the container before shipping. Alternatively, the printer **562** could print the PDF bar code directly onto the surface of the container **1340**. A further label **1330**, showing the address of the consignment, may be printed out automatically. The vendor also secures that to the outside of the container. The container can then be shipped.

On receipt of the container, the supplier simply reads the PDF label **1320** to determine which items are in the box, and

the reasons for their return. Where the bar code incorporates return codes, the supplier can simply and easily determine whether the retailer has authorization to return those particular products. The label may, in addition, contain encoded information identifying the particular retainer in question.

The bar code symbol **1320** is desirably a PDF symbol, which is automatically produced by the software contained within the host computer **560**. Details of the encoding method used by the software, which would enable a skilled man to deviate appropriate software, are described in the above-referenced US patent in common ownership with the present application.

Now that the conceptual aspects of the invention should be clear, reference may be made to FIGS. **23** to **26** which illustrate various exemplary embodiments of the scanner/printer assembly.

Referring first to FIG. **23** of the drawings, reference numeral **510** generally identifies a lightweight (less than 1 lb), narrow bodied, streamlined, hand-held, fully-portable, easy-to-manipulate, non-arm and wrist-fatiguing, scanning head supportable entirely by an operator for use in a scanning system operative for reading, scanning and/or analyzing symbols and aimable, both prior to and during reading thereof, by the operator at the symbol, each symbol in its turn. The term "symbol" as used herein is intended to cover indicia composed of parts having different light-reflective properties. The indicia may be industrial symbols, e.g. Code **30**, Codebar, Interleaved **2** or **5**, etc., or the omnipresent Universal Product Code (UPC) bar code symbol. The indicia may also be composed of alphabetic and/or numeric characters.

The head **510** includes a generally gun-shaped housing having a handle portion **512** or generally rectangular cross-section, and a generally horizontally-elongated narrow-bodies barrel or body portion **514**. The dimensions and overall size of the handle portion **512** are such that the head **510** can conveniently fit and be held in the operator's hand. The body and handle portions are constituted of a light-weight resilient, shock-resistant, self-supporting material such as a synthetic plastic material. The plastic housing is preferably injection-molded and forms a thin, hollow shell whose interior space measures less than a volume on the order of 50 cu.in.

As considered in an intended position of use, as shown in FIG. **24** the body portion **514** has a front wall **516**, a rear wall **518** spaced rearwardly of the front wall, a top wall **520**, a bottom wall **522** below the top wall, and a pair of opposed side walls **524**,**526** that lie in mutual parallelism between the top and bottom walls.

A manually-actuable, and preferably depressible, trigger **528** is mounted for pivoting movement about a pivot axis on the head in a forwardly-facing region where the handle and body portions meet and where the operator's forefinger normally lies when the operator grips the handle portion in the intended position of use.

A plurality of components are mounted in the head and, as explained below, at least some of them are actuated by the trigger **528**, either directly or indirectly, by means of a control microprocessor **530**. One of the head components is an actuable light source e.g. a semiconductor laser diode **532** or a light emitting diode, operative, when actuated by the trigger **528**, for propagating and generating an incident light beam. In the case of a laser, the light beam is highly divergent, is non-radially symmetrical, is generally oval in cross-section, and has a wavelength above 7000 Angstrom units. The laser diode **532** requires a low voltage, e.g. 12 volts DC or less, supplied by a battery **534** which may be provided within the handle portion **512** or by a rechargeable battery pack accessory detachably mounted on the head, or by a power conductor in a cable connected to the head from an external power supply.

An optical assembly, including a half-silvered mirror **537** and an optical train **538**, is mounted in the head, and is adjustably positioned relative to the diode **532** for optically modifying and directing the incident laser beam along a first optical path toward a reference plane which is located exteriorly of the head forwardly of the front wall **516** and which lies generally perpendicular to the longitudinal direction along which the incident laser beam propagates. A symbol to be read is located at the vicinity of the reference plane, either at, or at one side, or at an opposite side, of the reference plane, that is, anywhere within the depth of focus or field of the optically-modified incident laser beam. The depth of focus or field is also known as the working distance in which the symbols can be read. The incident laser beam reflects off each symbol in many directions, and that portion of the reflected laser light which travels away from the symbol back toward the head is known herein as the returning portion.

The laser beam passing through the optical train **538** impinges on a generally planar portion of a scanning mirror **540** forwardly reflects the laser beam impinging thereon in the direction of an arrow **542** through a forwardly-facing light-transmissive window **544** mounted on the front wall **516** and to the symbol.

The scanning mirror **540** is mounted on a scanning component, preferably a high-spaced scanner motor **546** of the type shown and described in U.S. Pat. No. 4,387,297, the entire contents of which are incorporated herein by reference. For purposes of this application, it is sufficient to point out that the motor **546** has an output shaft on which a support bracket is fixedly mounted. The scanning mirror **540** is fixedly mounted on the bracket and is driven in alternate circumferential directions over art lengths of any desired size, typically less than 360°, and at a rate of speed on the order of a plurality of oscillations per second. In a preferred embodiment, the scanning mirror **540** and the shaft are reciprocally and repetitively oscillated so that the scanning mirror repetitively sweeps the incident laser beam impinging on the mirror through an angular distance or arc length at the reference plane of about 32° and at a rate of about 20 scans or 40 oscillations per second.

The returning portion of the reflected laser light has a variable light intensity due to the different light-reflective properties of the various parts that comprise the symbol over the symbol during the scan. The returning portion of the reflected laser light is collected in the direction of arrow **548** by a generally concave spherical portion of the mirror **540**. The generally planar mirror portion is integrally attached to the generally spherical mirror portion of the mirror **540**. The spherical portion reflects the collected light through the optical train **538**, the half-silvered mirror **537**, and to a sensor means, e.g. a photosensor **550**. The photosensor **550**, preferably a photodiode, detects the variable intensity of the collected laser light over a field of view which extends along, and preferably beyond, the scan and generates an electrical analog signal indicative of the detected variable light intensity.

Also mounted in the head is a signal processing means **552** mounted on a circuit board **554**, and operative for processing the analog electrical signal generated by the photodiode **550** into a digitized video signal. Data descriptive of the symbol can be derived from the video signal. Suitable signal processing circuitry for this purpose was

described in U.S. Pat. No. 4,251,798. Other components within the head include drive circuitry for the motor **546**, an aiming light controller in the event that the laser diode **532** generates a laser beam which is not readily visible to the human eye, and a voltage converter for converting incoming voltage, e.g. from the battery **534**, to a regulated voltage suitable for energizing the laser diode **532**.

Also mounted on the circuit board **554** is a decode/control means **556** operative for decoding the digitized video signal to a digitized decoded signal from which the desired data descriptive of the symbol is obtained in accordance with an algorithm contained in a software control program in the microprocessor **530**. The decode-control means includes a PROM for holding the control program, and an RAM for temporary data storage. The decode/control means **556**, together with the micro-processor, determine when a successful decoding of the symbol has been obtained, and also terminates the reading of the symbol upon determination of the successful decoding thereof. The initiation of the reading is caused by depression of the trigger **528**. The decode/control means also includes control circuitry for controlling the actuation of the actuatable components in the head, namely, the laser diode **532**, the photodiode **550**, the motor **546**, and all the other electronic subcircuits therein, as initiated by the trigger, as well as for communicating with the user that the reading has been automatically terminated as, for example, by sending a control signal to an indicator lamp **558** to illuminate the same or by energizing a buzzer or beeper.

The decoded signal is either conducted along a conductor within a cable interconnected between the head and a remote host computer **560**, or is transmitted by radio wave from the head to the computer **560** by means of antenna **536**. The computer **560** serves essentially as a large data base, may be an in-store processor, stores the decoded signal, and provides information related to the decoded signal. It includes a CPU **560'** and a memory **560"**. For example, the host computer, in accordance with this invention, can provide retail price information on an updated basis corresponding to the products identified by their decoded symbols. The host computer can advantageously be incorporated in a portable terminal, or in a stationary terminal such as a cash register.

The data base can be incorporated in a portable housing held in one's other hand, or supported on the operator's person, for example, suspended from a belt or shoulder strap, in a field-portable application.

A keyboard **562'** may advantageously be provided on the head for entering data relating to the symbol and/or the product bearing the same. The keyboard includes a "done" key **562"** by which the user tells the host computer **60** that there are no more items to be scanned. A display **64** is also conveniently mounted adjacent the keyboard **562'** on the top wall **520** of the head, and is operative for displaying information relating to the symbol and/or the product bearing the same.

As described so far, each product **1300** bearing a label imprinted with a symbol **1310** is identified by scanning the symbol with the hand-held scanner head **510** in the manner depicted in FIG. **24**.

The printing of the PDF code symbol **1320** is performed by a printer **562** that is either incorporated in the hand-held head **510** (see FIG. **21**) or held in one's other hand, or worn on one's person (see FIG. **22**), or mounted on a nearby support surface such as a countertop, or incorporated in another component such as a scale or cash register, as described below. The printer includes a thermal printhead **561** operative for thermally imprinting graphical markings on a journaled roll **563** of paper labels, each print label being torn off the roll by being urged against tear-off edge **565** at the front of the head **510**. The label preferably has a pressure-adhesive backing so that it can be applied directly on the container **340**.

FIG. **25** illustrates an alternative printer/scanner arrangement which can be used with the present invention. The assembly comprises a portable data terminal **1100** having a keyboard **1102** for data entry, and a screen **1104**. Attached to the portable data terminal are an integrated printer **1106** and a separate bar code reader **1108**.

An alternative printer/scanner arrangement is shown in FIG. **26**. As before, this comprises a portable data terminal **1100'**, having a keyboard **1102'**, and a screen **1104'**. However, in this case the terminal incorporates an integral scanner head **1110**. Attached to the terminal is a separate printer **1112**.

It will be appreciated that the various different aspects presented herein can be combined or interchanged as appropriate. For example the "return to vendor" method described above in relation to FIGS. **21** to **26** may be carried out using a suitably configured optical reader of the type described with reference to FIGS. **1** to **8**.

Many other embodiments of the invention are within the scope of the following claims:

What is claimed is:

**1**. A wireless user-held network terminal for accessing, displaying, and entering data on a computer network, the terminal comprising:

a processor and associated memory;

a visual display;

a keypad;

a radio transmitter and receiver configured to establish wireless communication between the terminal and the computer network;

communications engine software for controlling communication between the wireless terminal and the computer network; and

parsing software for providing a user interface on the display by parsing script received from the network, whereby a multiplicity of different user interfaces may be provided without installing new software on the wireless terminal.

**2**. The terminal of claim **1** wherein the terminal is configured to be hand-held.

**3**. The terminal of claim **1** wherein the terminal comprises a personal digital assistant.

**4**. The terminal of claim **1** wherein the computer network is the Internet.

**5**. The terminal of claim **1** wherein the script comprises markup language.

**6**. The terminal of claim **5** wherein the script comprises HTML.

**7**. The terminal of claim **1** further comprising a bar code scanner and bar code acquisition engine software for scanning and decoding bar code labels.

**8**. The terminal of claim **7** wherein the terminal is configured to obtain a script from a bar code label, wherein the user interface on the display of the terminal is prescribed by a bar code label scanned using the terminal.

**9**. The terminal of claim **8** wherein the bar code label provides the network address of the script.

**10**. The terminal of claim **8** wherein the bar code label provides the script.

**11**. The terminal of claim **1** further comprising a browser which comprises the parsing engine software.

12. The method of claim **1** wherein the wireless communication is across cellular telephone channels.

13. A wireless user-held network terminal for accessing markup language files on the Internet, the terminal comprising:

a processor and associated memory;

a visual display;

a keypad;

a radio transmitter and receiver configured to establish wireless communication between the terminal and the computer network;

communications engine software for controlling communication between the wireless terminal and the Internet; and

browsing software for accessing and parsing the markup language files.

14. The terminal of claim **13** wherein the markup language is HTML.

15. The terminal of claim **7** wherein the bar code scanner is configured to read high density bar code labels.

16. A wireless user-held bar code scanning terminal for scanning bar code labels and accessing files on a computer network, the terminal comprising:

a processor and associated memory;

a visual display;

a keypad;

a radio transmitter and receiver configured to establish wireless communication between the terminal and the computer network;

communications engine software for controlling communication between the wireless terminal and the computer network;

parsing software for providing a user interface on the display by parsing script received from the network, whereby a multiplicity of different user interfaces may be provided without installing new software on the wireless terminal;

a bar code scanner; and

a bar code acquisition engine software for scanning and decoding bar code labels scanned by the bar code scanner.

17. The terminal of claim **16** wherein the terminal is configured to obtain a script from a bar code label, wherein the user interface on the display of the terminal is prescribed by a bar code label scanned using the terminal.

18. The terminal of claim **17** wherein the bar code label provides the network address of the script.

19. The terminal of claim **17** wherein the bar code label provides the script.

20. The terminal of claim **16** wherein the terminal is configured to be hand-held.

21. The terminal of claim **16** wherein the terminal comprises a personal digital assistant.

22. The terminal of claim **16** wherein the computer network is the Internet.

23. The terminal of claim **16** wherein the script comprises markup language.

24. The terminal of claim **23** wherein the script comprises HTML.

25. The terminal of claim **16** further comprising a browser which comprises the parsing engine software.

26. A method of remotely browsing, on a user-held wireless computer device, and electronic document stored as a file having a file address on a computer network, the method comprising the steps of:

using a bar code scanner incorporated into the device to scan a bar code label containing information identifying the file address:

decoding the file address from the result of the scan;

accessing the network file by sending the file address over a wireless communication path connecting the device to the computer network; and

displaying the accessed file on a visual display incorporated into the device.

27. The method of claim **26** further comprising entering information at the wireless computer device using a keypad incorporated into the device.

28. The method of claim **26** wherein the filed accessed from the computer network contains script, and the method further comprises running parsing software at the computer device to parse the script received from the computer network.

29. The method of claim **26** wherein the computer device is configured to be hand held.

30. The method of claim **26** wherein the computer device comprises a personal digital assistant.

31. The method of claim **26** wherein the computer network is the Internet.

32. The method of claim **26** wherein the wireless communication is across cellular telephone channels.

33. The method of claim **28** wherein the script comprises a markup language.

34. The method of claim **33** wherein the script comprises HTML.

35. The method of claim **28** further comprising running browser software on the computer device, wherein the browser software comprises the parsing software.

* * * * *

# EXHIBIT E

# XM60 Series Specifications

## TECHNICAL

| | |
|---|---|
| Operating System | Microsoft® Windows® CE 5.0 |
| Processor | Freescale™ MX21-266MHz |
| Memory | 64MB SDRAM<br>64MB NAND |
| Expansion | User accessible mini-SD slot; compatible with up to 2GB mini-SD card |
| Battery | Swappable 3.7V 1880mAh rechargeable Li-ion |
| Backup Battery | Rechargeable 20mAH Ni-MH |

## PHYSICAL

| | |
|---|---|
| Dimensions | 1.20" H x 3.11" W x 5.75" L / 30.5mm H x 79mm W x 146mm L |
| Weight | 9.88oz / 280g |
| Keypad | Backlit numeric keypad |
| Display Size | 2.17" W x 2.95" L / 55.0mm W x 75.0mm L |
| Display Type | 262K colors TFT QVGA (240x320) |
| Touch Panel | Analog resistance type; stylus input |

## ENVIRONMENTAL

| | |
|---|---|
| Operating Temp | 14º to 122ºF / -10º to 50ºC |
| Storage Temp | -4º to 140ºF / -20º to 60ºC |
| Humidity | 5% to 90% RH (no condensation) |
| Drop | Multiple 4ft / 1.2m drops to concrete on all sides across a wide temperature range |
| Water & Dust | IP54 Category II |
| Vibration | 0.03 $G^2$/Hz from 20Hz to 2kHz; 1 hour random wave per axis |
| Electro Static Discharge (ESD) | +/- 15kVDC air; +/- 8kVDC contact |
| Sterilization | 76.9% to 81.4% concentration alcohol rub |
| Ambient Light | 450ft-candelas (artificial light); 8000ft-candelas (sunlight) |

## INTERFACE FEATURES

| | |
|---|---|
| Audio | Speaker and Microphone |
| Alerts | Vibration, LED indicators, audio beep |
| LED Indicators | Tri-color |
| Scan Triggers | Left, right, center buttons |

## DATA CAPTURE

| | |
|---|---|
| Imager | 1D/2D HHP Adaptus® Imaging Technology; 752 x 480 pixel CMOS area imager |
| 1D Symbologies | China Post, Codabar, Codablock F, Code 11, Code 16K, Code 32 Pharmaceutical (PARAF), Code 39, Code 49, Code 93 and 93i, Code 128, EAN-8, EAN-13, Interleaved 2 of 5, ISBT 128, Matrix 2 of 5, Korea Post, MSI, Plessey Code, PosiCode, Reduced Space Symbology (RSS-144, RSS Limited, RSS Expanded), Straight 2 of 5 IATA (two-bar start/stop), Straight 2 of 5 Industrial (three-bar start/stop), Telepen, Trioptic Code, UPC-A, UPC-A with Extended Coupon Code, UPC-E, UPC-E1 |
| 2D Symbologies | PDF417 (EAN-UCC Composite, MicroPDF417, PDF417, TCIF Linked Code 39, TLC39), 4-CB (4-State Customer Barcode), Australian Post, Aztec Code, Aztec Mesas, British Post, Canadian Post, Data Matrix, ID-tag (UPU 4-State), Japanese Post, KIX (Netherlands) Post, MaxiCode, OCR, Planet Code, Postnet, QR Code |

## DATA COMMUNICATION

| | |
|---|---|
| IrDA | Standard v1.2 (up to 115,200bps) |
| USB | v1.1 client (up to 12Mbps), OTG support |
| WPAN | Bluetooth v1.2 |
| WLAN | IEEE 802.11b radio, 2.4GHz |

## ACCESSORIES

| | | |
|---|---|---|
| Single Slot Cradle Kit | RFID Reader | Stylus 5-Pack |
| Four Slot Cradle Kit | Cable Cup | Stylus Tether |
| Modem Cradle Kit | Vehicle Charger | Nylon Holster |
| Larger Capacity Battery | Synching/Charging Cables | Adjustable Handstrap |
| Magnetic Stripe Reader | Battery Charger | |

## SAFETY / REGULATORY

| | |
|---|---|
| Safety | UL 60950-1, CSA C22.2 No. 60950-1, EN60950, GS |
| EMI | FCC Part 15 Class B, EN 55022 Class B (CE-EMC), EN 55024 (CE:EMC), AS/NZS CISPR 22 (C-Tick), ICES-003 Class B, SRRC, NOM |
| RF | FCC Part 15.27, ETS 300 328, ETS 300 826, AS/NZS 4771, IC RSS102, IC RSS210 |

Specifications subject to change.

# EXHIBIT F



# *XM60 User Guide*



# CONTENTS

| Chapter 1: Introduction | |
|---|---|
| About the Janam XM60 | 1-1 |
| Hardware features | 1-1 |
| Specifications | 1-2 |
| Hardware overview | 1-3 |
| **Chapter 2: Get Started** | |
| Unpack your Janam XM60 | 2-1 |
| Recommended host computer configuration/requirements | 2-1 |
| Update your desktop software | 2-1 |
| Attach the hand strap | 2-1 |
| Install/charge the battery | 2-2 |
| Remove the battery from spare charging well | 2-2 |
| Turn on the XM60 | 2-2 |
| Understanding the desktop | 2-3 |
| Boot-uploader procedure | 2-3 |
| Update your ROM | 2-4 |
| Check your current ROM | 2-4 |
| Download the correct BIN file | 2-5 |
| Install the latest ROM | 2-5 |
| Troubleshooting tips | 2-6 |
| Reset the XM60 | 2-7 |
| **Chapter 3: Bar Code Scanning** | |
| Demonstration and setup | 3-1 |
| Enable the ScanWedge feature | 3-2 |
| Unlock 2D scanning | 3-2 |
| Enable ScanCapture feature | 3-3 |
| **Chapter 4: Set Up Your Janam XM60** | |
| Locate front panel controls | 4-1 |
| Locate back panel components | 4-1 |
| Tap versus click | 4-1 |
| Recalibrate the screen | 4-1 |
| Use the regional and language features | 4-2 |
| Open applications | 4-2 |
| Remove applications | 4-3 |
| Enter data | 4-3 |
| Customize | 4-3 |
| Set the date, time and time zone | 4-4 |
| Format the date, time and numbers | 4-4 |
| Set the display properties | 4-5 |
| Select volume and enable sounds | 4-6 |
| Change keypad options | 4-6 |
| Set internet options | 4-6 |
| **Chapter 5: Enter Data** | |
| Use the stylus or touch screen with the onscreen keyboard | 5-1 |
| Import data | 5-2 |
| Use the barcode scanner | 5-2 |
| **Chapter 6: ActiveSync** | |
| Create a user profile | 6-1 |
| Set up/delete a partnership | 6-1 |
| Partnership settings | 6-4 |
| **Chapter 7: 802.11 Wireless Configuration** | |
| Wireless local area network access | 7-1 |

**Chapter 8: Bluetooth Manager**

| | |
|---|---|
| Start Bluetooth manager | 8-1 |
| Scan Device Wizard | 8-2 |
| Bond Wizard | 8-2 |
| Send files | 8-3 |
| File browser | 8-4 |
| Bluetooth ActiveSync | 8-4 |
| Settings | 8-6 |

**Chapter 9: Beam Information**

| | |
|---|---|
| Turn beam on/off | 9-1 |
| Beam information | 9-2 |

**Chapter 10:  Regulatory and Maintenance**

| | |
|---|---|
| Regulatory and safety approvals | 10-1 |
| Battery warning | 10-2 |
| General information | 10-2 |
| Operating instructions | 10-3 |

1

# Introduction

The XM Series rugged mobile computer delivers all the built-in capabilities that today's business applications demand. Plus, it's smaller, lighter and far less expensive than comparable products. Designed for maximum value and performance, the XM60 is a cost-effective mobile solution for Windows® CE applications.

## About the Janam XM60

The XM60 delivers powerful computing performance packaged in a small, light and truly pocketable mobile computer. It features a color, quarter-VGA display, Freescale™ MX21 processor, backlit numeric keypad, WLAN and Bluetooth. The XM60 weighs less than 10 ounces, meets IP54 sealing requirements and withstands multiple 4-foot/1.2m drops to concrete across a wide temperature range.

Further enhancing its value, the XM60 features integrated 1D barcode scanning as well as built-in 2D barcode scanning capability. Janam's 2D scanning solution enables users to upgrade barcode scanning capability from 1D to 1D/2D on any device at any time with a simple firmware upgrade. With **Adaptus® Imaging Technology**, the XM Series easily reads all types of barcode symbologies including linear, stacked and 2D. It offers the flexibility to adapt as business needs change, without the need to invest in new hardware.

## Hardware features

- Microsoft® Windows® CE 5.0
- Brilliant QVGA color display
- High-performance 1D and 2D barcode scanning capability
- Backlit numeric keypad
- 64MB SDRAM/64MB NAND
- NAND flash backup of OS, applications and user data
- User-accessible mini-SD memory slot
- Weighs less than 10 ounces
- Sealed to IP54 standards
- Rugged design: withstands multiple 4-foot/1.2 meter drops to concrete
- Enterprise-class WLAN with WPA security protocols
- Bluetooth WPAN data communications
- Full system of accessories

# XM60 Series Specifications

## TECHNICAL

| | |
|---|---|
| Operating System | Microsoft® Windows® CE 5.0 |
| Processor | Freescale™ MX21-266MHz |
| Memory | 64MB SDRAM<br>64MB NAND |
| Expansion | User accessible mini-SD slot; compatible with up to 2GB mini-SD card |
| Battery | Swappable 3.7V 1880mAh rechargeable Li-ion |
| Backup Battery | Rechargeable 20mAH Ni-MH |

## PHYSICAL

| | |
|---|---|
| Dimensions | 1.20" H x 3.11" W x 5.75" L / 30.5mm H x 79mm W x 146mm L |
| Weight | 9.88oz / 280g |
| Keypad | Backlit numeric keypad |
| Display Size | 2.17" W x 2.95" L / 55.0mm W x 75.0mm L |
| Display Type | 262K colors TFT QVGA (240x320) |
| Touch Panel | Analog resistance type; stylus input |

## ENVIRONMENTAL

| | |
|---|---|
| Operating Temp | 14º to 122ºF / -10º to 50ºC |
| Storage Temp | -4º to 140ºF / -20º to 60ºC |
| Humidity | 5% to 90% RH (no condensation) |
| Drop | Multiple 4ft / 1.2m drops to concrete on all sides across a wide temperature range |
| Water & Dust | IP54 Category II |
| Vibration | 0.03 $G^2$/Hz from 20Hz to 2kHz; 1 hour random wave per axis |
| Electro Static Discharge (ESD) | +/- 15kVDC air; +/- 8kVDC contact |
| Sterilization | 76.9% to 81.4% concentration alcohol rub |
| Ambient Light | 450ft-candelas (artificial light); 8000ft-candelas (sunlight) |

## INTERFACE FEATURES

| | |
|---|---|
| Audio | Speaker and Microphone |
| Alerts | Vibration, LED indicators, audio beep |
| LED Indicators | Tri-color |
| Scan Triggers | Left, right, center buttons |

## DATA CAPTURE

| | |
|---|---|
| Imager | 1D/2D HHP Adaptus® Imaging Technology; 752 x 480 pixel CMOS area imager |
| 1D Symbologies | China Post, Codabar, Codablock F, Code 11, Code 16K, Code 32 Pharmaceutical (PARAF), Code 39, Code 49, Code 93 and 93i, Code 128, EAN-8, EAN-13, Interleaved 2 of 5, ISBT 128, Matrix 2 of 5, Korea Post, MSI, Plessey Code, PosiCode, Reduced Space Symbology (RSS-144, RSS Limited, RSS Expanded), Straight 2 of 5 IATA (two-bar start/stop), Straight 2 of 5 Industrial (three-bar start/stop), Telepen, Trioptic Code, UPC-A, UPC-A with Extended Coupon Code, UPC-E, UPC-E1 |
| 2D Symbologies | PDF417 (EAN-UCC Composite, MicroPDF417, PDF417, TCIF Linked Code 39, TLC39), 4-CB (4-State Customer Barcode), Australian Post, Aztec Code, Aztec Mesas, British Post, Canadian Post, Data Matrix, ID-tag (UPU 4-State), Japanese Post, KIX (Netherlands) Post, MaxiCode, OCR, Planet Code, Postnet, QR Code |

## DATA COMMUNICATION

| | |
|---|---|
| IrDA | Standard v1.2 (up to 115,200bps) |
| USB | v1.1 client (up to 12Mbps), OTG support |
| WPAN | Bluetooth v1.2 |
| WLAN | IEEE 802.11b radio, 2.4GHz |

## ACCESSORIES

| | | |
|---|---|---|
| Single Slot Cradle Kit | RFID Reader | Stylus 5-Pack |
| Four Slot Cradle Kit | Cable Cup | Stylus Tether |
| Modem Cradle Kit | Vehicle Charger | Nylon Holster |
| Larger Capacity Battery | Synching/Charging Cables | Adjustable Handstrap |
| Magnetic Stripe Reader | Battery Charger | |

## SAFETY / REGULATORY

| | |
|---|---|
| Safety | UL 60950-1, CSA C22.2 No. 60950-1, EN60950, GS |
| EMI | FCC Part 15 Class B, EN 55022 Class B (CE-EMC), EN 55024 (CE:EMC), AS/NZS CISPR 22 (C-Tick), ICES-003 Class B, SRRC, NOM |
| RF | FCC Part 15.27, ETS 300 328, ETS 300 826, AS/NZS 4771, IC RSS102, IC RSS210 |

## Hardware overview



**Top View**          **Bottom View**

Hand Strap Connector
Stylus
Speaker
Battery Compartment
IrDA Window
Stylus Slot
Reset Button
Microphone
Battery Door
Battery Screw

# 3

# Barcode Scanning

The XM60 provides an easy migration path so that minimal application code changes are required for barcode scanning applications.

## Barcode scanning demonstration and setup

**To run the demo:**

1. Tap the **MS Windows icon > programs > XM60 Applications > ScanDemo**.
2. Three menus will appear (setup, OCR, options) on the top of the screen.

3. In the setup menu, select **hardware test** to review all the functions of the scanner and determine if everything is working properly.
4. Select **each item individually** to verify that all hardware is working properly.
5. Tap **OK** to return to the main demo.

6. Select **setup > symbology config**.
7. Tap **enable all** to let the scanner decide the best method of decoding the barcode.
8. Tap **OK** to save.



9. Select **scan**.
   - Point the **scanner** at a barcode, and press any of the **barcode scan trigger buttons** on the XM60. The results will display after a successful scan.



## Enable the ScanWedge feature

When the ScanWedge feature is enabled, data can be entered into the specified application by opening the application on the handheld and scanning a barcode.

1. Go to **MS Windows icon > programs > XM60 applications > ScanWedge**.
2. Select **enable** from the *ScanWedge* menu.
3. Choose **setup > symbology config** from the top menu. You can then select **enable all** to enable every type of barcode or manually select the barcode symbologies you need.
4. Tap **OK**.



**Note:** The ScanWedge function will be disabled if manual scanning is initiated either by a command API or by using the Janam Barcode Test program.

## Unlock 2D scanning

All of Janam's mobile computers can be upgraded in the field to read both 1D and 2D barcodes with a simple firmware upgrade (Part Number 2D-XP-1). With each upgrade, a key code is provided that unlocks 2D scanning capability on the device. To purchase an upgrade for your XM60, contact your authorized Janam dealer.

You will need to provide the product imager ID number so the appropriate five-digit key code sequence can be assigned. To access the imager ID number, follow these steps:

**To get your imager ID number:**
1. Tap the **MS Windows icon or start menu > settings > XM60 panel.**
2. Select **Info**.
   - The scanner ID info shows the unique number for each XM60 device.





After receiving your five-digit key code, follow these steps to enable 2D scanning.

1. Go to the **MS Windows icon > settings > XM60 panel.**
2. Tap **XM60 panel icon**.
3. Select **scanner** tab.
4. Enter your **five-digit key code > unlock.**
    - A *successful unlock* notification will appear.
5. Press **X to close the screen.**

**Note:** Remember to keep a record of your five-digit key code.
The unlock code will be maintained in the unit's system after a soft reset, but it will need to be re-entered after a hard reset.

## Enable ScanCapture feature

The ScanCapture demo enables you to capture normal and intelligent images.

**To take a single image:**

1. Click **single**.

2. A preview appears on the screen.
3. Click **save**.

4.  Enter **image's name** and **select folder**.
5.  Click **OK**.
6.  Below is the image that is captured.





**To use continuous preview:**
1.  Click **cont or continue button**.
2.  Click **button again** to stop preview.



**To use intelligent capture:**
You can use intelligent capture to scan a signature or address that is located some distance away from a barcode. This feature supports PDF417, Code 128, Code 39 and Aztec symbologies.
1.  Go to **settings > intel img**.
2.  Set up appropriate settings. Click **address or signature > OK**.



3.  Select **intel button** and **aim** at any support barcode. If you need to capture a 2D barcode, be sure to unlock your 2D feature.

    **Note:** the image is always the same position from the barcode.

4.  Select **save**.



5.  Enter **image name** and **save** to appropriate folder.
6.  Click **OK**.

7.  The below image is captured.



# Set up your Janam XM60

## Locate front panel controls

- **Power button (on top of device).** Pressing the power button turns the handheld computer on (if it is off) and returns to the last screen that was displayed. Press the power button to turn the handheld computer off.
- Use the **backlight** to illuminate the screen in low-light conditions. Hold down the power button for about two seconds to turn the backlight on and off.
- Janam XM60 **screen.** Displays the applications and data stored in your handheld computer. It is touch-sensitive and responds to the stylus.

## Locate back panel components

- **Stylus channel.** Holds the stylus. To use the stylus, remove it from the channel and hold it as you would a pen or pencil.
- **IR port.** Uses infrared technology to transmit and receive data to and from other handheld computers, and to perform ActiveSync operations.
- **Reset button (located under battery cover).** Under normal use, you should not have to use the reset button.
- **USB/serial connector.** Connects your handheld computer to a PC via a USB or serial cable or by inserting XM60 into a Janam cradle.

## Tap versus click

Tapping is the basic action used to execute tasks, so use the stylus to tap elements on your handheld computer's touch-sensitive screen. You can drag the stylus to select text, or use the stylus to drag the slider of any scroll bar.

**IMPORTANT:** Always use the point of the stylus for tapping or making strokes on the handheld computer screen. Do not use a pen, pencil or any other sharp object to write on the screen.

## Recalibrate the screen

The first time you start the Janam XM60 handheld computer, setup instructions appear onscreen. These instructions include a calibration screen, or digitizer. Calibration aligns the internal circuitry of the handheld computer with its touch-sensitive screen so your handheld computer can detect the task you want to perform when you tap an element on the screen. You can also recalibrate your screen at any time.

**To recalibrate your screen:**

1. Tap the **MS Windows icon > settings > control panel > stylus**.
2. Select **double tap menu,** and follow the instructions.
3. Tap **calibration menu**, and follow the **on-screen instructions**, tapping the screen where indicated.




## Use the regional and language features

Your Janam XM60 comes with a variety of regional, language and input settings that are preset before your device is shipped. To change these settings, follow the directions below.



**WARNING:** If you change to a language other than English, you will have to perform a hard reset, which will erase all data on your handheld computer. If you have data you need to save, perform an ActiveSync operation before you change languages.

**To update the regional settings:**
1. Select the **MS Windows Explorer icon** in the command bar **> settings > control panel**.
2. Tap the **regional settings icon** (you may need to scroll down to find the icon).
3. Change **your locale** using the dropdown menu and tap **OK**.
   - See **customize** section (format date, time and numbers) below to further edit number, currency, time and date language and appearance.
4. Tap **language tab** to set the language used for the menus, dialog and alerts. The default is English.
5. Tap **input** to change the input language used when the device is started.





6. Perform a **hard reset** of your device IF you change to a language other than English.

## Open applications

You can use the MS Windows Explorer icon in the left corner of your command bar to open any application installed on your handheld computer.



**To open an application:**
1. Tap the **MS Windows icon > programs**.
2. Select the **application** you want to open.

## Remove applications

To remove a program:
1. Go to **MS Windows icon > settings > control panel**.
2. Double-tap **remove programs** icon.
3. Select the **program** you want to delete and click **remove**.
4. Click **OK**.



## Enter data

You can enter data into your Janam XM60 in one of five ways:
- Using the stylus or touch screen with the onscreen keyboard
- Scanning a barcode

## Customize

**To change owner properties on your handheld computer:**
1. Tap **MS Windows** icon in the lower left corner of command bar.
2. Go to **settings > control panel**.
3. Locate the **owner icon** and **tap twice**.
4. Tap **identification**, and **enter appropriate information**.
5. Tap **notes**, and **enter data**.
6. Tap **network ID**, and enter **user name, password and domain**.
7. Tap **OK** to save changes.





**To set up a password:**
1. Tap **MS Windows** icon in the lower left corner of command bar.
2. Go to **settings > control panel**.
3. Locate the **password** icon and tap twice.
4. Enter your **password** as desired.
5. Tap **OK**.

## Set the date, time and time zone preferences

**To set the date:**

1. Tap **MS Windows icon** in the command bar **> settings > control panel**.
2. Tap on **calendar date** to change, select **new time** and choose your **time zone** from the dropdown menu.
3. Click **OK** to close.

## Format numbers, currency, time and date

When selecting a country and time, date and number formats, keep the following in mind:

- When you select a country, the time, date, and number formats are adjusted, as well as the week's starting day.
- The time setting defines the format for the time of day.

**To change number, currency, time and date settings:**

1. Tap **MS Windows icon** on the command bar **> settings > control panel**.
2. Tap twice on **regional settings** icon.
3. In the region tab, tap on **customize**.
4. Using the **dropdown menus**, make your **changes** and click **OK** to save the changes.



## Set the display properties

You can easily change the background and appearance on your Janam XM60, including the colors.  In addition, you can save battery life by turning off the backlight when not needed.

**To change the background:**
1. Tap **MS Windows icon** in the command bar **> settings > control panel.**
2. Double-tap on **display** icon.
3. Use the **dropdown menu** or tap **browse** to change the background on your device.
4. Tap **OK**.



**To change the appearance:**
1. Tap on the **appearance** tab.
2. Change **scheme** using the dropdown menu.
3. Make **changes** to any item, including the desktop, buttons and menu background.
4. Click **OK**.



**To change backlight preferences:**
1. Tap **backlight** tab.
2. Select **battery power** and make your **change** in the dropdown menu.
3. Select **external power**, and make your **minutes selection** from the dropdown menu.
4. To further adjust levels, tap **advanced** button and make necessary adjustments for both battery and AC power.
5. Click **OK**.




## Select volume and enable sounds

1. Tap **MS Windows icon** in the command bar **> settings > control panel.**
2. Double-tap **volume & sounds** icon.
3. Tap the **volume tab** and choose **volume level and preferences.**
4. Tap **OK.**
5. Tap the **sounds tab**, choose **sound**, previewing it if necessary.
6. Click **OK**.

## Change keypad options

**To change key size on soft keyboard:**

1. Tap **MS Windows icon** in the command bar **> settings > control panel**.
2. Double-tap on **input panel** icon.
3. Select **options** on the input panel tab.
4. Click on **large keys**.
5. Select **use gestures** to add this feature by clicking in the box to get a check.

## Set internet options

**To change key size on soft keyboard:**

1. Tap **MS Windows icon** in the command bar **> settings > control panel**.
2. Double-tap **internet options** icon.
3. There are six different tabs in the internet options, so you can customize your XM60 to meet your network requirements.
   - **General (at right):** enables you to select your start and search pages, in addition to user agent. You can also clear cache and history as needed.
   - **Connection (below):** lets you set the parameters for online access.
   - **Security:** provides intranet, internet, trusted and restricted sites access, including ActiveX controls and plug-ins.
   - **Privacy:** offers a way to accept, block or prompt for first- and third-party cookies.
   - **Advanced:** gives accessibility, browsing, multimedia, TV features and security options.
   - **Popups:** lets you block popups, set exceptions and enable advanced event options.





4. After you finish making your selections in each screen, click **OK** to save settings.

.

# 802.11 Wireless Configuration

The following section details the basic 802.11 wireless configuration for your Janam XM60.

## Wireless local area network access

**To add or edit a WLAN:**

1. Tap the **MS Windows icon** in the command bar **> settings > network and dial-up connections** icon.

2. Tap and hold **BGW200WL1**.

3. Tap **enable**.



4.  Tap twice on **add new**.



5.  Enter **ESSID, authentication** and **encryption**.



6.  After wireless is configured, double tap **the network icon** to edit or add another WLAN. 

# 8

# Bluetooth Manager

There are several ways to set up your computer for wireless access, and the following section details the general instructions needed to set up Bluetooth on your Janam XM60. Please note that complex or custom installations may require additional expertise from Janam's technical and support team.

## Start Bluetooth manager

**To start Bluetooth manager:**

1. Tap **MS Windows** icon in the command bar **> settings > control panel**.
2. Tap twice on **Bluetooth device properties** icon.
3. Go to **tools > turn on Bluetooth**.
4. Start **Bluetooth** from the taskbar.
5. Click the taskbar's **Bluetooth icon,** and choose **turn on Bluetooth**.



## Scan Device Wizard

**To use Scan Device Wizard:**
1. Tap the **scan device icon** to start the wizard.
2. Tap **next**.
3. Wait until searching is finished.
4. Choose **the device** you want to add **> next**.
5. Tap **finish**.








## Bond Wizard

**To use Bond Wizard:**
1. Tap the **Bond Wizard icon.**
2. **Press next.**
3. Press **yes** to authenticate.
4. Insert **a PIN** for pairing and enter the same number on the pairing device.
5. Tap **finish** to exit.








## Send files

Please note that your target device needs to support OBEX file transfer option.

**To send files:**
1. In the Bluetooth Device Manager, **choose send** *from the file menu*.
2. Tap **search** to start searching the device.



3. When you see your target device, **select it**.

4. Choose the **file** you want to send.
5. Your target device will ask you to accept the file. Transfer will start after you **accept it**.
6. Wait until transfer is finished.





## File browser

Please note that your target device needs to support OBEX file transfer option.

**To use the file browser:**
1. Choose the **device** you want to connect to.
2. Input **PIN number**.
3. If connection is successful, you can view the remote and local files.

  

## Bluetooth ActiveSync

**To setup your PC to accept Bluetooth ActiveSync:**
1. Go to **MS Windows icon > settings > control panel.**
2. Select **Bluetooth devices > COM ports.**
3. Add a **COM port** if needed**.**



4. At the ActiveSync option, allow connections to the BT COM port (e.g., COM10).



5. Choose **Bluetooth ActiveSync** *on your XM60 device.*
6. Pick the **device** that can accept Bluetooth ActiveSync.
   - You will see the serial port provided by the PC (make sure that your PC is not currently synching with another device.
7. Tap **OK** and ActiveSync should start.

  

**To set up Bluetooth LAN service:**
1. Go to **file > Bluetooth LAN access.**
2. Press **search** to search for your target connect device
3. Make sure your target device supports Bluetooth LAN access service, because Windows XP does not support such services by default.
4. Choose your **target device** and press **OK**. Authentication may be required.
5. Enter the same **PIN number** at your target device.

   

**To use Bluetooth COM service (create a BT virtual COM port):**
1. Choose **COM service** from *file menu in the Bluetooth device manager*.
2. Pick the **device** for creating the virtual COM port.
3. Select the **COM number** to map to.
4. A success message appears, if your target device accepted the Bluetooth connection.



**To check what service the scanned BT device supports:**
1. Choose the **target device** in the Bluetooth device manager.
2. Click on **property icon**.
3. The two tabs – general and services – will show what service the other device supports.



## Settings

**To change the Bluetooth settings:**
1. Go to **device > my Bluetooth device** *in the Bluetooth device manager*.
2. Change the **name and other settings**.



**To check Bluetooth chip setting:**
1. Go to **tools > about**.
2. The next screen will show the chip setting.



# EXHIBIT G

## INFRINGEMENT ANALYSIS – PATENT NO. 5,835,366 TO PLESO

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| 1. A secondary battery boost system, comprising: | |
| a primary battery, the primary battery operative as a primary portable power supply for a computing device; | The Janam XM60 device is battery operated and has a primary battery rated at about 3.7V<br>Battery Compartment |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| a secondary battery, the secondary battery operative as a backup portable power supply for the computing device; and | The Janam device has a secondary battery for use as a backup portable power supply to preserve data, e.g., when the main battery is exhausted.<br><br>**XM60 Series** Specifications<br>Backup Battery Rechargeable 20mAH Ni-MH<br><br>The circuit board has two rechargeable backup battery cells that output about 1.2V each. They are connected in series to provided approximately 2 to 3 V (depending on their charge):<br> |

| '366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| a boost circuit operative to increase the power output of the secondary battery applied to the computing device | A Torex XC6367B step-up voltage regulator is used to provide about 3.5V of battery power to the system from the about 2 to 3 V (depending on charge) provided by the backup batteries.   The circuit used in the XM-60 is very similar to a sample application circuit design for XC6367B from Torex datasheet:   |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| ******************** | |
| 2. The secondary battery boost system of claim 1, wherein the boost circuit is adapted to provide power to the computing device from the secondary battery when a voltage of the primary battery falls below a predetermined threshold | The enable signal for the XC6367B voltage regulator is activated when the primary battery voltage drops below about 3.4 volts. |
| ******************** | |
| 3. The secondary battery boost system of claim 2, further including a low voltage detection circuit for monitoring the voltage level of the primary battery | A Seiko S808 voltage detector detects when the primary battery voltage drops below about 3.4 V. Seiko S808 3.3 V detector |
| ******************** | |
| 6. The secondary battery boost system of claim 1, wherein the computing device is a wireless mobile terminal | Janam devices with Bluetooth and/or 802.11 WiFi are wireless mobile terminals. |
| ******************** | |

| '366 CLAIM | APPLICATION TO JANAM XM60 |
| --- | --- |
| 7. A method for facilitating power shutdown protocol of a computing device, comprising the steps of:<br><br>using a first cell as a primary portable power supply for the computing device; | The Janam XM60 devices are battery operated and have a primary battery rated at about 3.7V<br>Battery Compartment |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| using a secondary cell as a backup portable power supply for the computing device; and | The Janam device has a secondary battery for use as a backup portable power supply to preserve data, e.g., when the main battery is exhausted.<br><br>**XM60 Series** Specifications<br>Backup Battery Rechargeable 20mAH Ni-MH<br><br>The circuit board has two rechargeable backup battery cells that output about 1.2V each. They are connected in series to provided approximately 2 to 3 V (depending on their charge):<br> |

| '366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| using a boost circuit to increase the power of the secondary cell applied to the computing device; | A Torex XC6367B step-up voltage regulator is used to provide 3.5V to the system from the ~ 2 to 3 V (depending on charge) provided by the backup batteries.<br>XC6367 step-up voltage converter<br>capacitor<br>MOSFET<br>inductor<br>schottky diode<br>resistive voltage divider<br>The circuit used in the XM-60 is very similar to a sample application circuit design for XC6367B from Torex datasheet:<br>SD<br>VOUT<br>L<br>EXT<br>VDD<br>CFB<br>RFB1<br>Tr<br>CE<br>FB<br>VIN<br>CIN<br>CL (Tantalum)<br>RL<br>GND<br>RFB2 |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| wherein the secondary cell supplies power to the computing device upon a voltage of the first cell dropping below a predetermined value | The enable signal for the XC6367B voltage regulator is activated to turn on the boost circuit so as to supply power from the secondary cell when the primary battery voltage drops below about 3.4 volts |
| ******************** | |
| 8. The method for facilitating power shutdown protocol of a computing device of claim 7, wherein the step of the boost circuit increasing the voltage of the secondary cell applied to the computing device includes the step of the boost circuit providing power to the computing device from the secondary cell when a voltage of the primary cell falls below a predetermined threshold | The boost circuit is enabled and provides power from the secondary battery when the voltage of the primary battery drops below about 3.4 volts |
| ******************** | |
| 9. The method for facilitating power shutdown protocol of a computing device of claim 8, further including the step of using a low voltage detection circuit to monitor the voltage level of the primary cell | A Seiko S808 voltage detector detects when the primary battery voltage drops below about 3.4 V<br>Seiko S808 V detector |
| ******************** | |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
| --- | --- |
| 13. A portable computing device, comprising:<br>a housing; | The Janam XM60 has a housing. |
| a first battery supported by the housing, the first battery operative to supply power via a power supply to the portable computing device; | The Janam XM60 device is battery operated and has a primary battery rated at about 3.7V<br>Battery Compartment |

| '366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| a battery boost circuit disposed within the housing; | A Torex XC6367B step-up voltage regulator is used to provide about 3.5V of battery power to the system from the about 2 to 3 V (depending on charge) provided by the backup batteries.<br><br>XC6367 step-up voltage converter<br>capacitor<br>MOSFET<br>inductor<br>schottky diode<br>resistive voltage divider<br><br>The circuit used in the XM-60 is very similar to a sample application circuit design for XC6367B from Torex datasheet:<br><br>SD<br>VOUT<br>L<br>EXT<br>VDD<br>CFB<br>RFB1<br>Tr<br>VIN<br>CIN<br>CE<br>FB<br>CL (Tantalum)<br>RL<br>GND<br>RFB2 |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
|---|---|
| a secondary battery coupled to the battery boost circuit, the secondary battery operative to supply power via the power supply to the portable computing device upon a voltage of the first battery falling below a predetermined value; | The Janam device has a secondary battery for use as a backup portable power supply to preserve data, e.g., when the main battery is exhausted.<br><br>**XM60 Series** Specifications<br>Backup Battery Rechargeable 20mAH Ni-MH<br><br>The circuit board has two rechargeable backup battery cells that output about 1.2V each. They are connected in series to provided approximately 2 to 3 V (depending on their charge):<br><br>The boost circuit provides power when the primary battery is installed but the voltage from the primary battery drops below about 3.4 V |
| wherein the battery boost circuit increases a power output of the secondary battery and provides the portable computing device with power from the secondary battery upon the voltage of the first battery falling below the predetermined value | The battery boost circuit boosting the voltage from ~ 2 to 3 V (depending on charge) of the backup battery to provide about 3.5V of battery power to the system when the voltage of the primary battery falls below the predetermined value of about 3.4V |
| ******************** | |
| 18. The portable computing device of claim 13, wherein the portable computing device is a wireless mobile terminal | Janam XM60 devices with Bluetooth and/or 802.11 WiFi are wireless mobile terminals. |

| ’366 CLAIM | APPLICATION TO JANAM XM60 |
| --- | --- |
| ******************** | |

# EXHIBIT H



## Battery Handling and Precautions

**Soldering**

- Do not solder directly onto batteries. Always solder onto solder tag for connection.
- GP NiMH rechargeable button cells with tags can be flow-soldered in a charged state within 10 seconds.

**Charging and Discharging**

- Always charge batteries before first time application even though some of our batteries are delivered in a charged state.
- Parallel charging or connection is not recommended. Parallel charging will produce irregular charging currents. Please consult GP Batteries for more details.
- Never short-circuit or reverse polarity in application.
- Do not use different types of batteries in the same battery assembly.
- If the battery has been deep-discharged, a prolonged charging time is required to bring the battery back to full capacity.

**Storage**

- Always store batteries in a cool, dry place.
- After long storage, e.g. over a year, it is desirable to cycle (charge/discharge) the battery 3 times to restore full capacity.
- Do not mix batteries with metal objects during storage or transportation to avoid accidental short-circuit.
- Do not store large quantities of batteries in a densely packed condition when they are in a charged or partially charged state.

**Battery Handling**

- Do not incinerate or dismantle batteries. Cell components are corrosive and may be harmful to skin and eyes.
- Do not pull on battery lead wires or connector. Excessive force on the leads or connectors can damage the welding joints or other connections.

**Easy Battery Removal**

- Some countries have legislation requiring easy removal of batteries from the devices. When designing a product, consideration should be given to the use of a socket connector and an easy-to-open battery compartment.

Distributed by:

GPPA4RBH-A 11/04 All rights reserved. No parts of this catalogue written or pictorial may be reproduced without the permission of GPI International Ltd.

**WORLDWIDE HEADQUARTERS**
**HONG KONG**
**GPI INTERNATIONAL LIMITED**
Gold Peak Building, 8/F., 30 Kwai Wing Road,
Kwai Chung, N.T., Hong Kong
Tel: (852) 2484 3333 Fax: (852) 2480 5912
E-mail address: gpii@goldpeak.com
Website: http://www.gpbatteries.com.hk

**SALES & MARKETING BRANCH OFFICES**

**ASEAN**
GP BATTERY MARKETING (SINGAPORE) PTE. LIMITED
97 Pioneer Road, Singapore 639579
Tel: (65) 6559 9760 Fax: (65) 6559 9761

**MALAYSIA**
GP BATTERY MARKETING (MALAYSIA) SDN. BHD.
Lot 8, Jalan Pemberita U1/49,
Temasya Industrial Park,
40150 Shah Alam, Selangor Darul Ehsan, Malaysia
Tel: (60) 3 5569 3499 Fax: (60) 3 5569 3498

**THAILAND**
GP BATTERY MARKETING (THAILAND) CO., LTD.
102 Soi Sukhumvit 26, Sukhumvit Road,
Klongton, Klongtoey,
Bangkok 10110 Thailand
Tel: (66) 2 661 3688 Fax: (66) 2 661 3602

**TAIWAN**
GOLD PEAK INDUSTRIES (TAIWAN) LIMITED – TAIPEI OFFICE
Room 1200, International Trade Building, No.205 Sec.1,
Tun Hua South Road, Taipei 10647, Taiwan R.O.C.
Tel: (886) 2 2741 4919 Fax: (886) 2 2731 4868/2741 0192

**CHINA**
HUIZHOU CHAO BA BATTERY TECHNOLOGY CO., LTD
2/F., South of Hongye Industrial Building,
Tianluo Mountain, 14th Industrial District,
Huizhou City, Guangdong, China
(Postal Code: 516003)
Tel: (86) 752 282 8428 Fax: (86) 752 280 2872

**HONG KONG**
GP BATTERY MARKETING (H.K.) LIMITED
Gold Peak Building, 8/F., 30 Kwai Wing Road,
Kwai Chung, N.T., Hong Kong
Tel: (852) 2420 0281 Fax: (852) 2494 9349

**KOREA**
GP BATTERY MARKETING (KOREA) LIMITED
Kunsul Hoekwan Building, 9/F., 71-2 Non Hyun-Dong,
Kang Nam-Gu, Seoul, South Korea
Tel: (82) 2 549 7188/9, 2 516 3936/7
Fax: (82) 2 514 0623, 2 516 0621

**U.S.A.**
GOLD PEAK INDUSTRIES (NORTH AMERICA) INC.
11235 West Bernardo Court, San Diego,
CA 92127-1638, U.S.A.
Tel: (1) 858 674 6099 Fax: (1) 858 674 6496

**CANADA**
GP BATTERY MARKETING INC.
Unit 7, 7780 Woodbine Avenue, Markham,
Ontario, Canada L3R 2N7
Tel: (1) 905 474 9507 Fax: (1) 905 474 9452

**LATIN AMERICA**
GP BATTERY MARKETING (LATIN AMERICA) INC.
8370 NW, 66th Street, Miami, Florida 33166, U.S.A.
Tel: (1) 305 471 7717 Fax: (1) 305 471 7718

**EUROPE**
GP BATTERIES EUROPE B.V.
Kortijzer 4, 5721 VE Asten,
The Netherlands
Tel: (31) 493 681030 Fax: (31) 493 681039

**GERMANY**
GP BATTERY MARKETING (GERMANY) GMBH
Niederlorricker Str. 62, 40667 Meerbusch, Germany
Tel: (49) 2132 971504/5/6 Fax: (49) 2132 80145

**POLAND**
GP BATTERY (POLAND) SP. Z.O.O.
ul. Slowicza 19, PL-02170 Warsaw, Poland
Tel: (48) 22 868 0490 Fax: (48) 22 846 7535

**U.K.**
GP BATTERIES (U.K.) LIMITED
Summerfield Avenue, Chelston Business Park,
Wellington, Somerset, TA21 9JF, U.K.
Tel: (44) 1 823 660 044 Fax: (44) 1 823 665 595

**ITALY**
GP BATTERY MARKETING ITALY S.R.L.
Via. Alessandro Volta 3,
20094 Assago (Mi), Italy
Tel: (39) 02 488 2512 Fax: (39) 02 488 2865

**SCANDINAVIA**
GPBM NORDIC AB
Grimboasen 5, SE-417 49, Goteborg, Sweden
Tel: (46) 31 558 600 Fax: (46) 31 556 813

# NiMH Rechargeable Button Cells



# NiMH Rechargeable Button Cells

## Not only a Green but also a High Performance Solution

**With the miniaturization of portable devices and a growing concern for the environment, GP Batteries has developed a complete range of high capacity NiMH button cells. The new range comes in a variety of sizes catering for the need of different applications. Due to higher energy density, the new NiMH range can deliver up to 40% more capacity than NiCd cells of similar size.**

**Tremendous improvements have been made in the chemical formulation and the electrode production process to deliver longer cycle life, higher drain performance and better charge retention.**

## Major Features

- **Long service life**
  Under normal usage conditions, GP Batteries can deliver more than 500 IEC charge / discharge cycles.
- **Excellent discharge characteristics**
  Voltage remains above 1.2 volt per cell for 80% of the discharge period at 0.1C rate.
- **High charge retention**
  40% retained capacity after storage for one year at room temperature.
- **Broad operating temperature range**
  -20°C to 45°C
- **Excellent overcharge endurance**
  GP NiMH button cells can be continuously charged at 0.1C rate for one year without leakage or deformation.
- **Built-in safety protection mechanism against misuse**
  A one-time safety vent for most models is built in to relieve internal pressure in case of misuse. Polarity reversal and overdischarge protection mechanisms are also incorporated in the cell.
- **No memory effect**
  Discharge is not required before charging.
- **Environmentally friendlier**
  No cadmium, lead or mercury are added. Most suitable for markets with high environmental concerns.
- **Comprehensive range**
  GP NiMH button cells comprise of a comprehensive range of different sizes catering for a wide range of applications.
- **Flexible battery pack design**
  Tailor-made battery packs of up to 12 volts can be made to suit customers' specific product requirements.
- **Meets international safety standard**
  GP NiMH button cells comply with international safety standards. UL Recognised Component card is available upon request.*
- **High reliability**
  GP NiMH button cells are produced with the best available material and advanced technology, allowing them to perform with outstanding reliability.
- **ISO 9001 accreditation**
  Sylva Industries Ltd., the manufacturing arm of GP Batteries received ISO 9001 accreditation in the design and manufacture of secondary and primary batteries in 1996.

## Major Applications

MBU, bridging, portable electronic devices, laptop computers, cordless phones, car alarms, torches, smoke detectors, security alarms.

## Cell Construction

Cell cap (–)
Cell cup (+)
Contact spring
Separator
Gasket
Positive electrode
Negative electrode

## Applications

| Applications / Model No. | GP15BNH | GP20BNH | GP25BNH | GP40BVH | GP60BVH GP80BVH | GP150BVH | GP170BVH GP250BVH | GP280BVH GP320BVH |
|---|---|---|---|---|---|---|---|---|
| **Communication Products** Cordless phones, portable radio equipment, transmitters, transceivers | | | | | | | ⊕ | ⊕ |
| **Computers** Memory backup for desktop-PCs notebooks, PDAs, etc., real time clocks, bridging | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ |
| **Audio / Visual appliances** Memory backup for desktop-PCs TV sets, car stereo, Hi-Fi, photo, etc., real time clocks | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | | | |
| **Personal electronics** | | | | | | | | |
| Games, toys | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ |
| Pagers, pocket radios, radio microphones | | | | | ⊕ | ⊕ | ⊕ | ⊕ |
| Portable translators & calculators, solar watches, hearing aids | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | | | |
| **Devices for office peripherals** Fax and telex machines, printers, copiers, data acquisition terminals | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | | |
| **Devices for industry peripherals** | | | | | | | | |
| Meters | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | | |
| Smoke detectors | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | | | |
| Security alarms | | | | | | | ⊕ | ⊕ |
| Timers | ⊕ | ⊕ | ⊕ | ⊕ | ⊕ | | | |

# NiMH Rechargeable Button Cells

## Specifications

| Model No. | Nominal Capacity at 5-hr rate (mAh) | Nominal Dimension (mm) Diameter | Height | Weight (g) | Standard Charge Current (mA) | Time (hour) | Maximum Charging Voltage (V) | Nominal Voltage (V) | End Voltage (V) |
|---|---|---|---|---|---|---|---|---|---|
| **High Capacity Series** | | | | | | | | | |
| GP15BNH [2**] | 15 | 9.5 | 2.6 | 0.7 | 1.5 | 16 | 1.5 | 1.2 | 1 |
| GP20BNH [2**] | 20 | 11.5 | 2.25 | 1.0 | 2 | 16 | 1.5 | 1.2 | 1 |
| GP25BNH [2] | 25 | 11.6 | 3.5 | 1.4 | 2.5 | 16 | 1.5 | 1.2 | 1 |
| GP40BVH [2**] | 40 | 11.6 | 5.5 | 1.9 | 4 | 16 | 1.5 | 1.2 | 1 |
| GP80BVH [1**] | 80 | 15.5 | 6.3 | 3.7 | 8 | 16 | 1.5 | 1.2 | 1 |
| GP150BVH [1] | 120 | 15.5 | 7.8 | 4.8 | 12 | 16 | 1.5 | 1.2 | 1 |
| GP250BVH [2] | 250 | 25 | 6.4 | 10.9 | 25 | 16 | 1.5 | 1.2 | 1 |
| GP320BVH [1] | 320 | 25 | 8.7 | 14.1 | 32 | 16 | 1.5 | 1.2 | 1 |
| **Standard Series** | | | | | | | | | |
| GP60BVH [1] | 60 | 15.5 | 6.3 | 3.6 | 6 | 16 | 1.5 | 1.2 | 1 |
| GP170BVH [1] | 170 | 25 | 6.4 | 9.8 | 17 | 16 | 1.5 | 1.2 | 1 |
| GP280BVH [1] | 280 | 25 | 8.7 | 12.6 | 28 | 16 | 1.5 | 1.2 | 1 |

Typical Ambient Temperature : [1] Standard Charge / Discharge : 0°C to 45°C / Storage : -20°C to 45°C
[2] Standard Charge : 0°C to 65°C / Discharge : -20°C to 65°C / Storage : -40°C to 65°C

** With UL approval.

## Performance Characteristics

Charge Characteristics
Voltage (V)
0.1CmA
0.03CmA
Capacity Input (%)

Discharge Characteristics
Voltage (V)
0.5CmA
0.2CmA
Charge : 0.1CmA x 16hrs
Discharge : 0.2CmA, 0.5CmA
Temperature : 20°C
Time (mins.)

Discharge – Temperature Characteristics (0.2C)
Voltage (V)
45°C
20°C
0°C
Capacity Discharged (%)

Charge/Discharge Cycle Characteristics (IEC Cycles)
Capacity (%)
Number of Cycles

Storage Characteristics
Retained Capacity (%)
Charge : 0.1CmA x 16hrs
Discharge : 0.2CmA
20°C
45°C
Storage Time (days)

## Configurations

### Designation System for Battery Packs

Number of cells in a pack
Tag type code
An example :
GP320BVH3T1H
Model number
Configuration code
Tag direction code

For battery packs with connectors, the **last two characters** will be used to specify connector type eg. GP320BVH3T**MU**.

### Standard Configurations for Battery Packs

- **CODE : A** — Cells stacked in a vertical column
- **CODE : B** — Cells arranged in a row
- **CODE : E** — One cell centered on top of 2 cells or 2 columns of cells
- **CODE : G** — Cells stacked in 2 vertical columns of unequal number of cells
- **CODE : S** — Cells stacked in multiple columns and layers
- **CODE : T** — Cells arranged in a horizontal triangle
- **CODE : U** — Cells stacked in ladder shape
- **CODE : W** — Cells arranged in horizontal zig-zag rows (in one or more layers)
- **CODE : Y** — Cells arranged in a horizontal rectangle

### Tag Type Specifications

- **CODE : 1** — Strip solder tag
- **CODE : 2** — PCB solder tag
- **CODE : 3** — Double PCB pin at postive terminal and single PCB pin at negative terminal
- **CODE : 4** — Solder wire tag
- **CODE : 5** — Short strip tag
- **CODE : 6** — Lead wire

### Tag Direction Codes

- **CODE : P** — Pointing at 180°
- **CODE : H** — Pointing at the same direction

### Connector Type Specifications

**GP Universal Plug** - exclusively from GP, offers distinctive features unparalleled in the market.
- U.S. patent no. 5,161,990.

Major Benefits

- Compatible with most cordless phone models (interchangeable with Mitsumi, JST, Molex plugs etc.)
- Minimise inventory items
- User friendly

MU
Universal Plug

MJ
JST EHR-2

ML
Molex 5264-02

MS
Mitsumi M63M83-02

# NiMH Rechargeable Button Cells

## Memory Backup Applications

**GP Batteries provide consistent and reliable performance for memory backup (MBU) and real time clock (RTC) application, Built-in PCB tags facilitate the subsequent processing and wave soldering.**

## Specifications

| GP Model No. | No. of cells | Nominal Voltage (V) | Typical Capacity (mAh) | Nominal Capacity (mAh) | Length (mm) | Width (mm) | Height without pins (mm) | Tag Length (mm) | Weight (g) |
|---|---|---|---|---|---|---|---|---|---|
| **MBU Series** | | | | | | | | | |
| GP15BNH3A2H | 3 | 3.6 | 16 | 15 | 9.8 | 10.3 | 10.3 | 4.5 | 2.3 |
| GP20BNH3B2H | 3 | 3.6 | 21 | 20 | 35.75 | 12.8 | 4.0 | 3.0 | 3.0 |
| GP40BVH2A2H | 2 | 2.4 | 48 | 40 | 11.7 | 12.5 | 12.5 | 4.5 | 4.2 |
| GP40BVH3A2H | 3 | 3.6 | 48 | 40 | 17.3 | 12.5 | 12.5 | 4.5 | 6.1 |
| GP40BVH3B3H | 3 | 3.6 | 48 | 40 | 36.0 | 12.5 | 7.0 | 3.5 | 6.1 |
| GP80BVH2A2H | 2 | 2.4 | 90 | 80 | 12.5 | 16.5 | 16.5 | 4.5 | 7.7 |
| GP80BVH2B2H | 2 | 2.4 | 90 | 80 | 31.5 | 11.5 | 7.0 | 4.5 | 7.7 |
| GP80BVH3A3H | 3 | 3.6 | 90 | 80 | 19.6 | 16.5 | 16.5 | 4.5 | 11.7 |
| GP80BVH3B2H | 3 | 3.6 | 90 | 80 | 43.0 | 11.5 | 7.0 | 4.5 | 11.7 |

* Different configurations and capacities are available upon request.

## Major Applications

PC, VCR, desktop PC's, notebooks, PDA and car stereo etc

GP15BNH3A2H

GP40BVH2A2H

GP80BVH3A3H

GP20BNH3B2H

GP40BVH3B3H

GP80BVH2B2H

GP80BVH3B2H

## Bridging Applications

**GP Batteries offer reliable and superior power backup for bridging purpose of mobile computers. It acts as an ultimate power supply temporarily during replacement of main battery. Batteries can be equipped with different connectors to suit specific requirement. The configuration of 6 cells together horizontally with connector is widely used in most portable power electronic devices.**

## Specifications

| GP Model No. | No. of cells | Nominal Voltage (V) | Typical Capacity (mAh) | Nominal Capacity (mAh) | Length (mm) | Width (mm) | Height (mm) | Weight (g) | Wire Length (mm) |
|---|---|---|---|---|---|---|---|---|---|
| **Bridging Series** | | | | | | | | | |
| GP15BNH6BMX | 6 | 7.2 | 16 | 15 | 59.0 | 13.0 | 3.4 | 4.9 | 35 |
| GP20BNH6BMX | 6 | 7.2 | 21 | 20 | 71.5 | 14.5 | 4.0 | 7.0 | 35 |
| GP20BNH6SMX | 6 | 7.2 | 21 | 20 | 36.7 | 14.5 | 7.0 | 7.0 | 20 |
| GP40BVH6BMX | 6 | 7.2 | 48 | 40 | 70.5 | 13.5 | 6.7 | 12.5 | 43 |
| GP40BVH6WMX | 6 | 7.2 | 48 | 40 | 42.5 | 22.5 | 7.5 | 12.5 | 60 |
| GP80BVH6BMX | 6 | 7.2 | 90 | 80 | 94.0 | 17.8 | 7.0 | 23.1 | 60 |
| GP80BVH6SMX | 6 | 7.2 | 90 | 80 | 48.0 | 18.5 | 13.2 | 24.0 | 60 |

* Different configurations and capacities are available upon request.

## Major Applications

Notebooks, palmtops and PDA etc

GP15BNH6BMX GP40BVH6BMX GP80BVH6BMX GP20BNH6SMX GP80BVH6SMX GP40BVH6WMX



# EXHIBIT I



# XC6367/6368 Series

*PWM Controlled, PWM/PFM Switchable Step - Up DC/DC Controllers*

- ◆**Input Voltage Range : 0.9~10.0V**
- ◆**Output Voltage Range : 1.5~6.5V(±2.5%)**
- ◆**Oscillator Frequency : 300kHz(±15%)**
- ◆**PWM/PFM Switching Control (XC6368)**
- ◆**High Efficiency : 84% (typ.)**
- ◆**SOT-25 Package**

## ■Applications

- ●Electronic Information Organizers
- ●Palmtops
- ●Cellular and portable phones
- ●Portable Audio Systems
- ●Various Multi-function Power Supplies

4

## ■General Description

The XC6367/68 series are multi-functional step-up DC/DC converter controllers with built-in high speed, low ON resistance drivers.
Large output currents are possible using an externally connected transistor, coil, diode and condenser.
Output voltage is selectable in 0.1 steps within a 1.5V ~ 6.5V range (±2.5%). For output voltages outside this range, we recommend this FB version, which has a 1.0V internal reference voltage. Using this version, the required output voltage can be set-up using 2 external resistors.
With a 300kHz switching frequency, the size of the external components can be reduced.
Control switches from PWM to PFM during light loads with the XC6368 (PWM/PFM switchable) and the series is highly efficient from light loads to large output currents.
Soft start time of XC6367/68A, B, and C series is internally set to 10msec and XC6367/68C, D, and F series regulate soft start time by connecting resistors and capacitors exteranally.
During stand-by time (CE pin "Low"), current consumption is reduced to less than 0.5µA.

## ■Features

| | |
|---|---|
| **Input voltage range** | : 0.9V~10V |
| **Operating voltage range** | : 2.0V~10V |
| **Output voltage range** | : 1.5V~6.5V programmable in 0.1V steps (±2.5%) |
| **Oscillator frequency** | : 300, 100kHz (±15%) Custom products for 180, 500kHz |
| **Output Current** | : 200mA + ($V_{IN}$=1.8V, $V_{OUT}$=3.3V) |
| **High Efficiency** | : 84% (typ.) |
| **Stand-by capability** | : $I_{STB}$=0.5A (max.) |
| **Selection** | : Soft start set-up external<br>Output Voltage set-up internal ($V_{OUT}$)<br>Output Voltage set-up external (FB) |
| **Package** | : SOT-25 |

## ■Typical Application Circuit

## ■Typical Performance Characteristic

## ■Pin Configuration

XC6367/XC6368 series
A, B, C, D types
EXT
GND
5
4
1
2
3
VOUT
(FB)
VDD
CE
SOT-25
(TOP VIEW)

XC6367/XC6368 series
E, F types
EXT
GND
5
4
1
2
3
CE
VOUT
N.C.
SOT-25
(TOP VIEW)

## ■Pin Assignment

| PIN NUMBER | | PIN NAME | FUNCTION |
|---|---|---|---|
| XC6367 / XC6368 | | | |
| A, B, C, D | E, F | | |
| 5 | 5 | EXT | External transistor connection |
| 2 | – | VDD | Supply voltage input |
| 4 | 4 | GND | Ground |
| 3 | 1 | CE | Chip Enable (C, D, F types : soft start set-up external, soft start capacitor connected) |
| 1 | 2 | VOUT (FB) | Output voltage monitor (E, F types : output voltage monitor, power supply) (B, D types : output voltage set-up external) |

4

## ■Product Classification

●Selection Guide

START
Soft-start set-up internal
Output voltage set-up internal (VOUT)
XC6367A,XC6368A
VOUT=VDD pin
XC6367E,XC6368E
Output voltage set-up external (FB)
XC6367B,XC6368B
Soft-start set-up external
Output voltage set-up internal (VOUT)
XC6367C,XC6368C
VOUT=VDD pin
XC6367F,XC6368F
Output voltage set-up external (FB)
XC6367D,XC6368D

●Ordering Information

**XC6367①②③④⑤⑥**

XC6367 Series PWM Control

| SYMBOL | | VOUT/FB | SOFT-START |
|---|---|---|---|
| ① | A | VOUT | Set-up Internal |
| | B | FB | Set-up Internal |
| | C | VOUT | Set-up External |
| | D | FB | Set-up External |
| | E | VOUT | Set-up Internal |
| | F | VOUT | Set-up External |
| ② ③ | | Output voltage value : e.g. 3.0V output : (②=3, ③=0),<br>F.B. products (B,D types) : (②=1, ③=0) | |
| ④ | 3 | Oscillator Frequency 300kHz | |
| | 1 | Oscillator Frequency 100kHz | |
| | 2 | Oscillator Frequency 180kHz (Custom) | |
| | 5 | Oscillator Frequency 500kHz (Custom) | |
| ⑤ | M | Package SOT-25 | |
| ⑥ | R | Embossed Tape : Standard Feed | |
| | L | : Reverse Feed | |

**XC6368①②③④⑤⑥**

XC6368 Series PWM/PFM switching control (same as XC6367 series)

# ■Packaging Information

●SOT-25





## ■Marking

●XC6367 Series

SOT-25
(TOP VIEW)

① Represents the Product Classification

| PRODUCT NAME | DESIGNATOR |
|---|---|
| XC6367A | A |
| XC6367B | B |
| XC6367C | C |
| XC6367D | D |
| XC6367E | E |
| XC6367F | F |

② Represents the integer of the Output Voltage and Oscillator Frequency

| INTEGER OF THE OUTPUT VOLTAGE | OSCILLATOR FREQUENCY（kHz） | | | |
|---|---|---|---|---|
| | 100 | 180 | 300 | 500 |
| 1 | B | 1 | 1 | B |
| 2 | C | 2 | 2 | C |
| 3 | D | 3 | 3 | D |
| 4 | E | 4 | 4 | E |
| 5 | F | 5 | 5 | F |
| 6 | H | 6 | 6 | H |

③ Represents the decimal number of the Output Voltage and Oscillator Frequency

| THE DECIMAL NUMBER OF OUTPUT VOLTAGE | OSCILLATOR FREQUENCY（kHz） | | | |
|---|---|---|---|---|
| | 100 | 180 | 300 | 500 |
| 0 | 0 | 0 | A | A |
| 1 | 1 | 1 | B | B |
| 2 | 2 | 2 | C | C |
| 3 | 3 | 3 | D | D |
| 4 | 4 | 4 | E | E |
| 5 | 5 | 5 | F | F |
| 6 | 6 | 6 | H | H |
| 7 | 7 | 7 | K | K |
| 8 | 8 | 8 | L | L |
| 9 | 9 | 9 | M | M |

④ Denotes the production lot number

0 to 9, A to Z repeated(G.I.J.O.Q.W excepted)



XC6367/6368
Series

XC6367B103MR, XC6368B103MR   $V_{OUT}$=3.0V (when set-up), $F_{OSC}$=300kHz   Ta=25°C

| PARAMETER | SYMBOL | CONDITIONS | MIN | TYP | MAX | UNITS |
|---|---|---|---|---|---|---|
| Output Voltage | $V_{OUT}$ | | 2.925 | 3.000 | 3.075 | V |
| Supply Voltage (Note 1) | $V_{DD}$ | | 2.0 | – | 10.0 | V |
| Maximum Input Voltage | $V_{IN}$ | | 10.0 | – | – | V |
| Oscillation Start-up Voltage 1 | $V_{ST}1$ | Use of a 2SD1628 transistor, $I_{OUT}$=1.0mA | – | – | 0.9 | V |
| Oscillation Start-up Voltage 2 | $V_{ST}2$ | $V_{DD}$=CE : Apply voltage, FB=0V | – | – | 0.8 | V |
| Oscillation Hold Voltage | $V_{HLD}$ | Use of a 2SD1628 transistor, $I_{OUT}$=1.0mA | – | – | 0.7 | V |
| Supply Current 1 | $I_{DD}1$ | $V_{DD}$=CE=2.85V, FB=0V | – | 120 | 190 | μA |
| Supply Current 2 | $I_{DD}2$ | $V_{DD}$=CE=3.5V, FB=1.2V | – | 20 | 34 | μA |
| Stand-by Current | $I_{STB}$ | $V_{DD}$=2.85V, CE=0V, FB=0V | – | – | 0.5 | μA |
| Oscillator Frequency | $F_{OSC}$ | Same as $I_{DD}1$ | 255 | 300 | 345 | kHz |
| Maximum Duty Ratio | MAXDTY | Same as $I_{DD}1$ | 78 | 85 | 92 | % |
| PFM Duty Ratio (Note 3) | PFMDTY | $I_{OUT}$=0mA | 15 | 25 | 35 | % |
| CE "High" Voltage | $V_{CEH}$ | $V_{DD}$=2.85V, FB=0V | 0.65 | – | – | V |
| CE "Low" Voltage | $V_{CEL}$ | $V_{DD}$=2.85V, FB=0V | – | – | 0.20 | V |
| EXT "High" ON Resistance | $R_{EXTH}$ | Same as $I_{DD}1$, $V_{EXT}$=$V_{OUT}$-0.4V | – | 32 | 47 | Ω |
| EXT "Low" ON Resistance | $R_{EXTL}$ | Same as $I_{DD}1$, $V_{EXT}$=0.4V | – | 20 | 30 | Ω |
| Efficiency (Note 2) | EFFI | | – | 84 | – | % |
| Soft-Start Time | $T_{SS}$ | | 5 | 10 | 20 | msec |

Measuring conditions: Unless otherwise specified, $V_{IN}$=1.8V, $I_{OUT}$=120mA
External components : $R_{FB}1$ = 400kΩ, $R_{FB}2$ = 200kΩ, $C_{FB}$ = 47pF

Note 1: When taking $V_{DD}$ from another power source please ensure that $V_{DD}$ = 2.0V or more. Oscillation will occur with a value of $V_{DD}$ = 0.8V or more, but with a value of VDD = 2.0V or more, output voltage and oscillation frequency will be stable.

Note 2: EFFI = {[(output voltage) x (output current)] ÷ [(input voltage) x (input current)} x 100

Note 3: Applies to the XC6368 series only (duty ratio when control changes to PFM).

Series Amendments:

XC6367D, XC6368D series
Please note that the following condition applies :
Soft Start Time ($T_{SS}$) : Connect $R_{SS}$, $C_{SS}$. CE 0V ⟶ 3.0V

4

## ■Typical Application Circuits

Circuit 1. XC6367A, XC6368A

Circuit 2. XC6367B, XC6368B

Circuit 3. XC6367C, XC6368C



# EXHIBIT J

# ULTRA-SMALL PACKAGE HIGH-PRECISION VOLTAGE DETECTOR

# S-808xxC Series

The S-808xxC series is a series of high-precision voltage detectors developed using CMOS process. The detection voltage is fixed internally with an accuracy of ±2.0%. Two output forms, Nch open-drain and CMOS output, are available. Ultra-low current consumption and miniature package lineup can meet demand from the portable device applications.

## ■ Features

- Ultra-low current consumption: 1.3 μA typ. (detection voltage≤1.4 V, at $V_{DD}$=1.5 V); 0.8 μA typ. (detection voltage≥1.5 V, at $V_{DD}$=3.5 V)
- High-precision detection voltage: ±2.0 %
- Operating voltage range: 0.65 V to 5.0 V (detection voltage≤1.4 V); 0.95 V to 10.0 V (detection voltage≥1.5 V)
- Hysteresis characteristics: 5 % typ.
- Detection voltage: 0.8 V to 6.0 V (0.1 V step)
- Output form: Nch open-drain output (Active Low); CMOS output (Active Low)

## ■ Applications

- Battery checkers
- Power failure detectors
- Power monitor for portable equipments such as pagers, calculators, electronic notebooks and remote controllers.
- Constant voltage power monitor for cameras, video equipments and communication devices.
- Power monitor for microcomputers and reset for CPUs.

## ■ Packages

| Package name | Drawing code | | | |
|---|---|---|---|---|
| | Package | Tape | Reel | Zigzag |
| SC-82AB | NP004-A | NP004-A | NP004-A | — |
| SOT-23-5 | MP005-A | MP005-A | MP005-A | — |
| SOT-89-3 | UP003-A | UP003-A | UP003-A | — |
| SNT-4A | PF004-A | PF004-A | PF004-A | — |
| TO-92 (Bulk) | YS003-B | — | — | — |
| TO-92 (Tape and reel) | YF003-A | YF003-A | YF003-A | — |
| TO-92 (Tape and ammo) | YF003-A | YZ003-C | — | YZ003-C |

ULTRA-SMALL PACKAGE HIGH-PRECISION VOLTAGE DETECTOR
S-808xxC Series Rev.3.2_00

## ■ Block Diagrams

### 1. Nch Open-drain Output Products

VDD
*1
OUT
*1
VREF
VSS

*1. Parasitic diode

**Figure 1**

### 2. CMOS Output Products

VDD
*1
*1
OUT
*1
VREF
VSS

*1. Parasitic diode

**Figure 2**

2 Seiko Instruments Inc.

## ■ Product Name Structure

The detection voltage, output form and packages for S-808xxC Series can be selected at the user's request. Refer to the "**1. Product Name**" for the construction of the product name and "**2. Product Name List**" for the full product names.

### 1. Product Name

#### 1-1. SC-82AB, SOT-23-5, SOT-89-3 packages

***1.** Refer to the taping specifications at the end of this book. T2 is the standard.
***2.** Refer to the **Table 1 and 3** in the "**2. Product Name List**"

#### 1-2. SNT-4A packages

***1.** Refer to the taping specifications at the end of this book. TF is the standard.
***2.** Refer to the **Table 2 and 4** in the "**2. Product Name List**"

**1-3. TO-92 package**

S-808xx C x Y – x
Packing form
B: Bulk
T: Tape and reel
Z: Tape and ammo
Package code
Y: TO-92
Output form
N: Nch open-drain output (Active Low)
L: CMOS output (Active Low)
Detection voltage value
15 to 60
(e.g. When the detection voltage is 1.5 V,
it is expressed as 15.)

## 2. Product Name List

### 2-1. Nch Open-drain Output Products

**Table 1 (1/2)**

| Detection voltage range | Hysteresis width (Typ.) | SC-82AB | SOT-23-5 | SOT-89-3 |
|---|---|---|---|---|
| 0.8 V±2.0 % | 0.034 V | S-80808CNNB-B9M-T2 | — | — |
| 0.9 V±2.0 % | 0.044 V | S-80809CNNB-B9N-T2 | — | — |
| 1.0 V±2.0 % | 0.054 V | S-80810CNNB-B9O-T2 | — | — |
| 1.1 V±2.0 % | 0.064 V | S-80811CNNB-B9P-T2 | — | — |
| 1.2 V±2.0 % | 0.073 V | S-80812CNNB-B9Q-T2 | — | — |
| 1.3 V±2.0 % | 0.083 V | S-80813CNNB-B9R-T2 | — | — |
| 1.4 V±2.0 % | 0.093 V | S-80814CNNB-B9S-T2 | — | — |
| 1.5 V±2.0 % | 0.075 V | S-80815CNNB-B8A-T2 | S-80815CNMC-B8A-T2 | S-80815CNUA-B8A-T2 |
| 1.6 V±2.0 % | 0.080 V | S-80816CNNB-B8B-T2 | S-80816CNMC-B8B-T2 | S-80816CNUA-B8B-T2 |
| 1.7 V±2.0 % | 0.085 V | S-80817CNNB-B8C-T2 | S-80817CNMC-B8C-T2 | S-80817CNUA-B8C-T2 |
| 1.8 V±2.0 % | 0.090 V | S-80818CNNB-B8D-T2 | S-80818CNMC-B8D-T2 | S-80818CNUA-B8D-T2 |
| 1.9 V±2.0 % | 0.095 V | S-80819CNNB-B8E-T2 | S-80819CNMC-B8E-T2 | S-80819CNUA-B8E-T2 |
| 2.0 V±2.0 % | 0.100 V | S-80820CNNB-B8F-T2 | S-80820CNMC-B8F-T2 | S-80820CNUA-B8F-T2 |
| 2.1 V±2.0 % | 0.105 V | S-80821CNNB-B8G-T2 | S-80821CNMC-B8G-T2 | S-80821CNUA-B8G-T2 |
| 2.2 V±2.0 % | 0.110 V | S-80822CNNB-B8H-T2 | S-80822CNMC-B8H-T2 | S-80822CNUA-B8H-T2 |
| 2.3 V±2.0 % | 0.115 V | S-80823CNNB-B8I-T2 | S-80823CNMC-B8I-T2 | S-80823CNUA-B8I-T2 |
| 2.4 V±2.0 % | 0.120 V | S-80824CNNB-B8J-T2 | S-80824CNMC-B8J-T2 | S-80824CNUA-B8J-T2 |
| 2.4 V typ. | 4.4 ± 0.1 V[*1] | — | — | S-80824KNUA-D2B-T2[*2] |
| 2.5 V±2.0 % | 0.125 V | S-80825CNNB-B8K-T2 | S-80825CNMC-B8K-T2 | S-80825CNUA-B8K-T2 |
| 2.6 V±2.0 % | 0.130 V | S-80826CNNB-B8L-T2 | S-80826CNMC-B8L-T2 | S-80826CNUA-B8L-T2 |
| 2.7 V±2.0 % | 0.135 V | S-80827CNNB-B8M-T2 | S-80827CNMC-B8M-T2 | S-80827CNUA-B8M-T2 |
| 2.8 V±2.0 % | 0.140 V | S-80828CNNB-B8N-T2 | S-80828CNMC-B8N-T2 | S-80828CNUA-B8N-T2 |
| 2.9 V±2.0 % | 0.145 V | S-80829CNNB-B8O-T2 | S-80829CNMC-B8O-T2 | S-80829CNUA-B8O-T2 |
| 3.0 V±2.0 % | 0.150 V | S-80830CNNB-B8P-T2 | S-80830CNMC-B8P-T2 | S-80830CNUA-B8P-T2 |
| 3.1 V±2.0 % | 0.155 V | S-80831CNNB-B8Q-T2 | S-80831CNMC-B8Q-T2 | S-80831CNUA-B8Q-T2 |

**Table 1 (2/2)**

| Detection voltage range | Hysteresis width (Typ.) | SC-82AB | SOT-23-5 | SOT-89-3 |
|---|---|---|---|---|
| 3.2 V±2.0 % | 0.160 V | S-80832CNNB-B8R-T2 | S-80832CNMC-B8R-T2 | S-80832CNUA-B8R-T2 |
| 3.3 V±2.0 % | 0.165 V | S-80833CNNB-B8S-T2 | S-80833CNMC-B8S-T2 | S-80833CNUA-B8S-T2 |
| 3.4 V±2.0 % | 0.170 V | S-80834CNNB-B8T-T2 | S-80834CNMC-B8T-T2 | S-80834CNUA-B8T-T2 |
| 3.5 V±2.0 % | 0.175 V | S-80835CNNB-B8U-T2 | S-80835CNMC-B8U-T2 | S-80835CNUA-B8U-T2 |
| 3.6 V±2.0 % | 0.180 V | S-80836CNNB-B8V-T2 | S-80836CNMC-B8V-T2 | S-80836CNUA-B8V-T2 |
| 3.7 V±2.0 % | 0.185 V | S-80837CNNB-B8W-T2 | S-80837CNMC-B8W-T2 | S-80837CNUA-B8W-T2 |
| 3.8 V±2.0 % | 0.190 V | S-80838CNNB-B8X-T2 | S-80838CNMC-B8X-T2 | S-80838CNUA-B8X-T2 |
| 3.9 V±2.0 % | 0.195 V | S-80839CNNB-B8Y-T2 | S-80839CNMC-B8Y-T2 | S-80839CNUA-B8Y-T2 |
| 4.0 V±2.0 % | 0.200 V | S-80840CNNB-B8Z-T2 | S-80840CNMC-B8Z-T2 | S-80840CNUA-B8Z-T2 |
| 4.1 V±2.0 % | 0.205 V | S-80841CNNB-B82-T2 | S-80841CNMC-B82-T2 | S-80841CNUA-B82-T2 |
| 4.2 V±2.0 % | 0.210 V | S-80842CNNB-B83-T2 | S-80842CNMC-B83-T2 | S-80842CNUA-B83-T2 |
| 4.3 V±2.0 % | 0.215 V | S-80843CNNB-B84-T2 | S-80843CNMC-B84-T2 | S-80843CNUA-B84-T2 |
| 4.4 V±2.0 % | 0.220 V | S-80844CNNB-B85-T2 | S-80844CNMC-B85-T2 | S-80844CNUA-B85-T2 |
| 4.5 V±2.0 % | 0.225 V | S-80845CNNB-B86-T2 | S-80845CNMC-B86-T2 | S-80845CNUA-B86-T2 |
| 4.6 V±2.0 % | 0.230 V | S-80846CNNB-B87-T2 | S-80846CNMC-B87-T2 | S-80846CNUA-B87-T2 |
| 4.6 V± 0.10 V | 0.10 V max. | — | — | S-80846KNUA-D2C-T2*3 |
| 4.7 V±2.0 % | 0.235 V | S-80847CNNB-B88-T2 | S-80847CNMC-B88-T2 | S-80847CNUA-B88-T2 |
| 4.8 V±2.0 % | 0.240 V | S-80848CNNB-B89-T2 | S-80848CNMC-B89-T2 | S-80848CNUA-B89-T2 |
| 4.9 V±2.0 % | 0.245 V | S-80849CNNB-B9A-T2 | S-80849CNMC-B9A-T2 | S-80849CNUA-B9A-T2 |
| 5.0 V±2.0 % | 0.250 V | S-80850CNNB-B9B-T2 | S-80850CNMC-B9B-T2 | S-80850CNUA-B9B-T2 |
| 5.1 V±2.0 % | 0.255 V | S-80851CNNB-B9C-T2 | S-80851CNMC-B9C-T2 | S-80851CNUA-B9C-T2 |
| 5.2 V±2.0 % | 0.260 V | S-80852CNNB-B9D-T2 | S-80852CNMC-B9D-T2 | S-80852CNUA-B9D-T2 |
| 5.3 V±2.0 % | 0.265 V | S-80853CNNB-B9E-T2 | S-80853CNMC-B9E-T2 | S-80853CNUA-B9E-T2 |
| 5.4 V±2.0 % | 0.270 V | S-80854CNNB-B9F-T2 | S-80854CNMC-B9F-T2 | S-80854CNUA-B9F-T2 |
| 5.5 V±2.0 % | 0.275 V | S-80855CNNB-B9G-T2 | S-80855CNMC-B9G-T2 | S-80855CNUA-B9G-T2 |
| 5.6 V±2.0 % | 0.280 V | S-80856CNNB-B9H-T2 | S-80856CNMC-B9H-T2 | S-80856CNUA-B9H-T2 |
| 5.7 V±2.0 % | 0.285 V | S-80857CNNB-B9I-T2 | S-80857CNMC-B9I-T2 | S-80857CNUA-B9I-T2 |
| 5.8 V±2.0 % | 0.290 V | S-80858CNNB-B9J-T2 | S-80858CNMC-B9J-T2 | S-80858CNUA-B9J-T2 |
| 5.9 V±2.0 % | 0.295 V | S-80859CNNB-B9K-T2 | S-80859CNMC-B9K-T2 | S-80859CNUA-B9K-T2 |
| 6.0 V±2.0 % | 0.300 V | S-80860CNNB-B9L-T2 | S-80860CNMC-B9L-T2 | S-80860CNUA-B9L-T2 |

***1.** Describes the release voltage.
***2.** Refer to the **Table 18** in "■ Electricala Characteristics for Customized Products" for electrical characteristics.
***3.** Refer to the **Table 20** in "■ Electricala Characteristics for Customized Products" for electrical characteristics

## ■ Pin Configurations

**Figure 4**

**Table 7**

| Pin No. | Pin name | Pin description |
|---|---|---|
| 1 | OUT | Voltage detection output pin |
| 2 | VDD | Voltage input pin |
| 3 | NC*1 | No connection |
| 4 | VSS | GND pin |

***1.** The NC pin is electrically open.
The NC pin can be connected to VDD or VSS.

**Figure 5**

**Table 8**

| Pin No. | Pin name | Pin description |
|---|---|---|
| 1 | OUT | Voltage detection output pin |
| 2 | VDD | Voltage input pin |
| 3 | VSS | GND pin |
| 4 | NC*1 | No connection |
| 5 | NC*1 | No connection |

***1.** The NC pin is electrically open.
The NC pin can be connected to VDD or VSS.

**Figure 6**

**Table 9**

| Pin No. | Pin name | Pin description |
|---|---|---|
| 1 | OUT | Voltage detection output pin |
| 2 | VDD | Voltage input pin |
| 3 | VSS | GND pin |

**Figure 7**

**Table10**

| Pin No. | Pin name | Pin description |
|---|---|---|
| 1 | OUT | Voltage detection output pin |
| 2 | VSS | GND pin |
| 3 | NC*1 | No connection |
| 4 | VDD | Voltage input pin |

***1.** The NC pin is electrically open.
The NC pin can be connected to VDD or VSS.



Figure 8

**Table 11**

| Pin No. | Pin name | Pin description |
|---|---|---|
| 1 | OUT | Voltage detection output pin |
| 2 | VDD | Voltage input pin |
| 3 | VSS | GND pin |

## ■ Absolute Maximum Ratings

### 1. Detection Voltage Typ. 1.4 V or Less Products

**Table 12**

(Ta=25°C unless otherwise specified

| Item | | Symbol | | Absolute maximum ratings | Unit |
|---|---|---|---|---|---|
| Power supply voltage | | $V_{DD}–V_{SS}$ | | 7 | V |
| Output voltage | Nch open-drain output products | $V_{OUT}$ | | $V_{SS}$–0.3 to $V_{SS}$+7 | |
| | CMOS output products | | | $V_{SS}$–0.3 to $V_{DD}$+0.3 | |
| Output current | | $I_{OUT}$ | | 50 | mA |
| Power dissipation | | $P_D$ | SC-82AB | 150 | mW |
| | | | SNT-4A | 140 | |
| Operating ambient temperature | | Topr | | –40 to +85 | °C |
| Storage temperature | | Tstg | | –40 to +125 | |

**Caution The absolute maximum ratings are rated values exceeding which the product could suffer physical damage. These values must therefore not be exceeded under any conditions.**

### 2. Detection Voltage Typ. 1.5 V or More Products

**Table 13**

(Ta=25°C unless otherwise specified

| Item | | Symbol | | Absolute maximum ratings | Unit |
|---|---|---|---|---|---|
| Power supply voltage | | $V_{DD}–V_{SS}$ | | 12 | V |
| Output voltage | Nch open-drain output products | $V_{OUT}$ | | $V_{SS}$–0.3 to $V_{SS}$+12 | |
| | CMOS output products | | | $V_{SS}$–0.3 to $V_{DD}$+0.3 | |
| Output current | | $I_{OUT}$ | | 50 | mA |
| Power dissipation | | $P_D$ | SC-82AB | 150 | mW |
| | | | SOT-23-5 | 250 | |
| | | | SOT-89-3 | 500 | |
| | | | SNT-4A | 140 | |
| | | | TO-92 | 400 | |
| Operating ambient temperature | | Topr | | –40 to +85 | °C |
| Storage temperature | | Tstg | | –40 to +125 | |

**Caution The absolute maximum ratings are rated values exceeding which the product could suffer physical damage. These values must therefore not be exceeded under any conditions.**

## ■ Operation

### 1. Basic Operation: CMOS Output (Active Low)

**1-1.** When the power supply voltage ($V_{DD}$) is higher than the release voltage ($+V_{DET}$), the Nch transistor is OFF and the Pch transistor is ON to provide $V_{DD}$ (high) at the output. Since the Nch transistor N1 in **Figure 15** is OFF, the comparator input voltage is $\frac{(R_B + R_C) \bullet V_{DD}}{R_A + R_B + R_C}$.

**1-2.** When the $V_{DD}$ goes below $+V_{DET}$, the output provides the $V_{DD}$ level, as long as the $V_{DD}$ remains above the detection voltage $-V_{DET}$. When the $V_{DD}$ falls below $-V_{DET}$ (point A in **Figure 16**), the Nch transistor becomes ON, the Pch transistor becomes OFF, and the $V_{SS}$ level appears at the output. At this time the Nch transistor N1 in **Figure 15** becomes ON, the comparator input voltage is changed to $\frac{R_B \bullet V_{DD}}{R_A + R_B}$.

**1-3.** When the $V_{DD}$ falls below the minimum operating voltage, the output becomes undefined, or goes to the $V_{DD}$ when the output is pulled up to the $V_{DD}$.

**1-4.** The $V_{SS}$ level appears when the $V_{DD}$ rises above the minimum operating voltage. The $V_{SS}$ level still appears even when the $V_{DD}$ surpasses $-V_{DET}$, as long as it does not exceed the release voltage $+V_{DET}$.

**1-5.** When the $V_{DD}$ rises above $+V_{DET}$ (point B in **Figure 16**), the Nch transistor becomes OFF and the Pch transistor becomes ON to provide $V_{DD}$ level at the output.

***1.** Parasiteic diode

**Figure 15 Operation 1**

**Figure 16 Operation 2**

## 2. Other Characteristics

### 2-1. Temperature Characteristics of Detection Voltage

The shaded area in **Figure 17** shows the temperature characteristics of the detection voltage.

***1.** $-V_{DET25}$ is an actual detection voltage value at 25°C.

**Figure 17 Temperature Characteristics of Detection Voltage (Example for S-80827C)**

### 2-2. Temperature Characteristics of Release Voltage

The temperature coefficient $\frac{\Delta + V_{DET}}{\Delta Ta}$ for the release voltage is calculated by the temperature coefficient $\frac{\Delta - V_{DET}}{\Delta Ta}$ of the detection voltage as follows:

$$\frac{\Delta + V_{DET}}{\Delta Ta} = \frac{+V_{DET}}{-V_{DET}} \times \frac{\Delta - V_{DET}}{\Delta Ta}$$

The temperature coefficients for the release voltage and the detection voltage have the same sign consequently.

### 2-3. Temperature Characteristics of Hysteresis Voltage

The temperature characteristics for the hysteresis voltage is expressed as $\frac{\Delta +V_{DET}}{\Delta Ta} - \frac{\Delta -V_{DET}}{\Delta Ta}$ and is calculated as follows:

$$\frac{\Delta +V_{DET}}{\Delta Ta} - \frac{\Delta -V_{DET}}{\Delta Ta} = \frac{V_{HYS}}{-V_{DET}} \times \frac{\Delta -V_{DET}}{\Delta Ta}$$

## ■ Standard Circuit

*1. R is unnecessary for CMOS output products.

**Figure 18**

**Caution The above connection diagram and constants do not guarantee correct operation. Perform sufficient evaluation using the actual application to set the constants.**

## ■ Technical Terms

### 1. Detection Voltage ($-V_{DET}$), Release Voltage ($+V_{DET}$)

The detection voltage ($-V_{DET}$) is a voltage at which the output turns to low. The detection voltage varies slightly among products of the same specification. The variation of detection voltage between the specified minimum ($-V_{DET}$) Min. and the maximum ($-V_{DET}$) Max. is called the detection voltage range (Refer to **Figure 19**).

Example: For the S-80815CN, the detection voltage lies in the range of $1.470 \leq (-V_{DET}) \leq 1.530$.
This means that some S-80815CNs have 1.470 V for $-V_{DET}$ and some have 1.530 V.

The release voltage ($+V_{DET}$) is a voltage at which the output turns to high. The release voltage varies slightly among products of the same specification. The variation of release voltages between the specified minimum ($+V_{DET}$) Min. and the maximum ($+V_{DET}$) Max. is called the release voltage range (Refer to **Figure 20**). The range is calculed from the actual detection voltage ($-V_{DET}$) of a product and is expressed by $-V_{DET} \times 1.03 \leq +V_{DET} \leq -V_{DET} \times 1.08$.

Example: For the S-80815CN, the release voltage lies in the range of $1.514 \leq (+V_{DET}) \leq 1.652$.
This means that some S-80815CNs have 1.514 V for $+V_{DET}$ and some have 1.652 V.







No. MP005-A-P-SD-1.2

| TITLE | SOT235-A-PKG Dimensions |
|---|---|
| No. | MP005-A-P-SD-1.2 |
| SCALE | |
| UNIT | mm |
| | |

Seiko Instruments Inc.

# EXHIBIT K

## As INFRINGEMENT ANALYSIS – US Pat No. 5,334,821 TO CAMPO

| '821 CLAIMS | JANAM XM60 devices |
|---|---|
| 1. A portable point of sale terminal comprising: | The Janam XM60 can be used as a point of sale terminal.<br><br>Literature on Janam's web site indicates that Janam's devices are for use in "retail" applications, among others. The Janam device includes a bar code reader and Janam provides accessories, such as a magnetic strip reader, for the XM60, to provide "on-the-go, card reading capability", features common in point-of-sale terminals. |
| a hand-carryable housing having a front face;<br><br>a keyboard and a display mounted on the front face of the housing; | The XM60 terminal is both in a hand-carryable housing with a keyboard and display mounted on the front of the housing |

| '821 CLAIMS | JANAM XM60 devices |
| --- | --- |
| a power source located within the housing; | The XM60 has a battery contained within the housing  |

<table>
<tr><th>'821 CLAIMS</th><th>JANAM XM60 devices</th></tr>
<tr><td>a first electromagnetic transceiver located within the housing for transmitting and receiving data over the air to and from a host computer; and<br><br>a second electromagnetic transceiver located within the housing, for transmitting and receiving data over the air to and from a remote input-output device</td><td>The XM60 has two separate transceivers, one for transmitting using the 802.11b IEEE communications protocol and one for transmitting using the Bluetooth communications protocol.<br><br>XM60 Series Specifications<br>WPAN — Bluetooth v1.2<br>WLAN — IEEE 802.11b radio, 2.4GHz<br><br>Either the Bluetooth or the 802.11 interface can be used to transmit data to and from a host computer and the other interface can be used to transmit data to and from a remote input-output device.<br><br><u>Example:</u> The XM60 can use the Bluetooth interface to synchronize with a personal computer (remote input-output device) and the 802.11 interface to connect to the internet.-<br><br>Bluetooth ActiveSync<br><br>To setup your PC to accept Bluetooth ActiveSync:<br>1. Go to MS Windows icon > settings > control panel.<br>2. Select Bluetooth devices > COM ports.<br>3. Add a COM port if needed.<br><br><br><br><br>Wireless local area network access<br><br>To add or edit a WLAN:<br>1. Tap the MS Windows icon in the command bar > settings > network and dial-up connections icon.<br><br><br></td></tr>
<tr><td>********************</td><td></td></tr>
</table>

| '821 CLAIMS | JANAM XM60 devices |
|---|---|
| 3. A portable point of sale terminal as defined in claim 1, wherein the first and second electromagnetic transceivers operate simultaneously, each transmitting and receiving data over electromagnetic frequencies that do not interfere with the other | Bluetooth and 802.11b use the same frequency range (2.4GHz) but employ different modulation techniques that are configured so that the two techniques can operate concurrently with each other. |
| ******************** | |
| 4. A portable point of sale terminal as defined in claim 3, wherein one or both of the first and second electromagnetic transceivers transmit and receive data in a spread spectrum format | Both 802.11 and Bluetooth are spread-spectrum transmission protocols. |
| ******************** | |
| 9. A portable point of sale terminal as defined in claim 1, wherein the display is adapted to sense the manual selection of information by an operator of the terminal | The Janam devices have touchscreen displays on which a user can manually select information<br>**XM60 Series** Specifications<br>Display Type — 262K colors TFT QVGA (240x320)<br>Touch Panel — Analog resistance type; stylus input |

# EXHIBIT L



## About Janam

**Technology at Work.™**

Janam Technologies LLC is a provider of rugged, handheld computing devices for mobile workers. Janam combines deep industry knowledge with advanced technologies to deliver products and accessories that increase productivity, reduce costs and improve customer satisfaction. Specializing in purpose-built mobile computers that scan barcodes and communicate wirelessly, Janam develops products for mission-critical applications in retail, healthcare, hospitality, manufacturing and logistics.

info@janam.com | 1.877.JANAM.99

# EXHIBIT M



Janam Accessories - Rugged Handheld Palm OS Computers & PDAs Page 1 of 3

PRODUCTS PARTNERS SUPPORT RESOURCE CENTER ABOUT US CONTACT US Search

OVERVIEW CRADLE KITS CABLES / BATTERIES EXPANDED PERFORMANCE SPARE AND REPLACEMENT ITEMS

» Go to XP20
» Go to XP30
» Go to XM60
» Go to All Products

» Configurations and List Pricing
» Find a Reseller

**Technology at Work™**
All Janam accessories work with XP Series and XM Series handhelds.

## 2D Scanning Firmware

**2D Decode Firmware Upgrade (2D-XP-1)**

Enables 2D barcode decode with any Janam mobile computer

More Info

## Expanded Performance

**RFID Reader (ATC-RF1-1)**

Attachable accessory extends the data capture capabilities of Janam's rugged devices

ISO14443 compliant and supports Mifare 1K, Mifare 4K and Mifare UltraLight tags

**Magnetic Stripe Reader (MSR-XP-1)**

Magnetic Stripe Reader delivers on- the-go, card reading capability

http://www.janam.com/handheld-accessories.php 6/16/2008



**Universal Cable Cup**
**(CC-XP-1)**

Provides an extra secure method to connect industrial cables for solutions that use communication protocols such as DEX, USB and Serial /RS-232

**Vehicle Charging Adapter**
**(VA-XP-1)**

A convenient way to charge Janam's handhelds while on the go and a great back-up charging method for extended shifts

Use in conjunction with one of the following separately orderable accessories: Universal Cable Cup (CC-XP-1), RFID Reader (ATC-RF1-1), USB Synching/Charging Cable (UC-XP-1) or Serial Synching/Charging Cable (SC-XP-1)

**Nylon Holster with Rugged Clip**
**(HL-XP-1)**

Use this holster to secure a Janam device to a belt

**Stylus Tether (5-pack)**
**(SS-XP-5)**

Connecting cord for tethering stylus to the handheld; Minimizes occurrence of a dropped or misplaced stylus

Home | Contact Us | Privacy Policy | Legal | Site Map

info@janam.com | 1.877.JANAM.99

# EXHIBIT N

**INFRINGEMENT ANALYSIS: US PATENT NO. 6,714,969 TO KLEIN**

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| 1. A wireless user-held network terminal for accessing, displaying, and entering data on a computer network, the terminal comprising:<br><br>a processor and associated memory;<br><br>a visual display;<br><br>a keypad; | The XM60 is a wireless terminal that can be held by a user and used for accessing, displaying, and entering data on a computer network. It has a processor, memory, display, and keypad<br><br>**XM60 Series** Specifications<br>TECHNICAL<br>Operating System: Microsoft® Windows® CE 5.0<br>Processor: Freescale™ MX21-266MHz<br>Memory: 64MB SDRAM, 64MB NAND<br>PHYSICAL<br>Dimensions: 1.20" H x 3.11" W x 5.75" L / 30.5mm H x 79mm W x 146mm L<br>Weight: 9.88oz / 280g<br>Keypad: Backlit numeric keypad<br>Display Size: 2.17" W x 2.95" L / 55.0mm W x 75.0mm L<br>Display Type: 262K colors TFT QVGA (240x320) |
| a radio transmitter and receiver configured to establish wireless communication between the terminal and the computer network;<br><br>communications engine software for controlling communication between the wireless terminal and the computer network; and | The XM60 has both 802.11b and Bluetooth radio transceivers for wireless communication between the XM60 terminal and a computer network.<br>**XM60 Series** Specifications<br>DATA COMMUNICATION<br>IrDA: Standard v1.2 (up to 115,200bps)<br>USB: v1.1 client (up to 12Mbps), OTG support<br>WPAN: Bluetooth v1.2<br>WLAN: IEEE 802.11b radio, 2.4GHz<br><br>Software in the XM60 controls communications between the Janam device and a connected computer network and permits network connections via either Bluetooth or 802.11b wireless protocols. |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| parsing software for providing a user interface on the display by parsing script received from the network, whereby a multiplicity of different user interfaces may be provided without installing new software on the wireless terminal. | The XM60 is provided with Explorer Internet browser that will parse scripts received from the network and provide different interfaces depending on the web site being accessed.  |
| | |
| 2. The terminal of claim 1 wherein the terminal is configured to be hand-held. | The XM60 is configured to be hand-held  |
| | |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| 3. The terminal of claim 1 wherein the terminal comprises a personal digital assistant. | The Janam XM60 has Windows CE installed which has PDA applications, such as a notepad and calendar. |
| | |
| 4. The terminal of claim 1 wherein the computer network is the Internet. | The XM60 can be connected to the Internet via 802.11 or Bluetooth  |
| | |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| 7. The terminal of claim 1 further comprising a bar code scanner and bar code acquisition engine software for scanning and decoding bar code labels. | The XM60 includes the 1D/2D HHP Adaptus 752 x 480 pixel CMOS area imager which can scan and decode 1D and 2D bar code symbols.<br><br>The Janam devices include Scan demo software<br><br>Setup OCR Option<br>Janam Technologies LCC<br>Copyright (C) 2007<br>Driver Version<br>1.237<br>Decoder Version<br>4.167.1.3<br>Scan Manager Version<br>2.49<br>ScanDemo Version<br>1.0<br>OK<br>ScanDemo 6:51 AM |
| | |
| 15. The terminal of claim 7 wherein the bar code scanner is configured to read high density bar code labels. | The HHP imager used in the XM60 can read high density bar code labels<br><br>**DATA CAPTURE**<br>Imager: 1D/2D HHP Adaptus® Imaging Technology; 752 x 480 pixel CMOS area imager<br>1D Symbologies: China Post, Codabar, Codablock F, Code 11, Code 16K, Code 32 Pharmaceutical (PARAF), Code 39, Code 49, Code 93 and 93i, Code 128, EAN-8, EAN-13, Interleaved 2 of 5, ISBT 128, Matrix 2 of 5, Korea Post, MSI, Plessey Code, PosiCode, Reduced Space Symbology (RSS-144, RSS Limited, RSS Expanded), Straight 2 of 5 IATA (two-bar start/stop), Straight 2 of 5 Industrial (three-bar start/stop), Telepen, Trioptic Code, UPC-A, UPC-A with Extended Coupon Code, UPC-E, UPC-E1<br>2D Symbologies: PDF417 (EAN-UCC Composite, MicroPDF417, PDF417, TCIF Linked Code 39, TLC39), 4-CB (4-State Customer Barcode), Australian Post, Aztec Code, Aztec Mesas, British Post, Canadian Post, Data Matrix, ID-tag (UPU 4-State), Japanese Post, KIX (Netherlands) Post, MaxiCode, OCR, Planet Code, Postnet, QR Code |
| | |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| 11. The terminal of claim 1 further comprising a browser which comprises the parsing engine software. | The XM60 is provided with Windows Internet Explorer that will parse scripts received from the network and provide different interfaces depending on the web site being accessed. |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| 13. A wireless user-held network terminal for accessing markup language files on the Internet, the terminal comprising:<br><br>a processor and associated memory;<br><br>a visual display;<br><br>a keypad; | The XM60 is a wireless terminal that can be held by a user and can be used for accessing markup language files, such as HTML files, on the Internet. It has a processor, memory, display, and keypad<br><br>**XM60 Series Specifications**<br><br>**TECHNICAL**<br>Operating System — Microsoft® Windows® CE 5.0<br>Processor — Freescale™ MX21-266MHz<br>Memory — 64MB SDRAM, 64MB NAND<br><br>**PHYSICAL**<br>Dimensions — 1.20" H x 3.11" W x 5.75" L / 30.5mm H x 79mm W x 146mm L<br>Weight — 9.88oz / 280g<br>Keypad — Backlit numeric keypad<br>Display Size — 2.17" W x 2.95" L / 55.0mm W x 75.0mm L<br>Display Type — 262K colors TFT QVGA (240x320) |
| a radio transmitter and receiver configured to establish wireless communication between the terminal and the computer network;<br><br>communications engine software for controlling communication between the wireless terminal and the Internet; and | The XM60 has both 802.11b and Bluetooth radio transceivers for wireless communication between the XM60 terminal and a computer network.<br><br>**XM60 Series Specifications**<br><br>**DATA COMMUNICATION**<br>IrDA — Standard v1.2 (up to 115,200bps)<br>USB — v1.1 client (up to 12Mbps), OTG support<br>WPAN — Bluetooth v1.2<br>WLAN — IEEE 802.11b radio, 2.4GHz<br><br>Software in the XM60s control communications between the Janam device and a connected computer network and permits network connections to the Internet via either Bluetooth or 802.11b wireless protocols. |

| USP 6,714,969 Claims | Janam XM 60 |
| --- | --- |
| browsing software for accessing and parsing the markup language files. | The XM60 is provided with Windows Internet Explorer that will that will access and parse markup language files.<br> |
| | |
| 14. The terminal of claim 13 wherein the markup language is HTML. | The XM60 Internet Explorer is able to parse HTML. |

<table>
<tr><th>USP 6,714,969 Claims</th><th>Janam XM 60</th></tr>
<tr><td>16. A wireless user-held bar code scanning terminal for scanning bar code labels and accessing files on a computer network, the terminal comprising:<br><br>a processor and associated memory;<br><br>a visual display;<br><br>a keypad;</td><td>The XM60 is a wireless terminal that can be held by a user and used for scanning bar code labels and for accessing files on a computer network. It has a processor, memory, display, and keypad<br><br>XM60 Series Specifications<br><br>TECHNICAL<br>Operating System — Microsoft® Windows® CE 5.0<br>Processor — Freescale™ MX21-266MHz<br>Memory — 64MB SDRAM<br>64MB NAND<br><br>PHYSICAL<br>Dimensions — 1.20" H x 3.11" W x 5.75" L / 30.5mm H x 79mm W x 146mm L<br>Weight — 9.88oz / 280g<br>Keypad — Backlit numeric keypad<br>Display Size — 2.17" W x 2.95" L / 55.0mm W x 75.0mm L<br>Display Type — 262K colors TFT QVGA (240x320)</td></tr>
<tr><td>a radio transmitter and receiver configured to establish wireless communication between the terminal and the computer network;<br><br>communications engine software for controlling communication between the wireless terminal and the computer network;</td><td>The XM60 has both 802.11b and Bluetooth radio transceivers for wireless communication between the XM60 terminal and a computer network.<br><br>XM60 Series Specifications<br><br>DATA COMMUNICATION<br>IrDA — Standard v1.2 (up to 115,200bps)<br>USB — v1.1 client (up to 12Mbps), OTG support<br>WPAN — Bluetooth v1.2<br>WLAN — IEEE 802.11b radio, 2.4GHz<br><br>Software in the XM60 controls communications between the Janam device and a connected computer network and permits network connections via either Bluetooth or 802.11b wireless protocols.</td></tr>
</table>

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| parsing software for providing a user interface on the display by parsing script received from the network, whereby a multiplicity of different user interfaces may be provided without installing new software on the wireless terminal; | The XM60 is provided with Windows Internet Explorer that will parse scripts received from the network and provide different interfaces depending on the web site being accessed and without having to install additional software on the terminal..  |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| a bar code scanner; and<br><br>a bar code acquisition engine software for scanning and decoding bar code labels scanned by the bar code scanner. | The XM60 includes the 1D/2D HHP Adaptus 752 x 480 pixel CMOS area imager which can scan and decode 1D and 2D bar code symbols.<br><br>The Janam devices include Scan demo software: |
| | |

| USP 6,714,969 Claims | Janam XM 60 |
| --- | --- |
| 20. The terminal of claim 16 wherein the terminal is configured to be hand-held. | The XM60 is configured to be hand-held |
| | |
| 21. The terminal of claim 16 wherein the terminal comprises a personal digital assistant. | The Janam XM60 has Windows CE installed which has PDA applications, such as a notepad and calendar. |
| | |

| USP 6,714,969 Claims | Janam XM 60 |
|---|---|
| 22. The terminal of claim 16 wherein the computer network is the Internet. | The XM60 can be connected to the Internet via 802.11 or Bluetooth |
| | |
| 25. The terminal of claim 16 further comprising a browser which comprises the parsing engine software. | The XM60 is provided with Windows Internet Explorer, a web browser that will parse scripts received from the network and provide different interfaces depending on the web site being accessed and without having to install additional software on the terminal.. |