**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 08-340-UNA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| JANAM TECHNOLOGIES LLC, a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF BORIS METLITSKY**

I, Boris Metlitsky, declare as follows:

1.       I am the Senior Vice President of Product Development for Symbol Technologies ("Symbol"), a wholly-owned subsidiary of Motorola, Inc. located in Holtsville, NY. I have been an employee of Symbol for over 25 years and have held my current position for 3 years. I am completely familiar with Symbol's business.

2.       I submit this Declaration in support of Symbol's Motion for Preliminary Injunction against Janam Technologies LLC ("Janam"). I have personal knowledge of the matters described in this declaration and could competently testify to them if called upon to do so.

3.       Although the Palm operating system ("Palm OS") was initially dominant over Microsoft Windows operating system ("Windows OS") - based systems in handheld mobile computers in the late 1990s, enterprise markets evolve. Over time, Microsoft made steady inroads into the Palm OS-based market. By 2005, it was very clear that the

Microsoft's Windows OS-based mobile computer was becoming the standard platform in the industry and the Palm OS-based handheld mobile computer market would continue to shrink. Accordingly, in November 2006, Symbol announced that it would be terminating its Palm OS - based product line and focusing on the Windows OS-based product space instead. ( http://www.palminfocenter.com/news/9092/symbol-concludes-palm-os-licensing-agreement/ and http://www.crn.com/it-channel/193700059?pgno=2). Copies of these websites are annexed hereto as Exhibits A and B.

4.      Both Janam founders, Ron Goldman and Harry Lerner, are former Symbol Technologies executives who were long-time employees at Symbol. After leaving Symbol in the fall of 2005, Goldman and Lerner founded Janam, and I understand that they now act as executives of Janam.

5.      In the late fall of 2006, Ron Goldman and Harry Lerner asked to meet me for dinner. At the dinner meeting, Ron and Harry told me about Janam's business plan to enter the Palm OS-based handheld mobile computer arena.

6.      I told Ron and Harry that I thought Janam was creating a win-win situation for Janam and Symbol. Naturally, Symbol would attempt to migrate its Palm OS-based customers to Windows OS-based systems. But, to the extent that customers remained committed to Palm OS - based systems and were resistant to adopting a new operating system, Janam could fill the niche left open by Symbol. In essence, Janam ensured that Symbol would not leave any of its Palm OS-based customers stranded.

7.    My discussion at the dinner meeting with the Janam founders was limited to

Janam's decision to enter the Palm OS-based niche that Symbol had left open.  There was

no discussion about Janam entering the Windows OS-based arena.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the

United States and the State of New York that the foregoing statements made by me are

true and correct based on personal knowledge and information and belief.  I am aware

that if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

This Declaration was executed in Holtsville, N.Y. on this 18th day of June 2008.

_____
Boris Metlitsky

\\\NY - 030629/000036 - 1086814 v2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 18, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on June 18, 2008, the attached document was Federal Expressed to

the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE  19904


I further certify that on June 19, 2008, the attached document will be Hand-Delivered to

the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE  19904

By:  /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

870211 / 33146

# EXHIBIT A

Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness     Page 1 of 7

Case 1:08-cv-00340-JJF     Document 10-2     Filed 06/18/2008     Page 2 of 8






Linked Business Media

# ChannelWeb

Home | Communities | Newsletters | Subscriptions | NetSeminars | Careers | About Us | RSS Feeds


You are not logged into Channelweb.  Login | Register

Search ChannelWeb

News     Reviews     Research     Tools     The IT Channel     Networking     Security     Storage     Hardware     Software     Managed Services     Custom Sy

## Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void

By Shelley Solheim, ChannelWeb
8:58 AM EST Thu. Nov. 09, 2006
From the November 27, 2006 issue of VARBusiness
Page 2 of 2

Enter Janam Technologies, a start-up founded by two former Symbol Technologies executives, Ron Goldman and Harry Lerner. The company, based in Cold Spring Harbor, N.Y., this week announced it has signed a five-year agreement with Access to develop and sell Palm Garnet-based ruggedized handheld devices. Janam's first handhelds will be commercially available by the end of the year.

Key to the new devices was ensuring support for barcode-scanning applications written for older versions of the Palm OS, Lerner says. "We spent a lot of time making sure applications are going to port to our device perfectly," Lerner says.

The new devices also add several enhancements over existing Palm-based handhelds from Symbol, which are based on older versions of the OS.



Janam will launch two flavors of its handhelds: the XP30 (left), which has a QVGA color LCD; and the XP20 (right), which has a 160-by-160 monochrome display. The devices have a 266-MHz processor, compared with the 33-MHz processor in current devices. Memory is also increased to 32 MB SDRAM and 64 MB NAND. Other new features include Bluetooth connectivity, 2-D barcode scanning, a user-accessible mini SD card slot, both PDA- and numeric-style keypads, Wi-Fi protected access (WPA), and support for 802.11g.

Partners who have tested out the new devices say they think the products will fill a market need.



"The Palm OS base is shrinking, but there definitely remains strong demand from customers who need an aggressive barcode scanner with a simple application at a low price point -- something that Palm OS excels at," says Brad Horn, Portable Technology Solutions, a provider of mobile barcode enabled data collection solutions. "These customers cannot afford and do not need the higher end features bundled in with the Windows Mobile and CE.Net Terminals. The Janam terminal is a great fit for these price sensitive customers."

"There is still a Palm market out there. We found some customers were pretty upset with the end-of-life with Symbol's program," says Tom Moxley, president of Next Level Solutions, in Scottsdale, Ariz. "This will give the Palm user a good window to convert so he can do it on his timetable not with his back to the wall."

There is another small provider of rugged Palm-based devices based out of New Zealand, called Aceeca, although its devices are based on an older version of the Palm OS.

Janam will sell its devices mainly through the channel, Lerner says. List pricing ranges from $995 to $1,295.

*Jeff Schwartz contributed to this article*

<< Previous | 1 | 2

RATE THIS ARTICLE Worse ○ 1 ○ 2 ○ 3 ○ 4 ○ 5 Better  Submit

More IT Channel | Email this article | Print this article | Bookmark this article | Digg this article | Submit to Slashdot | Reprint this article
Ads by Google

**Add Your Comment:**

Post as user:

Please login or register here for a free ChannelWeb account to post.

Post as guest:

**Name**

**Submit Comment**

**AMD Opteron™ Processor**

Quad-Core AMD Opteron™ Processor w/ Investment Protection & Low TCO.

amd.com/quadcore

CHANNELWEB MARKETSPACE >> (Sponsored Links)
• Find out if your business is profitable
• Recommend Products/Solutions to your fellow Solution Providers

• FREE Channel NetSeminars with the editors. Log in from anywhere.
• Recommend Products/Solutions to your fellow Solution Providers
• New security strategies for solution providers: Click here
>>Buy a Link Now

CHANNELWEB MARKETPLACE (Sponsored Links)

### Increase your Managed Services Revenue Ten fold
Cost effective MSP platform to monitor/secure your customer networks remotely. Download Free Trial

### New Webcast: How to Profit with Remote Support.
Discover how REMOTE SUPPORT can fuel your IT business in ways you've never thought of before.

### Want a Virtual Appliance?
Email gateway security Virtual Appliance, 30 day trial, free download,try it...its easy!

### Free White Paper
Don't let staff size limit opportunities. OnForce can help you expand NOW. Download Now

### Download your collaboration technology brief.
Learn why online collaboration has reached the Tipping Point and how it's accelerating business.

### Advertise With Us

RELATED NETSEMINARS >>
How to Profit with Remote Support: Generate Customer Referrals Like Never Before
>>More Netseminars
WHITEPAPERS >>
Influence of mobile technology in business growth
Creating our 21st Century Economy through a Smart Grid
>>More White Papers
RELATED STORIES >>
**>> More On Channel Business Issues:**
Notebooks, Home-Office Products Spur Best Buy 1Q Sales Growth
Ex-Broadcom CEO Pleads Not Guilty On 21 Charges
**>> More On Symbol Technologies:**
Progress Report On Motorola-Symbol Channel Integration
Motorola Completes Symbol Acquisition
**>> More On Motorola:**
Motorola Rugged Handheld Gets 3G Makeover
Motorola Takes Good Beyond Messaging

**RELATED PRODUCT INFORMATION >>**

**>> With expertise from hardware to wireless, keep ahead with our mobility solutions - Avnet Technology Solutions**

**>> Present with confidence with our Daylight View 2 technology providing vibrant color - Panasonic Projector**

**>> Whether you need branch office or multi-site network, we offer the best in business networking equipment. - Adtran**

**>> More Related Links**

LATEST NEWS >>
Avaya Names First Global Channel Chief
June 17, 2008 11:03 AM
Notebooks, Home-Office Products Spur Best Buy 1Q Sales Growth
June 17, 2008 09:46 AM
Ex-Broadcom CEO Pleads Not Guilty On 21 Charges
June 16, 2008 07:20 PM
Collaboration Breeds Innovation at ZSL
June 16, 2008 05:36 PM
Graphics Wars Heat Up As Nvidia, AMD Launch Cards
June 16, 2008 05:23 PM
>>More News
RELATED BLOG >>
The Channel Wire



Westcon Group, Ingram Micro Name New Senior Execs
Westcon Group named Dean Douglas as its new COO, according to the $3 billion Tarrytown, N.Y.-based distributor. Meanwhile, Ingram Micro announced the promotion of Mark Snider to vice president and general manager of its Canada operations.



Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness     Page 5 of 7

Case 1:08-cv-00340-JJF     Document 10-2     Filed 06/18/2008     Page 6 of 8

News | Reviews | Research | Tools | The IT Channel | Networking | Security | Storage | Hardware | Software | Managed Services | Custom Systems
*International Partners:* Germany
Media Kits | Reprints | Privacy Statement | California Privacy Rights | Copyright © 2008 United Business Media LLC | Terms of Service



ADVERTISEMENT



Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness          Page 6 of 7

Case 1:08-cv-00340-JJF     Document 10-2     Filed 06/18/2008     Page 7 of 8

Ads by Google

**NetApp® Go**

**further**

Go further, faster.

Helping Your

Business Discover

New Ideas

www.NetApp.com

Printing sales →
need help? Get real
answers, real fast.

Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness                    Page 7 of 7

Case 1:08-cv-00340-JJF     Document 10-2     Filed 06/18/2008     Page 8 of 8



CHANNEL SERVICES >>
• Benchmark your business for success
• Get your channel fix right on your mobile app
• Channel news sent right to your PDA
• Measure your business performance against your peers
• Get your channel fix right on your mobile app
• Channel news sent right to your PDA
• FREE Channel NetSeminars with the editors. Log in from anywhere.
• Find out if your business is profitable
• Channel News Links to any Mobile Device
CHANNELWEB QUICK LINKS >>
• Channel news sent right to your PDA
• How Does your business measure up? - See CRN 2007 Profitability Study Results
• Share tips on a successful solutions and products
• Quote, price and spec a solution in minutes!
• Get your channel fix right on your mobile app

# EXHIBIT B





Microsoft® Office Live Workspace Beta

Access large documents from anywhere online.

Start today.

It's FREE ▶



Palm Infocenter

Register | Log in

**< Home** | **Palm Software** | **Accessories** | **Reviews** | **News Center** | **Comments** | **Forum** | **PriceGrabber** | **Graveyard** | **RSS**

Site Search

[ ] Go

# Symbol Concludes Palm OS Licensing Agreement

Posted By: **Kris Keilhack** on Friday, November 10, 2006 10:08:49 AM

CRN has posted an underline concerning not only the cessation of Symbol's Palm OS product line but also some key background info on Janam Technologies. It states that Symbol is now taking its last orders for its ruggedized SPT1550 and SPT1800 industrial handhelds.

Symbol's interest in the Palm OS has been on the wane for several years as its newest models, the SPT-1800 series, still run OS 4.0 with 33mhz Dragonball CPUs and 160x160 monochrome screens. In all likelihood, Symbol has likely only maintained its Palm OS license this long to service long-term contracts and the large installed device base.

Symbol has notified its customers that its final batch of Palm OS-based ruggedized industrial-style handhelds will ship in January. They claim the decision to terminate Palm OS device production was reached not only due to economic factors but Access' lack of interest in the Garnet OS in the company's long-term plans.

In September, Motorola agreed to acquire Symbol Technologies in a deal valued approximately $4 billion dollars.



Their EOL announcement is likely to shock and anger many long-time customers who need reliable and affordable solutions for inventory management and barcode scanning applications but may prove a boon to Janam as a new startup. Janam was just founded by two former Symbol Technologies executives, Ron Goldman and Harry Lerner. The company just announced a five year licensing deal for Palm OS Garnet and two new modern barcode-scanning handhelds.

CRN's article also interestingly gives rough sales figures for Symbol's Palm-powered devices over the years as well as some approximate price points for Janam's various configurations which will range from $995 to $1,295.

## More Stories Like This...
Chapura Updates FolderMirror