# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC.,<br>a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:08cv340 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| JANAM TECHNOLOGIES LLC,<br>a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF BRIAN VISCOUNT

I, Brian Viscount, declare as follows:

1.      I am the Vice President of Product Marketing for Mobile Computing at Symbol

Technologies ("Symbol"), a wholly-owned subsidiary of Motorola, Inc. located in

Holtsville, NY.  I have been an employee of Symbol for over 20 years and have held my

current position for approximately 1 year.  I am completely familiar with Symbol's

business.

2.      I submit this Declaration in support of Symbol's Motion for Preliminary

Injunction against Janam Technologies LLC ("Janam").  I have personal knowledge of

the matters described in this declaration and could competently testify to them if called

upon to do so.

**Background on Symbol and Handheld Mobile Computers**

3.      Symbol designs, manufactures and sells a family of handheld mobile computers that meets the needs of many of the world's largest retailers, manufacturers, transportation, healthcare providers, and field service and sales organizations.  As the name suggests, handheld mobile computers support the processing of transactions by workers wherever they are, without having to go back and forth to a desktop computer.  In this way, handheld mobile computers possess clear benefits, such as increased employee productivity and improved customer service, for organizations in a wide variety of industries/sectors.

4.      By way of example, Symbol's handheld mobile computers allow:  (1) hospital workers to track the dispensation of pharmaceuticals at the patients bedside; (2) Rental car agencies to automate vehicle returns; (3) field workers to track and repair remote assets; (4) drivers to track, deliver, and confirm receipt of packages; and (5) retail floor workers to check inventory, conduct price verification and run point of sale transactions.  Given the breadth of its customer's needs, Symbol's handheld mobile computers range from enterprise class devices that offer lightweight, yet rugged, personal digital assistants (EDA's) to industrial class devices built for rough environments.  (Pictures of a sampling of handheld computers offered by Symbol are annexed hereto as Exhibit A).

5.      The commercial success of Symbol's mobile computers is undeniable.  In 2000, Symbol was awarded the National Medal of Technology, the nation's highest honor for

2

technological innovation. At the time, Symbol was only the 11th corporate recipient in the 20-year history of the Award. The Award was granted to Symbol "[f]or creating the global market for laser bar code scanning and for technology innovation and practical application of mobile computing and wireless local area network technologies." Copies of the press releases are annexed hereto as Exhibit B. Since 2002 alone, Symbol has sold over $3 billion dollars worth of mobile computers to customers in North America/Latin America.

**Significance of Backup Battery, Internet Web Browser, and Multiple Wireless Radio Features to Being Competitive in the Handheld Mobile Computer Field**

6.    To best meet the needs of Symbol's customers, Symbol's mobile computers include numerous features such as laser and imaging bar code data capture, voice (VoIP and VoWAN) and data functionality, and signature capture.

7.    Symbol's handheld mobile computers also predominately feature: (a) a backup battery with a boost circuit; (b) multiple wireless radios; and (c) an Internet web browser that allows viewing of WEB pages and the support of server based applications, for example, Symbol's PPT8800 and MC70 devices are both available with these 3 features.

8.    The boost circuit for the backup battery is important to customers because it not only ensures valuable data will not be lost like back-up batteries had done in the past, but permits, among other things, the use of fewer backup batteries. This is particularly significant to the consumer because it reduces the overall cost of the device, permits a smaller form factor and reduces the overall weight of the device.

3

Internet Web Browser

9.    The Internet web browser has become a standard feature in the majority of handheld mobile computers on the market today.  With an Internet web browser, a user can access software applications located on a host computer through a wireless connection.  Thus, workers can be anywhere (e.g., at a remote location or on the sales floor) and yet still access in-office or desktop applications.

Enterprise customers who deploy server based applications, versus applications resident on the mobile device, will reduce costs in maintaining or introducing new applications. Symbol customers are not held "captive" to the supplier of a handheld mobile computer; unlike a decade or so ago, customers who leverage server based applications will have more flexibility in migrating these applications to other products (with Internet web browser) available in the market.

Multiple Wireless Radios

10.    Dual wireless networks are now widely-considered to be standard features of a handheld mobile computer – having just one wireless radio is not enough because we are now living in a world that is increasingly cable-free with multiple wireless network options.  For example, the wireless local area network (WLAN) allows a mobile worker located in the office but away from his or her desk to connect to the company network. WiFi is a popular example of a WLAN.  The wireless personal area network (WPAN) allows a worker to interconnect personal devices, such as headsets, printers, keyboards, and laptops for such purposes as wireless printing and synchronization of data.  The

4

ubiquitous Bluetooth standard is a prime example of this type of wireless protocol. Indeed, the presence of dual wireless radios is now so standard that the trend now is to incorporate three wireless radios – such as personal area network (PAN), local area network (LAN) and wide-area network (WAN) – into handheld mobile computers.

11.     Dual wireless networks allow a retail worker on the sales floor to use the wireless local area network (WLAN) to audit prices of inventory and the personal area network (PAN) to print out a new product label with a reduced price.

These Features are Emphasized in Marketing of Handheld Mobile Computers

12.     The backup battery, Internet web browser, and multiple wireless radios features are important to be competitive in the handheld mobile computing marketplace. At least two of the features (the Internet web browser and multiple wireless radios) have become standard features – such that, to be competitive, a handheld mobile computer requires these features.  Indeed, marketing by Symbol, Janam, and a leading competitor, Intermec Technologies, Inc. reflect the importance of the now-standard features of an Internet web browser and multiple wireless radios to customers.

13.     For example, Symbol's marketing materials for the MC70 emphasize the Internet web browser (contained in Windows Mobile 5.0 operating system) and multiple wireless radios (WWAN, WLAN and WPAN).

(http://www.motorola.com/staticfiles/Business/Products/Mobile%20Computers/Handheld

5

%20Computers/MC70/_Documents/Static%20Files/MC70_DS_1205.pdf). Likewise, marketing materials for Symbol's PPT8800 identifies an Internet web browser (contained in Windows Mobile 2003 operating system) and dual wireless radios (WLAN and WPAN).

(http://www.motorola.com/staticfiles/Business/Products/Mobile%20Computers/Handheld %20Computers/PPT8800/_Documents/Static%20Files/PPT8800_Series_0903.pdf).

Copies of theses web pages are annexed hereto as Exhibits C and D, respectively.

14.     Janam's website emphasizes the fact that its XM60 Windows OS – based device includes an Internet web browser (contained in Windows CE 5.0 mobile) and dual wireless radios (WLAN and WPAN).

(http://www.janam.com/downloads/XM60_specs.pdf,

http://download.microsoft.com/download/7/2/f/72fef3b0-9545-46a4-8886-a94f265df9c4/EVA-2.9-OS-CE-01-I01.pdf. Copies of theses web pages are annexed hereto as Exhibits E and F, respectively.

15.     Intermec, a leading competitor in handheld mobile computer, similarly markets the fact that its CN2B device includes an Internet web browser (contained in Windows Mobile 2003 operating system) and dual wireless radios (WiFi and Bluetooth); likewise, Intermec markets the presence of an Internet web browser (contained in Windows Mobile 5.0 operating system) and dual wireless radios (WiFi and Bluetooth) in its CN3 device.

(http://www.intermec.com/products/cmptrcn2b/index.aspx (follow "Download pdf" to http://epsfiles.intermec.com/eps_files/eps_spec/CN2_spec_web.pdf) and

6

http://www.intermec.com/products/cmptrcn3/index.aspx (follow "Download pdf" to

http://epsfiles.intermec.com/eps_files/eps_spec/CN3_spec_web.pdf)).  Copies of theses

web pages are annexed hereto as Exhibits G and H, respectively.[1]

**Palm OS - based versus Windows OS - based Handheld Mobile Computers**

16.     We released the Palm operating system ("Palm OS") in our product line prior to

the Microsoft Windows operating system ("Windows OS"), and for a period of time our

Palm OS offering outsold our Windows OS product offering.  Over time, sales of our

Microsoft Windows OS offering surpassed that of our Palm OS -based product.  By 2005,

it was very clear that the Microsoft's Windows OS was becoming the standard platform

in the industry and sales of our Palm OS - based mobile computers would continue to

decline.  Accordingly, in November 2006, Symbol announced that it would be

terminating its Palm OS product line and focusing on the Windows OS - based space

instead.  (http://www.palminfocenter.com/news/9092/symbol-concludes-palm-os-

licensing-agreement/ and http://www.crn.com/it-channel/193700059?pgno=2).  Copies of

theses web pages are annexed hereto as Exhibits I and J, respectively.

**Background on Janam and Handheld Mobile Computers**

17.     Janam sells Palm operating system ("Palm OS") and Windows OS-based

handheld mobile computers in the United States with wireless network and bar code

scanning capabilities.  Both Janam founders, Ron Goldman and Harry Lerner, are former

---

[1] Intermec and Symbol have a cross-licensing agreement by which each has access to certain
intellectual property of the other.  The agreement was the result of multiple patent infringement

7

Symbol Technologies executives who were long-time employees at Symbol in the 1990s and 2000s. After leaving Symbol in the fall of 2005, Goldman and Lerner founded Janam; I understand that they now act as executives of Janam.

18.    Ron Goldman worked as a patent attorney in the legal department for Symbol, and later transitioned to the business side, focusing on product management, marketing and business development for Symbol's Mobile Computing Unit. He held the position of Vice President, Senior General Manager of Mobile Computing and Scanning. Harry Lerner reported to Ron Goldman and had similar responsibilities that were tailored to specific product lines. He held numerous positions including Vice President of Enterprise Mobile Computing.

19.    As a direct result of their work experience and high-level positions while at Symbol, the Janam founders are intimately familiar with Symbol's innovations in the handheld mobile computer field and have gained extensive and intimate knowledge of Symbol's handheld mobile computer products and patents.

20.    Janam's founders also gained intimate knowledge of Symbol's suppliers, distributors, customers, and marketing strategy for its handheld mobile computers. Symbol sells its products through multiple avenues – with a sales force targeting large-volume end users directly and through distributors and third-party dealers who, in turn, sell to end users. Based on their experiences at Symbol, the Janam founders know the identity of Symbol's key sales partners and distributors; I expect they established

suits between Symbol and Intermec.

\\NY - 030629/000036 - 1087089 v5

relationships with these entities while at Symbol. After leaving Symbol, the Janam

founders were able to leverage those business contacts for Janam's benefit. Moreover,

based on knowledge acquired while at Symbol, the Janam founders also know who

Symbol's large-volume customers are.

21.     On behalf of Janam, Goldman and Lerner have been able to make rapid inroads

into the handheld mobile computer market with minimal overhead. In particular, shortly

after founding Janam, Goldman and Lerner entered into distribution agreements covering

their Palm OS devices with two of Symbol's leading distributors of handheld mobile

computers, ScanSource and BlueStar, in early 2007. (http://www.prnewswire.com/cgi-

bin/stories.pl?ACCT=104&STORY=/www/story/03-14-2007/0004545984&EDATE=

and http://www.prnewswire.com/cgi-

bin/stories.pl?ACCT=104&STORY=/www/story/01-15-2007/0004505857&EDATE).

Copies of theses web pages are annexed hereto as Exhibits K and L, respectively.

22.     Signing on with these leading distributors not only gave Janam instant credibility

in the market but also allowed Janam's limited product line to gain extensive market

exposure and reach. In essence, the distributors could do the bulk of Janam's legwork.

Moreover, such distributor agreements allow Janam to keep its overhead low with a small

sales force and minimal marketing costs.

23.     Earlier this year, both BlueStar and ScanSource began distributing Janam's XM-

60 Microsoft Windows OS - based handheld mobile computer.

(http://www.bluestarinc.com/001402.html and http://www.scansource.com/

9

Products%20and%20Promotions/New%20Products.aspx).  Copies of theses web pages are annexed hereto as Exhibits M and N, respectively.

**Negative Impact of Janam's Entry into the Windows OS - Based Handheld Mobile Computer Field on Symbol's Business**

24.     There are already clear indications that Janam's recent entry in the Windows OS - based handheld mobile computer business, if not enjoined, will lead to substantial price erosion, lost market share, lost revenues, and lost profits in Symbol's handheld mobile computer lines.

25.     It is my understanding that Janam is a small company with a limited sales force. Its overhead can not be compared with that of Symbol, which includes a large budget for research, development, marketing, and sales efforts related to its  broad platform of products.

26.     Given its lack of overhead, Janam is able to aggressively price its XM60 model – indeed, it is able to substantially *under*price Symbol's competing devices.  Symbol's account managers in the field report back that Janam is pricing its XM60 at approximately $500 per device.  This price is substantially lower than the price that Symbol is able to offer its customers and distributors for Symbol's handheld mobile computers.  To give a sense of how low Janam is pricing its Windows OS - based product, even if Symbol lowered the average selling price for its handheld mobile computer products by 25% in North America/Latin America, Symbol's average selling price on numerous products would still be substantially higher than Janam's device.

10

27.    Mobile computing is a very competitive market, and price is a critical factor in the customer's determination of which product(s) to select for its enterprise, particularly where products share similar features.  Janam's $500 price is roughly half the price of some of Symbol's Windows OS - based handheld mobile computers.  At that "2 for 1" price, a customer has a strong incentive to purchase Janam's product instead of Symbol's product.

28.    Likewise, a distributor has more latitude, given Janam's rock-bottom prices, to increase its profit margin when reselling a Janam device to the end-user as compared to reselling Symbol's devices.  Thus, even if a distributor is distributing both Symbol and Janam devices (as ScanSource and BlueStar do), there is much more incentive for the distributor to aggressively push the sale of Janam's devices over Symbol's comparable products.

29.    To compete with Janam's exceptionally low prices, Symbol will have to drop its asking sales prices by at least 25% -- perhaps more – to close a sale.  This is true even though Symbol's products may provide better functionality and more features.  At present, the difference between Symbol's asking sales price and Janam's rock-bottom asking sales price is so substantial that this markdown is necessary to prevent irreparable loss in market share.  Furthermore, such price erosion by Symbol would be a serious concession to customers and distributors - once lost it cannot be easily recaptured.

30.    Given its pricing practices, Janam's entry into the Windows OS - based handheld computer space impacts a full range of devices offered by Symbol to its customers; that

11

impact extends to the rough industrial class devices in addition to lightweight PDA style devices.

31.    By way of example, when Symbol's sales force pitches its product line directly to a large volume customer, the sales force may pitch a solution that encompasses an industrial class device (such as a MC3000) for a field worker and a lightweight PDA style device (such as the MC50) for a manager. Janam's substantially lower asking price undermines that entire sale because Janam's organizational solution is an "all-in-one" Windows OS - based product at a $500 asking price. In this way, Janam's introduction of the XM60 device is an immediate threat to Symbol's accounts for both its industrial and PDA-style products, including but not limited to the MC50, MC70, MC3000, PPT8800, MC3000 and MC9000 products.

32.    In sum, the projected impact of Janam's entry on Symbol's handheld mobile computer business is substantial, easily amounting to millions in dollars of lost revenue and profits. Conservatively estimating that Janam would be able to take a mere 2% of Symbol's North America/Latin America market share in handheld mobile computers with its rock-bottom prices, Symbol's projected lost revenue due to Janam's market entry into the Windows OS -based space exceeds $7 million for the first year alone.

33.    More than a third of Symbol's North America/Latin America market is through distributors. Conservatively estimating that Symbol is forced to drop its asking sales price by 25% to successfully close sales competing against Janam's rock-bottom prices in just 30% of Symbol's North America/Latin America market share, Symbol's projected

12

lost revenue due to Janam's market entry into the Windows OS - based space is almost $30 million for the first year alone.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing statements made by me are true and correct based on personal knowledge and information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

This Declaration was executed in Holtsville, N.Y. on this 18th day of June 2008.

Brian Viscount

13

WNY - 030629/000036 - 1087089 v5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 18, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on June 18, 2008, the attached document was Federal Expressed to

the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE 19904


I further certify that on June 19, 2008, the attached document will be Hand-Delivered to

the following person(s):

Janam Technologies, LLC
c/o National Registered Agents, Inc.
Registered Agent
160 Greentree Drive, Suite 101
Dover, DE 19904


By:  /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

870211 / 33146

# EXHIBIT A

| Symbol PPT8800 | Symbol MC35 |
| --- | --- |



| Symbol MC70 | Symbol MC50 |
| --- | --- |



| Symbol MC9000 | Symbol MC3000 |
|:---:|:---:|



**Symbol MC1000**



# EXHIBIT B



INDUSTRY SOLUTIONS     PRODUCTS AND SERVICES     SUPPORT AND RESOURCES     PARTNERING WITH US     ABOUT MOTOROLA

## Symbol Technologies Wins National Medal Of Technology

Home > About Motorola > Symbol Technologies Wins National Medal Of Technology

## SYMBOL TECHNOLOGIES WINS NATIONAL MEDAL OF TECHNOLOGY

### Only Company This Year To Win Nation's Highest Honor For Technological Innovation. Symbol Cited By President Clinton For Innovations In Bar Code Scanning, Mobile Computing And Wireless LAN Communications

2000-01-31 HOLTSVILLE, NY



President Clinton today announced that Symbol Technologies, Inc. will receive this year's National Medal of Technology, the nation's highest honor for technological innovation. Awarded annually since 1980 and administered by the Department of Commerce, the prestigious award goes to Symbol "for creating the global market "

Symbol is the only company to win the award this year and only the 11th corporate recipient in the 20-year history of the award. The National Medal of Technology recognizes technological innovation and advancement of the nation's global competitiveness, as well as ground-breaking contributions that commercialize a technology, create jobs, improve productivity, or stimulate the nation's growth and development in other ways.

"We honor these exceptional U.S. scientists and engineers for their achievements, contributions, and innovations that have sustained U.S. leadership across the frontiers of scientific and technological knowledge, thereby enhancing our ability to shape and improve our nation's future," said President Clinton in the White House announcement today.

of Symbol, will accept the National Medal of Technology from President Clinton at a White House ceremony on March 14, 2000.

For over 20 years, Symbol has been the world leader in the and, more recently, in and . These technologies are . Symbol's innovations include the hand-held bar code laser scanner, the scanner-integrated mobile computer, the spread spectrum wireless LAN, , PDF417 , and the . Symbol holds well over 400 issued U.S. patents.

"This award is a tribute to the hard work and perseverance of thousands of associates at Symbol over many years," said . "Symbol's breakthroughs in miniaturized bar code scanning, mobile computing and wireless data and voice network communications have enabled our customers to achieve new levels of accuracy, speed and efficiency. As we move our hand-held solutions to the next frontiers of the Internet and e-com, Symbol will continue to innovate and lead the way with our powerful tools for businesses and consumers."

Symbol Technologies, Inc. is a global leader in wireless and Internet-based mobile data management systems and services. Symbol provides its customers unique value with innovative solutions utilizing application-specific information appliances, data and voice wireless networks, and bar code and data capture scanning. Symbol and its global network of business partners provide wireless LAN and WAN

mobility solutions from the enterprise to e-commerce for industries including retail, transportation and distribution logistics, manufacturing, parcel and postal delivery, healthcare, hospitality and education. Symbol's broad range of information appliances is in use by business and consumers from the factory, to the office and in the home. Information is available from Symbol at Symbol Technologies Wins National Medal Of Technology and 1-800-722-6234.

About Motorola    How to Buy    Investor Relations    Media Center    Careers
www.motorola.com    www.motorola.com/Enterprise    Contact Us    Privacy Policies    Terms of Use    [+] Feedback        © Copyrig



INDUSTRY SOLUTIONS     PRODUCTS AND SERVICES     SUPPORT AND RESOURCES     PARTNERING WITH US     ABOUT MOTOROLA

## Symbol Technologies Awarded National Medal Of Technology By Presid Ceremony

Home > About Motorola > Symbol Technologies Awarded National Medal Of Technology By President Clinton In White House Cere

## SYMBOL TECHNOLOGIES AWARDED NATIONAL MEDAL OF TECHNOLOGY BY PRESIDENT CLINTON IN WHITE HOUSE CEREMONY

### Only Company This Year To Win Nation's Highest Honor For Technology Innovation

2000-3-14 HOLTSVILLE, N.Y.

Symbol Technologies will receive this year's National Medal of Technology, the nation's highest honor for technology innovation, from President William Clinton at a ceremony today at the White House. , will accept the award.



The , was won by Symbol, "For creating the global market for laser bar code scanning and for technology innovation and practical application of mobile computing and wireless local area network technologies."

Symbol is only the 11th corporate recipient in the 20-year history of the National Medal of Technology and the only company to win the award this year. Other previous corporate winners include Bell Laboratories, Merck, 3M, Corning and DuPont.

The award recognizes technology innovation and advancement of the nation's global competitiveness, as well as ground-breaking contributions that commercialize a technology, create jobs, improve productivity, or stimulate the nation's growth and development in other ways.

"For more than 20 years, we've concentrated on practical uses of technology to create real-world systems - —that help make U.S. businesses more efficient, productive and competitive," said Dr. Swartz, who co-founded Symbol.

"The National Medal of Technology is a singular honor and validates the hard work and continuous commitment to excellence and technology innovation of many Symbol Associates."

About Motorola     How to Buy     Investor Relations     Media Center     Careers
www.motorola.com     www.motorola.com/Enterprise     Contact Us     Privacy Policies     Terms of Use     [+] Feedback          © Copyrig



**President Awards Highest U.S. Honor for Technological Innovation to Motorola**

*Motorola Receives National Medal of Technology*

SCHAUMBURG, Ill., November 15, 2005 – On Monday, November 14, President George W. Bush announced that Motorola, Inc. (NYSE: MOT) is among the recipients of the 2004 National Medal of Technology, the nation's highest honor for technological innovation. Motorola was recognized for "over 75 years of technological achievement and leadership in the development of innovative electronic solutions, which have enabled portable and mobile communications to become the standard across society."

"It is a tremendous honor to receive the National Medal of Technology," said Motorola Chairman and CEO Ed Zander. "This award recognizes the extraordinary contributions of Motorola's employees over the company's 77 years of innovation leadership."

Motorola pioneered mobile communications with car radios and public safety radio networks in the 1930s, walkie talkies in the 1940s, and in 1969 made hearing the first words from the moon possible. In the 1980s, Motorola introduced the first commercial, handheld cellular phone. In the 1990s, Motorola premiered the first digital cellular GSM network and helped create all-digital HDTV. Today, Motorola's smart devices, networks and software make communications not just mobile, but seamless -- allowing easy, uninterrupted access to communication, information and entertainment. The company also leads in design, with award-winning products like the iconic RAZR handset.

"The National Medal of Technology is important not just because it awards innovation, but because it inspires all of us to be relentless in our pursuit of the technologies critical to maintaining our country's global economic leadership," Zander said.

Established by Congress in 1980 and first awarded in 1985, the National Medal of Technology recognizes those who have made lasting contributions to America's competitiveness, standard of living and quality of life through technological innovation and those who have substantially contributed to strengthening the nation's technological workforce. The medal is awarded annually to individuals, teams and/or companies/divisions for their outstanding contributions to the nation's economic, environmental and social well-being through the development and commercialization of technology products, processes and concepts; technological innovation; and development of the nation's technological manpower.

Applicants for the National Medal of Technology are evaluated by the National Medal of Technology Evaluation Committee. The committee makes its recommendations to the U.S. Secretary of Commerce, who in turn makes recommendations to the President for final selection. The National Medal of Technology laureates are announced by the White House and the Department of Commerce.

**About Motorola**
Motorola is a Fortune 100 global communications leader that provides seamless mobility products and solutions across broadband, embedded systems and wireless networks. In your home, auto, workplace and all spaces in between, seamless mobility means you can reach the people, things and information you need, on the go. Seamless mobility harnesses the power of technology convergence and enables smarter, faster, cost-effective and flexible communication. Motorola had sales of US $31.3 billion in 2004. For more information: www.motorola.com.

# # #

**Media Contacts**
Jennifer Weyrauch
Motorola, Inc.
847-435-5320
Jennifer.weyrauch@motorola.com

© Copyright 1994-2008 Motorola, Inc. All rights reserved.

# EXHIBIT C



# MC70

## Enterprise Digital Assistant




**FEATURES**

**Industry-leading double impact testing (drop and tumble), IP54 sealing, integrated antennas**
Lightweight yet rugged; built for year-round use in nearly any environment

**Intel's latest processor, designed for mobility: XScale PXA270 @ 624 MHz**
Desktop-like multimedia performance with lower power requirements

**Microsoft's latest operating system: Windows Mobile 5.0 Premium or Phone Edition**
Integrated multimedia, persistent memory

**Integrated GPS via Autonomous SiRF III GPS positioning system**
The optional integrated high-sensitivity GPS allows to track personnel and equipment and minimize transportation costs. Please refer to the MC70+GPS Specification Sheet for details.

**The first rugged enterprise digital assistant**
The flagship MC70 Enterprise Digital Assistant (EDA) is a rugged handheld mobile device that incorporates a mobile phone, PDA, computer, scanner and imager in a single unit designed for the rigors of all-day, everyday usage. This compact, lightweight device combines multi-mode wireless networking, voice and data communications, and advanced data capture in an enterprise productivity tool that can support nearly any application in any environment. Superior voice functionality includes outstanding acoustic performance and voice quality, handset, headset and speakerphone modes. Your mobile workers will have everything they need to increase productivity and efficiency inside and outside your four walls — from field workers reading meters and repairing equipment to drivers delivering packages, hospital workers checking lab results and medication orders, and more.

**Rugged construction delivers a low TCO**
The industry leading innovative mechanical design and technology platform offer superior construction and expandability, delivering outstanding investment protection and a low total cost of ownership (TCO). Engineered to withstand rigorous use in extreme environments and working conditions, the MC70, including the internal WLAN and external WWAN antennas, can endure multiple drops, a wide range of temperatures, moisture, dust, and more and still deliver reliable performance.

**Built-in WWAN/WLAN/WPAN**
The MC70 offers robust and cost-effective anytime, anywhere voice and data connectivity. For workers outside of your facility, support for GSM/EDGE and CDMA-EVDO networks delivers global coverage, fast wireless data speeds that enable rich applications, and enterprise level security. Inside your facility, the MC70 connects to your wireless LAN for voice and data communications, providing better control over wireless WAN usage — and costs. And wireless PAN functionality, via Bluetooth, further increases employee productivity through wireless printing and more.

**Reduce the cost and complexity of mobility**
The versatile, effective MC70 is a smart investment, providing a cell phone, PDA and more - all in a single rugged device. Capital expenditures and IT support costs are significantly reduced. Superior manageability enables you to easily and remotely provision, track and support all your MC70 devices from one central location through our Mobility Services Platform. A full suite of accessories provides maximum application flexibility. And when you purchase Service from the Start with Comprehensive Coverage, we will repair damaged displays, plastics, keyboards, circuit boards, and other internal and external components at no extra charge — helping you protect your investment and maintain peak performance. For more information on the MC70, access our global contact directory at www.motorola.com/contact or visit us on the web at www.motorola.

# MC70 Specifications

**WWAN: GSM/EDGE and CDMA-EVDO Rev. 0 compatibility**
Voice and high-speed wireless data

**WLAN: 802.11a/b/g tri-mode radio; comprehensive VoIP support**
Cost-effective voice and data connectivity in the office

**WPAN: Bluetooth v1.2, Class II**
Wireless modem, printing synchronization, and more

**High quality speakerphone, microphone and transducer**
Superior voice quality and performance

**On-board advanced data capture: 1D and 2D bar code scanning from near contact to 55 in./139.7cm**
Automate and error proof data collection and increase productivity

**3.5 in. QVGA color screen**
Easy to view in any lighting

**Multiple keyboard options: QWERTY or numeric**
Flexibility to meet diverse user and application needs

**Support for standard and extended cards**
Provides additional memory and expandable functionality

**Multiple battery options: standard and extended**
Ample power for full shifts in nearly any environment

## Physical Characteristics

| | |
|---|---|
| Dimensions: | 6 in. L x 3.1 in. W x 1.5 in D<br>15.3 cm L x 76 cm W x 3.7 cm D<br>CDMA/EVDO Rev. 0 configurations:<br>6 in. L x 3.1 in. W x 1.7 in. D<br>15.3 cm L x 7.9 cm W x 4.4 D |
| Weight (including standard battery): | LAN/PAN configs: 11.2 oz./314 g<br>WAN/LAN/PAN configs: 12 oz./336 g<br>CDMA/EVDO Rev. 0 configs: 14.1oz./400g |
| Display: | Transflective color 3.5" QVGA with backlight, TFT-LCD, 65K colors, 240 W x 320 L (QVGA size) |
| Touch Panel: | Glass analog resistive touch |
| Backlight: | LED backlight |
| Main Battery: | Rechargeable Lithium Ion 3.7V, 1900 mAh Smart Battery |
| Ext. Cap. Battery: | Optional 3.7V, 3800 mAh Smart Battery |
| Backup Battery: | Ni-MH battery (rechargeable) 20mAh 1.2V, 2 cells (not user-accessible) |
| Expansion Slot: | User accessible SDIO slot (with secure cover); accommodates extended cards (with cover removed);<br>NOTE: terminals with extended cards cannot be accommodated in the charging cradle and will not be sealed |
| Network Connections: | Ethernet (via cradle); full-speed USB, host or client |
| Notification: | Vibrator and LED |
| Keypad Options: | 26 Numeric key; 44 QWERTY key |
| Audio: | Speaker, receiver, microphone, headset jack, software support for full duplex record and playback (stereo) |

## Performance Characteristics

| | |
|---|---|
| CPU: | Intel® XScale™ 624 Mhz processor |
| Operating System: | Microsoft® Windows™ Mobile 5.0 Premium, Microsoft® Windows™ Mobile 5.0 Premium Phone Edition |
| Memory: | 64MB RAM/128MB ROM or, 128MB RAM/128MB ROM |
| Interface: | RS-232, USB 1.1 |

## User Environment

| | |
|---|---|
| Operating Temp.: | 14°F to 122° F/-10°C to 50° C |
| Storage Temp.: | -40° F to 140° F/-40° C to 60° C (w/o battery) |
| Humidity: | 95% non-condensing |
| Drop Spec: | 4 ft. drop to concrete, 6 drops per 6 sides over operating temperature range; 5 ft. drop to concrete, 2 drops per 6 sides at ambient temperature 73° F/23° C |
| Tumble Spec: | 1,000 1.6 ft./.5 m tumbles (2,000 drops) |
| Sealing: | IP54 |
| Electrostatic Discharge (ESD): | ±15kV air discharge, ±8kV direct discharge |

## Wireless WAN Data and Voice Communications

| | |
|---|---|
| WWAN Radio: | GSM/EDGE (850, 900, 1800 and 1900 MHz) CDMA-EVDO Rev. 0 |

## Wireless LAN Data and Voice Communications

| | |
|---|---|
| WLAN Radio: | Tri-mode IEEE® 802.11a/b/g<br>Note: 802.11a not available in Thailand. |
| Data Rates Supported: | 1, 2, 5.5, 6, 9, 11, 12, 18, 24, 36, 48 and 54 Mbps |
| Operating Channels: | Chan 8-169 (5040 – 5845 MHz)<br>Chan 1-13 (2412-2472 MHz)<br>Chan 14 (2484 MHz) Japan only<br>Actual operating channels/frequencies depend on regulatory rules and certification agency |
| Security: | WPA2, WEP (40 or 128 bit), TKIP, TLS, TTLS (MS-CHAP), TTLS (MS-CHAP v2), TTLS (CHAP), TTLS-MD5, TTLS-PAP, PEAP-TLS, PEAP (MS-CHAP v2), AES, LEAP |
| Spreading Technique: | Direct Sequence Spread Spectrum (DSSS) and Orthogonal Frequency Division Multiplexing (OFDM) |
| Antenna: | Internal for LAN, External for WAN |
| Voice Communication: | Integrated Voice-over-IP ready (P2P, PBX, PTT), Wi-Fi™-certified, IEEE 802.11a/b/g direct sequence wireless LAN |

## Wireless PAN Data and Voice Communications

| | |
|---|---|
| Bluetooth: | Class II, v 1.2 |

## Data Capture Specifications

| | |
|---|---|
| Options: | 1D linear, 2D imager |

## Linear 1D Scanner (SE950)

| | |
|---|---|
| Optical Resolution: | – 0.004 in. minimum element width |
| Roll: | ±35° from vertical |
| Pitch Angle: | ± 65° from normal |
| Skew Tolerance: | ± 50° from normal |
| Ambient Light: | 10,000 candles |
| Scan Rate: | 104 (+/- 12) scans/sec (bi-directional) |
| Scan Angle: | 47° ± 3° default<br>35° ± 3° reduced |

## 2D Imager Engine (SE 4400) Specifications

| | |
|---|---|
| Optical Resolution: | 640 H x 480 V pixels (gray scale) |
| Roll: | 360° |
| Pitch Angle: | ± 60° from normal |
| Skew Tolerance: | ± 50° from normal |
| Ambient Light: | Total darkness to 9,000 ft. candles (96,900Lux) |
| Focal Distance from Front of Engine: | Near: 5 inches<br>Far: 9 inches |
| Aiming Element (VLD): | 650 nm ± 5 nm |
| Illumination Element (LED): | 635 nm ± 20 nm |
| Field of View: | Horizontal: 32.2°; Vertical: 24.5° |

## Peripherals and Accessories*

| | |
|---|---|
| Communication and Charging Cables: | Serial and USB v1.1 charging cables, printer cables, vehicle charging cable, power/charging cable |
| Battery Chargers: | 4-slot battery charger (1X and 2X), universal battery charger (requires adapters for 1X and 2X capacity batteries) |

| | |
|---|---|
| Vertical-specific attachments: | Snap-on magnetic stripe reader, snap-on trigger handle, rigid case |
| Electrical Safety: | Certified to UL / cUL 60950-1, IEC / EN60950-1, |
| EMI/RFI: | USA: FCC Part 15; Canada: ICES 003 Class B; Europe: EN55022 Class B, EN 55024, EN60601-1-2; Australia: AS/NZS CISPRA 22 |

For countries outside USA, Canada,  European Economic Area, Japan or Australia consult your local Motorola representative

*For a complete list of MC70 Peripherals and Accessories, go to www.motorola.com/mc70

**Regulatory**

| | |
|---|---|
| Electrical Safety: | Certified to UL / cUL 60950-1, IEC / EN60950-1 |
| Environmental: | RoHS-compliant |
| WLAN and Bluetooth: | USA: FCC Part 15.247, 15.407; Canada: RSS-210; EU: EN 300 328-1, EN 301 893; Japan: ARIB STD-T33, ARIB STD-T66, ARIB STD-T71; Australia: AS/NZS 4268 |
| Quad Band GSM/ EDGE (850, 900, 1800 and 900 bands): | Global: 3GPP TS 51.010, GCF approved module; USA: FCC Part  22 , Part 24; Canada: RSS-132, RSS-133; EU: EN301 511; Australia: AS/ACIF S 018, AS TS 001 |
| RF Exposure: | USA: FCC Part 2, FCC OET Bulletin 65 Supplement C; Canada: RSS-102; EU: EN 50360; Australia: AS/NZ 2772.1, ARPANSA |
| CDMA-EVDO Rev. 0: | Verizon/Sprint/AllTel/Bell Mobility For latest information, contact your local Motorola representative. |
| EMI/RFI: | North America: FCC Part 15; Canada: ICES 003 Class B; EU: EN55022 Class B, EN 301 489-1, EN 301 489-7, EN 310 489-17, EN 60601-1-2; Australia: AS/NZS CISPRA 22 |
| Laser Safety: | IEC Class2/FDA Class II in accordance with IEC60825-1/EN60825-1 |

**Hazardous Location Certifications**

Class I, Division II, A,B,C,D (Select Configurations Only)

For countries outside USA, Canada,  European Economic Area, Japan or Australia consult your local Motorola representative

**Warranty**

The MC70 is warranted against defects in workmanship and materials for a period of 12 months from date of shipment, provided that the product remains unmodified and is operated under normal and proper conditions.

 



**Trigger handle**

**Vehicle cradle**

**Single-slot cradle**

**4-slot battery toaster**

**Magnetic Stripe Reader**

**Vehicle and charging cables**

**Snap-ons for GPS or RFID**

**Belt clip**

**4-slot cradle**

A full suite of accessories and 3rd-party peripherals provides convenient charging of MC70 devices and batteries as well as customization for a variety of vertical applications, from trigger handles that increase user comfort to Global Positioning Systems that provide 24-hour, three-dimensional position, velocity and time information to magnetic stripe readers that enable on-the-spot credit card processing and more.

**GSM/EDGE Network Support**



**CDMA-EVDO Rev. 0 Network Support**









 **MOTOROLA**

motorola.com

Part number SS-MC70. Printed in USA 04/08. MOTOROLA and the Stylized M Logo are registered in the US Patent & Trademark Office.  Symbol is a registered trademark of Symbol Technologies, Inc. All other product or service names are the property of their respective owners. ©Motorola, Inc. 2008. All rights reserved. For system, product or services availability and specific information within your country, please contact your local Motorola office or Business Partner. Specifications are subject to change without notice.

# EXHIBIT D

# PPT 8800 Series

**symbol**

With Windows Mobile™ 2003 Software
for Pocket PCs

ENTERPRISE PDA



## The New Standard for Mobile PDAs

The PPT 8800 with Windows Mobile™ 2003 software for Pocket PCs from Symbol Technologies delivers real-time information right into the hands of your mobile workforce with superior data collection, wireless communications and processing power plus the new Microsoft® operating system.

Its consumer-grade PDA styling, compact size and versatility makes the PPT 8800 with Windows Mobile 2003 software for Pocket PCs the ideal mobile computer for a variety of applications from field sales, service and delivery to public safety and more.

| Market | Applications | Users |
|---|---|---|
| Healthcare | Medication administration<br>Positive patient ID<br>Inventory/supply management<br>Vital and specimen collection<br>Pharmacy and nursing orders<br>Tracking of records, X-rays, etc. | Nurses<br>Doctors<br>Pharmacists |
| Retail | Line-busting<br>Receiving/put-away<br>Inventory management<br>Price audits/changes<br>Portable point of sale | Store Managers<br>Sales associates<br>Receiving-dock personnel<br>Stock-room personnel<br>Supervisors |
| Hospitality | Guest check-in<br>Baggage check-in/ check-out<br>Inventory Management<br>Property Management<br>Express Check-in | Hotels and resorts<br>Amusement and entertainment<br>Casinos and gaming<br>Food and beverage<br>Convention centers<br>Airlines/airports |

## The Essential Tool for Mission-Critical Applications

Designed for mobile workers and managers within the enterprise who require a rugged, high-performance, handheld computer far more durable and reliable than typical consumer devices, the PPT 8800 with Windows Mobile 2003 software for Pocket PCs is powerful enough to execute mission-critical applications, yet small and light enough to be carried in a pocket or on the hip. Its versatile features support broad systems deployments, including ample memory capacity, USB client, AirBEAM®, IEEE 802.11b and Bluetooth™ connectivity, to name a few. The new Windows Mobile operating system from Microsoft enables you to quickly and easily port your existing applications, and standards-based APIs further enhance your capabilities in a familiar development environment.

## Deploy the PPT 8800 with Confidence

The PPT 8800 with Windows Mobile 2003 software for Pocket PCs helps you maximize the productivity of your mobile workforce. It's full line of software, peripherals, accessories and services add compelling value to the operations of companies and enterprises worldwide. This enterprise-friendly PDA expands on an existing line of Pocket PC-based mobile

| Features | Benefits |
|---|---|
| Small and lightweight | Fits in your pocket or on the hip |
| Large vibrant color display | Easy to see in many environments |
| Extremely rugged | Endures extreme temperatures and multiple drops to concrete |
| Sealed to IP54 standards | Protects against water and dust to ensure reliable performance in rough conditions |
| 1D laser bar code scanning with RSS support | Captures information accurately every time |
| Standards-based wireless networking: IEEE 802.11b (WLAN), Bluetooth™ (WPAN) or IEEE 802.11b/built-in Bluetooth coexistence solution | Enables real-time communications and decision making; secure mobile transactions and investment protection |
| Microsoft Windows Mobile 2003 software for Pocket PCs | Microsoft's latest standard operating system for handheld devices |
| Intel® XScale™ architecture running at 400 MHz | High-speed CPU performance for robust enterprise applications |
| Rechargeable/replaceable lithium-ion battery | Maximum usage between charges increases mobile worker efficiency |
| Backlit keypad options | Flexible functionality and keypad layout for targeted applications |
| Serial, USB and IrDA Connectivity | Provides multiple communication and charging options, and support for an array of snap-on accessories |
| Supports AirBEAM® | Enhances wireless device management specifically for enterprises |

computing products from Symbol, with thousands of devices successfully installed in a variety of applications and industries.

To find out how the PPT 8800 can increase your productivity and profitability, call any of our convenient locations or visit us at **www.symbol.com/mobile**

# PPT 8800 Specification Highlights

## Physical Characteristics

| | |
|---|---|
| Dimensions: | 1.28 in. H x 3.22 in. W x 5.75 in. L<br>32.4 mm H x 81.8 mm W x 146 mm L |
| Weight : | Batch with battery: 10.4 oz/295 g<br>WLAN with battery: 11.1 oz/315 g |
| Display: | Transflective color TFT-LCD, 65K colors,<br>240 (W) x 320 (L) (QVGA size) |
| Touch Panel: | Glass analog resistive touch |
| Backlight: | LED backlight |
| Main Battery: | Rechargeable Lithium Ion 1700 mAh (3.7V) |
| Backup Battery: | Ni-MH battery (rechargeable), 15mAh (2.4V) 2 cells |

## Performance Characteristics

| | |
|---|---|
| CPU: | Intel® Xscale™ 400 Mhz processor |
| Operating Platform: | Microsoft Windows Mobile 2003 for Pocket PCs |
| Memory: | 64 MB RAM/64 MB ROM |
| Compact Flash (CF) card slot: | Embedded Type II |
| Communications:<br>Interface: | IrDA standard v1.2 (115 kbps)<br>Serial RS-232 (115 kbps)<br>USB Client |
| Embedded wireless options: | IEEE 802.11b Spectrum24® CF<br>Bluetooth CF with Encryption support<br>Dual-radio: Bluetooth module and WLAN<br>Spectrum24® CF coexistence solution |
| Audio: | Speaker, microphone, headset jack |
| Notification: | LED, beeper or vibrator |
| Keypad Options: | Backlit standard PDA version and backlit 15-key<br>with power button version |
| 1D Decode Capability: | UPC/EAN/JAN, Code 39, Code 93, Code 128,<br>Interleaved 2 of 5, Discrete 2 of 5, NW-7,<br>UCC/EAN-128, RSS variants |
| LED Display: | Upper front center (amber and green) |
| Scan Triggers: | Left and right trigger buttons |

## User Environment

| | |
|---|---|
| Operating Temperature: | 14° to 122° F/-10° to +50° C |
| Storage Temperature: | -13° to 158° F/-25° to 70° C |
| Environmental Sealing: | IP54 Category II |
| Humidity: | 5% to 90% relative humidity (noncondensing) |
| Drop Specification: | 4 ft./1.2 m drop to concrete |
| Ambient Light: | Indoor: 450 ft.-candles (4,842 LUX)<br>Outdoor: 8,000 ft.-candles (86,112 LUX) |
| Electrostatic Discharge (ESD): | ±15 kVDC (air); ±8 kVDC (contact) |

## Wireless Data Communications

| | |
|---|---|
| Wireless Local Area (WLAN): | Network Optional IEEE standards-based<br>Spectrum24® 802.11b |
| Data Rate: | 11 Mbps (direct sequence) |
| Frequency Range: | Country dependent; typically 2.4 to 2.5 GHz |
| Output Power: | 100 mW US; 100 mW international |
| Spreading Technique: | Direct Sequence |
| Antenna: | Internal |
| Wireless Personal Area<br>Network (WPAN): | Bluetooth™ IEEE 802.15 |

## Peripherals and Accessories

| | |
|---|---|
| Larger Capacity Battery (LCB): | 3400 mAh battery with door Kit, Spare 3400 mAh<br>battery |
| Cradles: | Single-slot serial charging with spare standard<br>battery charging; single-slot B with spare standard<br>or larger capacity battery (LCB) support; four-slot<br>Ethernet (connectivity); four-slot serial. Single-<br>slot B and four-slot cradles support terminal with<br>standard battery, terminal with LCB, or terminal<br>with trigger handle attached |
| Communication and Charging<br>Cables: | Synchronization/charging cable; workable<br>power supplies and cables |
| 4-Slot Universal Battery<br>Charger (UBC): | Simultaneous charge of 1-4 batteries; requires<br>adapters for PPT 8800 1700 mAh/3400 mAh<br>batteries |
| Vertical-specific attachments: | Pistol-grip trigger handle, magnetic stripe reader,<br>universal cable cup with attachable auto, DEX,<br>printer, and USB cables |
| Other Accessories: | Holster with easy release clip; holster with velcro<br>belt clasp and belt; slim carrying case; hand strap;<br>neck strap |

## Regulatory

| | |
|---|---|
| Electrical Safety: | Certified to UL1950, CSA C22.2 No. 950,<br>EN60950/IEC950 |
| EMI/RFI: | FCC Part 15 Class B, ICES-003 Class B, European<br>Union EMC Directive, Australian SMA |
| Laser Safety: | CDRH Class II, IEC Class 2 |
| Hazardous Locations: | Certified to UL for use in Class I, Division 2,<br>Groups A, B, C, D for specific PPT88XX configurations |

 

Specifications are subject to change without notice. Symbol®, AirBEAM® and Spectrum24® are registered trademarks of Symbol Technologies, Inc. All other trademarks and service marks are proprietary to their respective owners.

For system, product or services availability and specific information within your country, please contact your local Symbol Technologies office or Business Partner.

*Corporate Headquarters*
**Symbol Technologies, Inc.**
One Symbol Plaza
Holtsville, NY 11742-1300
TEL: +1.800.722.6234/+1.631.738.2400
FAX: +1.631.738.5990

*For Asia Pacific Area*
**Symbol Technologies Asia, Inc.**
(Singapore Branch)
Asia Pacific Division
230 Victoria Street #05-07/09
Bugis Junction Office Tower
Singapore 188024
TEL: +65.6796.9600
FAX: +65.6337.6488

*For Europe, Middle East and Africa*
**Symbol Technologies**
EMEA Division
Symbol Place, Winnersh Triangle
Berkshire, England RG41 5TP
TEL: +44.118.9457000
FAX: +44.118.9457500

*For North America, Latin America and Canada*
**Symbol Technologies**
The Americas
One Symbol Plaza
Holtsville, NY 11742-1300
TEL: +1.800.722.6234/+1.631.738.2400
FAX: +1.631.738.5990

**Symbol Website**
For a complete list of Symbol subsidiaries and business partners worldwide contact us at:
**www.symbol.com**
Or contact our pre-sales team at:
**www.symbol.com/sales**



PPT8800WM 09/03

Part No. PPT8800WM  Printed in USA 09/03 © Copyright 2003 Symbol Technologies, Inc.
All rights reserved. Symbol is an ISO 9001 and ISO 9002 UKAS, RVC, and RAB Registered company, as scope definitions apply.



# EXHIBIT E

# XM60 Series Specifications

JANAM

## TECHNICAL

| | |
|---|---|
| Operating System | Microsoft® Windows® CE 5.0 |
| Processor | Freescale™ MX21-266MHz |
| Memory | 64MB SDRAM |
| | 64MB NAND |
| Expansion | User accessible mini-SD slot; compatible with up to 4GB mini-SD card |
| Battery | Swappable 3.7V 1880mAh rechargeable Li-ion |
| Backup Battery | Rechargeable 20mAh Ni-MH |

## PHYSICAL

| | |
|---|---|
| Dimensions | 1.20" H x 3.11" W x 5.75" L / 30.5mm H x 79mm W x 146mm L |
| Weight | 9.88oz / 280g |
| Keypad | Backlit numeric keypad |
| Display Size | 2.17" W x 2.95" L / 55.0mm W x 75.0mm L |
| Display Type | 262K colors TFT QVGA (240x320) |
| Touch Panel | Analog resistance type; stylus input |

## ENVIRONMENTAL

| | |
|---|---|
| Operating Temp | -4° to 122°F / -20° to 50°C |
| Storage Temp | -13° to 158°F / -25° to 70°C |
| Humidity | 5% to 90% RH (no condensation) |
| Drop | Multiple 4ft / 1.2m drops to concrete on all sides across a wide temperature range |
| Water & Dust | IP54 Category II |
| Vibration | 0.03 G$^2$/Hz from 20Hz to 2kHz; 1 hour random wave per axis |
| Electro Static Discharge (ESD) | +/- 15kVDC air; +/- 8kVDC contact |
| Sterilization | 76.9% to 81.4% concentration alcohol rub |
| Ambient Light | 450ft-candelas (artificial light); 8000ft-candelas (sunlight) |

## INTERFACE FEATURES

| | |
|---|---|
| Audio | Speaker and Microphone |
| Alerts | Vibration, LED indicators, audio beep |
| LED Indicators | Tri-color |
| Scan Triggers | Left, right, center buttons |

## DATA CAPTURE

| | |
|---|---|
| Imager | 1D/2D Adaptus® Imaging Technology; 752 x 480 pixel CMOS area imager |
| 1D Symbologies | China Post, Codabar, Codablock F, Code 11, Code 16K, Code 32 Pharmaceutical (PARAF), Code 39, Code 49, Code 93 and 93i, Code 128, EAN-8, EAN-13, Interleaved 2 of 5, ISBT 128, Matrix 2 of 5, Korea Post, MSI, Plessey Code, PosiCode, Reduced Space Symbology (RSS-144, RSS Limited, RSS Expanded), Straight 2 of 5 IATA (two-bar start/stop), Straight 2 of 5 Industrial (three-bar start/stop), Telepen, Trioptic Code, UPC-A, UPC-A with Extended Coupon Code, UPC-E, UPC-E1 |
| 2D Symbologies | PDF417 (EAN-UCC Composite, MicroPDF417, PDF417, TCIF Linked Code 39, TLC39), 4-CB (4-State Customer Barcode), Australian Post, Aztec Code, Aztec Mesas, British Post, Canadian Post, Data Matrix, ID-tag (UPU 4-State), Japanese Post, KIX (Netherlands) Post, MaxiCode, OCR, Planet Code, Postnet, QR Code |

## DATA COMMUNICATION

| | |
|---|---|
| IrDA | Standard v1.2 (up to 115,200bps) |
| USB | v1.1 client (up to 12Mbps), OTG support |
| WPAN | Bluetooth v1.2 |
| WLAN | IEEE 802.11b/g radio, 2.4GHz |

## ACCESSORIES

| | | |
|---|---|---|
| Single Slot Cradle Kit | RFID Reader | Stylus 5-Pack |
| Four Slot Cradle Kit | Cable Cup | Stylus Tether |
| Modem Cradle Kit | Vehicle Charger | Nylon Holster |
| Larger Capacity Battery | Synching/Charging Cables | Adjustable Handstrap |
| Magnetic Stripe Reader | Battery Charger | |

## SAFETY/REGULATORY

| | |
|---|---|
| Safety | UL60950-1, CSA C22.2 No. 60950-1-03, EN60950-1:2001+A11, GS, NOM |
| EMI | FCC Part 15 Subpart B, EN55022:1998+A1: 200+A2:2003, EN55024:1998+A1:2000+A2:2003, ICES-003 Issue 4, AS/NZS CISPR 22:2004 |
| RF | FCC Part 15 Subpart C and Suppart B, EN300 328 v1.6.1 (2004-11), EN301 489-1 v1.6.1 (2005-09), EN301 489-17 v1.2.1 (2002-08), RSS 210 Issue 6, COFETEL |
| Hazardous Locations | UL Listing (US and Canada) Class 1, Division 2, Groups A, B, C, D |

# EXHIBIT F

| | **RTOS Evaluation Project** | | |
|---|---|---|---|
| **Dedicated Systems** *Experts* | | | |
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:  **1** | Date:  **August 18, 2004** | |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

# WINDOWS CE 5.0

© Copyright Dedicated Systems Experts NV. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.

**Disclaimer**

**Although all care has been taken to obtain correct information and accurate test results, Dedicated Systems Experts and Dedicated Systems Magazine cannot be liable for any incidental or consequential damages (including damages for loss of business, profits or the like) arising out of the use of the information provided in this report, even if Dedicated Systems Experts and Dedicated Systems Magazine have been advised of the possibility of such damages.**

**http://www.dedicated-systems.com**

**E-mail: info@dedicated-systems.com**

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



| | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Doc no.:   **EVA-2.9-OS-CE 5.0-01** | Issue:   **1** | Date: | **August 18, 2004** |

http://www.dedicated-systems.com
email :info@dedicated-systems.com

# EVALUATION REPORT LICENSE

This is a legal agreement between you (the downloader of this document) and/or your company and the company DEDICATED SYSTEMS EXPERTS NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.

It is not possible to download this document without registering and accepting this agreement on-line.

1. **GRANT.** Subject to the provisions contained herein, Dedicated Systems Experts hereby grants you a non-exclusive license to use its accompanying proprietary evaluation report for projects where you or your company are involved as major contractor or subcontractor. You are not entitled to support or telephone assistance in connection with this license.

2. **PRODUCT.** Dedicated Systems Experts shall furnish the evaluation report to you electronically via Internet. This license does not grant you any right to any enhancement or update to the document.

3. **TITLE.** Title, ownership rights, and intellectual property rights in and to the document shall remain in Dedicated Systems Experts and/or its suppliers or evaluated product manufacturers. The copyright laws of Belgium and all international copyright treaties protect the documents.

4. **CONTENT.** Title, ownership rights, and an intellectual property right in and to the content accessed through the document is the property of the applicable content owner and may be protected by applicable copyright or other law. This License gives you no rights to such content.

5. **YOU CAN NOT:**
   - You can not, make (or allow anyone else make) copies, whether digital, printed, photographic or others, except for backup reasons. The number of copies should be limited to 2. The copies should be exact replicates of the original (in paper or electronic format) with all copyright notices and logos.
   - You can not, place (or allow anyone else place) the evaluation report on an electronic board or other form of on line service without authorisation.

6. **INDEMNIFICATION.** You agree to indemnify and hold harmless Dedicated Systems Experts against any damages or liability of any kind arising from any use of this product other than the permitted uses specified in this agreement.

7. **DISCLAIMER OF WARRANTY.** All documents published by Dedicated Systems Experts on the World Wide Web Server or by any other means are provided "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. This disclaimer of warranty constitutes an essential part of the agreement.

8. **LIMITATION OF LIABILITY.** Neither Dedicated Systems Experts nor any of its directors, employees, partners or agents shall, under any circumstances, be liable to any person for any special, incidental, indirect or consequential damages, including, without limitation, damages resulting from use of OR RELIANCE ON the INFORMATION presented, loss of profits or revenues or costs of replacement goods, even if informed in advance of the possibility of such damages.

9. **ACCURACY OF INFORMATION.** Every effort has been made to ensure the accuracy of the information presented herein. However Dedicated Systems Experts assumes no responsibility for the accuracy of the information. Product information is subject to change without notice. Changes, if any, will be incorporated in new editions of these publications. Dedicated Systems Experts may make improvements and/or changes in the products and/or the programs described in these publications at any time without notice. Mention of non-Dedicated Systems Experts products or services is for information purposes only and constitutes neither an endorsement nor a recommendation.

10. **JURISDICTION.** In case of any problems, the court of BRUSSELS-BELGIUM will have exclusive jurisdiction.

**Agreed by downloading the document via the internet.**

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|----------|----------------------|--------|---|--|-------|-----------------|

1 Introduction ........................................................................................................... 6
  1.1 Purpose and scope ........................................................................................... 6
  1.2 Document issue: the 2.9 framework ................................................................. 6
  1.3 Related documents ........................................................................................... 7
2 Results summary .................................................................................................. 8
  2.1 Product evaluated ............................................................................................ 8
  2.2 Theoretical evaluation conclusion .................................................................... 8
    2.2.1 Positive points ........................................................................................... 8
    2.2.2 Negative points ......................................................................................... 8
    2.2.3 Ratings ...................................................................................................... 8
3 Introduction ........................................................................................................... 9
  3.1 Product evaluated ............................................................................................ 9
    3.1.1 RTOS ........................................................................................................ 9
  3.2 Introduction ...................................................................................................... 9
  3.3 Supported CPU ................................................................................................ 9
4 Technical evaluation .......................................................................................... 10
  4.1 OS Architecture ............................................................................................. 10
    4.1.1 Task Handling Method .............................................................................. 12
    4.1.2 Memory Architecture ............................................................................... 14
    4.1.3 Interrupt Handling ................................................................................... 16
    4.1.4 Synchronisation mechanisms ................................................................. 18
  4.2 API richness ................................................................................................... 20
    4.2.1 Task Management .................................................................................... 20
    4.2.2 Clock and Timer ...................................................................................... 21
    4.2.3 Memory Management ............................................................................... 21
    4.2.4 Interrupt Handling ................................................................................... 23
    4.2.5 Synchronization and Exclusion Objects ................................................. 23
    4.2.6 Communication and Message Passing Objects ...................................... 25
  4.3 Documentation .............................................................................................. 27
  4.4 OS Configuration ........................................................................................... 28
    4.4.1 OS boot options ...................................................................................... 28
    4.4.2 OS configuration options ......................................................................... 28
    4.4.3 BSPs ....................................................................................................... 29
    4.4.4 Device drivers ......................................................................................... 29
  4.5 Internet components ....................................................................................... 31
  4.6 Development tools .......................................................................................... 32
5 Appendix A: Vendor comments ......................................................................... 35
6 Appendix B: Acronyms ....................................................................................... 36
7 Appendix C: Document revision history ............................................................. 37
  7.1 Issue 1.0 (April 19, 2004) .............................................................................. 37

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

# Dedicated Systems Experts

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

# Dedicated Systems
## Experts

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

## DOCUMENT CHANGE LOG

| Issue No. | Revised Issue Date | Para's / Pages Affected | Reason for Change |
|---|---|---|---|
| 1 | August 24, 2004 | All | Initial Issue |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



**RTOS Evaluation Project**

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | Date: | August 18, 2004 |
|---|---|---|---|---|---|

# 1 Introduction

## 1.1 Purpose and scope

This paper presents the qualitative evaluation results of the Windows CE 5.0 operating system. Test results of the Windows CE operating system on a X86 platform can be found also on the website: "Ce 5.0 on a X86 platform." [Doc. 5].

The layout and the content of this report follow the one depicted in "The evaluation test report definition." [Doc. 3] and "The OS evaluation template." [Doc. 4]. See section 1.3 of this document for more detailed references of these documents. Therefore these documents have to be seen as an integral part of this report.

Due to the tightly coupling between these documents, the framework version of "The OS evaluation template." has to match the framework version of this evaluation report (which is 2.9). More information about the versioning of documents, tests and the relations between both can be found in "The evaluation framework." see [Doc. 1] in section 1.3 of this document.

## 1.2 Document issue: the 2.9 framework

This document shows the results in the scope of the evaluation framework 2.9.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



| | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

## 1.3  Related documents

These are documents that are closely related to this document. They can all be downloaded using following link:

http://www.dedicated-systems.com/encyc/buyersguide/rtos/evaluations

Doc. 1     The evaluation framework.
This document presents the evaluation framework. It also indicates which documents are available, and how their name giving, numbering and versioning are related. This document is the base document of the evaluation framework.
EVA-2.9-GEN-01                         Issue: 1        Date: April 19, 2004

Doc. 2     What is a good RTOS?
This document presents the criteria that Dedicated Systems Experts use to give an operating system the label "Real-Time". The evaluation tests are based upon the criteria defined in this document.
EVA-2.9-GEN-02                    Issue: TBD      Date: TBD

Doc. 3     The evaluation test report definition.
This document presents the different tests issued in this report together with the flowcharts and the generic pseudo code for each test. Test labels are all defined in this document.
EVA-2.9-GEN-03                    Issue: 1        Date: April 19,2004

Doc. 4     The OS evaluation template.
This document presents the layout used for all reports in a certain framework.
EVA-2.9-GEN-04                    Issue: 1        Date: April 19, 2004

Doc. 5     OSE 4.5.1 on a PPC platform.
This document presents the layout used for all reports in a certain framework.
EVA-2.9-OS-OSE-PPC-01          Issue: 1        Date: April 19, 2004

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



| Dedicated Systems Experts | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:  **1** | Date:  **August 18, 2004** | |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

# 2  Results summary

## 2.1  Product evaluated

Windows CE 5.0 Microsoft Corporation, Inc.(x86 platform)

## 2.2  Theoretical evaluation conclusion

### 2.2.1  Positive points

– Extensive platform support
– Generally good real-time performance

### 2.2.2  Negative points

– Documentation insufficient for such a complex system

### 2.2.3  Ratings

For a description of the ratings, see [Doc. 3].

| | | | |
|---|---|---|---|
| RTOS Architecture | 0 | 8 | 10 |
| OS Documentation | 0 | 6 | 10 |
| OS Configuration | 0 | 7 | 10 |
| Internet Components | 0 | 9 | 10 |
| Development Tools | 0 | 8 | 10 |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

# 3  Introduction

## 3.1  Product evaluated

### 3.1.1  RTOS

Windows CE 5.0 Microsoft Corporation, Inc.(x86 platform)

## 3.2  Introduction

The Windows CE RTOS provides multiple built-in configurations (Tiny Kernel, Enterprise Terminal, VOIP,....), together with lots of development technology (SDK's, BSP's,..) to customize these configurations. In addition to understand and test the developments made, Windows CE inserted some remote tools. The Windows CE 5.0 RTOS provides real-time application support for time-critical systems.

## 3.3  Supported CPU

Following CPU are supported by Windows CE 5.0:

– An Emulator

– ARMV4T, ARMV4I, ARMV4

– SH3 , SH4

– MIPSIV_FP, MIPSII_FP, MIPSIV, MIPSII, MIPS16

– X86

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



http://www.dedicated-systems.com
email: info@dedicated-systems.com

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

# 4  Technical evaluation

This is the qualitative approach of the evaluation. As such the scores are given in respect of the experiences gathered for the product evaluated, and by definition they aren't based on objective criteria. Therefore this part of the evaluation is not used to differentiate between the three validation logos.

Remark: although the technical evaluation is done in this report, the quantitative test results of this operating system on a certain platform can be found in other reports.

## 4.1  OS Architecture

| RTOS Architecture | 0 | | 8 | 10 |
|---|---|---|---|---|

*Windows CE .NET has a modular architecture and is highly scalable. The virtual memory and privilege level protection make the system robust.*

Windows CE.NET is a priority based pre-emptive real-time operating system with protections between processes and a protected kernel.

For the people that have still doubts about it, we can confirm that Windows CE 5.0 has all the features to make it a valid real-time operating system (this statement is true since Windows CE version 3.0).

It is highly modular, with a relative simple kernel and where optional components run as separated processes. By using separate processes for optional modules the OS becomes more reliable.

System calls are handled in the kernel (by a software trap interface) en redirected to the correct process if needed.

The main advantages of Windows CE are the interoperability with the general purpose windows environment (with technologies like DCOM) and the ease to make windowing applications just like in the general purpose windows operating system. This gives you a large developer base for the non real-time part of your system. The real-time part is better designed by developers with a good understanding of real-time behaviour.

Although it has a modular design so that a minimal configuration can suit small systems, it is to complex and has a to large footprint to be a good solution for deeply embedded systems.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of  Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |



**CE Architecture**



# RTOS Evaluation Project

| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: **August 18, 2004** |
|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



**Redirection of function calls to optional modules**

## 4.1.1 Task Handling Method

### 4.1.1.1 Processes and threads

Windows CE is a classical pre-emptive multitasking system with support for both processes and threads within a process. CE uses a priority based scheduler to decide which thread that is ready to run it will activate. Remark that priority number 0 is highest priority. Threads with the same priority are scheduled using a fair round-robin time slice mechanism. This time-slice quantum can be set for each thread separately.

The number of running processes in windows CE is limited to 32. The reason for this can be located in the partitioning of the virtual memory which is explained further in this document.

The number of running threads within a process is only limited by the available system resources (RAM).

### 4.1.1.2 Thread priorities

Windows CE uses 255 priority levels which is high enough to accommodate complex real-time systems.



**RTOS Evaluation Project**

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

Compared with other RTOS, Windows CE is build to be as compatible as possible with a General Purpose operating system. Nevertheless different changes were done in the kernel to make CE suitable for real-time systems:

– To be compatible with GPOS Windows, the lower 8 priorities are the same as used in the normal Windows SetThreadPriority calls. Thus ported windows applications to CE will not affect the real-time behaviour of the system.

– The 248 highest priority levels can only be set by the specific CeSetThreadPriority call.

An OEM can protect the top most 248 priority levels, so that only the lowest 8 levels are available for applications. This makes it possible to add third-party software without compromising real-time performance.

Microsoft recommends using the priority levels ranges as follows:

– 0 through 96:       Reserved for real-time above drivers

– 97 through 152:   Used by the default Windows CE–based device drivers

– 153 through 247: Reserved for real-time below drivers

– 248 through 255: Mapped to non-real-time priorities

Lucky the system designer can adapt this to his needs: the developer is free to use any priority to fit his application.

Microsoft did a good job to document the default priority of all system and driver threads. These default priorities can be adapted by changing some register settings: well done!

It is a pity that it isn't possible to create a thread with a predefined priority level: each thread is created with the default priority level (THREAD_PRIORITY_NORMAL: 251). Therefore you will need to change the priority of the thread after its creation.

Remark that interrupts run as a thread and as such they use the same priority levels (see the interrupts section further in this document).

### 4.1.1.3 Fibers

Windows CE supports also "Fibers".

Fibers are also thread of executions but NOT managed by the kernel. Each fiber runs in the thread context of the thread that created it.

So fibers are only useful to create your own scheduler within a thread.

This can be maybe used for some exotic applications or for legacy systems, but normally it is not a good idea to use this in real-time systems. Remark that Microsoft disapproves the use of it in its documentation where they state "In general, fibers do not provide advantages over a well-designed multithreaded application".

**OS under evaluation**

http://www.dedicated-systems.com
email: info@dedicated-systems.com

## Dedicated Systems
### Experts

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| OS under evaluation | |
|---|---|
| Supported memory models | ☺ - Processes protected between each other, with multiple threads in one process.<br><br>- Flat memory model: no protection between user processes and kernel. |
| Thread/process priority levels | ☺ 256 levels |
| Max. number of processes | 32 processes |
| Max. number of threads | The maximum number of *threads* in a process is only limited by the amount of memory available. |
| Scheduling policies | Priority based scheduling<br><br>Round-robin between threads at the same priority level, with adjustable time-slice (quantum). When the quantum is set to zero, the thread runs to completion. |
| Number of documented thread states | 5 states (running, suspended, sleeping, blocked, and terminated). |
| Number of undocumented thread states | |

### 4.1.2  Memory Architecture

#### 4.1.2.1  Boot rom

It is possible to configure Windows CE as such, that it can be executed from place in ROM. This saves both booting time (no need to decompress/copy programs into RAM) and RAM.

This is no limitation, booting can be done by flash card, compressed ROM and so on. Of course, in such case the program is not executed in place.

#### 4.1.2.2  Physical memory

Windows CE can manage up to 512MB of physical memory (being it device memory or RAM). Microsoft build-in this limitation on purpose so that CE can run on a lot of embedded processors without compatibility problems. Some of these processors can only manage 512MB physical memory.

Remark that depending on the platform used, the same physical memory can be re-mapped in multiple regions depending on cache settings and privileges for each region. Thus the addressing region can be much larger than the physical 512MB.

The RAM on a Windows CE–based device is divided into two areas: the object store and the program memory.

–  The object store resembles a permanent, virtual RAM disk. Data in the object store is retained when you suspend or perform a soft reset operation on the system (if the device has a backup power supply for the RAM). When operation resumes, the system looks for a previously created object store in RAM and



**RTOS Evaluation Project**

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email:info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

uses it, if one is found. Devices that do not have battery-backed RAM can use the hive-based registry to preserve data during multiple boot processes.

– The program memory consists of the remaining RAM. Program memory works like the RAM in personal computers — it stores the heaps and stacks for the applications that are running.

Dynamic moving memory allocation from object store RAM to program RAM is possible to meet RAM requirements for an application. In the test report 'EVA-2.9-TST-CE-x86-0x.doc' you can see a memory test that tests this. We did a memory tests in a way that the RAM was consumed very fast: the RAM moved until the bottom 64Kb was reached.

#### 4.1.2.3 Virtual memory

When Windows CE OS starts, it creates a single 4-gigabyte (GB) virtual address space. The address space is then divided into two sections: kernel and user space depending on the highest address bit. This is the same as in the general purposes Windows operating systems.

The user space is further divided in 64 slots of 32 MB from which 32 are reserved for the different processes (this makes the 32 processes limit).

All the processes share the virtual address space! However processes do not have access to other processes. This 32 MB virtual address space is to be used for the program/data/heap and so one. It is possible to have access to more virtual memory than this 32MB limit by giving it access rights for the process. This can be done by making some memory accessible from the process (VirtualAlloc) or by using memory mapped files.

| Kernel space | Address | Description |
|---|---|---|
| | 0xFFFF FFFF | Kernel addresses: KPAGE, Trap area, others |
| | 0xE000 0000 | Statically mapped virtual addresses: OEM addtional |
| | 0xC400 0000 | Slot 97: Nk.exe (Secure slot) |
| | 0xC200 0000 | Unused |
| | 0xC000 0000 | Statically mapped virtual addresses: UNCACHED |
| | 0xA000 0000 | Statically mapped virtual addresses: CACHED |
| | 0x8000 0000 | |

| User space | Address | Description |
|---|---|---|
| | 0x7FFF FFFF | Slot 63: Resource mappings |
| | 0x7E00 0000 | |
| | | Slots 33-62: Object store and memory mapped files |
| | 0x4200 0000 | |
| | | Slots 2-32: Processes |
| | 0x0400 0000 | Slot 1: XIP dlls |
| | 0x0200 0000 | Slot 0: Current process |
| | 0x0000 0000 | |

**Windows CE Virtual address space allocations**

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | | Date: **August 18, 2004** |
|---|---|---|---|

#### 4.1.2.4 Paging

Windows CE implements a paged virtual memory management system similar to other Microsoft Windows–based desktop platforms. The page size depends on the platform, but if possible 4,096 bytes (4 KB) is used.

Important in real-time systems is that it is possible to disable paging. In this mode, a module is fully loaded into memory before it is run. So paging faults can not occur during the run of the application.

#### 4.1.2.5 Memory protection

Under normal configurations the MMU is used to protect processes from each other and to protect the kernel space. This is the same as currently used in most General Purposes operating systems.

This protection helps a lot for making reliable systems. However, for some situations the performance penalty of the protection could be too much. In such cases it is possible to configure CE to use no protection between processes and the kernel.

#### 4.1.2.6 Heap

The heap in windows CE is optimized for small objects. However, just like in any real-time system long-time usage can lead to a fragmented heap causing extra lookup delays and even failing allocation requests.

You can add your own heaps in a process. This can then be used for instance for fixed size allocations (preventing fragmentation).

| OS under evaluation | |
|---|---|
| MMU support | Yes (or NOT, can be set in boot loader) |
| Physical Page Size | 1Kb or 4Kb along 64 Kb regions |
| Swapping/Demand Paging | Supported, but can be disabled to achieve real-time performance. |
| Virtual memory | YES |
| Memory protection models | ☺ Full virtual memory protection. Each process runs in its own virtual memory space. This can be disabled for performance reasons. |

## 4.1.3 Interrupt Handling

Interrupt handling in windows CE is a bit different than more tradition RTOS. Microsoft uses the same terminology as we do for the interrupt handling:

– The Interrupt Servicing Routine (ISR): low level routine in the kernel with limited system calls.

– The Interrupt Servicing Thread (IST): thread at application level handling the interrupt with access to all system calls.

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | 1 | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

The difference is that in Windows CE, the ISR is meant to be implemented in the OAL (OEM Abstraction Layer) just for handling the lowest level of the interrupt (interrupt controller). It is not easy to add quickly an ISR... it is even impossible to do this outside the OEM initialization code!

Therefore device drivers will in general run their interrupt handling in the IST. Interrupt service threads act just like any other thread: so they use the same priority system! This means that the system designer can even give an IST a lower priority than some application thread.

This system is shown in the figure below.



**Interrupt handling in Windows CE 5.0**

This system has its pros and contras. The main negative point is the extra delay until the IST is activated. As an advantage it makes interrupt handlers simpler (all system calls available) and gives the system designer a high degree of freedom. Another advantage is that the hardware interrupt levels do not affect the IST priorities.

If however for some real-time constraints shorter latencies are required, it is possible to make a custom ISR by adapting the OAL (in fact by adapting the BSP). As said before: this is not an easy task and can not be used by a device driver for a card that can be used on different platforms.

| OS under evaluation | |
|---|---|
| Handling | ☺ Nested and prioritized |
| | CE uses a thread interrupt model to encourage the use of threads to handle most of the interrupt service work. |
| | OEMs can access a kernel ISR also to perform a minimal amount of work. Windows CE also provides installable ISRs that can be installed. |
| Context | The ISR runs in a special context and uses virtual addresses statically mapped by the OEM. |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

## Dedicated Systems
*Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | 1 | | Date: | **August 18, 2004** |

| OS under evaluation | |
|---|---|
| Context | The ISR runs in a special context and uses virtual addresses statically mapped by the OEM. |
| | The IST is a normal application thread and has its own context and priority like any other thread in the system. |
| Stack | The IST is a normal application thread and has its own stack. |
| Interrupt-to-task communication | Only an event can be used from within the ISR to signal the IST. No other API is accessible from within the ISR. |
| | OEM can create a shared memory region by statically mapping a memory region into the ISR's address space. |

### 4.1.3.1 System timer

The OAL has to implement the system timer interrupt (in fact that is the only required ISR in the kernel) that should activate each millisecond. This interrupt has to check if any time-out is reached and if so signal a "reschedule" event to the kernel. In the other case a "NOP" is signalled to the kernel and no rescheduling occurs.

New in windows CE 5.0 is the ability to slow down the timer interrupt if no threads are running: this is useful for saving power (important for handheld devices).

So the clock timer runs never at thread level and is compact. As long that no time-outs are detected the delay will be small: increment the milliseconds timer and compare it with the reschedule time set by the kernel.

### 4.1.3.2 Hi resolution timers

An OEM can add hi resolution timers for more accurate timing or performance analysis. This is not obligatory (as this will depend on the used hardware platform).

These timers can only be read from an application: they are not used by the kernel in scheduling threads and calculating time-outs.

## 4.1.4 Synchronisation mechanisms

In windows CE, the synchronisation mechanisms can be divided in two distinctive categories:

– Protection mechanisms against simultaneous access: critical sections, mutexes and semaphores.

– Communication mechanisms: events and message queues.

These two categories are so fundamentally different implemented that you should not use protection mechanisms as a communication mean. This is not a negative point, at the contrary: see the sections below.

Main difference with other RTOS is the use of generic wait functions (like WaitForSingleObject) independent of the object type (mutex, semaphore, events but also process and threads). This is the same like in the General Purpose Windows Operating System. As an advantage it is possible to wait on multiple

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



## Dedicated Systems
*Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | 1 | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

objects (until one of them is signalled). For the experienced real-time systems developer (with other RTOS) this system is a bit strange.

### 4.1.4.1 Protection mechanisms

Three mechanisms are foreseen in Windows CE to do this:

– Critical sections: Can only be used within a process

– Counting semaphore: can also be used between processes

– Mutex: like the counting semaphore but without counting

Fundamental here is that Windows CE uses priority inheritance to avoid priority inversion cases! Even better: it is always there, it is impossible to disable priority inheritance!

This is a feature that we didn't find in any other RTOS we evaluated before. In our opinion having priority inheritance always enabled is how it should be done in all RTOS! Remember that the system crash of the Mars Pathfinder was caused by a mutex used in its defaults settings: without priority inheritance enabled!

Of course, some people will argue that this causes the protection mechanisms to be a bit slower. This is true in the average case, but in real-time systems the average is of no importance: the worst-case is the only time we are interested in. Priority inheritance does exactly improve worst-case situations!

In our opinion it doesn't make sense to disable priority inversion whatsoever, just like it is useless to disable the brakes of a car…

One remark here: priority inheritance works only at one level. When using a second protection mechanism while the priority is already increased will not cause a second inheritance. This is not a main problem: using a second protection while already in a protected area is just an example of bad design and should never happen in any well build real-time system.

### 4.1.4.2 Communication mechanisms

Following communication mechanisms are foreseen in Windows CE:

– Events: to signal that something occurred, can be used between processes.

– Message queues: to pass data between threads (not usable between processes).

Not much to explain here: these mechanisms behave like in most other RTOS.

If there is need to pass data between processes, then shared memory can be used to do so.

### 4.1.4.3 Interlocked mechanisms

Windows CE has also some InterLockedXxx API calls available to perform atomic operations like incrementing and decrementing a counter.



| | RTOS Evaluation Project | | | |
|---|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | | Date: **August 18, 2004** | |

## 4.2 API richness

*Windows CE 5.0 uses a subset of the Win32 API. This API provides the most commonly used kernel features.*

It should be noted to the reader that the tables below only make an inventory of the kernel related APIs. The Win32 API includes a very large amount of interfaces that provide features that are beyond the scope of this study.

The tables below make an inventory of basic real-time objects and features present in the POSIX and OS proprietary interfaces.

While interpreting these results, the reader should keep in mind that these tables cover a strictly defined set of system calls only. As it is very hard to compare the different API for the different operating systems, no points are given for this section. The reader should use this section to check if the API calls he needs for his application are available or not.

In general, the more system calls are available, the easier it is for the programmer to find the correct call for it's application, without writing an own library with for instance wrapper calls…

### 4.2.1 Task Management

| Thread management | YES |
|---|:---:|
| Get stack size | ✔ |
| Set stack size | ✔ |
| Get stack address | ✔ |
| Set stack address | - |
| Get thread state | ✔ |
| Set thread state | ✔ |
| Get TCB | ✔[1] |
| Set TCB | ✔ |
| Get priority | ✔ |
| Set priority | ✔ |
| Get thread ID | ✔ |
| Thread state change handler | - |
| Get current stack pointer | ✔ |

---

[1] This structure is called a thread context in Windows CE

http://www.dedicated-systems.com email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems Experts | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: | **August 18, 2004** |

| Thread management | YES |
|---|---|
| Set thread CPU usage | - |
| Set scheduling mechanism | ✔ |
| Lock thread in memory | _[2] |
| Disable scheduling | ✔ |

### 4.2.2 Clock and Timer

| Clock | YES |
|---|---|
| Get time of day | ✔ |
| Set time of day | ✔ |
| Get resolution | ✔ |
| Set resolution | ✔ |
| Adjust time | ✔ |
| Read counter register | ✔ |
| Automatically adjust time | ✔ |

| Interval timer | YES |
|---|---|
| Timer expires on an absolute date | - |
| Timer expires on a relative date | ✔ |
| Timer expires cyclical | ✔ |
| Get remaining time | - |
| Get number of overruns | ✔ |
| Connect user routine | ✔ |

### 4.2.3 Memory Management

| Fixed block size partition | NO |
|---|---|
| Set partition size | - |
| Get partition size | - |

---

[2] All threads can be locked in memory at configuration time. Executable modules can be loaded and locked into memory with the "LoadDriver" API

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

| Fixed block size partition | NO |
|---|---|
| Set memory block size | - |
| Get memory block size | - |
| Specify partition location | - |
| Get memory block – blocking | - |
| Get memory block - non blocking | - |
| Get memory block - with timeout | - |
| Release memory block | - |
| Extend partition | - |
| Get number of free memory blocks | - |
| Lock/unlock partition in memory | - |

| Non-fixed block size pool | YES |
|---|---|
| Set pool size | ✓ |
| Get pool size | - |
| Make new pool | ✓ |
| Get memory block size | ✓ |
| Get memory block – blocking | - |
| Get memory block - non blocking | ✓ |
| Get memory block - with timeout | - |
| Release memory block | ✓ |
| Extend pool | ✓[3] |
| Extend block | ✓ |
| Get remaining free bytes | - |
| Lock/unlock pool in memory | ✓ |
| Lock/unlock block in memory | ✓ |

---

[3] The heap cannot be extended with an API, but the system automatically extends it when necessary.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

## 4.2.4 Interrupt Handling

| Interrupt handling | YES |
|---|:---:|
| Attach interrupt handler | ✓ |
| Detach interrupt handler | ✓ |
| Wait for interrupt – blocking | - |
| Wait for interrupt - with timeout | - |
| Raise interrupt | - |
| Disable/Enable hardware interrupts | ✓ |
| Mask/Unmask a hardware interrupt | - |
| Interrupt sharing | ✓ |

## 4.2.5 Synchronization and Exclusion Objects

| Counting semaphore | YES |
|---|:---:|
| Get maximum count | - |
| Set maximum count | ✓ |
| Set initial value | ✓ |
| Share between processes | ✓ |
| Wait - blocking | ✓ |
| Wait - non blocking | ✓ |
| Wait - with timeout | ✓ |
| Post | ✓ |
| Post – Broadcast | ✓ |
| Get status (value) | - |

| Binary semaphore | NO[4] |
|---|:---:|
| Set initial value | - |
| Share between processes | - |

---

[4] Binary semaphores are not explicitly provided, but can easily be simulated by a counting semaphore with maximum count of one.

| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Binary semaphore | NO[4] |
|---|---|
| Wait - blocking | - |
| Wait - non blocking | - |
| Wait - with timeout | - |
| Post | - |
| Get status | - |

| Mutex | YES |
|---|---|
| Set initial value | ✓ |
| Share between processes | ✓ |
| Priority inversion avoidance mechanism | ✓ |
| Recursive getting | ✓ |
| Thread deletion safety | - |
| Wait – blocking | ✓ |
| Wait - non blocking | ✓ |
| Wait - with timeout | ✓ |
| Release | ✓ |
| Get status | - |
| Get owner's thread ID | - |
| Get blocked thread ID | - |

| Conditional variable | NO |
|---|---|
| Pend non blocking | - |
| Pend with timeout | - |
| Pend in fifo / priority order | - |
| Broadcast | - |
| Priority inversion | - |

| Event flags | YES |
|---|---|
| Set one at a time | ✓ |
| Set multiple | - |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems** Experts

**RTOS Evaluation Project**

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

| Event flags | YES |
|---|---|
| Pend on one | ✓ |
| Pend on multiple | ✓ |
| Pend with OR conditions | ✓ |
| Pend with AND conditions | ✓ |
| Pend with AND and OR conditions | - |
| Pend with timeout | ✓ |

| POSIX signals | NO |
|---|---|
| Install signal handler | - |
| Detach signal handler | - |
| Mask/unmask signals | - |
| Identify sender | - |
| Set destination ID | - |
| Set signal ID | - |
| Get signal ID | - |
| Signal thread | - |
| Queued signals | - |

### 4.2.6 Communication and Message Passing Objects

| Queue | YES |
|---|---|
| Set maximum size of message | - |
| Get maximum size of message | ✓ |
| Set size of queue | ✓ |
| Get size of queue | ✓ |
| Get number of messages in queue | ✓ |
| Share between processes | ✓ |
| Receive – blocking | ✓ |
| Receive – non blocking | ✓ |
| Receive – with timeout | ✓ |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## Dedicated Systems Experts

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

| Queue | YES |
|---|---|
| Send - with ACK | ✓ |
| Send - with priority | ✓ |
| Send – OOB (out of band) | - |
| Send - with timeout | ✓ |
| Send – broadcast | - |
| Timestamp | ✓ |
| Notify | - |

| Mailbox | NO[5] |
|---|---|
| Set maximum message size | - |
| Get maximum message size | - |
| Share between processes | - |
| Send - with ACK | - |
| Send - with timeout | - |
| Send – broadcast | - |
| Receive – blocking | - |
| Receive – non blocking | - |
| Receive – with timeout | - |
| Get status | - |

---

[5] A mailbox is in fact nothing more than a message queue that can store no more than one message. It is included for the sake of completeness, but most operating systems do not explicitly support it anymore.

| Dedicated Systems Experts | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 4.3  Documentation

**OS Documentation**    0 ▓▓▓▓▓▓▓▓ 6 □□□□ 10

---

*The documentation does not give a clear and structured overview. It is also lacking in-depth information about the inner workings of the system. Microsoft offers paid premier support for OEMs. Online support can be freely obtained from an extensive online knowledge base on the MSDN website.*

---

Windows CE 5.0 comes with an online documentation set. This documentation set contains a lot of information, but it is not presented in a very structured way. The documentation can easily be used as a reference, but is less appropriate as a tutorial. Newcomers will have a hard time acquiring an overview of the system if this is the only documentation they have at their disposal. It also lacks in-depth information about the inner workings of the system. Documenting the APIs and available features is not enough to provide the reader with a sufficient understanding of a complex system like Windows CE 5.0.

Microsoft does provide an extensive knowledge base on its MSDN website, which can be freely consulted. Premier support for OEMs is available against payment.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| ![Dedicated Systems Experts logo] Dedicated Systems — Experts | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

## 4.4  OS Configuration

**OS Configuration**          0    |▨▨▨▨▨▨▨7      |    10

### 4.4.1  OS boot options

The boot loader follows a semi-chronological order of tasks, but there are some options you can set yourself. It is possible to relocate the run-time image in RAM, the initial place is in flash. It is possible to enable MMU and caches, disabling them is possible by adjusting the config.bib file. Windows CE can obtain an IP address from a DHCP server, the alternative is to assign static IP addresses. For debugging purposes you can add a passive KITL connection which won't disturb the OS.

All the tasks of the boot loader are supported by libraries which make it easier to develop your boot loader.

There are 2 types of binary images that will be used by the boot loader: .bin file and the .nb0 file.

- The most common format for a CE image is the .bin file, it is optimized to minimize the amount of data that needs to be transferred to the device.

- The .nb0 file is useful to place the boot loader image on the target device, the format is a raw binary image of the boot loader. Most of the time the board manufacturer provides a program to do this, but alternatively you can do the same thing through a JTAG connection.

### 4.4.2  OS configuration options

The next step is to use the platform builder to create, customize and configure a platform. Configuring the platform to your requirements is a complicated and intricate process.

Although the platform builder integrated development environment (IDE) includes wizards for creating platforms and components, most of the configuration work will happen through manually editing registry files, manipulating a set of environment variables and modifying various other configuration scripts. This makes the configuration process a difficult task to newcomers.

Some useful options in the build process are : CE Target Control support, Eboot Space in Memory, Full Kernel Mode, KITL connections. Just checking the boxes in the build options tab will enable or disable the options.

We were under the impression that Platform Builder 5.0 has made some progress compared to previous versions in terms of ease of configuration.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems *Experts* | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:   **1** | Date:   | **August 18, 2004** |

### 4.4.3  BSPs

For each kind of platform windows CE provides a BSP, it is possible to create new ones yourself, clone a BSP or modify a BSP.  The option to create global drivers for all BSPs is an advantage.

The following BSPs, which have been reworked to improve their quality, are included in this release:

- Samsung SMDK-2410

- AMD DBAU1000

- AMD DBAU1100

- AMD DBAU1500

- NEC Solution Gear 2 Vr4131

- NEC Solution Gear 2 Vr5500

It is possible to create new BSP's, add boot a loader or drivers to the BSP,... All this can be done with the wizards of the Microsoft Platform builder IDE tools:

- Clone an existing BSP

- Create a new BSP

- Use your new BSP

- Export a BSP for use by OEM Customers

- Import third party BSP into the catalog

The difficulty in this process is that you need to configure you run-time image configuration files so that they use the new BSP.  By changing these files you can easily make mistakes and create the possibility that the build process is disturbed by your changes. Errors will occur but they often don't give enough information to know what's the real problem, searching after these problems is a complicated and time consuming process.  Reinstallation is most of the time the best solution, which is not a real problem because your workspace files will stay intact.

### 4.4.4  Device drivers

Many Windows CE 5.0 device drivers have been reviewed and reworked to improve their quality.

Windows CE Device Drivers are trusted modules, but don't need to run in kernel mode. Many services are provided by the OS to develop an interface that suites the device.

There are 3 kinds of processes that load drivers : (ref : Platform builder help) '

| *Process* | *Drivers* |
|---|---|
| *File System (FileSys.exe)* | *FileSys.exe loads file system drivers. For more information, see File Systems.* |

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of  Dedicated Systems Experts.

http://www.dedicated-systems.com
e-mail: info@dedicated-systems.com

| Dedicated Systems *Experts* | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

| | |
|---|---|
| *Device Manager (Device.exe)* | *Device.exe loads audio drivers, battery drivers, keyboard drivers, mouse drivers, NDIS drivers, notification LED drivers, serial drivers, PC Card drivers, USB drivers, and any other driver that exposes the stream interface. Device.exe loads most of its drivers with ActivateDeviceEx, and these drivers expose a stream interface. For more information, see Device Manager.* |
| *Graphics, Windowing, and Events Subsystem (GWES.exe)* | *GWES.exe loads a device driver if GWES is the only client of a driver. Device drivers loaded by GWES present a standard set of functionality for all similar devices. Drivers that GWES loads may expose the stream interface, but they also may expose different interfaces. This makes accessing the drivers much faster. GWES loads display drivers, printer drivers, and touch screen drivers. For more information, see Shell and User Interface Overview.* |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Dedicated Systems *Experts* | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:  **1** | Date:  **August 18, 2004** | |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 4.5  Internet components

| Internet components | 0 | | 10 |
|---|---|---|---|

*Windows CE 5.0 has very extensive Internet support*

The internet support is divided in modules and components.  These can be found in a structured way among the other catalog items, just clicking to add to your OS design. Adding catalog items is pretty straightforward, but if you use design templates who already have many components then is the customization much more complicated then just removing and adding the components. Most of the time the components are linked and can't be removed before the dependencies of that component are removed too.

The most supporting OS Template for internet components is The Enterprise Web pad design. This configuration supports internet-based applications, including communications and networking functionality's. For more information about the security issues that can affect this template design, see ms-help://MS.WindowsCE.500/wceosdev5/html/wce50conEnterpriseWebPadConfiguration.htm

Windows CE 5.0 comes with an extensive set of Internet products and tools. It includes, among others:

- An HTTP server to post information. The server supports active server pages, ISAPI extensions and filters.

- A web browser for viewing information. The browser is a miniature version of Internet Explorer. It supports frames, tables and Javascript, as well as JPEG, static and animated GIF and WAV files.

- A telnet server to remotely administer devices, or to administer devices that do not have displays.

- Networking protocol support for communicating across the internet/intranet.

Many other tools and utilities are available from third-party vendors.

| Dedicated Systems Experts | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | | Date: **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 4.6  Development tools

| Development tools | 0 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 8 | 10 |

*Platform Builder 5.0 has improved over its predecessor in terms of user friendliness. However, the product still contains some unpleasant bugs.*

*A complete integrated development environment is available on the (Windows based) host, while the real-time Windows CE .NET application runs on the target. Platform builder is available for the platform developers, while other (independent) tools can be used for application development. Platform developers can export an SDK for the application developers.*

Microsoft provides development tools to cater the need of two categories of developers: the platform developers and the application developers.

Platform developers use an integrated development environment called Platform Builder on the Windows based host, while the target runs Windows CE 5.0 with the (real-time) applications. Aside from this platform development tool, Microsoft also provides the Embedded Visual Tools for application development.

The Platform Builder can be used to create a custom SDK (Software Development Kit) based on the Windows CE 5.0 OS to allow developers to write applications that run on the target platform. An SDK is a set of library, header, and Help files that developers use to write applications for a specific platform. The SDK is used in conjunction with the Embedded Visual Tools to create, debug and run custom applications.

☺  Platform Builder 5.0 (PB) has a few new features that make configuring a Windows CE 5.0 image somewhat easier.  A new platform wizard that assists you while creating a new platform is one example. Still, we encountered some very annoying bugs in the tool. Quite often the PB crashes when one disconnects the host from the target. On one occasion, the crash apparently destroyed some key files on our host that rendered it inoperable. Our platform builder needed to be reinstalled for this reason.

PB now uses dirs and sources to sysgen your platform, the makefiles also still exist but are less current.

The table below makes an inventory of the most commonly used tools and features available in PB 5.0.

| | Present (Yes/No) | Integrated in IDE | Standalone | Command based | GUI based |
|---|---|---|---|---|---|
| Editor | | | | | |
| Color highlight | Yes | ✓ | | | ✓ |
| Integrated help | Yes | ✓ | | | ✓ |

| **Dedicated Systems** *Experts* | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

|  | Present (Yes/No) | Integrated in IDE | Standalone | Command based | GUI based |
|---|---|---|---|---|---|
| Automatic code layout | No | | | | |
| Compiler | | | | | |
| C | YES | ✓ | ✓ | ✓ | ✓ |
| C++ | YES | ✓ | ✓ | ✓ | ✓ |
| Ada | No | | | | |
| Assembler | Yes | ✓ | ✓ | ✓ | ✓ |
| Linker | | | | | |
| Incremental | Yes | ✓ | ✓ | ✓ | ✓ |
| Symbol table generation | Yes | ✓ | ✓ | ✓ | ✓ |
| Development tools | | | | | |
| Profiler | Yes | | ✓ | ✓ | |
| Project management | Yes | ✓ | | | ✓ |
| Source code control | Yes | ✓ | | | ✓ |
| Revision control | Yes | ✓ | | | ✓ |
| Debugger | | | | | |
| Symbolic debugger | Yes | ✓ | | | ✓ |
| Thread sensitive debugging | Yes | ✓ | | | ✓ |
| Mixed source and disassembly | Yes | ✓ | | | ✓ |
| Variable inspect | Yes | ✓ | | | ✓ |
| Structure inspect | Yes | ✓ | | | ✓ |
| Memory inspect | Yes | ✓ | | | ✓ |
| Register inspect | Yes | ✓ | | | ✓ |
| Target connection | | | | | |
| JTAG | TBD | | | | |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|----------|----------------------|--------|---|--|-------|-----------------|

| | Present (Yes/No) | Integrated in IDE | Standalone | Command based | GUI based |
|---|---|---|---|---|---|
| BDM | TBD | | | | |
| Serial (via ROM-Monitor or app?) | Yes | | | | ✓ |
| Network (via ROM-Monitor or app?) | Yes | | | | ✓ |
| | | | | | |
| System analysis tool | | | | | |
| Tracing | Yes | ✓ | ✓ | | ✓ |
| Thread information | Yes | | ✓ | | ✓ |
| Interrupt information | Yes | | ✓ | | ✓ |
| Loader | | | | | |
| TFTP boot loader | Yes | ✓ | ✓ | | ✓ |
| Serial boot loader | Yes | ✓ | ✓ | | ✓ |
| Load separate modules | Yes | ✓ | | | ✓ |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

# 5  Appendix A: Vendor comments



# RTOS Evaluation Project

Doc no.:   **EVA-2.9-OS-CE 5.0-01**     Issue:   1                    Date:   **August 18, 2004**

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 6 Appendix B: Acronyms

| Acronym | Explanation |
|---------|-------------|
| API | Application Programmers Interface: calls used to call code from a library or system. |
| BSP | Board Support Package: all code and device drivers to get the OS running on a certain board |
| DSP | Digital Signal Processor |
| FIFO | First In First Out: a queuing rule |
| GPOS | General Purpose Operating System |
| GUI | Graphical User Interface |
| IDE | Integrated Development Environment (GUI tool used to develop and debug applications) |
| IRQ | Interrupt Request |
| ISR | Interrupt Servicing Routine |
| MMU | Memory Management Unit |
| OS | Operating System |
| PCI | Peripheral Component Interconnect: bus to connect devices, used in all PCs! |
| PIC | Programmable Interrupt Controller |
| PMC | PCI Mezzanine Card |
| PrPMC | Processor PMC: a PMC with the processor |
| RTOS | Real-Time Operating System |
| SDK | Software Development Kit |
| SoC | System on a Chip |
|  |  |



**RTOS Evaluation Project**

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

# 7 Appendix C: Document revision history

## 7.1   Issue 1.0 (April 19, 2004)

Initial version

| Dedicated Systems *Experts* | RTOS Evaluation Project | | |
|---|---|---|---|
| Date:     **April 29, 2004** | Doc     **EVA-2.9-GEN-03** | | Issue:     **1** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

# EVALUATION REPORT

# DEFINITION

© Copyright Dedicated Systems Experts NV. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.

## Disclaimer

Although all care has been taken to obtain correct information and accurate test results, Dedicated Systems Experts and Dedicated Systems Magazine cannot be liable for any incidental or consequential damages (including damages for loss of business, profits or the like) arising out of the use of the information provided in this report, even if Dedicated Systems Experts and Dedicated Systems Magazine have been advised of the possibility of such damages.

http://www.dedicated-systems.com

Email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com


**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |

## EVALUATION REPORT LICENSE

This is a legal agreement between you (the downloader of this document) and/or your company and the company DEDICATED SYSTEMS EXPERTS NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.
It is not possible to download this document without registering and accepting this agreement on-line.

1. **GRANT.** Subject to the provisions contained herein, Dedicated Systems Experts hereby grants you a non-exclusive license to use its accompanying proprietary evaluation report for projects where you or your company are involved as major contractor or subcontractor. You are not entitled to support or telephone assistance in connection with this license.

2. **PRODUCT.** Dedicated Systems Experts shall furnish the evaluation report to you electronically via Internet. This license does not grant you any right to any enhancement or update to the document.

3. **TITLE.** Title, ownership rights, and intellectual property rights in and to the document shall remain in Dedicated Systems Experts and/or its suppliers or evaluated product manufacturers. The copyright laws of Belgium and all international copyright treaties protect the documents.

4. **CONTENT.** Title, ownership rights, and an intellectual property right in and to the content accessed through the document is the property of the applicable content owner and may be protected by applicable copyright or other law. This License gives you no rights to such content.

5. **YOU CAN NOT**:
   - You cannot, make (or allow anyone else make) copies, whether digital, printed, photographic or others, except for backup reasons. The number of copies should be limited to 2. The copies should be exact replicates of the original (in paper or electronic format) with all copyright notices and logos.
   - You cannot, place (or allow anyone else place) the evaluation report on an electronic board or other form of on line service without authorization.

6. **INDEMNIFICATION.** You agree to indemnify and hold harmless Dedicated Systems Experts against any damages or liability of any kind arising from any use of this product other than the permitted uses specified in this agreement.

7. **DISCLAIMER OF WARRANTY**. All documents published by Dedicated Systems Experts on the World Wide Web Server or by any other means are provided "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. This disclaimer of warranty constitutes an essential part of the agreement.

8. **LIMITATION OF LIABILITY**. Neither Dedicated Systems Experts nor any of its directors, employees, partners or agents shall, under any circumstances, be liable to any person for any special, incidental, indirect or consequential damages, including, without limitation, damages resulting from use of OR RELIANCE ON THE INFORMATION presented, loss of profits or revenues or costs of replacement goods, even if informed in advance of the possibility of such damages.

9. **ACCURACY OF INFORMATION**. Every effort has been made to ensure the accuracy of the information presented herein. However Dedicated Systems Experts assumes no responsibility for the accuracy of the information. Product information is subject to change without notice. Changes, if any, will be incorporated in new editions of these publications. Dedicated Systems Experts may make improvements and/or changes in the products and/or the programs described in these publications at any time without notice. Mention of non-Dedicated Systems Experts products or services is for information purposes only and constitutes neither an endorsement nor a recommendation.

10. **JURISDICTION**. In case of any problems, the court of BRUSSELS-BELGIUM will have exclusive jurisdiction.

## Agreed by downloading the document via the Internet.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

## Dedicated Systems
*Experts*

# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

1 Introduction ............................................................................................................. 6
  1.1 Purpose and scope ........................................................................................... 6
  1.2 Document issue: the 2.9 framework .................................................................. 6
  1.3 Related documents ............................................................................................ 7
2 The evaluation report .............................................................................................. 8
  2.1 Introduction ....................................................................................................... 8
    2.1.1 The evaluation framework ........................................................................... 8
    2.1.2 The two evaluation tracks ............................................................................ 8
  2.2 The evaluation report layout ............................................................................. 9
  2.3 Measurement method ...................................................................................... 11
    2.3.1 Tracing PCI access cycles ........................................................................ 11
    2.3.2 State analysis ............................................................................................ 12
    2.3.3 Statistical analysis .................................................................................... 12
    2.3.4 Generating interrupts ................................................................................ 12
  2.4 System configuration parameters ................................................................... 13
    2.4.1 Memory Protection model .......................................................................... 13
3 Testing overview .................................................................................................... 14
  3.1 Naming of the test series ................................................................................ 14
    3.1.1 The Backus-Naur Form ............................................................................. 14
    3.1.2 Test identifiers ........................................................................................... 14
    3.1.3 Diagram identifiers .................................................................................... 15
    3.1.4 Source code identifier ............................................................................... 15
  3.2 Coding style .................................................................................................... 18
    3.2.1 Identifiers .................................................................................................. 18
    3.2.2 Bracing styles ........................................................................................... 19
    3.2.3 Indenting ................................................................................................... 19
    3.2.4 Code blocks and comments ...................................................................... 20
  3.3 Libraries .......................................................................................................... 21
    3.3.1 Tracing API ............................................................................................... 21
    3.3.2 Interrupt generating API ............................................................................ 22
    3.3.3 Generic operating system API ................................................................... 22
4 The tests described ................................................................................................ 28
  4.1 Calibration system test (CAL) ......................................................................... 28
    4.1.1 Tracing overhead (CAL_P_TRC) .............................................................. 28
    4.1.2 CPU power (CAL_P_CPU) ....................................................................... 29
  4.2 Clock tests (CLK) ............................................................................................ 30
    4.2.1 Operating system clock setting (CLK_B_CFG) ......................................... 30
    4.2.2 Clock tick processing duration (CLK_P_DUR) .......................................... 31
  4.3 Thread tests (THR) ......................................................................................... 32
    4.3.1 Thread creation behaviour (THR_B_NEW) .............................................. 32
    4.3.2 Round robin behaviour (THR_B_RR) ....................................................... 33

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| | Dedicated Systems *Experts* | **RTOS Evaluation Project** | | |
|---|---|---|---|---|
| Date: | **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: | **1** |

4.3.3 Thread switch latency between same priority threads (THR_P_SLS) ............................ 34
4.3.4 Thread creation and deletion time (THR_P_NEW) ................................................... 36
4.4 Semaphore tests (SEM) ................................................................................................ 38
4.4.1 Semaphore locking test mechanism (SEM_B_LCK) .............................................. 39
4.4.2 Semaphore releasing mechanism (SEM-B-REL) .................................................... 40
4.4.3 Time needed to create and delete a semaphore (SEM_P_NEW) ........................... 41
4.4.4 Test acquire-release timings: no contention case (SEM_P_ARN) ......................... 42
4.4.5 Test acquire-release timings: contention case (SEM_P_ARC) ............................. 43
4.5 Mutex tests (MUT) ....................................................................................................... 45
4.5.1 Priority inversion avoidance mechanism (MUT-B-ARC) ....................................... 46
4.5.2 Mutex acquire-release timings: contention case (MUT_P_ARC) .......................... 51
4.6 Interrupt tests (IRQ) ..................................................................................................... 52
4.6.1 Simultaneous interrupt priority handling (IRQ_B_SIM) ......................................... 53
4.6.2 Interrupt latency (IRQ_P_LAT) ............................................................................. 54
4.6.3 Interrupt dispatch latency (IRQ_P_DLT) ............................................................... 54
4.6.4 Interrupt to thread latency (IRQ_P_TLT) .............................................................. 55
4.6.5 Maximum sustained interrupt frequency (IRQ_S_SUS) ......................................... 55
4.7 Memory tests (MEM) .................................................................................................... 56
4.7.1 Memory leak test (MEM_B_LEK) ......................................................................... 56
5 Appendix A: Document revision history ................................................................................ 57
5.1 Issue 1.0 (April 29, 2004) ............................................................................................. 57

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |
|---|---|---|---|---|---|

## DOCUMENT CHANGE LOG

| Issue No. | Revised Issue Date | Para's / Pages Affected | Reason for Change |
|---|---|---|---|
| 1 | April 29, 2004 | All | Initial Issue |
| | | | |
| | | | |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| ![Dedicated Systems Experts] | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Date:    **April 29, 2004** | Doc     **EVA-2.9-GEN-03** | Issue:    **1** | |

# 1  Introduction

## 1.1   Purpose and scope

This paper explains the evaluation tests done and how the results are presented in the RTOS evaluation report.  It explains how framework 2.9 describes the tested real-time OS and shows how detailed the results are. This document is an important companion document in reading and understanding the evaluation reports.

The evaluation report itself shows the test results obtained for a particular RTOS. The executed tests are explained here.  Due to the tightly coupling between these documents, the issue of this document has to match the issue of the evaluation report. Information on how we handle versions of documents and tests can be found in "The evaluation framework.", see section 1.3 of this document.

This document defines and explains all tests executed in the framework 2.9. Generic pseudo "C" code for these tests is available in another document which can be obtained on request. The results of the test will indicate if a system may or may not be qualified as "real-time".  For each test, objective criteria are set to determine if a result is real-time or not. (real-time is used here in the sense of "predictable response time and behavior"

## 1.2   Document issue: the 2.9 framework

Framework 2.9 is a serious revision of the previous framework to achieve:

– Better readability
– More objective qualification criteria

These are the main changes between the current (2.9) and the previous (2.5) framework:

– Test labeling is completely changed to improve the readability of the evaluation reports.
  Remark that in appendix, a  lookup table is added to find the relation between the test labels used in the previous framework and the current framework.

– Separation of the RTOS memory model and the test labeling, again to improve readability.

– Generic pseudo code is made for each test.
  This code is based on the "C" programming language and uses macros for the RTOS dependent system calls. (Published in a separate document).

– Added a new test category to test the RTOS "Behavior".
  These tests check if the operating system acts as expected in a certain scenario we define. These scenarios correspond to classical scenarios one would use in an application.

– Added some objective criteria to differentiate between "real-time" and "non real-time".

Generic pseudo code is now available for download on request. Third parties can therefore more easily repeat the tests presented here. However, these third parties should also be aware of the fact that one

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

needs extensive and costly measuring equipment to do the timing measurements in order for these measurements not to impact on the behavior of the system!

## 1.3    Related documents

These are documents that are closely related to this document. They can all be downloaded using following link:

http://www.dedicated-systems.com/encyc/buyersguide/rtos/evaluations

Doc. 1    The evaluation framework.
This document presents the evaluation framework. It also indicates which documents are available, and how their name giving, numbering and versioning are related. This document is the base document of the evaluation framework.
EVA-2.9-GEN-01                    Issue: 1        Date: April 29, 2004

Doc. 2    What is a good RTOS?
This document presents the criteria that Dedicated Systems Experts use to give an operating system the label "Real-Time". The evaluation tests are based upon the criteria defined in this document.
EVA-2.9-GEN-02                    Issue: 1        Date: TBD



| | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Date:     **April 29, 2004** | Doc       **EVA-2.9-GEN-03** | Issue:     **1** | |

# 2  The evaluation report

## 2.1   Introduction

### 2.1.1   The evaluation framework

The evaluation framework is introduced in [Doc. 1]. This document also describes the aim of the evaluation reports. Our concept of real-time is introduced there. More ideas and concepts used in this document are explained in the paper "What is a good RTOS?", see [Doc. 2] in section 1.3 of this document.

The tests are designed in order to verify if:

– A system behaves like expected

– The system response is predictable in all circumstances (worst case time needed?)

– A system does not have buggy behavior or instable behavior.

Depending on the results of the tests a system is labeled "RT-VALIDATED", "VALIDATED" or "DID NOT QUALIFY". Logos are available for each of the qualifications.

### 2.1.2   The two evaluation tracks

Our evaluation is divided into two tracks:

- The first track is a qualitative study called the technical evaluation. In this approach, we focus on the system architecture of the operating system and/or the architecture of the platform.

- The second track is referred as the practical evaluation and is a quantitative approach. This second track is detailed in depth in this document.

#### 2.1.2.1  Qualitative track: The technical evaluation

The two technical evaluations closely related with a test report are:

– The operating system evaluation

– The platform evaluation.

Both evaluations are merely theoretical. The content and layout of these reports are given in two other documents, but these are not mandatory to understand the evaluation reports in this case.

#### 2.1.2.2  Quantitative track: The practical evaluation

The practical evaluation measures specific real-time features of the operating system. It does not certify that a set of application threads will meet their deadlines; rate monotonic scheduling and similar methods can be used for this purpose. The purpose is to assert that a RTOS is suitable or not for real-time applications. If the behavior of an application needs to be predictable, then the underlying software, i.e. the RTOS, needs to have all the features necessary to meet these requirements. In general, all the system calls and operations of an operating system should exhibit predictable behavior. This implies that the execution time has to be bounded, independent of the workload of the system.

The purpose of our test suite is not only to measure the throughput and the responsiveness of the RTOS, but also to test its determinism and behavior, much more important than performance figures.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com



# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 2.2   The evaluation report layout

In the figure below a sample of the table of contents of an evaluation report is shown.

---

### RTOS Evaluation Project

| Date: | **February 18, 2004** | Doc: | **EVA-2.9-TST-OSE-PPC-01** | Issue: | **1 draft 2** |

1  Introduction ......................................................................................................................... 5
  1.1  Purpose and scope ....................................................................................................... 5
  1.2  Document issue: the 2.9 framework ............................................................................. 5
  1.3  Related documents ....................................................................................................... 6
2  Results summary ................................................................................................................. 6
  2.1  Product under test ........................................................................................................ 6
  2.2  Test result ..................................................................................................................... 6
    2.2.1  Positive points ...................................................................................................... 6
    2.2.2  Negative points .................................................................................................... 6
    2.2.3  Ratings ................................................................................................................. 6
3  Introduction ........................................................................................................................ 8
  3.1  Product under test ........................................................................................................ 8
    3.1.1  Software ............................................................................................................... 8
    3.1.2  Hardware ............................................................................................................. 8
  3.2  Introduction .................................................................................................................. 9
4  Installation and BSP ......................................................................................................... 10
  4.1  Installation .................................................................................................................. 10
    4.1.1  Installation on Host ............................................................................................ 10
    4.1.2  Installation on target .......................................................................................... 10
  4.2  BSP ............................................................................................................................. 11
5  Test Results ...................................................................................................................... 13
  5.1  Calibration system test (CAL) .................................................................................... 13
    5.1.1  Tracing overhead(CAL-P-TRC) ......................................................................... 13
    5.1.2  CPU power (CAL-P-CPU) .................................................................................. 13
  5.2  Clock tests (CLK) ....................................................................................................... 15
    5.2.1  Operating system clock setting (CLK-E-CFG) ................................................... 15
    5.2.2  Clock tick processing duration (CLK-P-DUR) .................................................... 15
  5.3  Thread tests (THR) ..................................................................................................... 17
    5.3.1  Thread creation behaviour (THR-B-NEW) ......................................................... 17
    5.3.2  Round robin behavior (THR-B-RR) .................................................................... 18
    5.3.3  Thread switch latency between same priority threads (THR-P-SLS) ................. 19
    5.3.4  Thread creation and deletion time (THR-P-NEW) .............................................. 21
  5.4  Semaphore tests (SEM) ............................................................................................. 25
    5.4.1  Semaphore locking test mechanism (SEM-B-LCK) ........................................... 25
    5.4.2  Semaphore releasing mechanism (SEM-B-REL) ............................................... 25
    5.4.3  Time needed to create and delete a semaphore (SEM-P-NEW) ....................... 26
    5.4.4  Test acquire-release timings: contention case (SEM-P-ARN) ........................... 28
    5.4.5  Test acquire-release timings: contention case (SEM-P-ARC) ........................... 30
  5.5  Mutex tests (MUT) ...................................................................................................... 32
    5.5.1  Priority inversion avoidance mechanism (MUT-B-ARC) .................................... 33
    5.5.2  Mutex acquire-release timings: contention case (MUT-P-ARC) ........................ 33

---

Dedicated Systems · Experts

# RTOS Evaluation Project

| Date: | April 29, 2004 | Doc | EVA-2.9-GEN-03 | Issue: | 1 |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

Dedicated Systems · Experts

## RTOS Evaluation Project

| Date: | February 18, 2004 | Doc: | EVA-2.9-TST-OSE-PPC-01 | Issue: | 1 draft 2 |

1 Introduction ..................................................................6
    1.1 Purpose and scope ..................................................6
    1.2 Document issue: the 2.9 framework ...........................6
    1.3 Related documents ..................................................6
2 Results summary ........................................................8
    2.1 Product under test ..................................................8
    2.2 Test result ...........................................................8
        2.2.1 Positive points ...............................................8
        2.2.2 Negative points ..............................................8
        2.2.3 Ratings .........................................................8
3 Introduction ................................................................9
    3.1 Product under test ..................................................9
        3.1.1 Software .......................................................9
        3.1.2 Hardware ......................................................9
    3.2 Introduction ..........................................................9
4 Installation and BSP ..................................................10
    4.1 Installation .........................................................10
        4.1.1 Installation on Host ......................................10
        4.1.2 Installation on target ....................................10
    4.2 BSP ..................................................................11
5 Test Results .............................................................13
    5.1 Calibration system test (CAL) .................................13
        5.1.1 Tracing overhead (CAL-P-TRC) ......................13
        5.1.2 CPU power (CAL-P-CPU) ...............................13
    5.2 Clock tests (CLK) ................................................15
        5.2.1 Operating system clock setting (CLK-B-CFG) .....15
        5.2.2 Clock tick processing duration (CLK-P-DUR) .....15
    5.3 Thread tests (THR) ..............................................17
        5.3.1 Thread creation behaviour (THR-B-NEW) ..........17
        5.3.2 Round robin behavior (THR-B-RR) ...................18
        5.3.3 Thread switch latency between same priority threads (THR-P-SLS) ...........19
        5.3.4 Thread creation and deletion time (THR-P-NEW) .....21
    5.4 Semaphore tests (SEM) .........................................25
        5.4.1 Semaphore locking test mechanism (SEM-B-LCK) .....25
        5.4.2 Semaphore releasing mechanism (SEM-B-REL) .....26
        5.4.3 Time needed to create and delete a semaphore (SEM-P-NEW) .....26
        5.4.4 Test acquire-release timings: contention case (SEM-P-ARN) .....28
        5.4.5 Test acquire-release timings: contention case (SEM-P-ARC) .....30
    5.5 Mutex tests (MUT) ...............................................32
        5.5.1 Priority inversion avoidance mechanism (MUT-B-ARC) .....33
        5.5.2 Mutex acquire-release timings: contention case (MUT-P-ARC) .....33

OSE 4.5.1 on a PPC platform                                    Page 3 of 42

© copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form only any means without the written permission of Dedicated Systems Experts.

Figure 1 Content table of example test report

The Evaluation Test Report Definition                          Page 10 of 57

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| ![Dedicated Systems Experts] | **RTOS Evaluation Project** | |
|---|---|---|
| Date: **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: **1** |

## 2.3 Measurement method

### 2.3.1 Tracing PCI access cycles

An absolute time reference is required to measure time intervals. Most operating systems include software timers that could be used as a measurement tool. But timers in different operating systems do not necessarily have the same resolution or precision to perform accurate measurements. The use of software timers adds unpredictable overhead to the results because the measurements are performed by the operating system while it executes the test. The use of it may also change the behavior of the system. Furthermore, the measurements based on the software timers are synchronous with the system clock and this is not what we are looking for. Instead of a software timer, DS-Experts uses an external hardware device: a PCI bus analyzer.

During the execution of a test, tracing data is written at a valid PCI bus address before and after the evaluated system operation. Writing the trace to a double word aligned address on a 33MHz PCI bus takes on most platforms six to seven bus-cycles, i.e. 180ns to 210ns (this largely depends on the platform used). The trace is specific to its position in the code, making it possible to identify and follow the execution path of the test during the analysis of the results.

The PCI bus analyzer stores the data written on the PCI bus into its local memory and timestamps it. When the test is completed, the data is downloaded from the PCI bus analyzer to a PC where it can be further processed.

Tracing is done in the test code by issuing *TraceWriteXxx()* calls. There are four types of traces written on the PCI bus:

– A trace to indicate the start of a timing measurement: *TraceWriteBefore*.

– A trace to indicate the end of a timing measurement: *TraceWriteAfter*.

– A trace to check the behavior of a test (state analysis): *TraceWriteData*.

– A trace to indicate an error condition in the generic to RTOS dependent library: *TraceWriteError*

Figure 2 shows the generic performance measurement using the two timing traces: the time difference between the traces "before" and "after" written on the PCI bus gives the execution time for the system operation. As the collected data marks the start and the end of a system operation, it can be used to calculate the desired time intervals. Each test loops until the trace buffer of the PCI analyzer is full (currently this is 32K trace samples or about 16K time samples).



**Figure 2 generic performance measurements**

© Copyright Dedicated Syste

# EXHIBIT F

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

# WINDOWS CE 5.0

© Copyright Dedicated Systems Experts NV. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.

**Disclaimer**

Although all care has been taken to obtain correct information and accurate test results, Dedicated Systems Experts and Dedicated Systems Magazine cannot be liable for any incidental or consequential damages (including damages for loss of business, profits or the like) arising out of the use of the information provided in this report, even if Dedicated Systems Experts and Dedicated Systems Magazine have been advised of the possibility of such damages.

http://www.dedicated-systems.com

E-mail: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | Date: | August 18, 2004 |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

## EVALUATION REPORT LICENSE

This is a legal agreement between you (the downloader of this document) and/or your company and the company DEDICATED SYSTEMS EXPERTS NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.
It is not possible to download this document without registering and accepting this agreement on-line.

1. **GRANT**. Subject to the provisions contained herein, Dedicated Systems Experts hereby grants you a non-exclusive license to use its accompanying proprietary evaluation report for projects where you or your company are involved as major contractor or subcontractor. You are not entitled to support or telephone assistance in connection with this license.
2. **PRODUCT**. Dedicated Systems Experts shall furnish the evaluation report to you electronically via Internet. This license does not grant you any right to any enhancement or update to the document.
3. **TITLE**. Title, ownership rights, and intellectual property rights in and to the document shall remain in Dedicated Systems Experts and/or its suppliers or evaluated product manufacturers. The copyright laws of Belgium and all international copyright treaties protect the documents.
4. **CONTENT**. Title, ownership rights, and an intellectual property right in and to the content accessed through the document is the property of the applicable content owner and may be protected by applicable copyright or other law. This License gives you no rights to such content.
5. **YOU CAN NOT**:
   - You can not, make (or allow anyone else make) copies, whether digital, printed, photographic or others, except for backup reasons. The number of copies should be limited to 2. The copies should be exact replicates of the original (in paper or electronic format) with all copyright notices and logos.
   - You can not, place (or allow anyone else place) the evaluation report on an electronic board or other form of on line service without authorisation.
6. **INDEMNIFICATION**. You agree to indemnify and hold harmless Dedicated Systems Experts against any damages or liability of any kind arising from any use of this product other than the permitted uses specified in this agreement.
7. **DISCLAIMER OF WARRANTY**. All documents published by Dedicated Systems Experts on the World Wide Web Server or by any other means are provided "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. This disclaimer of warranty constitutes an essential part of the agreement.
8. **LIMITATION OF LIABILITY**. Neither Dedicated Systems Experts nor any of its directors, employees, partners or agents shall, under any circumstances, be liable to any person for any special, incidental, indirect or consequential damages, including, without limitation, damages resulting from use of OR RELIANCE ON the INFORMATION presented, loss of profits or revenues or costs of replacement goods, even if informed in advance of the possibility of such damages.
9. **ACCURACY OF INFORMATION**. Every effort has been made to ensure the accuracy of the information presented herein. However Dedicated Systems Experts assumes no responsibility for the accuracy of the information. Product information is subject to change without notice. Changes, if any, will be incorporated in new editions of these publications. Dedicated Systems Experts may make improvements and/or changes in the products and/or the programs described in these publications at any time without notice. Mention of non-Dedicated Systems Experts products or services is for information purposes only and constitutes neither an endorsement nor a recommendation.
10. **JURISDICTION**. In case of any problems, the court of BRUSSELS-BELGIUM will have exclusive jurisdiction.

**Agreed by downloading the document via the internet.**

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| ![Dedicated Systems Experts] | **RTOS Evaluation Project** | |
|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:  **1** | Date:  **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

1  Introduction ........................................................................................................................ 6
  1.1  Purpose and scope .................................................................................................. 6
  1.2  Document issue: the 2.9 framework ......................................................................... 6
  1.3  Related documents ................................................................................................... 7
2  Results summary ................................................................................................................ 8
  2.1  Product evaluated .................................................................................................... 8
  2.2  Theoretical evaluation conclusion ........................................................................... 8
    2.2.1  Positive points ................................................................................................. 8
    2.2.2  Negative points ............................................................................................... 8
    2.2.3  Ratings............................................................................................................. 8
3  Introduction ........................................................................................................................ 9
  3.1  Product evaluated .................................................................................................... 9
    3.1.1  RTOS............................................................................................................... 9
  3.2  Introduction.............................................................................................................. 9
  3.3  Supported CPU ........................................................................................................ 9
4  Technical evaluation ........................................................................................................ 10
  4.1  OS Architecture ..................................................................................................... 10
    4.1.1  Task Handling Method.................................................................................... 12
    4.1.2  Memory Architecture ..................................................................................... 14
    4.1.3  Interrupt Handling .......................................................................................... 16
    4.1.4  Synchronisation mechanisms ....................................................................... 18
  4.2  API richness .......................................................................................................... 20
    4.2.1  Task Management .......................................................................................... 20
    4.2.2  Clock and Timer ............................................................................................ 21
    4.2.3  Memory Management ..................................................................................... 21
    4.2.4  Interrupt Handling .......................................................................................... 23
    4.2.5  Synchronization and Exclusion Objects ........................................................ 23
    4.2.6  Communication and Message Passing Objects ............................................ 25
  4.3  Documentation ....................................................................................................... 27
  4.4  OS Configuration ................................................................................................... 28
    4.4.1  OS boot options ............................................................................................. 28
    4.4.2  OS configuration options ............................................................................... 28
    4.4.3  BSPs .............................................................................................................. 29
    4.4.4  Device drivers ................................................................................................ 29
  4.5  Internet components .............................................................................................. 31
  4.6  Development tools .................................................................................................. 32
5  Appendix A: Vendor comments ........................................................................................ 35
6  Appendix B: Acronyms...................................................................................................... 36
7  Appendix C: Document revision history ............................................................................ 37
  7.1  Issue 1.0 (April 19, 2004) ...................................................................................... 37

http://www.dedicated-systems.com
email: info@dedicated-systems.com

# Dedicated Systems
## Experts

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | Date: | **August 18, 2004** |
|---|---|---|---|---|---|

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

## Dedicated Systems
*Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

### DOCUMENT CHANGE LOG

| Issue No. | Revised Issue Date | Para's / Pages Affected | Reason for Change |
|---|---|---|---|
| 1 | August 24, 2004 | All | Initial Issue |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



| | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

# 1 Introduction

## 1.1 Purpose and scope

This paper presents the qualitative evaluation results of the Windows CE 5.0 operating system. Test results of the Windows CE operating system on a X86 platform can be found also on the website: "Ce 5.0 on a X86 platform." [Doc. 5].

The layout and the content of this report follow the one depicted in "The evaluation test report definition." [Doc. 3] and "The OS evaluation template." [Doc. 4]. See section 1.3 of this document for more detailed references of these documents. Therefore these documents have to be seen as an integral part of this report.

Due to the tightly coupling between these documents, the framework version of "The OS evaluation template." has to match the framework version of this evaluation report (which is 2.9). More information about the versioning of documents, tests and the relations between both can be found in "The evaluation framework." see [Doc. 1] in section 1.3 of this document.

## 1.2 Document issue: the 2.9 framework

This document shows the results in the scope of the evaluation framework 2.9.



# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 1.3 Related documents

These are documents that are closely related to this document. They can all be downloaded using following link:

http://www.dedicated-systems.com/encyc/buyersguide/rtos/evaluations

| Doc. 1 | The evaluation framework. |
|---|---|

This document presents the evaluation framework. It also indicates which documents are available, and how their name giving, numbering and versioning are related. This document is the base document of the evaluation framework.

EVA-2.9-GEN-01                    Issue: 1        Date: April 19, 2004

Doc. 2    What is a good RTOS?
This document presents the criteria that Dedicated Systems Experts use to give an operating system the label "Real-Time". The evaluation tests are based upon the criteria defined in this document.

EVA-2.9-GEN-02                    Issue: TBD    Date: TBD

Doc. 3    The evaluation test report definition.
This document presents the different tests issued in this report together with the flowcharts and the generic pseudo code for each test. Test labels are all defined in this document.

EVA-2.9-GEN-03                    Issue: 1        Date: April 19,2004

Doc. 4    The OS evaluation template.
This document presents the layout used for all reports in a certain framework.

EVA-2.9-GEN-04                    Issue: 1        Date: April 19, 2004

Doc. 5    OSE 4.5.1 on a PPC platform.
This document presents the layout used for all reports in a certain framework.

EVA-2.9-OS-OSE-PPC-01            Issue: 1        Date: April 19, 2004



# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

# 2 Results summary

## 2.1 Product evaluated

Windows CE 5.0 Microsoft Corporation, Inc.(x86 platform)

## 2.2 Theoretical evaluation conclusion

### 2.2.1 Positive points

– Extensive platform support

– Generally good real-time performance

### 2.2.2 Negative points

- Documentation insufficient for such a complex system

### 2.2.3 Ratings

For a description of the ratings, see [Doc. 3].

| | | | |
|---|---|---|---|
| RTOS Architecture | 0 | 8 | 10 |
| OS Documentation | 0 | 6 | 10 |
| OS Configuration | 0 | 7 | 10 |
| Internet Components | 0 | 9 | 10 |
| Development Tools | 0 | 8 | 10 |



## RTOS Evaluation Project

| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: **August 18, 2004** |

# 3  Introduction

## 3.1  Product evaluated

### 3.1.1  RTOS

Windows CE 5.0 Microsoft Corporation, Inc.(x86 platform)

## 3.2  Introduction

The Windows CE RTOS provides multiple built-in configurations (Tiny Kernel, Enterprise Terminal, VOIP,....), together with lots of development technology (SDK's, BSP's,..) to customize these configurations. In addition to understand and test the developments made, Windows CE inserted some remote tools. The Windows CE 5.0 RTOS provides real-time application support for time-critical systems.

## 3.3  Supported CPU

Following CPU are supported by Windows CE 5.0:

- An Emulator
- ARMV4T, ARMV4I, ARMV4
- SH3 , SH4
- MIPSIV_FP, MIPSII_FP, MIPSIV, MIPSII, MIPS16
- X86

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: **August 18, 2004** |

# 4  Technical evaluation

This is the qualitative approach of the evaluation. As such the scores are given in respect of the experiences gathered for the product evaluated, and by definition they aren't based on objective criteria. Therefore this part of the evaluation is not used to differentiate between the three validation logos.

Remark: although the technical evaluation is done in this report, the quantitative test results of this operating system on a certain platform can be found in other reports.

## 4.1  OS Architecture

| RTOS Architecture | 0 | 8 | 10 |
|---|---|---|---|

*Windows CE .NET has a modular architecture and is highly scalable. The virtual memory and privilege level protection make the system robust.*

Windows CE.NET is a priority based pre-emptive real-time operating system with protections between processes and a protected kernel.

For the people that have still doubts about it, we can confirm that Windows CE 5.0 has all the features to make it a valid real-time operating system (this statement is true since Windows CE version 3.0).

It is highly modular, with a relative simple kernel and where optional components run as separated processes. By using separate processes for optional modules the OS becomes more reliable.

System calls are handled in the kernel (by a software trap interface) en redirected to the correct process if needed.

The main advantages of Windows CE are the interoperability with the general purpose windows environment (with technologies like DCOM) and the ease to make windowing applications just like in the general purpose windows operating system. This gives you a large developer base for the non real-time part of your system. The real-time part is better designed by developers with a good understanding of real-time behaviour.

Although it has a modular design so that a minimal configuration can suit small systems, it is to complex and has a to large footprint to be a good solution for deeply embedded systems.



© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| | **Dedicated Systems** *Experts* | **RTOS Evaluation Project** | |
|---|---|---|---|
| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue:    **1** | Date:    **August 18, 2004** |



**Redirection of function calls to optional modules**

## 4.1.1  Task Handling Method

### 4.1.1.1  Processes and threads

Windows CE is a classical pre-emptive multitasking system with support for both processes and threads within a process. CE uses a priority based scheduler to decide which thread that is ready to run it will activate. Remark that priority number 0 is highest priority. Threads with the same priority are scheduled using a fair round-robin time slice mechanism. This time-slice quantum can be set for each thread separately.

The number of running processes in windows CE is limited to 32. The reason for this can be located in the partitioning of the virtual memory which is explained further in this document.

The number of running threads within a process is only limited by the available system resources (RAM).

### 4.1.1.2  Thread priorities

Windows CE uses 255 priority levels which is high enough to accommodate complex real-time systems.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

Compared with other RTOS, Windows CE is build to be as compatible as possible with a General Purpose operating system. Nevertheless different changes were done in the kernel to make CE suitable for real-time systems:

- To be compatible with GPOS Windows, the lower 8 priorities are the same as used in the normal Windows SetThreadPriority calls. Thus ported windows applications to CE will not affect the real-time behaviour of the system.
- The 248 highest priority levels can only be set by the specific CeSetThreadPriority call.

An OEM can protect the top most 248 priority levels, so that only the lowest 8 levels are available for applications. This makes it possible to add third-party software without compromising real-time performance.

Microsoft recommends using the priority levels ranges as follows:

- 0 through 96: Reserved for real-time above drivers
- 97 through 152: Used by the default Windows CE–based device drivers
- 153 through 247: Reserved for real-time below drivers
- 248 through 255: Mapped to non-real-time priorities

Lucky the system designer can adapt this to his needs: the developer is free to use any priority to fit his application.

Microsoft did a good job to document the default priority of all system and driver threads. These default priorities can be adapted by changing some register settings: well done!

It is a pity that it isn't possible to create a thread with a predefined priority level: each thread is created with the default priority level (THREAD_PRIORITY_NORMAL: 251). Therefore you will need to change the priority of the thread after its creation.

Remark that interrupts run as a thread and as such they use the same priority levels (see the interrupts section further in this document).

#### 4.1.1.3 Fibers

Windows CE supports also "Fibers".

Fibers are also thread of executions but NOT managed by the kernel. Each fiber runs in the thread context of the thread that created it.

So fibers are only useful to create your own scheduler within a thread.

This can be maybe used for some exotic applications or for legacy systems, but normally it is not a good idea to use this in real-time systems. Remark that Microsoft disapproves the use of it in its documentation where they state "In general, fibers do not provide advantages over a well-designed multithreaded application".

**OS under evaluation**


© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: | **August 18, 2004** |

| OS under evaluation | |
|---|---|
| Supported memory models | ☺ - Processes protected between each other, with multiple threads in one process. <br><br> - Flat memory model: no protection between user processes and kernel. |
| Thread/process priority levels | ☺ 256 levels |
| Max. number of processes | 32 processes |
| Max. number of threads | The maximum number of *threads* in a process is only limited by the amount of memory available. |
| Scheduling policies | Priority based scheduling <br><br> Round-robin between threads at the same priority level, with adjustable time-slice (quantum). When the quantum is set to zero, the thread runs to completion. |
| Number of documented thread states | 5 states (running, suspended, sleeping, blocked, and terminated). |
| Number of undocumented thread states | |

## 4.1.2 Memory Architecture

### 4.1.2.1 Boot rom

It is possible to configure Windows CE as such, that it can be executed from place in ROM. This saves both booting time (no need to decompress/copy programs into RAM) and RAM.

This is no limitation, booting can be done by flash card, compressed ROM and so on. Of course, in such case the program is not executed in place.

### 4.1.2.2 Physical memory

Windows CE can manage up to 512MB of physical memory (being it device memory or RAM). Microsoft build-in this limitation on purpose so that CE can run on a lot of embedded processors without compatibility problems. Some of these processors can only manage 512MB physical memory.

Remark that depending on the platform used, the same physical memory can be re-mapped in multiple regions depending on cache settings and privileges for each region. Thus the addressing region can be much larger than the physical 512MB.

The RAM on a Windows CE–based device is divided into two areas: the object store and the program memory.

– The object store resembles a permanent, virtual RAM disk. Data in the object store is retained when you suspend or perform a soft reset operation on the system (if the device has a backup power supply for the RAM). When operation resumes, the system looks for a previously created object store in RAM and

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|---|---|---|---|---|---|---|

uses it, if one is found. Devices that do not have battery-backed RAM can use the hive-based registry to preserve data during multiple boot processes.

– The program memory consists of the remaining RAM. Program memory works like the RAM in personal computers — it stores the heaps and stacks for the applications that are running.

Dynamic moving memory allocation from object store RAM to program RAM is possible to meet RAM requirements for an application. In the test report 'EVA-2.9-TST-CE-x86-0x.doc' you can see a memory test that tests this. We did a memory tests in a way that the RAM was consumed very fast: the RAM moved until the bottom 64Kb was reached.

### 4.1.2.3 Virtual memory

When Windows CE OS starts, it creates a single 4-gigabyte (GB) virtual address space. The address space is then divided into two sections: kernel and user space depending on the highest address bit. This is the same as in the general purposes Windows operating systems.

The user space is further divided in 64 slots of 32 MB from which 32 are reserved for the different processes (this makes the 32 processes limit).

All the processes share the virtual address space! However processes do not have access to other processes. This 32 MB virtual address space is to be used for the program/data/heap and so one. It is possible to have access to more virtual memory than this 32MB limit by giving it access rights for the process. This can be done by making some memory accessible from the process (VirtualAlloc) or by using memory mapped files.

| | | |
|---|---|---|
| | 0xFFFF FFFF | Kernel addresses: KPAGE, Trap area, others |
| | 0xE000 0000 | Statically mapped virtual addresses: OEM addtional |
| | 0xC400 0000 | Slot 97: Nk.exe (Secure slot) |
| Kernel space | 0xC200 0000 | Unused |
| | 0xC000 0000 | Statically mapped virtual eddresses: UNCACHED |
| | 0xA000 0000 | Statically mapped virtual addresses: CACHED |
| | 0x8000 0000 | |

| | | |
|---|---|---|
| | 0x7FFF FFFF | Slot 63: Resource mappings |
| | 0x7E00 0000 | Slots 33-62: Object store and memory mapped files |
| User space | 0x4200 0000 | Slots 2-32: Processes |
| | 0x0400 0000 | Slot 1: XIP dlls |
| | 0x0200 0000 | Slot 0: Current process |
| | 0x0000 0000 | |

**Windows CE Virtual address space allocations**

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| ⊙ Dedicated Systems *Experts* | **RTOS Evaluation Project** | | |
|---|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:  1 | Date:  **August 18, 2004** | |

#### 4.1.2.4 Paging

Windows CE implements a paged virtual memory management system similar to other Microsoft Windows–based desktop platforms. The page size depends on the platform, but if possible 4,096 bytes (4 KB) is used.

Important in real-time systems is that it is possible to disable paging. In this mode, a module is fully loaded into memory before it is run. So paging faults can not occur during the run of the application.

#### 4.1.2.5 Memory protection

Under normal configurations the MMU is used to protect processes from each other and to protect the kernel space. This is the same as currently used in most General Purposes operating systems.

This protection helps a lot for making reliable systems. However, for some situations the performance penalty of the protection could be too much. In such cases it is possible to configure CE to use no protection between processes and the kernel.

#### 4.1.2.6 Heap

The heap in windows CE is optimized for small objects. However, just like in any real-time system long-time usage can lead to a fragmented heap causing extra lookup delays and even failing allocation requests.

You can add your own heaps in a process. This can then be used for instance for fixed size allocations (preventing fragmentation).

| OS under evaluation | |
|---|---|
| MMU support | Yes (or NOT, can be set in boot loader) |
| Physical Page Size | 1Kb or 4Kb along 64 Kb regions |
| Swapping/Demand Paging | Supported, but can be disabled to achieve real-time performance. |
| Virtual memory | YES |
| Memory protection models | ☺ Full virtual memory protection. Each process runs in its own virtual memory space. This can be disabled for performance reasons. |

### 4.1.3  Interrupt Handling

Interrupt handling in windows CE is a bit different than more tradition RTOS. Microsoft uses the same terminology as we do for the interrupt handling:

–  The Interrupt Servicing Routine (ISR): low level routine in the kernel with limited system calls.
–  The Interrupt Servicing Thread (IST): thread at application level handling the interrupt with access to all system calls.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of  Dedicated Systems Experts.



# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | Date: | **August 18, 2004** |
|----------|---------------------------|--------|-------|-------|----------------------|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

The difference is that in Windows CE, the ISR is meant to be implemented in the OAL (OEM Abstraction Layer) just for handling the lowest level of the interrupt (interrupt controller). It is not easy to add quickly an ISR... it is even impossible to do this outside the OEM initialization code!

Therefore device drivers will in general run their interrupt handling in the IST. Interrupt service threads act just like any other thread: so they use the same priority system! This means that the system designer can even give an IST a lower priority than some application thread.

This system is shown in the figure below.



**Interrupt handling in Windows CE 5.0**

This system has its pros and contras. The main negative point is the extra delay until the IST is activated. As an advantage it makes interrupt handlers simpler (all system calls available) and gives the system designer a high degree of freedom. Another advantage is that the hardware interrupt levels do not affect the IST priorities.

If however for some real-time constraints shorter latencies are required, it is possible to make a custom ISR by adapting the OAL (in fact by adapting the BSP). As said before: this is not an easy task and can not be used by a device driver for a card that can be used on different platforms.

| OS under evaluation | |
|---------------------|---|
| Handling | ☺ Nested and prioritized |
| | CE uses a thread interrupt model to encourage the use of threads to handle most of the interrupt service work. |
| | OEMs can access a kernel ISR also to perform a minimal amount of work. Windows CE also provides installable ISRs that can be installed. |
| Context | The ISR runs in a special context and uses virtual addresses statically mapped by the OEM. |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems Experts | RTOS Evaluation Project |

| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: **August 18, 2004** |

| OS under evaluation | |
|---|---|
| Context | The ISR runs in a special context and uses virtual addresses statically mapped by the OEM. |
| | The IST is a normal application thread and has its own context and priority like any other thread in the system. |
| Stack | The IST is a normal application thread and has its own stack. |
| Interrupt-to-task communication | Only an event can be used from within the ISR to signal the IST. No other API is accessible from within the ISR. |
| | OEM can create a shared memory region by statically mapping a memory region into the ISR's address space. |

#### 4.1.3.1  System timer

The OAL has to implement the system timer interrupt (in fact that is the only required ISR in the kernel) that should activate each millisecond. This interrupt has to check if any time-out is reached and if so signal a "reschedule" event to the kernel. In the other case a "NOP" is signalled to the kernel and no rescheduling occurs.

New in windows CE 5.0 is the ability to slow down the timer interrupt if no threads are running: this is useful for saving power (important for handheld devices).

So the clock timer runs never at thread level and is compact. As long that no time-outs are detected the delay will be small: increment the milliseconds timer and compare it with the reschedule time set by the kernel.

#### 4.1.3.2  Hi resolution timers

An OEM can add hi resolution timers for more accurate timing or performance analysis. This is not obligatory (as this will depend on the used hardware platform).

These timers can only be read from an application: they are not used by the kernel in scheduling threads and calculating time-outs.

### 4.1.4  Synchronisation mechanisms

In windows CE, the synchronisation mechanisms can be divided in two distinctive categories:

- Protection mechanisms against simultaneous access: critical sections, mutexes and semaphores.
- Communication mechanisms: events and message queues.

These two categories are so fundamentally different implemented that you should not use protection mechanisms as a communication mean. This is not a negative point, at the contrary: see the sections below.

Main difference with other RTOS is the use of generic wait functions (like WaitForSingleObject) independent of the object type (mutex, semaphore, events but also process and threads). This is the same like in the General Purpose Windows Operating System. As an advantage it is possible to wait on multiple

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |
|---|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

objects (until one of them is signalled). For the experienced real-time systems developer (with other RTOS) this system is a bit strange.

#### 4.1.4.1 Protection mechanisms

Three mechanisms are foreseen in Windows CE to do this:

− Critical sections: Can only be used within a process

− Counting semaphore: can also be used between processes

− Mutex: like the counting semaphore but without counting

Fundamental here is that Windows CE uses priority inheritance to avoid priority inversion cases! Even better: it is always there, it is impossible to disable priority inheritance!

This is a feature that we didn't find in any other RTOS we evaluated before. In our opinion having priority inheritance always enabled is how it should be done in all RTOS! Remember that the system crash of the Mars Pathfinder was caused by a mutex used in its defaults settings: without priority inheritance enabled!

Of course, some people will argue that this causes the protection mechanisms to be a bit slower. This is true in the average case, but in real-time systems the average is of no importance: the worst-case is the only time we are interested in. Priority inheritance does exactly improve worst-case situations.

In our opinion it doesn't make sense to disable priority inversion whatsoever, just like it is useless to disable the brakes of a car…

One remark here: priority inheritance works only at one level. When using a second protection mechanism while the priority is already increased will not cause a second inheritance. This is not a main problem: using a second protection while already in a protected area is just an example of bad design and should never happen in any well build real-time system.

#### 4.1.4.2 Communication mechanisms

Following communication mechanisms are foreseen in Windows CE:

− Events: to signal that something occurred, can be used between processes.

− Message queues: to pass data between threads (not usable between processes).

Not much to explain here: these mechanisms behave like in most other RTOS.

If there is need to pass data between processes, then shared memory can be used to do so.

#### 4.1.4.3 Interlocked mechanisms

Windows CE has also some InterLockedXxx API calls available to perform atomic operations like incrementing and decrementing a counter.



# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | Date: | **August 18, 2004** |
|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 4.2  API richness

*Windows CE 5.0 uses a subset of the Win32 API. This API provides the most commonly used kernel features.*

It should be noted to the reader that the tables below only make an inventory of the kernel related APIs. The Win32 API includes a very large amount of interfaces that provide features that are beyond the scope of this study.

The tables below make an inventory of basic real-time objects and features present in the POSIX and OS proprietary interfaces.

While interpreting these results, the reader should keep in mind that these tables cover a strictly defined set of system calls only. As it is very hard to compare the different API for the different operating systems, no points are given for this section. The reader should use this section to check if the API calls he needs for his application are available or not.

In general, the more system calls are available, the easier it is for the programmer to find the correct call for it's application, without writing an own library with for instance wrapper calls...

### 4.2.1  Task Management

| Thread management | YES |
|---|---|
| Get stack size | ✓ |
| Set stack size | ✓ |
| Get stack address | ✓ |
| Set stack address | - |
| Get thread state | ✓ |
| Set thread state | ✓ |
| Get TCB | ✓[1] |
| Set TCB | ✓ |
| Get priority | ✓ |
| Set priority | ✓ |
| Get thread ID | ✓ |
| Thread state change handler | - |
| Get current stack pointer | ✓ |

[1] This structure is called a thread context in Windows CE

| Dedicated Systems *Experts* | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | | Date: **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Thread management | YES |
|---|---|
| Set thread CPU usage | - |
| Set scheduling mechanism | ✓ |
| Lock thread in memory | _2 |
| Disable scheduling | ✓ |

### 4.2.2  Clock and Timer

| Clock | YES |
|---|---|
| Get time of day | ✓ |
| Set time of day | ✓ |
| Get resolution | ✓ |
| Set resolution | ✓ |
| Adjust time | ✓ |
| Read counter register | ✓ |
| Automatically adjust time | ✓ |

| Interval timer | YES |
|---|---|
| Timer expires on an absolute date | - |
| Timer expires on a relative date | ✓ |
| Timer expires cyclical | ✓ |
| Get remaining time | - |
| Get number of overruns | ✓ |
| Connect user routine | ✓ |

### 4.2.3  Memory Management

| Fixed block size partition | NO |
|---|---|
| Set partition size | - |
| Get partition size | - |

---

[2] All threads can be locked in memory at configuration time. Executable modules can be loaded and locked into memory with the "LoadDriver" API



| | |
|---|---|
| **Dedicated Systems** *Experts* | **RTOS Evaluation Project** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | Date: | **August 18, 2004** |
|---|---|---|---|---|---|

| Fixed block size partition | NO |
|---|---|
| Set memory block size | - |
| Get memory block size | - |
| Specify partition location | - |
| Get memory block – blocking | - |
| Get memory block - non blocking | - |
| Get memory block - with timeout | - |
| Release memory block | - |
| Extend partition | - |
| Get number of free memory blocks | - |
| Lock/unlock partition in memory | - |

| Non-fixed block size pool | YES |
|---|---|
| Set pool size | ✓ |
| Get pool size | - |
| Make new pool | ✓ |
| Get memory block size | ✓ |
| Get memory block – blocking | - |
| Get memory block - non blocking | ✓ |
| Get memory block - with timeout | - |
| Release memory block | ✓ |
| Extend pool | ✓[3] |
| Extend block | ✓ |
| Get remaining free bytes | - |
| Lock/unlock pool in memory | ✓ |
| Lock/unlock block in memory | ✓ |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

---

[3] The heap cannot be extended with an API, but the system automatically extends it when necessary.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: **August 18, 2004** |
|---|---|---|

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

### 4.2.4  Interrupt Handling

| Interrupt handling | YES |
|---|---|
| Attach interrupt handler | ✓ |
| Detach interrupt handler | ✓ |
| Wait for interrupt – blocking | - |
| Wait for interrupt - with timeout | - |
| Raise interrupt | |
| Disable/Enable hardware interrupts | ✓ |
| Mask/Unmask a hardware interrupt | - |
| Interrupt sharing | ✓ |

### 4.2.5  Synchronization and Exclusion Objects

| Counting semaphore | YES |
|---|---|
| Get maximum count | - |
| Set maximum count | ✓ |
| Set initial value | ✓ |
| Share between processes | ✓ |
| Wait - blocking | ✓ |
| Wait - non blocking | ✓ |
| Wait - with timeout | ✓ |
| Post | ✓ |
| Post – Broadcast | ✓ |
| Get status (value) | - |

| Binary semaphore | NO[4] |
|---|---|
| Set initial value | - |
| Share between processes | - |

---

[4] Binary semaphores are not explicitly provided, but can easily be simulated by a counting semaphore with maximum count of one.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | 1 | | Date: | **August 18, 2004** |

| Binary semaphore | NO[4] |
|---|---|
| Wait - blocking | - |
| Wait - non blocking | - |
| Wait - with timeout | - |
| Post | - |
| Get status | - |

| Mutex | YES |
|---|---|
| Set initial value | ✓ |
| Share between processes | ✓ |
| Priority inversion avoidance mechanism | ✓ |
| Recursive getting | ✓ |
| Thread deletion safety | - |
| Wait – blocking | ✓ |
| Wait - non blocking | ✓ |
| Wait - with timeout | ✓ |
| Release | ✓ |
| Get status | - |
| Get owner's thread ID | - |
| Get blocked thread ID | - |

| Conditional variable | NO |
|---|---|
| Pend non blocking | - |
| Pend with timeout | - |
| Pend in fifo / priority order | - |
| Broadcast | - |
| Priority inversion | - |

| Event flags | YES |
|---|---|
| Set one at a time | ✓ |
| Set multiple | - |



| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: **August 18, 2004** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Event flags | YES |
|---|---|
| Pend on one | ✓ |
| Pend on multiple | ✓ |
| Pend with OR conditions | ✓ |
| Pend with AND conditions | ✓ |
| Pend with AND and OR conditions | - |
| Pend with timeout | ✓ |

| POSIX signals | NO |
|---|---|
| Install signal handler | - |
| Detach signal handler | - |
| Mask/unmask signals | - |
| Identify sender | - |
| Set destination ID | - |
| Set signal ID | - |
| Get signal ID | - |
| Signal thread | - |
| Queued signals | - |

### 4.2.6  Communication and Message Passing Objects

| Queue | YES |
|---|---|
| Set maximum size of message | - |
| Get maximum size of message | ✓ |
| Set size of queue | ✓ |
| Get size of queue | ✓ |
| Get number of messages in queue | ✓ |
| Share between processes | ✓ |
| Receive – blocking | ✓ |
| Receive – non blocking | ✓ |
| Receive – with timeout | ✓ |



# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | Date: | August 18, 2004 |
|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Queue | YES |
|---|---|
| Send - with ACK | ✓ |
| Send - with priority | ✓ |
| Send – OOB (out of band) | - |
| Send - with timeout | ✓ |
| Send – broadcast | - |
| Timestamp | ✓ |
| Notify | - |

| Mailbox | NO[5] |
|---|---|
| Set maximum message size | - |
| Get maximum message size | - |
| Share between processes | - |
| Send - with ACK | - |
| Send - with timeout | - |
| Send – broadcast | - |
| Receive – blocking | - |
| Receive – non blocking | - |
| Receive – with timeout | - |
| Get status | - |

---

[5] A mailbox is in fact nothing more than a message queue that can store no more than one message. It is included for the sake of completeness, but most operating systems do not explicitly support it anymore.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Dedicated Systems *Experts* | RTOS Evaluation Project | | |
|---|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | | Date: **August 18, 2004** |

## 4.3  Documentation

| OS Documentation | 0 | 6 | 10 |
|---|---|---|---|

*The documentation does not give a clear and structured overview. It is also lacking in-depth information about the inner workings of the system. Microsoft offers paid premier support for OEMs. Online support can be freely obtained from an extensive online knowledge base on the MSDN website.*

Windows CE 5.0 comes with an online documentation set. This documentation set contains a lot of information, but it is not presented in a very structured way. The documentation can easily be used as a reference, but is less appropriate as a tutorial. Newcomers will have a hard time acquiring an overview of the system if this is the only documentation they have at their disposal. It also lacks in-depth information about the inner workings of the system. Documenting the APIs and available features is not enough to provide the reader with a sufficient understanding of a complex system like Windows CE 5.0.

Microsoft does provide an extensive knowledge base on its MSDN website, which can be freely consulted. Premier support for OEMs is available against payment.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems *Experts* | RTOS Evaluation Project | |
|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: **August 18, 2004** |

## 4.4 OS Configuration

| OS Configuration | 0 | 7 | 10 |
|---|---|---|---|

### 4.4.1 OS boot options

The boot loader follows a semi-chronological order of tasks, but there are some options you can set yourself. It is possible to relocate the run-time image in RAM, the initial place is in flash. It is possible to enable MMU and caches, disabling them is possible by adjusting the config.bib file. Windows CE can obtain an IP address from a DHCP server, the alternative is to assign static IP addresses. For debugging purposes you can add a passive KITL connection which won't disturb the OS.

All the tasks of the boot loader are supported by libraries which make it easier to develop your boot loader.

There are 2 types of binary images that will be used by the boot loader: .bin file and the .nb0 file.

- The most common format for a CE image is the .bin file, it is optimized to minimize the amount of data that needs to be transferred to the device.
- The .nb0 file is useful to place the boot loader image on the target device, the format is a raw binary image of the boot loader. Most of the time the board manufacturer provides a program to do this, but alternatively you can do the same thing through a JTAG connection.

### 4.4.2 OS configuration options

The next step is to use the platform builder to create, customize and configure a platform. Configuring the platform to your requirements is a complicated and intricate process.

Although the platform builder integrated development environment (IDE) includes wizards for creating platforms and components, most of the configuration work will happen through manually editing registry files, manipulating a set of environment variables and modifying various other configuration scripts. This makes the configuration process a difficult task to newcomers.

Some useful options in the build process are : CE Target Control support, Eboot Space in Memory, Full Kernel Mode, KITL connections. Just checking the boxes in the build options tab will enable or disable the options.

We were under the impression that Platform Builder 5.0 has made some progress compared to previous versions in terms of ease of configuration.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



| | RTOS Evaluation Project |
|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: **August 18, 2004** |

### 4.4.3  BSPs

For each kind of platform windows CE provides a BSP, it is possible to create new ones yourself, clone a BSP or modify a BSP. The option to create global drivers for all BSPs is an advantage.

The following BSPs, which have been reworked to improve their quality, are included in this release:

- Samsung SMDK-2410
- AMD DBAU1000
- AMD DBAU1100
- AMD DBAU1500
- NEC Solution Gear 2 Vr4131
- NEC Solution Gear 2 Vr5500

It is possible to create new BSP's, add boot a loader or drivers to the BSP,... All this can be done with the wizards of the Microsoft Platform builder IDE tools:

- Clone an existing BSP
- Create a new BSP
- Use your new BSP
- Export a BSP for use by OEM Customers
- Import third party BSP into the catalog

The difficulty in this process is that you need to configure you run-time image configuration files so that they use the new BSP. By changing these files you can easily make mistakes and create the possibility that the build process is disturbed by your changes. Errors will occur but they often don't give enough information to know what's the real problem, searching after these problems is a complicated and time consuming process. Reinstallation is most of the time the best solution, which is not a real problem because your workspace files will stay intact.

### 4.4.4  Device drivers

Many Windows CE 5.0 device drivers have been reviewed and reworked to improve their quality.

Windows CE Device Drivers are trusted modules, but don't need to run in kernel mode. Many services are provided by the OS to develop an interface that suites the device.

There are 3 kinds of processes that load drivers : (ref : Platform builder help) '

| Process | Drivers |
|---|---|
| *File System (FileSys.exe)* | *FileSys.exe loads file system drivers. For more information, see File Systems.* |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |
|----------|----------------------|--------|---|--|-------|------------------|

| | |
|---|---|
| *Device Manager (Device.exe)* | *Device.exe loads audio drivers, battery drivers, keyboard drivers, mouse drivers, NDIS drivers, notification LED drivers, serial drivers, PC Card drivers, USB drivers, and any other driver that exposes the stream interface. Device.exe loads most of its drivers with ActivateDeviceEx, and these drivers expose a stream interface. For more information, see Device Manager.* |
| *Graphics, Windowing, and Events Subsystem (GWES.exe)* | *GWES.exe loads a device driver if GWES is the only client of a driver. Device drivers loaded by GWES present a standard set of functionality for all similar devices. Drivers that GWES loads may expose the stream interface, but they also may expose different interfaces. This makes accessing the drivers much faster. GWES loads display drivers, printer drivers, and touch screen drivers. For more information, see Shell and User Interface Overview.* |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts, All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Dedicated Systems *Experts* | RTOS Evaluation Project | |
|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:  **1** | Date:  **August 18, 2004** |

## 4.5  Internet components

| Internet components | 0 | | 10 |
|---|---|---|---|

*Windows CE 5.0 has very extensive Internet support*

The internet support is divided in modules and components.  These can be found in a structured way among the other catalog items, just clicking to add to your OS design. Adding catalog items is pretty straightforward, but if you use design templates who already have many components then is the customization much more complicated then just removing and adding the components. Most of the time the components are linked and can't be removed before the dependencies of that component are removed too.

The most supporting OS Template for internet components is The Enterprise Web pad design. This configuration supports internet-based applications, including communications and networking functionality's. For more information about the security issues that can affect this template design, see ms-help://MS.WindowsCE.500/wceosdev5/html/wce50conEnterpriseWebPadConfiguration.htm

Windows CE 5.0 comes with an extensive set of Internet products and tools. It includes, among others:

– An HTTP server to post information. The server supports active server pages, ISAPI extensions and filters.

– A web browser for viewing information. The browser is a miniature version of Internet Explorer. It supports frames, tables and Javascript, as well as JPEG, static and animated GIF and WAV files.

– A telnet server to remotely administer devices, or to administer devices that do not have displays.

– Networking protocol support for communicating across the internet/intranet.

Many other tools and utilities are available from third-party vendors.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue:   1 | Date:   **August 18, 2004** |
|---|---|---|

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 4.6  Development tools

| Development tools | 0 | ▓▓▓▓▓▓▓▓ 8 ░ | 10 |
|---|---|---|---|

*Platform Builder 5.0 has improved over its predecessor in terms of user friendliness. However, the product still contains some unpleasant bugs.*

*A complete integrated development environment is available on the (Windows based) host, while the real-time Windows CE .NET application runs on the target. Platform builder is available for the platform developers, while other (independent) tools can be used for application development. Platform developers can export an SDK for the application developers.*

Microsoft provides development tools to cater the need of two categories of developers: the platform developers and the application developers.

Platform developers use an integrated development environment called Platform Builder on the Windows based host, while the target runs Windows CE 5.0 with the (real-time) applications. Aside from this platform development tool, Microsoft also provides the Embedded Visual Tools for application development.

The Platform Builder can be used to create a custom SDK (Software Development Kit) based on the Windows CE 5.0 OS to allow developers to write applications that run on the target platform. An SDK is a set of library, header, and Help files that developers use to write applications for a specific platform. The SDK is used in conjunction with the Embedded Visual Tools to create, debug and run custom applications.

☺ Platform Builder 5.0 (PB) has a few new features that make configuring a Windows CE 5.0 image somewhat easier.  A new platform wizard that assists you while creating a new platform is one example. Still, we encountered some very annoying bugs in the tool. Quite often the PB crashes when one disconnects the host from the target. On one occasion, the crash apparently destroyed some key files on our host that rendered it inoperable. Our platform builder needed to be reinstalled for this reason.

PB now uses dirs and sources to sysgen your platform, the makefiles also still exist but are less current.

The table below makes an inventory of the most commonly used tools and features available in PB 5.0.

| | Present (Yes/No) | Integrated in IDE | Standalone | Command based | GUI based |
|---|---|---|---|---|---|
| Editor | | | | | |
| Color highlight | Yes | ✓ | | | ✓ |
| Integrated help | Yes | ✓ | | | ✓ |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems** *Experts*

# RTOS Evaluation Project

| Doc no.: | **EVA-2.9-OS-CE 5.0-01** | Issue: | **1** | | Date: | **August 18, 2004** |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| | Present (Yes/No) | Integrated in IDE | Standalone | Command based | GUI based |
|---|---|---|---|---|---|
| Automatic code layout | No | | | | |
| Compiler | | | | | |
| C | YES | ✓ | ✓ | ✓ | ✓ |
| C++ | YES | ✓ | ✓ | ✓ | ✓ |
| Ada | No | | | | |
| Assembler | Yes | ✓ | ✓ | ✓ | ✓ |
| Linker | | | | | |
| Incremental | Yes | ✓ | ✓ | ✓ | ✓ |
| Symbol table generation | Yes | ✓ | ✓ | ✓ | ✓ |
| Development tools | | | | | |
| Profiler | Yes | | ✓ | ✓ | |
| Project management | Yes | ✓ | | | ✓ |
| Source code control | Yes | ✓ | | | ✓ |
| Revision control | Yes | ✓ | | | ✓ |
| Debugger | | | | | |
| Symbolic debugger | Yes | ✓ | | | ✓ |
| Thread sensitive debugging | Yes | ✓ | | | ✓ |
| Mixed source and disassembly | Yes | ✓ | | | ✓ |
| Variable inspect | Yes | ✓ | | | ✓ |
| Structure inspect | Yes | ✓ | | | ✓ |
| Memory inspect | Yes | ✓ | | | ✓ |
| Register inspect | Yes | ✓ | | | ✓ |
| Target connection | | | | | |
| JTAG | TBD | | | | |

**Windows CE 5.0**



**RTOS Evaluation Project**

| Doc no.: | EVA-2.9-OS-CE 5.0-01 | Issue: | 1 | | Date: | August 18, 2004 |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| | Present (Yes/No) | Integrated in IDE | Standalone | Command based | GUI based |
|---|---|---|---|---|---|
| BDM | TBD | | | | |
| Serial (via ROM-Monitor or app?) | Yes | | | | ✓ |
| Network (via ROM-Monitor or app?) | Yes | | | | ✓ |
| | | | | | |
| System analysis tool | | | | | |
| Tracing | Yes | ✓ | ✓ | | ✓ |
| Thread information | Yes | | ✓ | | ✓ |
| Interrupt information | Yes | | ✓ | | ✓ |
| Loader | | | | | |
| TFTP boot loader | Yes | ✓ | ✓ | | ✓ |
| Serial boot loader | Yes | ✓ | ✓ | | ✓ |
| Load separate modules | Yes | ✓ | | | ✓ |



http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

Dedicated Systems Experts

**RTOS Evaluation Project**

Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: **1** | Date: **August 18, 2004**

# 5 Appendix A: Vendor comments

| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Doc no.: **EVA-2.9-OS-CE 5.0-01** | Issue: 1 | Date: **August 18, 2004** |

# 6 Appendix B: Acronyms

| Acronym | Explanation |
|---|---|
| API | Application Programmers Interface: calls used to call code from a library or system. |
| BSP | Board Support Package: all code and device drivers to get the OS running on a certain board |
| DSP | Digital Signal Processor |
| FIFO | First In First Out: a queuing rule |
| GPOS | General Purpose Operating System |
| GUI | Graphical User Interface |
| IDE | Integrated Development Environment (GUI tool used to develop and debug applications) |
| IRQ | Interrupt Request |
| ISR | Interrupt Servicing Routine |
| MMU | Memory Management Unit |
| OS | Operating System |
| PCI | Peripheral Component Interconnect: bus to connect devices, used in all PCs! |
| PIC | Programmable Interrupt Controller |
| PMC | PCI Mezzanine Card |
| PrPMC | Processor PMC: a PMC with the processor |
| RTOS | Real-Time Operating System |
| SDK | Software Development Kit |
| SoC | System on a Chip |
| | |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Dedicated Systems *Experts* | **RTOS Evaluation Project** | |
|---|---|---|
| Doc no.:  **EVA-2.9-OS-CE 5.0-01** | Issue:   **1** | Date:   **August 18, 2004** |

# 7 Appendix C: Document revision history

## 7.1    Issue 1.0 (April 19, 2004)

Initial version

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |

# EVALUATION REPORT

# DEFINITION

© Copyright Dedicated Systems Experts NV. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.

**Disclaimer**

Although all care has been taken to obtain correct information and accurate test results, Dedicated Systems Experts and Dedicated Systems Magazine cannot be liable for any incidental or consequential damages (including damages for loss of business, profits or the like) arising out of the use of the information provided in this report, even if Dedicated Systems Experts and Dedicated Systems Magazine have been advised of the possibility of such damages.

http://www.dedicated-systems.com

Email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Date: **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: **1** |

# EVALUATION REPORT LICENSE

This is a legal agreement between you (the downloader of this document) and/or your company and the company DEDICATED SYSTEMS EXPERTS NV, Bergensesteenweg 421 B12, B-1600 St-Pieters-Leeuw, Belgium.

It is not possible to download this document without registering and accepting this agreement on-line.

1. **GRANT**. Subject to the provisions contained herein, Dedicated Systems Experts hereby grants you a non-exclusive license to use its accompanying proprietary evaluation report for projects where you or your company are involved as major contractor or subcontractor. You are not entitled to support or telephone assistance in connection with this license.

2. **PRODUCT**. Dedicated Systems Experts shall furnish the evaluation report to you electronically via Internet. This license does not grant you any right to any enhancement or update to the document.

3. **TITLE**. Title, ownership rights, and intellectual property rights in and to the document shall remain in Dedicated Systems Experts and/or its suppliers or evaluated product manufacturers. The copyright laws of Belgium and all international copyright treaties protect the documents.

4. **CONTENT**. Title, ownership rights, and an intellectual property right in and to the content accessed through the document is the property of the applicable content owner and may be protected by applicable copyright or other law. This License gives you no rights to such content.

5. **YOU CAN NOT**:
   − You cannot, make (or allow anyone else make) copies, whether digital, printed, photographic or others, except for backup reasons. The number of copies should be limited to 2. The copies should be exact replicates of the original (in paper or electronic format) with all copyright notices and logos.
   − You cannot, place (or allow anyone else place) the evaluation report on an electronic board or other form of on line service without authorization.

6. **INDEMNIFICATION**. You agree to indemnify and hold harmless Dedicated Systems Experts against any damages or liability of any kind arising from any use of this product other than the permitted uses specified in this agreement.

7. **DISCLAIMER OF WARRANTY**. All documents published by Dedicated Systems Experts on the World Wide Web Server or by any other means are provided "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. This disclaimer of warranty constitutes an essential part of the agreement.

8. **LIMITATION OF LIABILITY**. Neither Dedicated Systems Experts nor any of its directors, employees, partners or agents shall, under any circumstances, be liable to any person for any special, incidental, indirect or consequential damages, including, without limitation, damages resulting from use of OR RELIANCE ON the INFORMATION presented, loss of profits or revenues or costs of replacement goods, even if informed in advance of the possibility of such damages.

9. **ACCURACY OF INFORMATION**. Every effort has been made to ensure the accuracy of the information presented herein. However Dedicated Systems Experts assumes no responsibility for the accuracy of the information. Product information is subject to change without notice. Changes, if any, will be incorporated in new editions of these publications. Dedicated Systems Experts may make improvements or changes in the products and/or the programs described in these publications at any time without notice. Mention of non-Dedicated Systems Experts products or services is for information purposes only and constitutes neither an endorsement nor a recommendation.

10. **JURISDICTION**. In case of any problems, the court of BRUSSELS-BELGIUM will have exclusive jurisdiction.

## Agreed by downloading the document via the Internet.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



# RTOS Evaluation Project

| Date: | April 29, 2004 | Doc | EVA-2.9-GEN-03 | Issue: | 1 |
|---|---|---|---|---|---|

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

1  Introduction ............................................................................................................................. 6
    1.1  Purpose and scope ......................................................................................................... 6
    1.2  Document issue: the 2.9 framework ............................................................................... 6
    1.3  Related documents ......................................................................................................... 7
2  The evaluation report.............................................................................................................. 8
    2.1  Introduction ..................................................................................................................... 8
        2.1.1  The evaluation framework ..................................................................................... 8
        2.1.2  The two evaluation tracks ..................................................................................... 8
    2.2  The evaluation report layout ........................................................................................... 9
    2.3  Measurement method ................................................................................................... 11
        2.3.1  Tracing PCI access cycles .................................................................................. 11
        2.3.2  State analysis ...................................................................................................... 12
        2.3.3  Statistical analysis .............................................................................................. 12
        2.3.4  Generating interrupts........................................................................................... 12
    2.4  System configuration parameters ................................................................................ 13
        2.4.1  Memory Protection model .................................................................................... 13
3  Testing overview ................................................................................................................... 14
    3.1  Naming of the test series .............................................................................................. 14
        3.1.1  The Backus-Naur Form ....................................................................................... 14
        3.1.2  Test identifiers ..................................................................................................... 14
        3.1.3  Diagram identifiers............................................................................................... 15
        3.1.4  Source code identifier.......................................................................................... 15
    3.2  Coding style .................................................................................................................. 18
        3.2.1  Identifiers ............................................................................................................. 18
        3.2.2  Bracing styles ...................................................................................................... 19
        3.2.3  Indenting.............................................................................................................. 19
        3.2.4  Code blocks and comments ................................................................................ 20
    3.3  Libraries........................................................................................................................ 21
        3.3.1  Tracing API ......................................................................................................... 21
        3.3.2  Interrupt generating API ...................................................................................... 22
        3.3.3  Generic operating system API............................................................................. 22
4  The tests described ............................................................................................................... 28
    4.1  Calibration system test (CAL) ...................................................................................... 28
        4.1.1  Tracing overhead (CAL_P_TRC) ....................................................................... 28
        4.1.2  CPU power (CAL_P_CPU)................................................................................... 29
    4.2  Clock tests (CLK) .......................................................................................................... 30
        4.2.1  Operating system clock setting (CLK_B_CFG) .................................................. 30
        4.2.2  Clock tick processing duration (CLK_P_DUR).................................................... 31
    4.3  Thread tests (THR) ....................................................................................................... 32
        4.3.1  Thread creation behaviour (THR_B_NEW)......................................................... 32
        4.3.2  Round robin behaviour (THR_B_RR).................................................................. 33

http://www.dedicated-systems.com
email: info@dedicated-systems.com

## Dedicated Systems
*Experts*

# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |
|-------|---------------------|-----|---------------------|--------|-------|

    4.3.3  Thread switch latency between same priority threads (THR_P_SLS) ................................... 34
    4.3.4  Thread creation and deletion time (THR_P_NEW) ................................................................ 36
  4.4  Semaphore tests (SEM) ....................................................................................................... 38
    4.4.1  Semaphore locking test mechanism (SEM_B_LCK) ............................................................ 39
    4.4.2  Semaphore releasing mechanism (SEM-B-REL) ................................................................ 40
    4.4.3  Time needed to create and delete a semaphore (SEM_P_NEW) ........................................ 41
    4.4.4  Test acquire-release timings: no contention case (SEM_P_ARN) ...................................... 42
    4.4.5  Test acquire-release timings: contention case (SEM_P_ARC) .......................................... 43
  4.5  Mutex tests (MUT) ................................................................................................................ 45
    4.5.1  Priority inversion avoidance mechanism (MUT-B-ARC) ..................................................... 46
    4.5.2  Mutex acquire-release timings: contention case (MUT_P_ARC) ........................................ 51
  4.6  Interrupt tests (IRQ) ............................................................................................................ 52
    4.6.1  Simultaneous interrupt priority handling (IRQ_B_SIM) ...................................................... 53
    4.6.2  Interrupt latency (IRQ_P_LAT) ........................................................................................... 54
    4.6.3  Interrupt dispatch latency (IRQ_P_DLT) ............................................................................ 54
    4.6.4  Interrupt to thread latency (IRQ_P_TLT) ............................................................................ 55
    4.6.5  Maximum sustained interrupt frequency (IRQ_S_SUS) ..................................................... 55
  4.7  Memory tests (MEM) ............................................................................................................ 56
    4.7.1  Memory leak test (MEM_B_LEK) ....................................................................................... 56
5  Appendix A: Document revision history ...................................................................................... 57
  5.1  Issue 1.0 (April 29, 2004) .................................................................................................... 57

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

**Dedicated Systems**
*Experts*

# RTOS Evaluation Project

| Date: | **April 29, 2004** | Doc | **EVA-2.9-GEN-03** | Issue: | **1** |
|-------|--------------------|-----|--------------------|--------|-------|

## DOCUMENT CHANGE LOG

| Issue No. | Revised Issue Date | Para's / Pages Affected | Reason for Change |
|-----------|--------------------|-------------------------|-------------------|
| 1 | April 29, 2004 | All | Initial Issue |
| | | | |
| | | | |

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com



| | **RTOS Evaluation Project** | |
|---|---|---|
| Date: **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: **1** |

# 1 Introduction

## 1.1 Purpose and scope

This paper explains the evaluation tests done and how the results are presented in the RTOS evaluation report. It explains how framework 2.9 describes the tested real-time OS and shows how detailed the results are. This document is an important companion document in reading and understanding the evaluation reports.

The evaluation report itself shows the test results obtained for a particular RTOS. The executed tests are explained here. Due to the tightly coupling between these documents, the issue of this document has to match the issue of the evaluation report. Information on how we handle versions of documents and tests can be found in "The evaluation framework.", see section 1.3 of this document.

This document defines and explains all tests executed in the framework 2.9. Generic pseudo "C" code for these tests is available in another document which can be obtained on request. The results of the test will indicate if a system may or may not be qualified as "real-time". For each test, objective criteria are set to determine if a result is real-time or not. (real-time is used here in the sense of "predictable response time and behavior"

## 1.2 Document issue: the 2.9 framework

Framework 2.9 is a serious revision of the previous framework to achieve:

- Better readability
- More objective qualification criteria

These are the main changes between the current (2.9) and the previous (2.5) framework:

- Test labeling is completely changed to improve the readability of the evaluation reports.
  Remark that in appendix, a lookup table is added to find the relation between the test labels used in the previous framework and the current framework.
- Separation of the RTOS memory model and the test labeling, again to improve readability.
- Generic pseudo code is made for each test.
  This code is based on the "C" programming language and uses macros for the RTOS dependent system calls. (Published in a separate document).
- Added a new test category to test the RTOS "Behavior".
  These tests check if the operating system acts as expected in a certain scenario we define. These scenarios correspond to classical scenarios one would use in an application.
- Added some objective criteria to differentiate between "real-time" and "non real-time".

Generic pseudo code is now available for download on request. Third parties can therefore more easily repeat the tests presented here. However, these third parties should also be aware of the fact that one

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| ![Dedicated Systems Experts] | **RTOS Evaluation Project** | |
|---|---|---|
| Date:  **April 29, 2004** | Doc  **EVA-2.9-GEN-03** | Issue:  **1** |

needs extensive and costly measuring equipment to do the timing measurements in order for these measurements not to impact on the behavior of the system!

## 1.3    Related documents

These are documents that are closely related to this document. They can all be downloaded using following link:

http://www.dedicated-systems.com/encyc/buyersguide/rtos/evaluations

Doc. 1    The evaluation framework.
          This document presents the evaluation framework. It also indicates which documents
          are available, and how their name giving, numbering and versioning are related. This
          document is the base document of the evaluation framework.
          EVA-2.9-GEN-01                          Issue: 1        Date: April 29, 2004

Doc. 2    What is a good RTOS?
          This document presents the criteria that Dedicated Systems Experts use to give an
          operating system the label "Real-Time". The evaluation tests are based upon the
          criteria defined in this document.
          EVA-2.9-GEN-02                          Issue: 1        Date: TBD

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

| Dedicated Systems *Experts* | **RTOS Evaluation Project** | |
|---|---|---|
| Date:    **April 29, 2004** | Doc    **EVA-2.9-GEN-03** | Issue:    **1** |

# 2   The evaluation report

## 2.1   Introduction

### 2.1.1   The evaluation framework

The evaluation framework is introduced in [Doc. 1]. This document also describes the aim of the evaluation reports. Our concept of real-time is introduced there. More ideas and concepts used in this document are explained in the paper "What is a good RTOS?", see [Doc. 2] in section 1.3 of this document.

The tests are designed in order to verify if:

– A system behaves like expected

– The system response is predictable in all circumstances (worst case time needed?)

– A system does not have buggy behavior or instable behavior.

Depending on the results of the tests a system is labeled "RT-VALIDATED", "VALIDATED" or "DID NOT QUALIFY". Logos are available for each of the qualifications.

### 2.1.2   The two evaluation tracks

Our evaluation is divided into two tracks:

- The first track is a qualitative study called the technical evaluation. In this approach, we focus on the system architecture of the operating system and/or the architecture of the platform.

- The second track is referred as the practical evaluation and is a quantitative approach. This second track is detailed in depth in this document.

#### 2.1.2.1  Qualitative track: The technical evaluation

The two technical evaluations closely related with a test report are:

– The operating system evaluation

– The platform evaluation.

Both evaluations are merely theoretical. The content and layout of these reports are given in two other documents, but these are not mandatory to understand the evaluation reports in this case.

#### 2.1.2.2  Quantitative track: The practical evaluation

The practical evaluation measures specific real-time features of the operating system. It does not certify that a set of application threads will meet their deadlines; rate monotonic scheduling and similar methods can be used for this purpose. The purpose is to assert that a RTOS is suitable or not for real-time applications. If the behavior of an application needs to be predictable, then the underlying software, i.e. the RTOS, needs to have all the features necessary to meet these requirements. In general, all the system calls and operations of an operating system should exhibit predictable behavior. This implies that the execution time has to be bounded, independent of the workload of the system.

The purpose of our test suite is not only to measure the throughput and the responsiveness of the RTOS, but also to test its determinism and behavior, much more important than performance figures.

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.



| | **RTOS Evaluation Project** | |
|---|---|---|
| Date: **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: **1** |

## 2.2   The evaluation report layout

In the figure below a sample of the table of contents of an evaluation report is shown.

| | **RTOS Evaluation Project** | |
|---|---|---|
| Date: **February 18, 2004** | Doc: **EVA-2.9-TST-OSE-PPC-01** | Issue: **1 draft 2** |

1  Introduction ........................................................................................ 8
    1.1  Purpose and scope ...................................................................... 8
    1.2  Document issue: the 2.9 framework ............................................ 8
    1.3  Related documents ...................................................................... 8
2  Results summary ............................................................................... 8
    2.1  Product under test ....................................................................... 8
    2.2  Test result .................................................................................... 8
        2.2.1  Positive points ..................................................................... 8
        2.2.2  Negative points .................................................................... 8
        2.2.3  Ratings ................................................................................ 9
3  Introduction ....................................................................................... 9
    3.1  Product under test ....................................................................... 9
        3.1.1  Software ............................................................................... 9
        3.1.2  Hardware ............................................................................. 9
    3.2  Introduction ................................................................................. 9
4  Installation and BSP ....................................................................... 10
    4.1  Installation ................................................................................. 10
        4.1.1  Installation on Host ............................................................ 10
        4.1.2  Installation on target ......................................................... 10
    4.2  BSP ............................................................................................ 11
5  Test Results ...................................................................................... 13
    5.1  Calibration system test (CAL) ................................................... 13
        5.1.1  Tracing overhead (CAL-P-TRC) ........................................ 13
        5.1.2  CPU power (CAL-P-CPU) ................................................. 13
    5.2  Clock tests (CLK) ....................................................................... 15
        5.2.1  Operating system clock setting (CLK-S-CFG) .................. 15
        5.2.2  Clock tick processing duration (CLK-P-DUR) .................. 15
    5.3  Thread tests (THR) .................................................................... 17
        5.3.1  Thread creation behaviour (THR-B-NEW) ........................ 17
        5.3.2  Round robin behavior (THR-B-RR) ................................... 18
        5.3.3  Thread switch latency between same priority threads (THR-P-SLS) .... 19
        5.3.4  Thread creation and deletion time (THR-P-NEW) ............ 21
    5.4  Semaphore tests (SEM) ............................................................ 25
        5.4.1  Semaphore locking test mechanism (SEM-B-LCK) .......... 25
        5.4.2  Semaphore releasing mechanism (SEM-B-REL) .............. 25
        5.4.3  Time needed to create and delete a semaphore (SEM-P-NEW) ... 26
        5.4.4  Test acquire-release timings: contention case (SEM-P-ARN) .... 28
        5.4.5  Test acquire-release timings: contention case (SEM-P-ARC) ... 30
    5.5  Mutex tests (MUT) ..................................................................... 32
        5.5.1  Priority inversion avoidance mechanism (MUT-B-ARC) .... 33
        5.5.2  Mutex acquire-release timings: contention case (MUT-P-ARC) ... 33

OSE 4.5.1 on a PPC platform                                    Page 3 of 42

| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Date: **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: **1** |

http://www.dedicated-systems.com email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

| Dedicated Systems Experts | RTOS Evaluation Project | |
|---|---|---|
| Date: **February 18, 2004** | Doc: **EVA-2.9-TST-OSE-PPC-01** | Issue: **1 draft 2** |

1  Introduction ........................................................................6
  1.1  Purpose and scope .........................................................6
  1.2  Document issue: the 2.9 framework ...............................6
  1.3  Related documents .........................................................6
2  Results summary ...............................................................8
  2.1  Product under test .........................................................8
  2.2  Test result ....................................................................8
    2.2.1  Positive points .........................................................8
    2.2.2  Negative points ........................................................8
    2.2.3  Ratings ...................................................................8
3  Introduction .......................................................................9
  3.1  Product under test .........................................................9
    3.1.1  Software ..................................................................9
    3.1.2  Hardware .................................................................9
  3.2  Introduction ..................................................................9
4  Installation and BSP .........................................................10
  4.1  Installation ..................................................................10
    4.1.1  Installation on Host ................................................10
    4.1.2  Installation on target ..............................................10
  4.2  BSP ............................................................................11
5  Test Results .....................................................................13
  5.1  Calibration system test (CAL) .......................................13
    5.1.1  Tracing overhead (CAL-P-TRC) ................................13
    5.1.2  CPU power (CAL-P-CPU) .........................................13
  5.2  Clock tests (CLK) .........................................................15
    5.2.1  Operating system clock setting (CLK-B-CFG) .............15
    5.2.2  Clock tick processing duration (CLK-P-DUR) .............15
  5.3  Thread tests (THR) .......................................................17
    5.3.1  Thread creation behaviour (THR-B-NEW) .................17
    5.3.2  Round robin behavior (THR-B-RR) ............................18
    5.3.3  Thread switch latency between same priority threads (THR-P-SLS) .........19
    5.3.4  Thread creation and deletion time (THR-P-NEW) .......21
  5.4  Semaphore tests (SEM) ................................................25
    5.4.1  Semaphore locking test mechanism (SEM-B-LCK) .....25
    5.4.2  Semaphore releasing mechanism (SEM-B-REL) .........26
    5.4.3  Time needed to create and delete a semaphore (SEM-P-NEW) .........26
    5.4.4  Test acquire-release timings: contention case (SEM-P-ARN) .........28
    5.4.5  Test acquire-release timings: contention case (SEM-P-ARC) .........30
  5.5  Mutex tests (MUT) ........................................................32
    5.5.1  Priority inversion avoidance mechanism (MUT-B-ARC) .........33
    5.5.2  Mutex acquire-release timings: contention case (MUT-P-ARC) .........33

OSE 4.5.1 on a PPC platform                    Page 3 of 42

**Figure 1 Content table of example test report**



# RTOS Evaluation Project

| Date: **April 29, 2004** | Doc **EVA-2.9-GEN-03** | Issue: **1** |

http://www.dedicated-systems.com
email: info@dedicated-systems.com

© Copyright Dedicated Systems Experts. All rights reserved, no part of the contents of this document may be reproduced or transmitted in any form or by any means without the written permission of Dedicated Systems Experts.

## 2.3  Measurement method

### 2.3.1  Tracing PCI access cycles

An absolute time reference is required to measure time intervals. Most operating systems include software timers that could be used as a measurement tool. But timers in different operating systems do not necessarily have the same resolution or precision to perform accurate measurements. The use of software timers adds unpredictable overhead to the results because the measurements are performed by the operating system while it executes the test. The use of it may also change the behavior of the system. Furthermore, the measurements based on the software timers are synchronous with the system clock and this is not what we are looking for. Instead of a software timer, DS-Experts uses an external hardware device: a PCI bus analyzer.

During the execution of a test, tracing data is written at a valid PCI bus address before and after the evaluated system operation. Writing the trace to a double word aligned address on a 33MHz PCI bus takes on most platforms six to seven bus-cycles, i.e. 180ns to 210ns (this largely depends on the platform used). The trace is specific to its position in the code, making it possible to identify and follow the execution path of the test during the analysis of the results.

The PCI bus analyzer stores the data written on the PCI bus into its local memory and timestamps it. When the test is completed, the data is downloaded from the PCI bus analyzer to a PC where it can be further processed.

Tracing is done in the test code by issuing *TraceWriteXxx()* calls. There are four types of traces written on the PCI bus:

– A trace to indicate the start of a timing measurement: *TraceWriteBefore*.
– A trace to indicate the end of a timing measurement: *TraceWriteAfter*.
– A trace to check the behavior of a test (state analysis): *TraceWriteData*.
– A trace to indicate an error condition in the generic to RTOS dependent library: *TraceWriteError*

Figure 2 shows the generic performance measurement using the two timing traces: the time difference between the traces "before" and "after" written on the PCI bus gives the execution time for the system operation. As the collected data marks the start and the end of a system operation, it can be used to calculate the desired time intervals. Each test loops until the trace buffer of the PCI analyzer is full (currently this is 32K trace samples or about 16K time samples).



**Figure 2 generic performance measurements**

# EXHIBIT G

Product profile



# CN2B

Mobile Computer

- **PDA form factor built to withstand the rigors of field use**

- **Delivers improved TCO over commercial grade devices**

- **Features and functionality common to higher priced, larger mobile devices**

- **Choices of radios, keypads and platforms to fit the job at hand**

- **SmartSystems™ device management capabilities for batch or real-time updates and maintenance**

The CN2B combines the convenience of shirt pocket size for the ultimate in mobility, with all the ruggedness and reliability you've come to expect from Intermec, the number one supplier of rugged pocket PCs for the enterprise.

The CN2B, with either batch or local area radio connectivity is ideal for store operations/management applications within the retail industry. Additionally, the CN2B offers Microsoft® Windows Mobile® and Bluetooth® support, making it a good fit for field service, direct store delivery, or in-transit visibility applications. The CN2B is ideally suited for those applications that can run in near-real-time by connecting to a mobile phone when integrated WWAN capabilities are not required.

The CN2B shares the compact form factor of a commercial PDA, including single-handed operation, the similarities stop there. The thoughtfully designed feature set is packaged to survive heat, humidity and multiple drops to concrete or steel, allowing you to minimize your total cost of ownership.

Research has proven that investments in rugged mobile computing devices versus commercial grade pay off in a lower total cost of ownership as early as two years into the life of the device.

Device management capabilities are uncommon for this class of mobile computer; however the CN2B has integrated Intermec's SmartSystems™, a centralized one-to-one device management solution for remote support capability. The CN2B also features Wavelink Avalanche™ for remote maintenance of entire populations of devices. This solution allows the user to configure, update or maintain the CN2B mobile computer in real time or batch saving time and money.

This mobile computer relies on the proven, powerful combination of the Intel® XScale™ processor with the Microsoft® Windows CE or Windows Mobile operating system to deliver a perfect balance of real-time data collection performance with full-shift power management functionality required by the application demands of retail store management and field sales and service.

In addition, the CN2B relies on Intermec's WiFi® certified 802.11 b/g radio, which ensures consistent performance by providing the best available wireless network throughput and reliability.

The CN2B leverages the Intermec EV10 linear scan engine with 3.3V low power operation to preserve battery life for mobile computing applications. With no moving parts and no laser diode, the EV10 has a



longer life than any laser scanner (MTBF above 250Kh). The CN2B has received Cisco Certified Extension (CCX) ensuring compatibility with a Cisco infrastructure.

The user accessible secure digital card slot provides more than sufficient data storage and back up capabilities for today's demanding applications.

## Physical Description
The CN2B is a rugged pen based handheld mobile data collection computer featuring an embedded Microsoft® Windows® operating system and an Intel™ XScale™ PXA255 processor. The shirt pocket, PDA-like form factor, integrated linear imager and choice of radios make the CN2B the ideal computer for the mobile worker.

## Physical Characteristics
**Length:** 147 mm (5.8 in.)
**Height:** 35 mm (1.4 in.)
**Width:** 86 mm (3.4 in.)
**Weight:** 370 grams (11.9 oz)

## Hardware
**Microprocessor:** Intel XScale PXA255; 400 MHz
**Display:** 240 x 320 (quarter VGA) transflective display with 3.5" diagonal supporting 16-bit color depth (65K colors) and resistive panel touch screen. Integrated stylus storage slot.

## Software
**Development Environments:** Embedded Visual C++ 4.0, .NET Compact Framework (VB .NET and C#)
**Browser Support:** IE6 compatible
**Software Development Kit:** Supports device-specific features and bar code scanning
**Bundled Productivity Applications:**
WordPad, Transcriber and Imager scan demo program

## Scan Activation
Left/Right/Top scan buttons, with continuous scan mode.

## Integrated Radio
Bluetooth Class 2, v. 1.1 standard
**Optional:** 802.11b/g
**Data Rates:** Up to 54 Mbps with 802.11g; 11 Mbps with 802.11b; Bluetooth Class 2, v. 1.1

## Antenna: Internal
**Standards Compliant:** IEEE 802.11g (2.4 GHz - OFDM), IEEE 802.11b (2.4 GHz - DSSS)
**Radio Power:** 802.11g 16mW. 802.11b 30mW
**Security:** WEP, WPA, WPA 2, EAP-FAST, 802.1x (EAP-TLS, TTLS, LEAP, PEAP)
**Certifications:** Wi-Fi, WPA, Cisco Compatible logo indicates compatibility with a Cisco infrastructure

## Device Management
**SmartSystems™ Support:** A centralized one-to-one device management solution for remote support capability. Also features Wavelink Avalanche™ for remote maintenance of entire populations of devices. Both solutions allow the user to configure, update or maintain the CN2 mobile computers in real time or batch.

## Speaker
Loud (80 dB) programmable "beeper" with adjustable frequency and duration for scanning feedback or audio indicator under program control. The CN2B features an audio jack.

## Power
**Battery Type:** Lithium-Ion 2150 mAh, 3.7V with 5 min. NiMH RAM backup
**Battery Life:** 8 or more hours at typical usage level
**Recharging Cycle:** 4 hours

## Environmental Specifications
**Humidity:** 5 to 95% non-condensing
**Electrostatic Discharge:** 6KV contact, 12KV air
**Vibration and Shock Protection:** Tested to MIL-PRF-28800F standards

## Accessories
**I/O Interface:** USB version 1.1 (through dock)
**Serial Adapters:** Snap-on for DB9 interface to serial or printer peripherals (externally powered)

## Regulatory Approvals
UL and cUL Listed, GS Licensed, FCC Part 15, Industry Canada ICES-003 and RSS-210, Australia C-Tick, CE Mark, Japan Telec

| CN2B | |
|---|---|
| **Operating System** | Windows Mobile 2003 |
| **Memory Capacity** | 64 MB/64 MB |
| **Wireless Technologies** | 802.11 b/g and Bluetooth® |
| **Keypad Options** | 22 key numeric |
| **Bar Code Scanning** | Integrated 1D Linear Imager **Symbologies:** Codabar; Codablock A and F; Code 11; Code 39; Code 93 and 93i; Code 128; EAN 128; I 2 Of 5; ISBT 128; MSI; Matrix 2 of 5; Plessey; RSS 14; RSS Limited; RSS Expanded; RSS 14 Stacked; RSS Omni-Directional; Standard 2 of 5; Telepen; UPC/EAN; UCC Composite CC-A, CC-B and CC-C; Micro PDF and PDF 417. |
| **Environmental Specifications** | IP54, 1.22m (4 ft.) drops to concrete using MIL standard 810F **Operating temp:** -10° to 50°C  (14° to 122° F) **Storage temp:** -20° to 60°C (-4° to 140°F) |
| **Accessories Supported** | Single USB client dock Single USB modem dock* Vehicle dock AC wall adapter Car charger Quad battery-pack charger Dust cover, holster, spare battery, hand strap, stylus kit, screen protector kit. |

* This dock supports USB client and modem.









## North America
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
Phone: (425) 348-2600
Fax: (425) 355-9551

## South America & Mexico
**Headquarters Office**
Newport Beach, California
Phone: (949) 955-0785
Fax: (949) 756-8782

## Europe/Middle East &
**Africa Headquarters Office**
Reading, United Kingdom
Phone: +44 118 923 0800
Fax: +44 118 923 0801

## Asia Pacific
Headquarters Office
Singapore
Phone: +65 6303 2100
Fax: +65 6303 2199

## Internet
www.intermec.com
Worldwide Locations:
www.intermec.com/locations

## Sales
Toll Free NA: (800) 934-3163
Toll in NA : (425) 348-2726
Freephone ROW: 00 800 4488 8844
Toll ROW : +44 134 435 0296

## OEM Sales
Phone: (425) 348-2762

## Media Sales
Phone: (513) 874-5882

## Customer Service and Support
Toll Free NA: (800) 755-5505
Toll in NA : (425) 356-1799

Copyright © 2007 Intermec Technologies Corporation.  All rights reserved.  Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners.  Printed in the U.S.A. 611570-01G  04/07

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.



# EXHIBIT H



Product profile

# CN3

Mobile Computer

- **Thin, rugged form factor fits the needs of the mobile worker**

- **Integrated GPS with internal antenna enables efficient deployment of resources, improves asset visibility**

- **WiFi®, Bluetooth®, and choice of WWAN radios (3G CDMA/EV-DO or GSM/EDGE) keep field workforce connected**

- **Color camera provides powerful tool for documenting proof-of-service or vehicle inspection**

- **Ultra-slim extended battery provides all-day power**

Designed to meet the needs of workers performing mission-critical tasks in transportation, logistics and field service, the CN3 mobile computer delivers a powerful combination of communications technologies in a compact, rugged package.

With standard WiFi, Bluetooth and choice of integrated, network independent GPS receiver and WWAN voice and data services (including 3G EV-DO or EDGE), the CN3 enables companies to stay connected with their mobile workforce in real time, driving improved efficiencies and increased asset visibility across their operations. The CN3 provides access to information at the point of work, allowing companies to dynamically deploy the right resources to the right location, and enabling their mobile workers to tap into the information they need to work most effectively. With mobile intelligence at their fingertips, companies can increase customer responsiveness while also reducing inventory and transportation costs.

Built to survive the rigors of the road, the CN3 meets rugged, standards-based environmental specifications and provides features that meet the needs of mobile workers. The CN3's 2.0 megapixel color camera provides a vital data validation tool, enabling workers

to document proof-of-service or vehicle inspection. The CN3 has a touch screen display, 128 MB RAM and is available with an ultra-slim extended battery that delivers easy-to-carry, all-day power.

The CN3 runs Windows Mobile 5.0®, supporting direct push wireless email for real-time connectivity with corporate networks. For in-premise use, the CN3's support for Cisco® Compatible Extensions (CCX) ensures seamless interoperability in Cisco infrastructures.

The CN3 supports Intermec's SmartSystems™, a comprehensive system for complete device management that enables installation, maintenance or application software updates, security adjustments and device settings to be performed automatically and managed remotely, dramatically reducing field downtime. Deployment is made fast and easy with Intermec Readicare WWAN Activation and Provisioning Services (North America). Intermec Medallion Support services are available to help keep your mobile workforce in action worldwide.

Priced affordably and packed with road-ready capabilities, the CN3 offers companies the opportunity to deploy into new areas of their businesses and realize increased return on their mobility investments.



**Physical Characteristics**
**Dimensions with Standard Battery Pack:**
6.3 x 3.2 x 1.1 in, (160 x 81 x 28 mm)
**Dimensions with Extended Battery Pack:**
6.3 x 3.2 x 1.3 in, (160 x 81 x 33 mm)
**Weight:** 14.0 oz - 16.0 oz (397 - 454 g)

**Environmental**
**Operating Temp:** +14°F to +122°F,
(-10°C to +50°C)
**Storage Temp:** -20°C to +70°C,
(-4° F to +158° F)
**Relative Humidity:** 95%
**Rain & Dust Resistance:** IP54
**Drop Spec:** 5' (1.5 m) 26x all faces, sides & corners
**Electrostatic Discharge:**
+/- 15 kVdc air discharge
+/- 8 kVdc contact discharge

**Power**
**Standard Battery Pack:** 3.7V, 2200 mAh, (8.1 Watt-hour) Li-Ion
**Extended Battery Pack:** 3.7V, 4000 mAh, (14.8 Watt-hour) Li-Ion

**Operating System**
Windows Mobile 5.0®

**Microprocessor**
Intel® XScale PXA270, 520 MHz

**Memory and Storage**
**RAM Memory:** 128MB
**Flash ROM:** 256MB
Customer-accessible miniSD slot for removable memory cards up to 2GB

**Display**
3.5 in (89 mm) QVGA (240 x 320 pixel) 64K color
Transflective TFT-LCD, LED backlight

**Standard Communications**
USB 1.1 Host and Client
RS232 via vehicle dock
Ethernet via desktop single or quad dock

**Software**
**Device Management:**
**SmartSystems support:** Centralized remote support capability, configures, updates and maintains single devices or entire populations; real-time or batch, wired or wireless. Wavelink Avalanche™ with Intermec value added utilities.
**Intermec Developer's Library (IDL):** Integrates with leading development environments; supports device-specific features, bar code scanning, printing, communications Development Environments: Visual Studio 2005, .NET compact Framework (VB, .NET and C#)
**Browser Support:** Internet Explorer Mobile

**Integrated Radio Options**
**Wireless WAN:** GSM/GPRS/EDGE or CDMA/1xRTT/EV-DO
**Wireless LAN (standard):**
**Standards Compliant:**
IEEE 802.11g (2.4 GHz)
IEEE 802.11b (2.4 GHz)
**Data rates:** Up to 54Mbps for 802.11g ODFM.
Up to 11Mbps for 802.11b DSSS
**Radio Power Output:** 100mW maximum
**Security:** WEP, WPA, 802.11x (EAP-TLS, TTLS, LEAP, PEAP), 802.11i
**Certifications:** Wi-Fi, WPA2, Cisco Compatible (CCX)
**Wireless PAN (standard):** Integrated Bluetooth™ Class 2, V2.0 compatible module for wireless

**Global Positioning System**
Network independent embedded receiver with integrated antenna

**Audio Support**
Dual speakers
Microphone
Wireless Bluetooth headset support
Wired external speaker support via vehicle dock
VoIP
Speech recognition

**Integrated Scanner Option**
Area Imager
Supports omnidirectional 1D, 2D, Composite and Postal decode capabilities plus signature capture

**Integrated Camera Option**
2.0 megapixel color camera with LED flash

**Keypad Options**
QWERTY or Numeric backlit keypad

**Readicare Activation and Provisioning Services**
(available in North America only)
WWAN Carrier Provisioning
WWAN Carrier Activaton
Software Configuration
Tagging
Operational Testing
Packing, Storage & Staging
For additional details, go to:
http://www.intermec.com/
WWANActivationandProvisioning/

**Accessories**
• Single Dock, USB Host/Client (no modules)
• Single Dock, Ethernet Module
• Single Dock, Modem Module
• Quad Multi-dock, Ethernet
• Quad Multi-dock, Charge Only
• Quad External Battery Charger
• Scan Handle
• Magnetic Stripe Reader, Snap-on
• Auto Adapter
• Belt Clip
• Vehicle Dock

**Regulatory Approvals/Compliance**
**Safety:** cULus Listed, OSHA 29 CFR 1910.178/ASME B56.11.6 Compliant, GS, CCC, GOST, NOM, eK, HKSI, SABS, SPRING, prEN ISO 13564
**EMC:** FCC Part 15B – Class B, ICES-003 Class B, EN 55022 Class B, EN 55024, EN 301 489-17, AS/ZNS 3548, GB9254-1998
**Radio:** FCC Part 15.247, Industry Canada RSS 210, EN 300 328-2, Telecom. Num. 547
**Other:** Compliant with all applicable EU Directives – EMC, Low Voltage, R&TTE, Vehicle, WEEE, RoHS, Packaging & Waste Packaging



 

 

 

**North America Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
Phone: (425) 348-2600
Fax: (425) 355-9551

**South America & Mexico Headquarters Office**
Newport Beach, California
Phone: (949) 955-0785
Fax: (949) 756-8782

**Europe/Middle East & Africa Headquarters Office**
Reading, United Kingdom
Phone: +44 118 923 0800
Fax: +44 118 923 0801

**Asia Pacific**
Headquarters Office
Singapore
Phone: +65 6303 2100
Fax: +65 6303 2199

**Internet**
www.intermec.com
Worldwide Locations:
www.intermec.com/locations

**Sales**
Toll Free NA: (800) 934-3163
Toll in NA : (425) 348-2726
Freephone ROW: 00 800 4488 8844
Toll ROW : +44 134 435 0296

**OEM Sales**
Phone: (425) 348-2762

**Media Sales**
Phone: (513) 874-5882

**Customer Service and Support**
Toll Free NA: (800) 755-5505
Toll in NA : (425) 356-1799

Copyright © 2008 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 611766-01H  01/08

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.



# EXHIBIT I






< Home | Palm Software | Accessories | Reviews | News Center | Comments | Forum | PriceGrabber | Graveyard | RSS

**Palm Infocenter**

Register | Log in

**Site Search**

[        ] Go

# Symbol Concludes Palm OS Licensing Agreement

Posted By: **Kris Keilhack** on Friday, November 10, 2006 10:08:49 AM

CRN has posted an underline article concerning not only the cessation of Symbol's Palm OS product line but also some key background info on Janam Technologies. It states that Symbol is now taking its last orders for its ruggedized SPT1550 and SPT1800 industrial handhelds.

Symbol's interest in the Palm OS has been on the wane for several years as its newest models, the SPT-1800 series, still run OS 4.0 with 33mhz Dragonball CPUs and 160x160 monochrome screens. In all likelihood, Symbol has likely only maintained its Palm OS license this long to service long-term contracts and the large installed device base.

Symbol has notified its customers that its final batch of Palm OS-based ruggedized industrial-style handhelds will ship in January. They claim the decision to terminate Palm OS device production was reached not only due to economic factors but Access' lack of interest in the Garnet OS in the company's long-term plans.



In September, Motorola agreed to acquire Symbol Technologies in a deal valued approximately $4 billion dollars.

Their EOL announcement is likely to shock and anger many long-time customers who need reliable and affordable solutions for inventory management and barcode scanning applications but may prove a boon to Janam as a new startup. Janam was just founded by two former Symbol Technologies executives, Ron Goldman and Harry Lerner. The company just announced a five year licensing deal for Palm OS Garnet and two new modern barcode-scanning handhelds.

CRN's article also interestingly gives rough sales figures for Symbol's Palm-powered devices over the years as well as some approximate price points for Janam's various configurations which will range from $995 to $1,295.

**More Stories Like This...**
Chapura Updates FolderMirror

# EXHIBIT J







# ChannelWeb


You are not logged into Channelweb.  Login | Register

Search ChannelWeb

# Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void

By Shelley Solheim, ChannelWeb
8:58 AM EST Thu. Nov. 09, 2006
From the November 27, 2006 issue of VARBusiness
Page 2 of 2

Enter Janam Technologies, a start-up founded by two former Symbol Technologies executives, Ron Goldman and Harry Lerner. The company, based in Cold Spring Harbor, N.Y., this week announced it has signed a five-year agreement with Access to develop and sell Palm Garnet-based ruggedized handheld devices. Janam's first handhelds will be commercially available by the end of the year.

Key to the new devices was ensuring support for barcode-scanning applications written for older versions of the Palm OS, Lerner says. "We spent a lot of time making sure applications are going to port to our device perfectly," Lerner says.

The new devices also add several enhancements over existing Palm-based handhelds from Symbol, which are based on older versions of the OS.


Janam will launch two flavors of its handhelds: the XP30 (left), which has a QVGA color LCD; and the XP20 (right), which has a 160-by-160 monochrome display. The devices have a 266-MHz processor, compared with the 33-MHz processor in current devices. Memory is also increased to 32 MB SDRAM and 64 MB NAND. Other new features include Bluetooth connectivity, 2-D barcode scanning, a user-accessible mini SD card slot, both PDA- and numeric-style keypads, Wi-Fi protected access (WPA), and support for 802.11g.


Partners who have tested out the new devices say they think the products will fill a market need.

Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness          Page 2 of 7

Case 1:08-cv-00340-JJF          Document 11-12          Filed 06/18/2008          Page 3 of 8

"The Palm OS base is shrinking, but there definitely remains strong demand from customers who need an aggressive barcode scanner with a simple application at a low price point -- something that Palm OS excels at," says Brad Horn, Portable Technology Solutions, a provider of mobile barcode enabled data collection solutions. "These customers cannot afford and do not need the higher end features bundled in with the Windows Mobile and CE.Net Terminals. The Janam terminal is a great fit for these price sensitive customers."

"There is still a Palm market out there. We found some customers were pretty upset with the end-of-life with Symbol's program," says Tom Moxley, president of Next Level Solutions, in Scottsdale, Ariz. "This will give the Palm user a good window to convert so he can do it on his timetable not with his back to the wall."

There is another small provider of rugged Palm-based devices based out of New Zealand, called Aceeca, although its devices are based on an older version of the Palm OS.

Janam will sell its devices mainly through the channel, Lerner says. List pricing ranges from $995 to $1,295.

*Jeff Schwartz contributed to this article*

<< Previous | 1 | 2

RATE THIS ARTICLE Worse ○ 1 ○ 2 ○ 3 ○ 4 ○ 5 Better   [Submit]

More IT Channel | Email this article | Print this article | Bookmark this article | Digg this article | Submit to Slashdot | Reprint this article

Ads by Google

**Add Your Comment:**

Post as user:

Please login or register here for a free ChannelWeb account to post.

Post as guest:

**Name**

**AMD Opteron™ Processor**

·          Quad-Core AMD Opteron™ Processor w/ Investment          ·
Protection & Low TCO.

amd.com/quadcore

[Submit Comment]

, CHANNELWEB MARKETSPACE >> (Sponsored Links)

• Find out if your business is profitable
• Recommend Products/Solutions to your fellow Solution Providers

• FREE Channel NetSeminars with the editors. Log in from anywhere.
• Recommend Products/Solutions to your fellow Solution Providers
• New security strategies for solution providers: Click here
>>Buy a Link Now

CHANNELWEB MARKETPLACE (Sponsored Links)

**Increase your Managed Services Revenue Ten fold**
Cost effective MSP platform to monitor/secure your customer networks
remotely. Download Free Trial

**New Webcast: How to Profit with Remote Support.**
Discover how REMOTE SUPPORT can fuel your IT business in ways you've
never thought of before.

**Want a Virtual Appliance?**
Email gateway security Virtual Appliance, 30 day trial, free download,try it...its
easy!

**Free White Paper**
Don't let staff size limit opportunities. OnForce can help you expand NOW.
Download Now

**Download your collaboration technology brief.**
Learn why online collaboration has reached the Tipping Point and how it's
accelerating business.

**Advertise With Us**

RELATED NETSEMINARS >>
How to Profit with Remote Support: Generate Customer Referrals Like Never Before
>>More Netseminars
WHITEPAPERS >>
Influence of mobile technology in business growth
Creating our 21st Century Economy through a Smart Grid
>>More White Papers
RELATED STORIES >>
**>> More On Channel Business Issues:**
Notebooks, Home-Office Products Spur Best Buy 1Q Sales Growth
Ex-Broadcom CEO Pleads Not Guilty On 21 Charges
**>> More On Symbol Technologies:**
Progress Report On Motorola-Symbol Channel Integration
Motorola Completes Symbol Acquisition
**>> More On Motorola:**
Motorola Rugged Handheld Gets 3G Makeover
Motorola Takes Good Beyond Messaging

**RELATED PRODUCT
INFORMATION >>**

**>> With expertise from
hardware to wireless,
keep ahead with our
mobility solutions - Avnet
Technology Solutions**

**>> Present with
confidence with our
Daylight View 2
technology providing
vibrant color - Panasonic
Projector**

**>> Whether you need
branch office or multi-site
network, we offer the best
in business networking
equipment. - Adtran**

**>> More Related Links**

LATEST NEWS >>
Avaya Names First Global Channel Chief
June 17, 2008 11:03 AM
Notebooks, Home-Office Products Spur Best Buy 1Q Sales Growth
June 17, 2008 09:46 AM
Ex-Broadcom CEO Pleads Not Guilty On 21 Charges
June 16, 2008 07:20 PM
Collaboration Breeds Innovation at ZSL
June 16, 2008 05:36 PM
Graphics Wars Heat Up As Nvidia, AMD Launch Cards
June 16, 2008 05:23 PM
>>More News
RELATED BLOG >>
The Channel Wire



Westcon Group, Ingram Micro Name New Senior Execs
Westcon Group named Dean Douglas as its new COO, according to the $3 billion Tarrytown, N.Y.-based distributor. Meanwhile, Ingram Micro announced the promotion of Mark Snider to vice
president and general manager of its Canada operations.



Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness
Page 5 of 7

Case 1:08-cv-00340-JJF    Document 11-12    Filed 06/18/2008    Page 6 of 8

News | Reviews | Research | Tools | The IT Channel | Networking | Security | Storage | Hardware | Software | Managed Services | Custom Systems
*International Partners:* Germany
Media Kits | Reprints | Privacy Statement | California Privacy Rights | Copyright © 2008 United Business Media LLC | Terms of Service

       

ADVERTISEMENT


Case 1:08-cv-00340-JJF       Document 11-12       Filed 06/18/2008       Page 7 of 8

Ads by Google

**NetApp® Go**

**further**

Go further, faster.
Helping Your
Business Discover
New Ideas

www.NetApp.com

Printing sales
need help? Get real
answers, real fast.

Symbol Bids Adieu To Palm, Start-up Seeks To Fill Void - IT Channel - IT Channel News by CRN and VARBusiness                Page 7 of 7

Case 1:08-cv-00340-JJF        Document 11-12        Filed 06/18/2008        Page 8 of 8



CHANNEL SERVICES >>
• Benchmark your business for success
• Get your channel fix right on your mobile app
• Channel news sent right to your PDA
• Measure your business performance against your peers
• Get your channel fix right on your mobile app
• Channel news sent right to your PDA
• FREE Channel NetSeminars with the editors. Log in from anywhere.
• Find out if your business is profitable
• Channel News Links to any Mobile Device
CHANNELWEB QUICK LINKS >>
• Channel news sent right to your PDA
• How Does your business measure up? - See CRN 2007 Profitability Study Results
• Share tips on a successful solutions and products
• Quote, price and spec a solution in minutes!
• Get your channel fix right on your mobile app

# EXHIBIT K

       

## ScanSource Adds Janam to Deliver Palm-Based Mobility Solutions



**Janam Technologies logo. (PRNewsFoto/Janam Technologies LLC)**

COLD SPRING HARBOR, COLD SPRING HARBOR & FLORENCE NY UNITED STATES

COLD SPRING HARBOR, N.Y., March 14 /PRNewswire-FirstCall/ -- ScanSource, Inc., (Nasdaq: SCSC), a leading international value-added distributor of specialty technology products, has partnered with Janam Technologies LLC, a provider of rugged mobile computers that scan barcodes, to deliver the XP Series, a fully featured industrial Palm OS-based product line.

(Logo: http://www.newscom.com/cgi-bin/prnh/20070115/NYM008LOGO )

With the addition of Janam Technologies to its line card, ScanSource reseller customers now have access to the first feature-filled mobile computer that scans barcodes and runs the latest version of the Palm OS platform. Palm OS enables users to customize their Palm-powered smart devices to meet their specific mission-critical application needs for retail, healthcare, hospitality, logistics and manufacturing environments.

"Janam Technologies' rugged handheld devices allow our resellers to expand their mobile technology offerings by delivering a high-quality product that is also armed with Palm's productivity enhancing software," said Jeff Yelton, vice president of merchandising, ScanSource.

"We are pleased that ScanSource resellers are now able to provide their customers with a mobile solution that offers advanced functionality and protects their investment in the Palm OS," said Ron Goldman, Co-CEO of Janam. "We have been very impressed with the level of activity and interest in the XP Series that ScanSource customers have demonstrated, and look forward to the many opportunities that will grow from this partnership."

For more information on ScanSource and Janam, please visit http://www.scansource.com and http://www.janam.com.

About Janam

Janam Technologies LLC is a provider of rugged, handheld computing devices for mobile workers. Janam combines deep industry knowledge with advanced technologies to deliver products and accessories that increase productivity, reduce costs and improve customer satisfaction. Specializing in purpose-built mobile computers that scan barcodes and communicate wirelessly, Janam's products are ideally suited for retail, healthcare, hospitality, manufacturing and logistics markets. Janam is headquartered in Cold Spring Harbor, NY.

About ScanSource, Inc.

ScanSource, Inc. (Nasdaq: SCSC) is a leading international distributor of specialty technology products. The Company markets specialty technologies through five sales units: ScanSource [automatic identification and data capture (AIDC) and point-of-sale (POS) products]; Catalyst Telecom (Avaya communications products); Paracon (communications products); T2 Supply (video conferencing and telephony products); and ScanSource Security Distribution (electronic security products).

ScanSource serves the North America marketplace and has an international segment, which sells AIDC and POS products, in Latin America and Europe. Founded in 1992, the company ranks #982 on the Fortune 1000. For more information, call the toll-free sales telephone number at

800.944.2432 or visit http://www.scansource.com.


SOURCE Janam Technologies LLC

 **back to top**

**Related links:**
- http://www.janam.com
- http://www.scansource.com/

**Photo Notes:**http://www.newscom.com/cgi-bin/prnh/20070115/NYM008LOGO

AP Archive: http://photoarchive.ap.org

PRN Photo Desk, photodesk@prnewswire.com

**Technorati** POWERED BY    Blogs Discussing This News Release

**Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.**

**Terms and conditions, including restrictions on redistribution, apply.**

Copyright © 1996- 2008 PR Newswire Association LLC. All Rights Reserved.

A **United Business Media** company.

# EXHIBIT L

 print   e-mail  link           RSS  Technorati  Blog Search   share it   blog it

## Janam and BlueStar Announce Distribution Agreement



**Janam Technologies logo. (PRNewsFoto/Janam Technologies LLC)**

COLD SPRING HARBOR, COLD SPRING HARBOR & FLORENCE NY UNITED STATES

Leading solutions-based distributor will carry rugged mobile computers that run on Palm OS(R)

COLD SPRING HARBOR, N.Y., and FLORENCE, Ky., Jan. 15 /PRNewswire/ -- Janam Technologies LLC, a provider of rugged mobile computers that scan barcodes, and BlueStar, a leading innovator in solutions-based distribution of point of sale, automatic identification, RFID and mobility products, today announced a distribution agreement that enables BlueStar to distribute Janam's mobile computers and accessories throughout the US, Canada and Latin America.

(Logo: http://www.newscom.com/cgi-bin/prnh/20070115/NYM008LOGO )

"We are very excited about our partnership with Janam," said Steve Cuntz, President and CEO of BlueStar. "With Janam's Palm OS-based mobile computing line, we can now offer an affordable mid-range solution to our customers and ISV partners who serve a variety of industries such as retail, supply chain and DSD."

Cuntz added, "Janam brings a wealth of industry knowledge that has been incorporated in its XP Series and will be recognized and appreciated by its users."

"BlueStar has a strong reputation among our resellers for its customer advocacy and value-added services," said Harry B. Lerner, Co-CEO of Janam. "We are very pleased that our partnership with BlueStar immediately extends our ability to deliver winning mobile computers to customers in the US, Canada and Latin America."

"We were also very impressed with how quickly BlueStar mobilized its sales team," Lerner added. "They had already secured purchase orders for our ground-breaking XP Series before the ink was dry on our contract."

Janam's XP Series is the world's first, rugged, mobile computer that combines Palm OS(R) Garnet(TM), numeric keypad option, user-accessible memory, NAND flash memory backup, USB connectivity, double capacity battery option and, in WLAN versions, WiFi Protected Access (WPA) wireless security. The XP20 features a custom, "bright white", 160 x 160, monochrome display that was developed to provide continuity with today's Palm OS(R) industrial mobile computers. The XP30 adds a color, quarter-VGA display and Bluetooth as standard. All XP Series products offer a 2D barcode scanning option, meet IP54 sealing requirements, withstand drops to concrete from 4'/1.2m and weigh less than 10 ounces.

The XP Series combines the benefits of the Palm operating system, including long battery life, a simple development environment and overall system stability, with the advanced technical features found in typical industrial mobile computers that run on alternative operating systems, in a much smaller and lighter package -- all for up to half the price.

BlueStar will also carry a full suite of XP Series accessories from Janam, including single-slot and four-slot cradle kits, USB synching/charging cable, serial charging cable and attachable magnetic stripe reader (MSR).

About Janam

Janam Technologies LLC is a leading provider of rugged, handheld computing devices for mobile workers. Janam combines deep industry knowledge with advanced technologies to deliver products and accessories that increase productivity, reduce costs and improve customer satisfaction. Specializing in purpose-built mobile computers that scan barcodes and communicate wirelessly, Janam now offers the world's first, fully-featured, industrial Palm OS based product line, designed to run mission-critical applications in retail, healthcare, hospitality, manufacturing and logistics. Janam is headquartered in Cold Spring Harbor, NY. For more information, visit http://www.janam.com.

About BlueStar

BlueStar is a leading solutions-based distributor of point-of-sale, bar coding, data collection, radio frequency identification (RFID), and wireless mobility products. BlueStar works exclusively with VAR partners, providing them with complete solutions at competitive prices.

BlueStar brings unequaled expertise to the market, offers award winning technical support and is an authorized service center for a growing number of manufacturers. For more information about BlueStar, please contact a BlueStar Sales Representative or log on to http://www.bluestarinc.com.

XP Series, XP20, XP30 and Janam are trademarks of Janam Technologies LLC.

All other trademarks are the property of their respective owners.

Media Contacts:

Bernadette Olsen
Janam Technologies LLC
40 Goose Hill Road
Cold Spring Harbor, NY 11724
bernadette.olsen@janam.com
631.961.1209 ext. 703

Tim McCarren
BlueStar
24 Spiral Dr.
Florence, KY 41042
tmccarren@bluestarinc.com
800.354.9776 ext. 3222

SOURCE Janam Technologies LLC

⊙ back to top

**Photo Notes:**
NewsCom: http://www.newscom.com/cgi-bin/prnh/20070115/NYM008LOGO
AP Archive: http://photoarchive.ap.org
PRN Photo Desk, photodesk@prnewswire.com

   ⚘ Blogs Discussing This News Release

**Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.**

**Terms and conditions, including restrictions on redistribution, apply.**
Copyright © 1996- 2008 PR Newswire Association LLC. All Rights Reserved.
A **United Business Media** company.

# EXHIBIT M





## Links

BlueStar Canada

BlueStar Latin America

Fastrack

Why BlueStar?

BlueStar Initiative Programs

Become a BlueStar Reseller

BlueStar Promotions

BlueStar Microsites

Product e-Catalog

### BlueStar News Archive

**BlueStar to Distribute Janam's XM60 Microsoft Windows® CE Rugged Mobile Computer**

Florence, KY—February 7, 2008—BlueStar, the leading innovator in solutions-based distribution for Auto ID, Point-of-Sale, RFID, and Mobility products, is announcing its distribution of Janam's XM60 Series mobile computer with Microsoft Windows® CE 5.0. This portable rugged device is designed for end-users in warehouse-management within the four walls.

Web Feature:





BlueStar e-Mail List

Email: [          ]

Submit

Smaller, lighter, and far less expensive than comparable mobile computers, the rugged Janam XM60 Series includes a brilliant color, QuarterVGA display, Freescale™ MX21 processor, backlit numeric keypad, WLAN, and Bluetooth capabilities. Weighing less than 10 oz, the XM60 Series is sealed to IP54 standards and withstands multiple 4-ft/1.2-m drops to concrete across a wide temperature range. It also features a user-accessible mini-SD slot and high-performance barcode scanning with Adaptus® Imaging Technology.

"The XM60 delivers all the features today's business applications demand within the four walls of the enterprise at a price that makes sense," says Dwight Ogletree, VP of Sales for Janam Technologies. "It is an ideal blend of performance and value, and we're pleased that BlueStar has quickly positioned itself to bring this cost-effective Windows® CE solution to their customers and ISV partners."

"BlueStar is excited about carrying the new XM60 mobile computer that is priced right to make a big impact in the Windows® CE Environment," says Robert Urben, Janam Business Development Manager for BlueStar. "The addition of the Windows® CE solution to Janam's well-known XP20 and XP30 PDA solutions opens up a whole new group of end-users to the Janam product line."

About Janam

Janam Technologies LLC is a provider of rugged, handheld computing devices for mobile workers. Janam combines deep industry knowledge with advanced technologies to deliver products and accessories that increase productivity, reduce costs, and improve customer satisfaction. Specializing in purpose-built mobile computers that scan barcodes and communicate wirelessly, Janam produces rugged devices that are ideal for mobile applications in retail, field service, healthcare, hospitality, manufacturing, and logistics. For more information, visit www.janam.com.

About BlueStar

BlueStar is a leading solutions-based distributor of Point-of-Sale, barcoding, data collection, radio frequency identification (RFID), and wireless mobility products. BlueStar works exclusively with VAR Partners, providing them with complete solutions at competitive prices. The company brings unequaled expertise to the market, offers award-winning technical support, and is an authorized service center for a growing number of manufacturers. For more information about BlueStar, please contact a BlueStar Account Executive or log on to www.bluestarinc.com.

Posted on February 7, 2008 05:51 PM





    

   

© 2008 BlueStar

BlueStar Canada | BlueStar Latin America

Home | About BlueStar | News | Catalog | BlueStore | Contact | Why BlueStar | Become a BlueStar Reseller | BlueStar Promotions

Fastrack | Vendor Microsites | Product e-Catalog

BlueStar Initiatives: *FUSION* | AIDC | Government | Hospitality | MediaZone | Mobile Freedom | Retail | RFID MainStreet | StoreMaxx

For more information, call (800) 526-0193, or click here.

# EXHIBIT N



Select a ScanSource, Inc. Site ▼    News   Careers   Inve

**ORDER ONLINE    PRODUCTS & PROMOTIONS    RESELLER SUPPORT    ABOUT SCANSOURCE    MANUFACTURER PARTI**

Home > Products & Promotions > New Products

**PRODUCTS &
PROMOTIONS**

Promotions

New Products

**NEW PRODUCTS**



### Get PEGASO, the new compact size PDA from ScanSource today!

Pegaso is ideal for retail-in-store, field force automation and logistics applications. It is also an excellent choice for inventory management, office applications, healthcare or manufacturing, as well as in warehouse and distribution centers. This rugged PDA withstands drops from up to 5 feet (1.5m) and its sealing is rated at IP64, but at the same time it offers outstanding ergonomics. The transflective full-VGA LCD touchscreen display provides excellent readability and enables innovative multimedia applications.
For more information please go to:
http://pegaso.datalogic.com/

 

### Datamax Announces the New M-Class Mark II Family of Compact Industrial Printers

Read the Press Release here.



### Elo's new 1729L 17" Touchmonitor

Elo's 1729L 17" LCD integrated multifunction touchmonitor is an attractive solution for POS applications. Its optional peripherals can easily be integrated into the 1729L's compact design. A choice of up to three of the optional peripherals can be installed including: the magnetic stripe reader, vacuum fluorescent, rear-facing LED customer display, biometric fingerprint recognition device, and speaker bar with/without a built in single or omni-directional barcode scanner. Its 1280 x 1024 resolution with a 5 x 4 ratio displays clear, precise graphics, and a contrast ratio of 800:1, together with a typical LCD panel brightness of 300 nits, provides bright, high contrast for improved readability.



### Honeywell Enhances the Dolphin 7600 Mobile Computer with GSM Technology and Windows Mobile 6

Honeywell Imaging and Mobility's Dolphin 7600 is now available with GSM wireless technology and Microsoft's mobile operating system, Windows Mobile 6.  The added technologies empower users with wide area networking (WAN) capability and improved tools for fast and secure mobile application use.

Click here for more details.



## Dolphin 9900 Mobile Computer

Honeywell's new Dolphin® 9900 Mobile Computer delivers a complete set of productivity-enhancing capabilities in a solution built for maximum reliability and ease of use empowering you and your frontline employees to work smarter.

The combination of seamless voice and data communication between you and your mobile workers, and GPS-enabled location-based functionality gives you the ability to achieve real-time connection to your employees, your supply chain and your customers - improving productivity and customer service.

Adaptus Imaging Technology enables capturing more frontline data to improve operations, expedite processes all leading to your ability to increase profitability

And, just as important as the technologies the user puts to work, the Dolphin® 9900s innovative power management system ensures workers get battery-life that enables them to work all day without slowing down.

**Key Features**

- Optimal Combination of Industrial-Grade Durability and Usability for ease of use and reliability in tough mobile applications
- Wireless Full Area Networking (WFAN) - for real-time data exchange and voice communications on-site or off, plus Bluetooth for efficient wireless connection to peripheral devices.
- Built-In GPS Technology integrated location-based capabilities gives you a powerful tool to enhance the effectiveness of your mobile workforce and gives your enterprise better control over assets in the field.
- Versatile, High Performance Data Collection - Adaptus Imaging 5.0 enables workers to capture more service-enhancing frontline data by reading linear and 2D bar codes, intelligently capturing signatures and taking digital pictures.
- Shift-PLUS Power Management helps ensure uninterrupted productivity through delivering continual battery power beyond a full work-day.
- Windows Mobile 6.0 Microsofts latest mobile platform provides an industry standard foundation for developers while ensuring ease of integration and intuitive use.

9900 Video

## Honeywell Batteries MC70 Charger Holster

The MC70 Holster is a wearable holster that provides an additional 4000 mAh of capacity to the Symbol® MC70 data collection terminal.

**Features:**

- The MC70 Holster continuously charges the MC70's internal battery allowing the device to run up to 3x longer!
- The MC70 holster is comfortable with an ergonomic design.



- The MC70 holster can be conveniently charged by simply plugging it in with the included charging cord. Plus it charges the internal battery, eliminating the need for separate expensive chargers.



## Honeywell Batteries HCH-9033 3-in-3 charger

Honeywell Batteries HCH-9033 Charger can simultaneously hold and charge three devices plus three spare batteries.

- **More efficiency in less space -** Charges Honeywell, or competitive batteries, in devices plus three spare batteries simultaneously.
- **Advanced '90 in 90' technology -** Charges Honeywell Batteries to 90% capacity in 90 minutes.
- **Dual chemistry charger -** Supports Li-ion and Li-Polymer chemistries.
- **Tri-color charging indicator -** A charging LED indicates charging status.
- **Hassle-free mounting -** Uses same mounting bracket as competitive chargers for easy wall mounting.



### Honeywell Batteries 6-Bay HMC9000 charger

Honeywell® Batteries' six bay charger charges 50% more batteries than the competitor's charger while taking up less shelf space. Competitive chargers give no indication as to how full a battery is during a charge. The HMC9000 charger has a tri-color LED light to indicate charging status. Honeywell® Batteries' advanced 90 in 90 technology charges batteries 90% in 90 minutes. This dual chemistry charger supports both Li-Ion and Li-Polymer chemistries and charges both Honeywell® and leading manufacturer's batteries.

Spec. Sheet

## Janam Technologies New XM Series Mobile Terminals

The XM Series, Janam's rugged, Windows®CE mobile computer, delivers all the built-in capabilities today's business applications demand and is smaller, lighter and far less expensive than comparable products.

The XM60 features a color, QVGA display, Freescale™ MX21 processor, backlit



numeric keypad, WLAN and Bluetooth. It weighs less than 10 ounces, meets IP54 sealing requirements and withstands multiple 4'/1.2m drops to concrete across wide temperature range.

The XM60 also features Janam's 2D scanning solution which enables users to upgrade barcode scanning capability from 1D to 1D/2D on any device at any time with a simple firmware upgrade.

Features:

- Microsoft®Windows®CE 5.0
- High performance barcode scanning
- Small, light and truly pocketable
- Backlit numeric keypad
- Brilliant QVGA color display
- Powerful computing performance
- User-accessible mini-SD memory slot
- Wireless communication options (IEEE 802.11b and Bluetooth)
- Sealed to IP54 standards
- Withstands multiple 4'/1.2m drops to concrete across wide temperature range
- Full system of accessories



## Logic Controls LA3801 Fanless All in One System

All 800MHz and 1 GHz configurations of the Logic Controls LA3000 integrated POS system are fanless units. Hence the LA3000 is a great fit for retail or hospitality environments where dust or grease may be present or when fan noise is not desirable. For enhanced reliability, the LA3000's single board computer limits the number of internal cables, a common source of loose connections and failures. A true no-moving-parts operation is provided when compact flash is used for mass storage or boot-from-network configurations are employed. Logic Controls also stands behind the quality of its products by providing a 3 year warranty. Touch Screen Features:

- Fanless
- Small foot print
- Rugged and stable construction
- Designed for ease-of-service with modular design and detachable CPU base unit
- High reliability design with no internal cables and moving parts (CF storage)
- Sleek attractive design
- Wide selection of options: MSR, customer display, Wi-Fi, RFID readers

Click here for more info.



## Announcing Opticon's New H16 Advanced Mobile Computer

The H16 is the first mobile device to incorporate high performance barcode scanning and imaging into a sliding keyboard cellular phone! It combines Windows® Mobile 5.0 computing, GSM/EGPRS/EDGE voice and data, WiFi (802.11b/g), and Bluetooth® into a small, easy to use form factor that is perfect for field service, field sales and route delivery applications. Call your ScanSource rep today at 800.944.2432 for details.

Click Here

## Opticon's New OPN 2001 Pocket Memory Scanner

The new OPN 2001 Pocket Memory Scanner from Opticon makes barcode data collection simple for anyone. Using this little scanner is straightforward – scan a barcode and it will be stored automatically (512 KB memory stores over 10,000 barcodes plus time stamp). When you make a mistake, the lower button allows you to re-scan the barcode in order to remove the item from memory. For easy data transfer, the scanner is equipped with a standard USB port, which is also used to charge the internal Lithium-Ion battery. Call your ScanSource sales representative and ask about Opticon's OPN 2001 Scanner today!





### Printronix Mobile Printcart

The Printronix battery powered Mobile Printcart, combined with a Printronix or any other brand thermal printer and a mobile RF input device delivers bar code labels and scanning/input capability throughout a facility. Its ergonomic design, wireless communication, durable steel frame and heavy-duty wheels combine maximum maneuverability with minimal maintenance. Combine that with its on board battery charger and low-battery alarm alert and you can be ready to print on the go at all times. Visit **www.printronix.com** or contact your ScanSource representative for more information.

### RedBeam Asset Tracking Software



Your customers may be losing
thousands of dollars each year due to
poor, even nonexistent asset tracking.
Help them with RedBeam Asset
Tracking, a tested and proven asset
tracking software solution that can
provide your customers with: a
complete bar code based fixed asset
database, the ability to easily keep
asset records up to date, the ability to
take periodic physical inventories with
easy-to-use mobile computers.



## RedBeam Check in - Check out Software

RedBeam Check In/Check Out allows you to effectively track file folders, tools, equipment,
product samples and rental items – any items that have revolving ownership or possession.



## RedBeam Inventory Tracking Software

Are your customers looking for an inventory tracking system that won't break the bank? Managers know that tracking inventory effectively is vital to improving accuracy and ensuring sufficient inventory levels, but inventory software designed for large enterprises can cost tens of thousands of dollars. If your customers are looking for an effective inventory management solution to optimize purchases and increase accountability, but don't want to break the bank, then look no further.



## SATO Introduces the LM4e Series Barcode Printers

*Durability, high-speed, and superior performance at entry-level prices*

The new SATO LM4e Series printers include standard features usually reserved for higher priced printers, and designed for those that require a durable, high-speed, thermal barcode printer that won't break their budget.



## IDEAM

**Teklynx is the ONLY software company to offer an end-to-end solution for product identification and tracking.**

Data Collection Application Development Software for Mobile Computing and Mobile Enterprise Applications

- IDEAM allows you to create Window Mobile Applications
- Label printing directly from a mobile device
- Connects to Enterprise level systems and databases
- Interoperability with LABELVIEW, CODESOFT and SENTINEL

Please visit us at http://www.teklynx.com/ for more information

## BACKTRACK

Teklynx Customizable Asset and Inventory Tracking Software with the Flexibility to



Meet all your Tracking Needs

- BACKTRACK is the complete and independent asset tracking solution
- Wizard-driven application makes tracking setup quick and easy
- Works with LABEL MATRIX, LABELVIEW and CODESOFT
- Mobility powered by IDEAM

Please visit us at http://www.teklynx.com/ for more information



## SENTINEL

Moves Label Printing from the Desktop to the Server Room for True Enterprise Label Printing

- Automated Server-Side printing
- SENTINEL allows you to connect to thousands of printers
- Connects to the Enterprise (any ERP system or database)
- No custom programming
- Data processing (inputs & outputs)
- Interoperability with CODESOFT, LABELVIEW, and IDEAM

Please visit us at http://www.teklynx.com/ for more information



## Wavelink Speakeasy Voice Enabled Terminal Emulation

Voice technology brings tremendous benefit to the enterprise yet adoption is slow because enterprises do not want to make changes to their host-based applications and the implementation can be time and cost-prohibitive. *Wavelink Speakeasy* TM delivers low-cost, high-quality integration of client-side, voice driven data collection into existing host connectivity applications.

Administrators can quickly and easily add voice to their emulation applications with no revisions to the host application, no custom voice application, no additional server, and no voice profiles. *Speakeasy* provides high quality speech-to-text and text-to-speech functionality. It does not require any voice training and supports multiple languages out of the box.

### Features & Benefits:

* Easy Implementation
* Protect Application and Infrastructure Investment
* Low Cost
* Increased Productivity
* Heightened Accuracy

* Voice Scripting
* Client-Side Voice Emulation
*Multiple Data Input Sources

Visit www.wavelink.com for more information or contact your ScanSource sales
representative to order today!



**Learn more about the newest developments from Alien
Technology that can offer powerful RFID solutions for your
customers!**

**New HiggsTM UHF RFID Tag IC's Deliver State-of-the-Art
Performance for a Broad Range of UHF RFID Tagging
Applications**

_Alien's new H3 and H2 Class 1 Gen 2 RFID tag integrated circuits
(ICs):_
These single-chip tag IC are ideal for supply chain management,
distribution logistics, product authentication, asset inventory and
tracking, baggage handling and tracking, and item level tagging.
Both H3 and H2 are EPCglobal UHF Gen 2 certified.

***To learn more, please call your ScanSource representative at
800-944-2432.***



### Zebra HC100 Patient I.D. Solution

Zebra's HC100 Patient I.D. Solution combines the
reliable HC100 direct thermal printer with easy-to-
load cartridges containing he only antimicrobial-
coated wristbands on the market—Zebra's Z-Band ®
wristbands.  This all-in-one solution was specifically
designed for the healthcare market to improve
patient safety.

Contact Us | Site Map | Terms of Use | © 2007 ScanSource, Inc. All rights reserved.

