

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

June 23, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

  Re: *Symbol Technologies, Inc., v. Janam Technologies LLC*
    **C.A. No. 08-340-JJF**

Dear Judge Farnan:

  Pursuant to the Court's June 20, 2008 Order and in anticipation of the June 25, 2008 Scheduling Conference, enclosed for the Court's consideration are the parties' proposed Scheduling Orders and Preliminary Injunction Briefing and Discovery Schedules. *See* Ex. A (Plaintiff's proposals); Ex. B (Defendant's proposals).

  As directed, counsel for Plaintiff and counsel for Defendant have conferred on these submissions. (Defendant expects to have local counsel in place prior to the upcoming Scheduling Conference.). The parties will continue to confer regarding the submissions and will work to resolve any disputed provisions prior to the upcoming conference with the Court.

          Respectfully,

          */s/ David E. Moore*

          David E. Moore

DEM/msb
870931 / 33146

Enclosures
cc: Clerk of the Court (via hand delivery)
   John R. Kenny (via electronic mail)
   Eric J. Lobenfeld (via electronic mail)
   Ira J. Schaefer (via electronic mail)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-340-UNA |
| v. | ) ) ) | |
| JANAM TECHNOLOGIES LLC, a Delaware limited liability company, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange by **July 11, 2008** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties**. All motions to join other parties shall be filed on or before **November 19, 2008**.

3. Settlement Conference. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge _____ for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery**. (Not including discovery related to Plaintiff's Motion for Preliminary Injunction)

(a)     Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **November 5, 2008**.

(b)     Maximum of **50** interrogatories, including contention interrogatories, for each side.

(c)     Maximum of **100** requests for admission by each side.

(d)     Maximum of **70 hours** of fact depositions by plaintiff(s) and **70 hours** by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) is completed. All discovery pursuant to Paragraph 4 (a-d) shall be completed by **March 20, 2009**.

(e)     Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue the expert is offered thirty (30) days after the issuance of the Court's Markman decision. Rebuttal reports are due thirty (30) days after service of opening reports.

(f)     Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

5. **Non-Case Dispositive Motions.**

(a)     Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with Federal and Local Rules, and shall permit all

briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b)     At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

(c)     Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourts.gov.

6.     **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before **November 19, 2008**.

7.     **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **July 15, 2009**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

8.     **Markman.**     A Markman Hearing, if necessary, will be held on **April 2, 2009**. The parties shall identify and exchange their contentions at least forty-five (45) days before the Markman hearing. Briefing on the claim construction issues shall be completed at least twenty (20) days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing. Subsequent to the exchange of such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement. The parties shall agree upon and file the Joint Claim Construction Statement on **February 5, 2009**. The parties will file simultaneous opening claim construction briefs on **February 19, 2009**. Simultaneous response

3

briefs should be filed by **March 12, 2009**. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

  9. **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on procedures for filing non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers.

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

  10. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____                                          _____
DATE                                                                             UNITED STATES DISTRICT JUDGE

870953 / 33146

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JANAM TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 08-340-UNA<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### STIPULATED PRELIMINARY INJUNCTION BRIEFING AND DISCOVERY SCHEDULE

On June 18, 2008 Plaintiff Symbol Technologies, Inc. ("Symbol") filed a Motion for a Preliminary Injunction in the above-captioned case (the "Motion") against Janam Technologies, Inc. ("Janam").

Subject to approval of the Court, the parties propose the following schedule governing briefing and discovery related to the Motion:

1. Symbol shall provide Janam all documents relied on by Mr. Clements (to the extent Symbol did not provide such documents along with the Motion) by **July 18, 2008.**

2. Symbol shall make Mr. Ken Clements available for deposition by: **August 1, 2008.**

3. Symbol shall provide Janam all documents relied on by Mr. Viscount (to the extent Symbol did not provide such documents along with the Motion) by **July 18, 2008.**

4. Symbol shall make Mr. Brian Viscount available for deposition by: **August 1, 2008.**

5. Symbol shall provide Janam all documents relied on by Dr. Metlitsky (to the extent Symbol did not provide such documents along with the Motion) by **July 18, 2008.**

6. Symbol shall make Dr. Boris Metlitsky available for deposition by: **August 1, 2008.**

7. Janam shall file any Opposition papers to the Motion by: **August 15, 2008.**

8. Janam shall provide all documents relied on by Mr. Goldman (to the extent Janam does not provide such documents along with their Opposition papers) by **August 18, 2008.**

9. Janam shall make Mr. Ronald Goldman available for deposition by: **August 29, 2008.**

10. Janam shall provide all documents relied on by Mr. Lerner (to the extent Janam does not provide such documents along with their Opposition papers) by **August 18, 2008.**

11. Janam shall make Mr. Harold Lerner available for deposition by: **August 29, 2008.**

12. Janam shall provide all documents relied on by any other declarant regarding the Opposition (to the extent Janam does not provide such documents along with their Opposition papers) by **August 18, 2008.**

13. Janam shall make any individuals (other than Messrs. Goldman and Lerner) that provide substantive declarations in support of Janam's Opposition papers available for deposition by: **August 29, 2008.**

14. Symbol shall file Reply papers by: **September 12, 2008.**

15. Symbol shall provide all documents relied upon by any declarant regarding the Reply (to the extent Symbol does not provide such documents along with their Opposition papers) by **September 15, 2008.**

16. Symbol shall make any individuals that provide substantive declarations in support of Symbol's Reply papers available for deposition by: **September 22, 2008.**

17. Parties shall provide each other all documents that they reasonably anticipate relying on at the preliminary injunction hearing by **September 26, 2008.**

18. All discovery relating to the Motion shall be limited to substantive issues, not including damages.

19. The preliminary injunction Hearing will be held: **September 30, 2008**.

POTTER ANDERSON & CORROON LLP

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Arlene L. Chow
Mitchell S. Feller
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Symbol Technologies, Inc.*

KENYON & KENYON LLP

By: _____
John R. Kenny
Richard L. DeLucia
One Broadway
New York, NY 10004-1007
Tel: (212) 908-6418
jkenny@kenyon.com
rdelucia@kenyon.com

*Attorneys for Defendant*
*Janam Technologies LLC*

IT IS SO ORDERED this _____ day of _____, 2008

_____
Honorable Joseph J. Farnan

3

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JANAM TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 08-340-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [JANAM'S PROPOSED] RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by July 11, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before August 1, 2008.

3. Settlement Conference. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge _____ for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery**.

(a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by January 30, 2009.

(b) Maximum of 25 interrogatories, including contention interrogatories, for each side.

(c) Maximum of 30 requests for admission by each side.

(d) Maximum of 15 depositions by plaintiff and 15 by defendant, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) is completed. All fact discovery shall be completed by July 3, 2009.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue the expert is offered thirty (30) days after the issuance of the Court's Markman decision. Rebuttal reports are due thirty (30) days after service of opening reports.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

5. **Non-Case Dispositive Motions**.

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with Federal and Local Rules, and shall permit all

briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

   (b)   At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

   (c)   Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourts.gov.

6.   **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before February 27, 2009.

7.   **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before February 5, 2010. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

8.   **Markman**.   A Markman Hearing shall be held on _____. The Court, after reviewing the briefing, will allocate time to the parties for the hearing. The Parties shall present their claim construction issues to the Court according to the following schedule:

   (a)   On March 6, 2009, the Parties shall exchange a list of claim terms and proposed constructions.

   (b)   On April 3, 2009, the Parties shall file opening briefs on claim construction.

3

(c) On April 17, 2009, the Parties shall file rebuttal briefs on claim construction.

9. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on procedures for filing non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

10. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

NY01 1544418 v2

_____          _____
DATE                                    UNITED STATES DISTRICT JUDGE

NY01 1544418 v2

Case 1:08-cv-00340-JJF     Document 12-3     Filed 06/23/2008     Page 7 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>JANAM TECHNOLOGIES LLC,<br>a Delaware limited liability company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 08-340-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[JANAM'S PROPOSED] PRELIMINARY INJUNCTION
BRIEFING AND DISCOVERY SCHEDULE**

On June 18, 2008, Plaintiff Symbol Technologies, Inc. ("Symbol") filed a Motion for a Preliminary Injunction in the above-captioned case (the "Motion") against Janam Technologies LLC ("Janam").

Subject to approval of the Court, Janam proposes the following schedule governing briefing and discovery related to the Motion:

1. The Parties shall work together to complete the depositions of all of the declarants relied upon in Symbol's opening brief by **August 1, 2008**.

2. Janam shall file any Opposition papers to the Motion by **August 15, 2008**.

3. The Parties shall work together to complete the depositions of all of the declarants relied upon in Janam's Opposition papers by **August 29, 2008** (Janam is checking availability and will contact the Court if this date appears problematic).

4. Symbol shall file any Reply papers by **September 12, 2008**.

2

     5.     The Parties shall work together to complete the depositions of all declarants relied upon in support of Janam's Reply papers by **September 30, 2008**.

     6.     The Parties shall provide each other with any demonstrative exhibits to be used at the preliminary injunction hearing by **October 10, 2008**.

     7.     The Parties shall address if any additional discovery is needed.

     8.     The preliminary injunction hearing will be held on **October 15, 2008**.

_____              _____
DATE                                                    UNITED STATES DISTRICT JUDGE

NY01 1544637 v1