IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYMBOL TECHNOLOGIES INC.,                    )
                                             )
                         Plaintiff,          )
                                             )
        v.                                   )        C.A. No. 08-340-JJF
                                             )
JANAM TECHNOLOGIES LLC,                      )
                                             )
                         Defendant.          )

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for the defendant,

Janam Technologies LLC, in the above action.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant*

Dated: June 25, 2008

{00225725;v1}