IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-340-JJF |
| ) | |
| JANAM TECHNOLOGIES LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER**
**EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant Janam Technologies LLC must answer, move, or otherwise respond to the complaint in the above action is extended through and including July 14, 2008.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| /s/ David E. Moore | /s/ John G. Day |
| Richard L. Horwitz (I.D. #2246) | Steven J. Balick (I.D. #2114) |
| David E. Moore (I.D. #3983) | John G. Day (I.D. #2403) |
| Hercules Plaza, 6th Floor | Lauren E. Maguire (I.D. #4261) |
| 1313 N. Market Street | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 984-6000 | Wilmington, DE 19899 |
| rhorwitz@potteranderson.com | (302) 654-1888 |
| dmoore@potteranderson.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | lmaguire@ashby-geddes.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

{00226248;v1}