IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JANAM TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-340-JJF<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Symbol Technologies, Inc., hereby certifies that copies of the following document were caused to be served on July 3, 2008, upon the following attorneys of record at the following addresses as indicated:

> PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-14) TO DEFENDANT JANAM TECHNOLOGIES, LLC
>
> SYMBOL TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-4) TO JANAM TECHNOLOGIES, LLC
>
> PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-26) TO JANAM TECHNOLOGIES, LLC

## VIA HAND DELIVERY & ELECTRONIC MAIL

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

Richard L. DeLucia
John R. Kenny
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Arlene L. Chow
Mitchell S. Feller
Scott A. Clark
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Dated: July 3, 2008
872733 / 33146

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Symbol Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on July 3, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Richard L. DeLucia
John R. Kenny
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

870211 / 33146