

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

July 8, 2008

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark.
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:  **Symbol Technologies, Inc., v. Janam Technologies LLC**
           **C.A. No. 08-340-JJF**

Dear Magistrate Stark:

    This is a patent infringement case in which Symbol has moved for a preliminary injunction against Janam. On June 25, 2008, Judge Farnan ordered a preliminary injunction hearing for December 11, 2008 and instructed the parties to discuss a preliminary injunction briefing and discovery schedule. The Court directed us to consult Your Honor for assistance with any disputes.

    The parties have met and conferred on a preliminary injunction briefing and discovery schedule without resolution. Enclosed for Your Honor's consideration are the parties' competing schedules. In view of the pending preliminary injunction proceedings, the parties respectfully request a teleconference at Your Honor's earliest convenience to discuss their differences and related scheduling matters. Counsel will submit a chart comparing the competing schedules prior to the requested conference.

                                               Respectfully,

                                               /s/ *David E. Moore*

                                               David E. Moore

DEM/msb
873149 / 33146

Enclosures
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JANAM TECHNOLOGIES LLC, <br> a Delaware limited liability company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-340-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[SYMBOL'S PROPOSED] PRELIMINARY INJUNCTION BRIEFING AND DISCOVERY SCHEDULE**

On June 18, 2008, Plaintiff Symbol Technologies, Inc. ("Symbol") filed a Motion for a Preliminary Injunction in the above-captioned case (the "Motion") against Janam Technologies LLC ("Janam"). On June 25, 2008, the Court held a hearing and ordered that a hearing on the Motion would be held on December 11, 2008.

Subject to approval of the Court, the Parties propose the following schedule governing briefing and discovery related to the Motion:

1. Janam shall serve discovery requests directed to the preliminary injunction motion by **July 2, 2008**. Symbol shall substantially complete its production and serve written responses to Janam's discovery requests by **July 31, 2008**.

2. Symbol shall serve discovery requests directed to the preliminary injunction motion by **July 15, 2008**. Janam shall substantially complete its production and serve written responses to Symbol's discovery requests by **August 14, 2008**.

3.. The Parties shall exchange lists of claim terms they believe need construction and their proposed claim construction of those terms by **August 1, 2008**. Subsequent to exchanging such lists, to the extent the Parties disagree on claim constructions of specific terms, the parties will meet and confer to prepare a Joint Claim Construction Statement, if necessary, for submission to Magistrate Judge Stark by **August 8, 2008**.

4. The Parties shall work together to complete the depositions of all of the declarants relied upon in Symbol's opening brief, the inventors of the patents-in-suit, and a Fed. R. Civ. P. 30(b)(6) deponent directed to the preliminary injunction motion by **August 29, 2008**.

5. Janam shall file any Opposition papers to the Motion by **September 19, 2008**.

6. The Parties shall work together to complete the depositions of Ron Goldman, Harry Lerner, a Fed. R. Civ. P. 30(b)(6) deponent directed to Janam's Opposition papers, and all of the declarants relied upon in Janam's Opposition papers by **October 17, 2008**.

7. Symbol shall file any Reply papers by **November 7, 2008**.

8. The Parties shall work together to complete the depositions of all declarants relied upon in support of Symbol's Reply papers by **November 26, 2008**.

9. The Parties shall provide each other with all documentary exhibits and any demonstrative exhibits to be used at the preliminary injunction hearing by **December 8, 2008**.

10. The preliminary injunction hearing will be held on **December 11, 2008**.

_____    _____
DATE                          UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JANAM TECHNOLOGIES LLC, a Delaware limited liability company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-340-JJF |

**[JANAM'S COUNTER PROPOSAL TO SYMBOL'S PROPOSED] PRELIMINARY INJUNCTION BRIEFING AND DISCOVERY SCHEDULE**

On June 18, 2008, Plaintiff Symbol Technologies, Inc. ("Symbol") filed a Motion for a Preliminary Injunction in the above-captioned case (the "Motion") against Janam Technologies LLC ("Janam"). On June 25, 2008, the Court ordered that a hearing on the Motion would be held on December 11, 2008.

Subject to approval of the Court, the Parties propose the following schedule governing briefing and discovery related to the Motion:

1. Discovery requests directed to the issues regarding the Motion that are served by Janam by **July 9, 2008** shall receive expedited responses. By **July 26, 2008**, Symbol shall serve any objections to the discovery requests and will provide any documents expressly identified in its opening brief in support of the preliminary injunction or supporting declarations which were not marked as exhibits. Symbol shall substantially complete its production and serve written responses to Janam's discovery requests by **August 5, 2008**.

NY01 1544637

2.  The Parties shall work together to schedule the depositions of all of the declarants relied upon in Symbol's opening brief, the inventors of the patents-in-suit, and Fed. R. Civ. P. 30(b)(6) discovery directed to the issues set forth by the preliminary injunction motion as soon as is practical.

3.  The Parties shall exchange lists of claim terms they believe need construction for the preliminary injunction hearing by **September 23, 2008**. By **October 8, 2008,** the parties will exchange proposed constructions for those terms. Subsequent to exchanging proposed constructions, to the extent the Parties disagree on claim constructions of specific terms, the parties will meet and confer to prepare a Joint Claim Construction Statement, if necessary, for submission to Magistrate Judge Stark by **October 15, 2008**.

4.  Janam shall file any Opposition papers to the Motion by **October 24, 2008**.

5.  The Parties shall work together to schedule the depositions of Ron Goldman, Harry Lerner, and any declarants relied upon in Janam's Opposition papers as soon as is practical after October 31, 2008. Janam shall also produce any documents expressly identified in its Opposition papers or supporting declarations, but not marked as exhibits, by **October 28, 2008**.

6.  Symbol shall file any Reply papers by **November 20, 2008**.

7.  The Parties shall work together to complete the depositions of all declarants, if any, relied upon in support of Symbol's Reply papers by **December 5, 2008**.

8.  The Parties shall provide each other with all documentary exhibits and any demonstrative exhibits to be used at the preliminary injunction hearing by noon on **December 9, 2008**.

NY01 1544637

9. The preliminary injunction hearing will be held on **December 11, 2008**.

_____     _____
DATE