

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

July 14, 2008

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark.
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    **Symbol Technologies, Inc., v. Janam Technologies LLC**
            **C.A. No. 08-340-JJF**

Dear Magistrate Stark:

    The enclosed chart shows a comparison of the parties' competing schedules for matters leading up to the preliminary injunction hearing, as provided to the Court last week, on July 8.

                              Respectfully,

                              */s/ Richard L. Horwitz*

                              Richard L. Horwitz

RLH/msb
874057 / 33146

Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)

## COMPARISON OF
## PLAINTIFF SYMBOL'S AND DEFENDANT JANAM'S
## PROPOSED PRELIMINARY INJUNCTION
## BRIEFING AND DISCOVERY SCHEDULES

| ACTION | PLAINTIFF SYMBOL'S PROPOSED DATE | DEFENDANT JANAM'S PROPOSED DATE |
|---|---|---|
| Janam's PI-related Discovery Requests to Symbol | July 2, 2008<br><br>*Served on July 9, 2008* | July 9, 2008<br><br>*Served on July 9, 2008* |
| Symbol's PI-related Discovery Requests to Janam | July 15, 2008<br><br>*Served on July 3, 2008* | not addressed in Janam's proposal, but Symbol requests were served on July 3, 2008[1] |
| Symbol Serves its Discovery Responses and Objections | **July 31, 2008** | **July 26, 2008** (Symbol shall also provide any documents expressly identified in opening brief that were not included as exhibits) |
| Symbol Substantially Completes its Production | **July 31, 2008** | **August 5, 2008** |
| Proposed Claim Constructions for PI Hearing | **August 1, 2008** (parties identify terms requiring construction for the PI hearing and only the party identifying the term provides a proposed construction) | **September 23, 2008** (parties identify claim terms requiring construction for the PI hearing)<br><br>**October 8, 2008** (both parties provide proposed constructions for the identified claim terms) |
| Parties submit a Joint Claim Construction Statement to Magistrate Judge Stark on disputed terms | **August 8, 2008** | **October 15, 2008** |

---

[1] Janam does not believe that these items need to be included in the preliminary injunction scheduling order.

| ACTION | PLAINTIFF SYMBOL'S PROPOSED DATE | DEFENDANT JANAM'S PROPOSED DATE |
|---|---|---|
| Janam Serves its Discovery Responses and Objections | **August 14, 2008** | not addressed in Janam's proposal, but Janam believes it can meet the August 14, 2008 dates set forth in Symbol's proposal (subject to objections)[1] |
| Janam Substantially Completes its production | **August 14, 2008** | |
| Janam Completes its Depositions of Symbol's Witnesses | **August 29, 2008** | **As soon as is practical** |
| Janam's Opposition to Symbol's PI Motion is Due | **September 19, 2008** | **October 24, 2008** (Janam shall produce any documents expressly identified in opposition papers but not included as exhibits by October 28, 2008) |
| Symbol Completes its Depositions of Janam's Witnesses | **October 17, 2008** | **As soon as practical after October 31, 2008** |
| Symbol's Reply to Janam's Opposition is Due | **November 7, 2008** | **November 20, 2008** |
| Janam Completes its Depositions of Symbol's Declarants in its Reply | **November 26, 2008** | **December 5, 2008** |
| Parties Exchange Exhibits and Demonstratives for the PI Hearing | **December 8, 2008** | **December 9, 2008** |
| PI Hearing | **December 11, 2008** | **December 11, 2008** |