IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-340-JJF |
| | ) | |
| JANAM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

### FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), counsel hereby certifies that Defendant Janam Technologies LLC ("Janam") has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Janam.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Of Counsel:*

*Attorneys for Defendant*
*Janam Technologies LLC*

Richard L. DeLucia
John R. Kenny
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: July 14, 2008

{00229585;v1}