IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JANAM TECHNOLOGIES LLC,<br>a Delaware limited liability company,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 08-340-JJF<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Symbol Technologies, Inc., hereby certifies that copies of the following document were caused to be served on July 17, 2008, upon the following attorneys of record at the following addresses as indicated:

>SYMBOL TECHNOLOGIES, INC.'S INITIAL DISCLOSURES
>PURSUANT TO RULE 26(a)(1)

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

Richard L. DeLucia
John R. Kenny
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com

|  |  |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| Eric J. Lobenfeld<br>Ira J. Schaefer<br>Arlene L. Chow<br>Mitchell S. Feller<br>Scott A. Clark<br>HOGAN & HARTSON L.L.P.<br>875 Third Avenue<br>New York, New York 10022<br>(212) 918-3000 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: July 17, 2008<br>874745 / 33146 | *Attorneys for Plaintiff*<br>*Symbol Technologies, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 17, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 17, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Richard L. DeLucia
John R. Kenny
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

870211 / 33146