IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-340-JJF |
| | ) | |
| JANAM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of July, 2008, **JANAM'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                      HAND DELIVERY
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801

Eric J. Lobenfeld, Esquire                        VIA ELECTRONIC MAIL
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022

{00226991;v1}

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant
Janam Technologies LLC*

*Of Counsel:*

Richard L. DeLucia
John R. Kenny
Christopher M. Scott
Kenyon & Kenyon LLP
One Broadway
New York, NY  10004-1007
Telephone:  (212) 425-7200

Dated:  July 17, 2008