IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| SYMBOL TECHNOLOGIES, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 08-340-JJF-LPS |
|  | ) |  |
| JANAM TECHNOLOGIES LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

At Wilmington, this **23rd** day of **July, 2008**.

IT IS ORDERED that counsel shall incorporate the following dates and deadlines into a **Preliminary Injunction Scheduling Order** and submit to the Court by **July 25, 2008**:

| EVENT | DATE |
|---|---|
| Symbol serves its discovery responses, objections and documents expressly identified in its opening Preliminary Injunction brief not included as exhibits | July 31, 2008 |
| Symbol substantially completes its production | July 31, 2008 |

| | |
|---|---|
| Janam serves its responses and objections to Symbol's Preliminary Injunction-related discovery requests | August 14, 2008 |
| Janam substantially completes its production | August 14, 2008 |
| Janam's production of documents expressly identified in Janam's answering Preliminary Injunction brief not included as exhibits | October 22, 2008 |
| Exchange of claim terms requiring construction | September 19, 2008 |
| Submission of joint claim chart with each party's proposed construction, indicating where agreement has not been reached | September 29, 2008 |
| Simultaneous opening claim construction briefs (15 page limit) | October 10, 2008 |
| Simultaneous answering claim construction briefs (10 page limit) | October 20, 2008 |
| Claim construction hearing before Magistrate Judge Stark | October 30, 2008 at 10:00 a.m. |
| Janam completes depositions of Symbol's witnesses | October 10, 2008 |
| Janam's answering Preliminary Injunction brief | October 20, 2008 |
| Symbol completes depositions of Janam's witnesses | November 14, 2008 |
| Symbol's reply Preliminary Injunction brief | November 21, 2008 |

| | |
|---|---|
| Janam completes depositions of declarants in Symbol's reply Preliminary Injunction brief | December 5, 2008 |
| Parties exchange exhibits and demonstratives for Preliminary Injunction hearing | By 1:00 p.m. December 9, 2008 |
| Preliminary Injunction hearing | December 11, 2008 |

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE