

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

July 24, 2008

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:   **Symbol Technologies, Inc., v. Janam Technologies LLC
             C.A. No. 08-340-JJF**

Dear Magistrate Stark:

     Pursuant to Your Honor's July 23, 2008 Order, attached is a Preliminary Injunction Scheduling Order for Your Honor's consideration.

                                             Respectfully,

                                             */s/ David E. Moore*

                                             David E. Moore

DEM:nmt/875800 / 33146

Enclosure
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JANAM TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 08-340-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRELIMINARY INJUNCTION SCHEDULING ORDER

On June 18, 2008 Plaintiff Symbol Technologies, Inc. ("Symbol") filed a Motion for a Preliminary Injunction in the above-captioned case (the "Motion") against Janam Technologies, Inc. ("Janam").

The following schedule shall govern briefing and discovery related to the Motion:

1. Symbol shall serve its discovery responses, objections, and documents expressly identified in its opening Preliminary Injunction brief, which were not included as exhibits, by **July 31, 2008**.

2. Symbol shall substantially complete its document production by **July 31, 2008**.

3. Janam shall serve its responses and objections to Symbol's Preliminary Injunction-related discovery requests by **August 14, 2008**.

4. Janam shall substantially complete its document production by **August 14, 2008**.

5. The parties shall exchange lists of claim terms requiring construction by **September 19, 2008**.

6. The parties shall file a joint claim chart with each party's proposed construction of terms, indicating where agreement has not been reached by **September 29, 2008**.

7. The parties shall file simultaneous opening claim construction briefs, limited to 15 pages, by **October 10, 2008**.

8. Janam shall complete depositions of Symbol's witnesses by **October 10, 2008**.

9. Janam shall file its answering Preliminary Injunction brief by **October 20, 2008**.

10. The parties shall file simultaneous answering claim construction briefs, limited to 10 pages, by **October 20, 2008**.

11. Janam shall produce documents expressly identified in its answering Preliminary Injunction brief, which were not included as exhibits, by **October 22, 2008**.

12. A claim construction hearing will be held before Magistrate Judge Leonard P. Stark on **October 30, 2008** at **10:00 a.m.**

13. Symbol shall complete depositions of Janam's witnesses by **November 14, 2008**.

14. Symbol shall file its reply Preliminary Injunction brief by **November 21, 2008**.

15. Janam shall complete depositions of declarants in Symbol's reply Preliminary Injunction brief by **December 5, 2008**.

16. The parties shall exchange exhibits and demonstratives for the Preliminary Injunction hearing by **1:00 p.m.** on **December 9, 2008**.

17. The Preliminary Injunction hearing shall take place on **December 11, 2008** at **10:00 a.m.**


SO ORDERED this _____ day of _____, 2008.


_____
Honorable Leonard P. Stark

875720

2