IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANAM TECHNOLOGIES LLC, )<br>)<br>Defendant. ) | C.A. No. 08-340-JJF |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of August, 2008, **DEFENDANT JANAM TECHNOLOGIES LLC'S RESPONSES TO PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1–14)** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                    **HAND DELIVERY**
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Eric J. Lobenfeld, Esquire                                     **VIA ELECTRONIC MAIL**
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

{00226991;v1}

*Of Counsel:*

Richard L. DeLucia
John R. Kenny
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Telephone: (212) 425-7200

Dated: August 14, 2008

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*
*Janam Technologies LLC*