IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-340-JJF |
| | ) | |
| JANAM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of August, 2008, **JANAM TECHNOLOGIES LLC'S RESPONSES TO SYMBOL TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1–4)** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                                   **HAND DELIVERY**
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Eric J. Lobenfeld, Esquire                                                    **VIA ELECTRONIC MAIL**
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

{00226991;v1}

ASHBY & GEDDES

/s/ *Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*
*Janam Technologies LLC*

*Of Counsel:*

Richard L. DeLucia
John R. Kenny
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Telephone: (212) 425-7200

Dated: August 14, 2008