**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC.,<br>a Delaware corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-340-JJF |
| v. | ) | |
| | ) | |
| JANAM TECHNOLOGIES LLC, | ) | **JURY TRIAL DEMANDED** |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Symbol Technologies, Inc., hereby certifies that

copies of the following document were caused to be served on August 15, 2008, upon the

following attorneys of record at the following addresses as indicated:

> PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S SUPPLEMENTAL
> RESPONSES TO JANAM'S FIRST SET OF INTERROGATORIES
> (NOS. 1-10)

## VIA HAND DELIVERY & ELECTRONIC MAIL

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

Richard L. DeLucia
John R. Kenny
Jeffrey S. Ginsberg
Christopher M. Scott
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com
jginsberg@kenyon.com
cscott@kenyon.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL

By: */s/ David E. Moore*

Eric J. Lobenfeld        Richard L. Horwitz (#2246)
Ira J. Schaefer        David E. Moore (#3983)
Arlene L. Chow        Hercules Plaza, 6th Floor
Mitchell S. Feller        1313 N. Market Street
Scott A. Clark        P. O. Box 951
HOGAN & HARTSON L.L.P.        Wilmington, Delaware 19801
875 Third Avenue        Tel: (302) 984-6000
New York, New York 10022        rhorwitz@potteranderson.com
(212) 918-3000        dmoore@potteranderson.com

Dated: August 15, 2008        *Attorneys for Plaintiff*
878698 / 33146        *Symbol Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 15, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Richard L. DeLucia
John R. Kenny
Jeffrey S. Ginsberg
Christopher M. Scott
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com
jginsberg@kenyon.com
cscott@kenyon.com

By: _/s/ David E. Moore_
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

870211 / 33146