# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JANAM TECHNOLOGIES LLC, a Delaware limited liability company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-340-JJF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Symbol Technologies, Inc., hereby certifies that copies of the following document were caused to be served on September 3, 2008, upon the following attorneys of record at the following addresses as indicated:

> PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S SECOND
> SUPPLEMENTAL RESPONSE TO JANAM'S FIRST SET OF
> INTERROGATORIES (NO. 4)

### VIA HAND DELIVERY & ELECTRONIC MAIL

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

Richard L. DeLucia
John R. Kenny
Jeffrey S. Ginsberg
Christopher M. Scott
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com
jginsberg@kenyon.com
cscott@kenyon.com

OF COUNSEL

Eric J. Lobenfeld
Ira J. Schaefer
Arlene L. Chow
Mitchell S. Feller
Scott A. Clark
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Dated: September 3, 2008
880876 / 33146

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Symbol Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 3, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Richard L. DeLucia
John R. Kenny
Jeffrey S. Ginsberg
Christopher M. Scott
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
jkenny@kenyon.com
rdelucia@kenyon.com
jginsberg@kenyon.com
cscott@kenyon.com

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

870211 / 33146