IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Symbol Technologies Inc. | ) | |
| v. | ) | Civil Action No. 1:08-cv-00340-JJF |
| Janam Technologies LLC | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Mark A. Hannemann</u> to represent <u>Defendant Janam Technologies LLC</u> in this matter.

Signed: /s/ Lauren E. Maguire
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Ashby & Geddes
500 Delaware Avenue, 8th Floor, P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Attorney for: <u>Defendant Janam Technologies LLC</u>
Date: <u>September 4, 2008</u>

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                  United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
Date: September 4, 2008
Kenyon & Kenyon LLP
One Broadway
New York, NY 10007
212-425-7200
Fax: 212-425-5288